UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| CASSANDRA BERRY, et al | CIVIL ACTION |
|---|---|
| VERSUS | NO: 10-4049 |
| PAUL PASTOREK, et al | SECTION: "A" |

### NOTICE REGARDING ORAL ARGUMENT REQUEST
### SECTION A ONLY

A request for oral argument has been filed in conjunction with Defendants' **Motion to Dismiss (Rec. Doc. #19),** set for hearing before the district judge in this matter. Notwithstanding Local Rule 78.1E, this Court will issue an order setting oral argument for a specific date and time if the Court grants the request. Counsel should <u>not</u> appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> hearing date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

January 10, 2011        FOR THE COURT:
                        JAMES CRULL, CASE MANAGER SECTION A
                        504-589-7688