UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BERRY, et al. | * | CIVIL ACTION NO. 2:10-cv-04049 |
| *Plaintiffs* | * | |
| | * | |
| versus | * | JUDGE JAY C. ZAINEY |
| | * | |
| PAUL PASTOREK, et al. | * | MAG. JUDGE KAREN WELLS ROBY |
| *Defendants* | * | |
| | * | |

*********************************************************************

## ORDER

Considering the above and foregoing *Ex Parte* Motion to Expedite the Motion to Continue Hearing on Plaintiffs' Motion for Class Certification and Motion for Extension of Time to File Response to the Motion for Class Certification filed by the State Defendants, Paul Pastorek, in his official capacity as the Louisiana State Superintendent of Education, the Louisiana Department of Education, and the Louisiana Board of Elementary and Secondary Education,

IT IS HEREBY ORDERED that the motion to continue hearing on Plaintiffs' Motion for Class Certification (#74) is GRANTED insofar as the deadline for filing an opposition to the class certification motion is stayed pending the status conference with the Court on March 30, 2011. A new opposition deadline and hearing date will be selected at the status conference with the Court. The motion to expedite (#72) is therefore DENIED as moot.

New Orleans, Louisiana, this 18th day of  February , 2011.

_____
Honorable Judge Jay C. Zainey