IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

P.B., by and through his next friend, )
Cassandra Berry, et al., )
)
)
Plaintiffs, )
) Civil Case No. 2:10-cv-04049
vs. ) Section A
) Judge Jay C. Zainey
PAUL PASTOREK, et al., ) Magistrate Judge Karen Wells Roby
)
Defendants. )
)

## DECLARATION OF WILLIAM F. CAVANAUGH, JR. IN SUPPORT OF PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

I, William F. Cavanaugh, Jr., declare and state as follows:

1. I am a member of the law firm Patterson Belknap Webb & Tyler LLP, counsel for Plaintiffs. I am a lawyer admitted to practice in the States of New York and California, and have been admitted to this Court *pro hac vice*. Unless otherwise stated herein, I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motions for a Preliminary Injunction and Expedited Discovery.

3. Attached hereto as **Exhibit A** is a true and correct copy of Sarah Carr, *Charter Schools Struggle to Meet Special Education Needs*, New Orleans Times-Picayune, Jan. 5, 2008.

4. Attached hereto as **Exhibit B** is a true and correct copy of Robert Garda, *The Politics of Education Reform: Lessons from New Orleans*, 40 J.L. & Educ. 57 (2011).

5. Attached hereto as **Exhibit C** is a true and correct copy of Mark C. Weber, *Special Education from the (Damp) Ground Up: Children with Disabilities in a Charter School-Dependent Educational System*, 11 Loy. J. Pub. Int. L. 217 (2010).

6. Attached hereto as **Exhibit D** is a true and correct copy of Boston Consulting Group, *The State of Public Education in New Orleans* (June 2007).

7. Attached hereto as **Exhibit E** is a true and correct copy of Bulletin 1508 – Pupil Appraisal Handbook, La. Admin. Code, tit. 28, pt. CL (2009).

8. Attached hereto as **Exhibit F** is a true and correct copy of Educational Support Systems, Inc., *The Special Education Project: A Study of 23 Charter Schools in the Recovery School District* (2008).

9. Attached hereto as **Exhibit G** is a true and correct copy of Louisiana Department of Education, *Special Education Performance Profiles* (2008-09).

10. Attached hereto as **Exhibit H** is a true and correct copy of Cowen Institute for Public Education Initiatives, "Public Education in New Orleans: Updated September 2010," available at http://www.coweninstitute.com/wp-content/uploads/2009/08/School-Chart-Update-August-2010.pdf.

11. Attached hereto as **Exhibit I** is a true and correct copy of Louisiana Department of Education, *Continuous Improvement and Focused Monitoring Report* (2009-2010).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2011 in New Orleans, Louisiana.

_____
William F. Cavanaugh, Jr.