UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.                                CIVIL ACTION

VERSUS                                                 NO. 10-4049

PAUL PASTOREK, ET AL.                                  SECTION "A"(4)

### MINUTE ENTRY (JS-10: 25)

On July 7, 2011, the Court held a telephone status conference with the following counsel in attendance: Eden Heilman, Shelia Bedi, Katie Schwartzmann, Brenda Shum, Jennifer Coco, Bill Cavanaugh, Krista Caner, Rosanne Felicello, Davida Finger, and John DiPaolo for Plaintiffs; Maree Sneed and Joan Ellen Hunt for Defendants. The Court set the conference as a follow-up to the April 26, 2011, hearing to discuss the status of settlement negotiations.

The parties are reviewing consent decrees entered in other similar litigation. Plaintiffs contend that the consent decree entered in Los Angeles is particularly helpful because that case involved charter schools. Consent decrees were entered in litigation involving Caddo and Jefferson Parishes in Louisiana and those may be helpful. Defendants point to a decree entered in Baltimore, Maryland that will also be helpful.

The Court will contact another district judge to help the

1

parties mediate this case given that it will eventually be tried to the bench. The Court instructed counsel to appropriately and adequately prepare the case for mediation before meeting with another judge.[1]

Accordingly;

**IT IS ORDERED** that the parties are to exchange copies of the Louisiana, Los Angeles, and Maryland consent decrees in their entirety by **Monday, July 11, 2011**;

**IT IS FURTHER ORDERED** that a follow-up status conference BY PHONE is **SET** for **Tuesday, August 16, 2011, at 10:45 a.m.** (central). Counsel are to dial in to the same bridge number used for today's conference;

**IT IS FURTHER ORDERED** that the **Motion for Preliminary Injunction (Rec. Doc. 84)** and **Motion for Discovery (Rec. Doc. 85)** are **DENIED AS MOOT**.

```
                        JAY C. ZAINEY
                UNITED STATES DISTRICT JUDGE
```

---

[1] Subsequent to the phone conference the Court was advised that counsel for the parties have agreed to meet in person in New Orleans on Friday, July 22, 2011, in an effort to reach common ground and to more precisely define the issues that must be mediated.