```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

CASSANDRA BERRY, ET AL.                         CIVIL ACTION

VERSUS                                          NO. 10-4049

PAUL PASTOREK, ET AL.                           SECTION "A"(4)

## ORDER

**IT IS ORDERED** that a settlement conference with United States District Judge Lance Africk is **SET** for **Tuesday, August 2, 2011, at 7:30 a.m.** in his chambers, 500 Poydras Street, Rm. C405, New Orleans, Louisiana, 70130.

```
                            _____
                                     JAY C ZAINEY
                            UNITED STATES DISTRICT JUDGE
```

NEF: Judge Africk

1