UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.                                    CIVIL ACTION

VERSUS                                                     NO. 10-4049

JOHN WHITE, ET AL.                                         SECTION "A"(4)

**ORDER REGARDING SELECTION OF INDEPENDENT MONITOR**

On June 17, 2015, the Court held a telephone conference with counsel for the parties (Rec. Doc. 303) after they advised the Court that they could not reach a consensus regarding the selection of the Independent Monitor as called for in the Consent Judgment. The parties had narrowed the selection down to two candidates. During the telephone conference all parties were heard regarding the two candidates, both of whose résumés were impressive. In concluding the conference, the Court shared some initial thoughts with counsel but urged them to reach an agreement by 4:00 p.m. the next day. Absent an agreement by that time, the parties would submit the decision to the Court for resolution pursuant to Section V(1) of the Consent Judgment.

No agreement having been reached by the parties, the Court conducted a telephone interview with both candidates. The Court also spoke with United States District Judge Thelton E. Henderson

1

in the Northern District of California, with whom one of the candidates has worked for a ten-year period as a court-appointed independent monitor. Again, both of the candidates submitted to the Court for consideration have impressive credentials and extensive experience. Nonetheless, the Court is compelled to select only one of the candidates, and the Court selects Mark A. Mlawer to serve as Independent Monitor in this matter.

   Pursuant to Section V(8) of the Consent Judgment, the Court will contact the Independent Monitor and counsel for the parties to schedule the Initial Monitor Meeting.

   June 19, 2015

                              _____
                                    JAY C. ZAINEY
                              UNITED STATES DISTRICT JUDGE

cc: Mark A. Mlawer via chambers email