Appendix B
Louisiana Department of Education Monitoring Documents
LEAs Selected for Targeted Monitoring
during the Spring 2016 Term

The following documents are provided for each charter school:

1. SPLC Monitoring Notifications
2. List of Interviewees for SPLC Monitoring
3. Side by Side Interview Tool – Phone Interview Results
4. Desk File Review Results
5. Cover Letter for LDOE Monitoring Reports
6. LDOE Monitoring Reports
7. IDEA Results Summaries – Areas for Corrective Action by Student
8. Corrective Action Plans or Recommendation Plans

The documents are provided by Consent Judgment Area by LEA in the following order:

Child Find
1. Joseph A. Craig Charter School
2. Lake Area New Technology Early College High School
3. Sophie B. Wright Charter School

Related Services
1. Algiers Technology Academy
2. International High School of New Orleans
3. Landry-Walker High School

Discipline
1. Cohen College Preparatory School
2. Crescent Leadership Academy
3. International High School of New Orleans

Enrollment Stability
1. G.W. Carver Preparatory Academy
2. Joseph A. Craig Charter School
3. Mildred Osborne Charter School

The following LDOE Monitoring Checklists are included in Appendix B:
1. Child Find Documentation Checklist
2. Discipline Student Documentation Checklist
3. Related Services and Enrollment Checklist

The following LDOE rubrics designed to assist school personnel in implementing CAPs or Recommendation Plans are included in Appendix B:
1. CAP and Recommendation Plan Shell for the 16-17 school year
2. Child Find Checklist for the 16-17 school year
3. RTI Self-Assessment Checklist for the 16-17 school year
4. IEP Evaluation Rubric for the 16-17 school year
5. FBA Checklist for the 16-17 school year
6. BIP Checklist for the 16-17 school year
7. MDR Checklist for the 16-17 school year

Dear ████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Joseph A. Craig Charter School**

**Child Find Monitoring**
•Desk review – each student file submitted should include files of students failing two or more subjects, Section 504 students, engaged in Response to Intervention (RTI), or removed for greater than 10 days for disciplinary reasons in a school year
•Staff interview required

**Student Enrollment Monitoring**
•Desk review – each student file submitted should include files of students failing two or more subjects or scoring non-proficient on statewide assessments
•Staff interview required

████████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 17, 2016** at 9:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.

3.    Provide the zipped file to your FTP Coordinator, ██████████, to upload to the Data Management FTP.

4.    E-mail ████████████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████████████████████████.

Sincerely,


██████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ███████████

**Date: 2-24-2016**

**LEA/School: Joseph A. Craig Charter School**

**Monitoring Area: Child Find and Enrollment Stability Rate (Related Services)**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ██████ |
| General Education Teacher(s) | █████████ |
| Special Education Administrator/Coordinator | ████████ |
| Special Education Teacher/RTI Coordinator | ███████ |
| | |
| **Optional** | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE



DEPARTMENT of
EDUCATION
Louisiana Believes

LEA: Joseph A. Craig
Interview Conducted by: ▮
Date: 2/24/2016
Results of Interview: *Compliant Oversight of Subject Matter Discussed*
☒Yes    ☐No    ☒Follow-Up Needed pending results of Desk Review

| CHILD FIND – Side by Side Interview Tool | | |
|---|---|---|
| Questions | Required Components | Comments |
| 1. Describe the processes for conducting SBLC meetings, including the frequency of such meetings, the composition of the SBLC, the types of data considered by the SBLC, and the outcomes of the SBLC, in its normal course of business. | A. SBLC process was described<br>B. Parental consent<br>C. Data on prior interventions<br>D. Frequency of meeting<br>E. Timelines for operation during the school year and dissemination of evaluation results | Components: A, B, C, D, E covered in response<br><br>Notes: School indicated SBLC mostly initiated by teacher but occasionally by parent. Parental consent obtained for SBLC meeting. SBLC meetings held weekly to include parent, teacher, principal, interventionist, literacy coaches, Dean, and social worker. Look at tier level of student and review student progress in tier; review types of interventions provided and if student receptive to interventions; Review data to determine core grade level, reading level, and what they need to be doing; By progress monitoring using - iReady every quarter and done at beginning, middle, and end of year (have monitoring built in based on student skill level); DIBELS is used to progress monitor every 2-3 weeks which has line graph; Use Direct Instruction to progress monitor |

Charter School Interviews 2015-2016
SPLC & LDOE



| | | daily; Have fidelity checks in place for interventions – Assigned School Compliance Officer can pull data to see which classes inactive, see what teachers are doing, and to see if there is any activity; School have data meetings every month to review student data to determine which students need interventions |
|---|---|---|
| 2. | Describe the process by which students at your school are referred to the SBLC. When was the last time a student at your school was referred to the SBLC? | A. Described process for receiving and documenting verbal/written request<br>B. Referral sources<br>C. Referral reasons<br>D. Referral method<br>E. Date last student referred | Components: A, B, C, D, E covered in response<br><br>Notes: Referrals on 300 Rs form go to Chairperson, Chairperson send referral to committee, letter sent to parent to schedule meeting, Committee and parent discuss area of concern. If medical, parent bring medical/health/psychological documentation. Teachers bring academic/behavioral concerns; Last student referred today (2/24/2016) |
| 3. | Describe the structure of the RTI process at your school, including the role of SBLC members, regular education teachers, special education staff, and school administrators in the RTI process. | A. Description of tiers<br>B. Instruction and interventions in tiers<br>C. Data collection/assessment system<br>D. Timelines for implementation, review and follow-up<br>E. Description of SBLC member roles | Components: A, B, C, D, E covered in response<br><br>Notes: Chairperson provide teacher with form, obtain parent permission for evaluation and concerns; Provide teachers with screener; Collect 300 Rs referral form; Schedule meeting with parents within 10 days; Tier 1 – universal screening with in class support. If student not responding, meet with |

Note: the table header for columns 2 and 3 should be read with the components in one column and notes in another.



| | | |
|---|---|---|
| 4. Describe the implementation of the RTI process at your school, including how academic and behavioral interventions are planned, implemented, and assessed for effectiveness. How often is a student's progress in RTI reviewed? | A. Listed personnel responsible for intervention<br>B. Description of intervention selection process for academic and behavior<br>C. Interventions research-based<br>D. Description of how interventions implemented<br>E. Documentation of implementation<br>F. Timelines for implementation<br>G. Types of assessment administered<br>H. Frequency student progress reviewed | parent and move to tier 2. Tier 2 – provide small group instruction in core class, utilize academic interventions and progress monitoring data from iReady, DIBELS, and direct instruction. If making progress, move to Tier 1 or if no progress move to tier 3. Tier 3 – special education teacher provide customized small group instruction. If no progress in this tier, proceed to evaluation for special education.<br><br>Components: A, B, D, E, F, H covered in responses<br><br>Notes: There were some concerns noted in the area of behavior. The staff did not provide specific information regarding the behavior referral process, FBAS, behavior screeners and how behavior interventions planned. A follow-up is needed in this area via desk review for further analysis.<br>In the area of behavior interventions and implementation, the students have BIPs written and the school put behavior interventions in place that are monitored every 4 weeks; Students do check-in/check-out , Social Worker provide small group/individual counseling; Teacher monitor BIP using tracking |



| | | form daily (list task student should abide by and teacher comment on behavior daily) that is provided by Dean of School; Process for FBA – if student suspended and 504 or sped and have FBA and BIP in place already then revisit it. If no FBA or BIP in place then sit as a team and develop plan for child to work on to be successful and behavior not occur again; The parent is a part of FBA meeting along with student and SW; To assist with behavior bring in community stakeholders, faculty child has good relationship with, Big Brother/Big Sister program, Mentorship program, Reading program, and Silverback program; Have tracking program that is check off sheet in which teacher view student behavior and check it off the behavior exhibited. Teacher also able to include positive feedback on form to notify parent; Take school 1-3 days to develop FBA and BIP |
|---|---|---|
| 5. | Describe how special education evaluations are initiated at your school, including the process by which school staff refer students for an initial evaluation. | A. Verbal and/or written request for initial evaluation<br>B. Documented receipt of initial evaluation request<br>C. Procedural safeguards given to parent<br>D. SBLC meeting scheduled and held<br><br>Components: A, B, C, D covered in response.<br><br>Notes: Referrals on 300 Rs form go to Chairperson, Chairperson send referral to committee, letter sent to parent to schedule meeting, Chairperson provide teacher with form, obtain parent permission for |

Charter School Interviews 2015-2016
SPLC & LDOE



DEPARTMENT of EDUCATION

Louisiana Believes

| | | |
|---|---|---|
| | | evaluation and concerns; Provide teachers with screener; Collect 300 Rs referral form; Schedule meeting with parents within 10 days; Committee and parent discuss area of concern. If medical, parent bring medical/health/psychological documentation. Teachers bring academic/behavioral concerns; |
| 6. Describe the process by which school staff respond to parental requests for an initial evaluation. Is this process the same if the student is in the RTI process? | A. Document parental request<br>B. SBLC meeting scheduled<br>C. SBLC meeting conducted and student data reviewed<br>D. SBLC committee make decisions, determine next steps, set follow-up meeting<br>E. Describe process for student in RTI | Components: A, B, C, D, E covered in response<br><br>Notes: Click here to enter text.<br>Referrals on 300 Rs form go to Chairperson, Chairperson send referral to committee, letter sent to parent to schedule meeting, Chairperson provide teacher with form, obtain parent permission for evaluation and concerns; Provide teachers with screener; Collect 300 Rs referral form; Schedule meeting with parents within 10 days; Committee and parent discuss area of concern. If medical, parent bring medical/health/psychological documentation. Teachers bring academic/behavioral concerns; Same process for student in RTI |
| 7. Describe, in general, how special education evaluations are conducted at your school, including the personnel responsible for conducting such evaluations. | A. List personnel conducting evaluations – multidisciplinary team<br>B. Parental consent for evaluations and procedural safeguards given to parents<br>C. Prior Written Notice to parents | Components: A, B, C, D, E covered in response<br><br>Notes: Parent made aware and parent permission received first. |



| | | |
|---|---|---|
| | D. Review existing student data and multidisciplinary team evaluate in all areas of concern<br>E. 60 day timeline for completion | Special Education Coordinator/School Psychologist and team of people depending on area of concern meet. Team conduct screening and provide documentation to coordinator. Team meet with parent to discuss results. |
| 8. Describe how determinations are made concerning whether a student should be considered for eligibility under the IDEA or Section 504 of the Rehabilitation Act at your school. | A. IDEA – meet Bulletin 1508 criteria for a student with an exceptionality and have a need for special education and related services<br>B. 504 – has a physical or mental impairment that substantially limits a major life activity and is regarded as having such an impairment | Components: A and B covered in response<br><br>Notes: IDEA – utilize B. 1508 by following eligibility criteria and work with school psychologist who is SPED Coordinator; 504- If student evaluation has No Exception results they look at for 504, review students who have recurring behavior, health conditions, non-responsive to interventions, pattern of not benefiting from instruction |
| 9. Describe, in general, the process by which the school completes initial evaluations for those students no longer enrolled in the school. | A. Coordination between previous and current school<br>B. Timely completion<br>C. Evaluation sent to current school | Components:<br>A, B, C covered in response<br><br>Notes: Continue evaluation until completed; Forward information to new school; Make new school aware of evaluation process; If parent no longer want services, have parent sign paperwork stating this and stop evaluation process |

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: Joseph A. Craig Charter School
Targeted Monitoring Area: Child Find
Total Number of student files reviewed: 9
LDOE Monitoring Personnel: ▇▇▇▇▇▇ - Section Leader
Date(s): 3/22/16 – 5/3/16

Student exceptionalities included:  Only students eligible for Section 504 Individual Accommodation Plans were reviewed.

| | Child Find Student File Review Protocol Results | | |
|---|---|---|---|
| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
| 1. | The School Building Level Committee ("SBLC") that discussed the student's academic needs was comprised of at least a classroom teacher, the teacher who referred the student to the SBLC, and the principal of the school or a designee of the principal. | • Response to Intervention/RTI Team Decision form | 8 of 9 (89%) applicable student files were scored as compliant for Section 504 regulations. |
| 2. | If the School Building Level Committee referred the student for an initial evaluation, parental consent for an initial evaluation was obtained within a reasonable time following the SBLC's decision to refer the student. | • Response to Intervention/RTI Team Decision form | 0 of 4 (0%) applicable student files were scored as compliant for Section 504 regulations. |
| 3. | Sufficient screening, including – if appropriate – participation in the Response to Intervention process, was conducted to identify the student as suspected of having a disability. | • I-Ready Math Assessment<br>• One page (65) from RtI a manual – General Education Academic Interventions<br>• Grades | 0 of 9 (0%) applicable student files were scored as compliant for Section 504 regulations. |

| # | | Documents Reviewed | Finding |
|---|---|---|---|
| 4. | If the student's parent has requested an initial evaluation, the LEA either (1) requested parental consent to conduct the evaluation or (2) notified the parent in writing that the evaluation would not be conducted and the reasons that the LEA believed that an evaluation of the student was unnecessary. | RTI/Student Assistance Team Meeting form | 0 of 2 (0%) applicable student files were scored as compliant for Section 504 regulations. |
| 5. | If student participated in the RTI process, the school collected sufficient data to determine the effectiveness of the interventions provided to the student. | • I-Ready Math Assessment<br>• One page (65) from RtI a manual – General Education Academic Interventions<br>• Grades | 1 of 9 (11%) applicable student files were scored as compliant for Section 504 regulations. |
| 6. | If student did not maintain expected progress while participating in the Response to Intervention process, the student was referred to the SBLC for consideration of an initial evaluation within a reasonable amount of time. | • I-Ready Math Assessment<br>• One page (65) from RtI a manual – General Education Academic Interventions<br>• Grades | This item was scored as Not Applicable for all student files reviewed. |
| 9. (7) | Parental notice was provided describing any evaluation procedures that the agency proposed to conduct. | • RTI/Student Assistance Team Meeting form | 4 of 6 (67%) applicable student files were scored as compliant for Section 504 regulations. |
| 8. | Parental consent was obtained to conduct an initial evaluation. | • Letter of Consent for Initial Evaluation | 2 of 3 (67%) applicable student files were scored as compliant for Section 504 regulations. |
| 10. (9) | A variety of assessment tools and strategies (not the use of a single measure or assessment as the sole criterion) were used to gather relevant functional, developmental and academic information about the child, including information provided by the parent. | • I-Ready Reading Assessment<br>• I-Ready Math Assessment | This item was scored as Not Applicable for all student files reviewed. |
| 11. (10) | Existing data (ex: evaluation data and info provided by parent; current classroom based, local or state assessment data; classroom observations and related service provider observations) was reviewed to determine continued eligibility. | • Grades<br>• I-Ready Reading Assessment<br>• I-Ready Math Assessment | This item was scored as Not Applicable for all student files reviewed. |

| | | | |
|---|---|---|---|
| 12. (11) | A variety of sources (ex: teacher data, parent data, and related services data) were used to determine student eligibility. | • Grades<br>• I-Ready Reading Assessment<br>• I-Ready Math Assessment | This item was scored as Not Applicable for all student files reviewed. |
| 13. (12) | For students who are eligible under Section 504 of the Rehabilitation Act, the student's educational records indicate that the student does not require specially designed instruction. | • Grades<br>• I-Ready Reading Assessment<br>• I-Ready Math Assessment | 3 of 8 (38%) applicable student files were scored as compliant for Section 504 regulations. |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

███████
Charter Management Operator
Joseph A. Craig Charter School
1423 St. Phillip Street
New Orleans, LA   70116

Dear ███████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean although LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices at the school. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ███████ with any questions or concerns. She may be reached at ███████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,

████████████████████

████████, Executive Director
Statewide Monitoring

c:  ███████, Principal
    ███████, Director of Special Education

AR:ds

Attachments

*Louisiana Believes*



# LOUISIANA DEPARTMENT OF EDUCATION

**Joseph A. Craig Charter School**
**LDOE Monitoring Report**
**2015-2016**

**Targeted Area of Monitoring:**
**Child Find**

**June 8, 2016**

**Charter Management Operator**

**LDOE Monitoring Team Leader:**

## Louisiana Believes

# CONTENTS

I.      General Overview.................................................................................3

II.     School Staff Conference Call...............................................................3

III.    Strategies, Activities, and Methods of Monitoring.............................4

IV.     Summary of Findings ...........................................................................4

## Louisiana Believes

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Joseph A. Craig Charter School was targeted for monitoring in the area(s) of Child Find. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and includes a comprehensive Results Summary document which outlines any areas of non-compliance or recommendations for improvement.

## II.   School Staff Conference Call

On February 24, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated and provided valuable feedback during this process. Those staff included the following: ███████████████████████████
████████.

Results of this interview process revealed concerns regarding implementation of research-based academic interventions, the behavioral referral process and types of behavioral screeners/assessments administered for students with behavioral concerns. Recommendations for improvement with regard to practices and procedures in the area of Child Find include: establish clearly defined progress monitoring procedures to ensure there is consistent implementation of interventions and consider developing a delineated behavioral referral process that includes the selection of specific behavioral screeners and assessments to screen/assess students with behavioral concerns. The school should also conduct an on-going review of the academic progress of students receiving services under Section 504. Students receiving services under Section 504 who are not making adequate academic progress should be considered for more intense interventions and/or identified under the school's Child Find obligation as potential students for a referral under IDEA, if granted parental consent.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Joseph A. Craig Charter School was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted a desk audit student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest new

## Louisiana Believes

identification rates for new students eligible for services under the IDEA. This selection method was approved in the consent agreement addendum.

One IDEA staff member was assigned to lead the special education monitoring activities which included a review of student files and a review of school policies, practices, and procedures. Although students had Individual Accommodation Plans (IAPs) to address identified areas of concern, in keeping with best practices these plans should have been periodically reviewed to ensure students were receiving the most current appropriate accommodations and supports based upon academic, functional, and/or behavior needs to enable them to participate in the general education setting. Even though Child Find activities are in place at this school, procedures used to identify, locate, and evaluate students for special education and related services lack comprehensive and rigorous decision-making. Additionally, efforts to involve parents in the referral/evaluation process are limited and inconsistent.

It is suggested the school implement changes to its policies, practices and procedures in the area of Child Find to ensure appropriate practices are implemented to address student's academic and/or behavioral needs. The following are recommendations the school should implement to effectively fulfill the requirements for Child Find:

- Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or special education referrals
- Consider response to intervention strategies prior to referral to special education or Section 504
- Obtain parental consent prior to Section 504 or special education evaluation
- Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Joseph A. Craig Charter School, there were no identified areas of non-compliance under the IDEA, Part B program. Please note, although there is no evidence of non-compliance, there are recommendations listed on the report that should be addressed by the LEA to ensure proper procedures and practices are followed for Section 504 students and IDEA Child Find procedures.

Attachments

## Louisiana Believes

**DEPARTMENT of EDUCATION**
Louisiana Believes

LOUISIANA DEPARTMENT OF EDUCATION

# IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION: Joseph A. Craig Charter School**

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED: Child Find** *(LDOE & SPLC 2015-2016)*

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no systemic areas of non-compliance noted in the area of Child Find for Section 504. | A desk review of 10 students' records with supporting documentation and a telephone interview were conducted for Joseph A. Craig Charter School. There are recommendations noted for the Section 504 student records listed below that should be addressed immediately by the school:<br><br>**Student 1:**<br>• Concerns documented on 9-18-14 did not indicate Emotional or Social problems but this area was marked on most recent IAP |

1

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|--------------|-----------|-----------------|
| | | | **Student 2:**<br>• IAP signatures have 1/15/15 date but date of annual IAP is 10/24/14<br>• IAP dated 10/24/14 but 504 evaluation date on form is 10/1/15<br>• On IAP Other Academic/Learning Disability is checked, however, it did not specify area |
| | | | **Student 3:**<br>• IAP submitted was dated 12/9/14 – need periodic review<br>• Bottom of IAP not completed<br>• Letter of consent for Initial Evaluation had no areas selected on form to review and/or actions to take, however, parent signed the form |
| | | | **Student 4:**<br>• RTI form dated 9/2014 filled out for student, however, no documentation of follow-up after 504 interventions |

2

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|---------------|-----------|-----------------|
| | | | **Student 5:** |
| | | | • IAP dated 11/12/14 – need periodic review |
| | | | • Characteristics of Dyscalculia selected on IAP, however, on RTI decision form area of concern checked was Reading Fluency and Reading Comprehension |
| | | | • Letter of consent for Initial Evaluation sent from RTI team to parent did not have a date and no areas checked for reason for initial evaluation. Parent signed this form giving permission for evaluation, however, no documentation submitted for follow-up after this letter as to status of evaluation and no results from evaluation submitted |
| | | | **Student 6:** |
| | | | • IAP dated 10/24/14 – need periodic review |
| | | | • No dates on signature page of IAP |
| | | | • Area of concern for RTI form not checked |

3

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|---------------|-----------|-----------------|
| | | | **Student 7:** |
| | | | • 9/2014 RTI form filled out, however, no evidence of follow-up after form filled out |
| | | | • First page of IAP missing |
| | | | **Student 8:** |
| | | | • No 1st page of IAP submitted; No dates on IAP signature page |
| | | | • Submitted 1st page of consent for Initial Evaluation only and no date on form;  Did not submit 2nd page with parent signature |
| | | | • No follow-up from initial evaluation consent form indicating results of evaluation |
| | | | **Student 9:** |
| | | | • Two dates on IAP – typed in date of 11/28/14 and written in date of 11/27/15 |
| | | | • Submitted evidence that Reading fluency was a concern and indicated student received interventions in reading and math however this was not noted on IAP. IAP listed student has dysgraphia as area of concern |

4

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| | | | • Submitted page 1 of BIP only<br>• Student has documented behavioral issues but these behavioral issues are not documented on current IAP<br>• Submitted RP3 form with concerns and general education academic interventions in reading and math from 2014 with a begin date of 10/23/14. No evidence of follow-up information from these interventions submitted |



**IDEA PART B RECOMMENDATION PLAN – (SPLC) 2016-2017**

**DATE OF MONITORING:** March 2016

**DATE OF SUBMISSION:** July 2016

**LEA:** Joseph A. Craig

**FINDING:** Child Find Concerns

| ACTIVITIES & ACTION STEPS TO ADDRESS CHILD FIND CONCERNS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| SBLC team will attend a professional development provided by LDOE on the following:<br>• Child Find federal (IDEA) and state requirements (B. 1508 & B. 1706)<br>• Criteria for a child to meet 504 requirements for 504 eligibility<br>• Response to Intervention requirements with specific emphasis on data-based decision making across the 3 tiers for academic/behavioral referral concerns and the consideration and implementation of research-based RTI strategies prior to referral for potential eligibility<br>• Specific components of PB vs White Child Find Written Guidance (i.e. need to rule | August 2016 | School Principal<br>Special Education Director | Sign-in sheet verifying attendance of SBLC team | LDOE will collect sign-in sheet at conclusion of meeting for verification of attendance. | |

| | | | | |
|---|---|---|---|---|
| out need for special services before evaluating for 504) | | | | |
| Monitor students that are not 504 or IDEA that are failing to make progress academically, behaviorally, and/or have medical concerns. The LEA will submit a list of:<br><br>• Students not identified as 504 or SPED who are failing 2 or more core subjects<br>• Students with documented medical concerns that may warrant a 504 or special education evaluation (if not yet identified under 504 or IDEA)<br>• Students not responding to intervention at Tier 1, Tier 2, or Tier 3 (academic and behavior, including screenings)<br><br>Submit actions taken by school in regards to Child Find activities or other activities to address the concerns of the above listed student groups | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Bi-monthly submission of the student list to include a written description detailing the actions taken by the school in regards to Child Find activities or other activities implemented by the school to address academic, medical, or behavioral concerns. | September 30<br>November 30<br>January 30<br>March 28<br>May 30 |
| Develop system for tracking Child Find referrals (if not already done) | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Copy of description of Child Find tracking system<br><br>Monthly list of students referred under Child Find (school or parent referrals) | August 31, 2016<br><br>Last business day of each month from September 2016 -May 2017 |

| | | | | |
|---|---|---|---|---|
| LEA will complete Child Find Checklist provided by LDOE to ensure Child Find procedures and activities are being implemented with fidelity and in accordance with state and local regulations | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of completed checklist for LEA with a plan of action for areas marked as "NO" or "In Progress"<br><br>Copy of Child Find Checklist and Plans (if any) will be reviewed by IMs and LDOE during the Spring 2017 on-site monitoring activities | September 9, 2016<br><br>Last business day of each month from September 2016 -May 2017 |
| Develop Child Find log to document child find activities (if not already done) | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of Child Find log activities provided each month | Last business day of each month from September 2016 -May 2017 |
| 504 and/or SBLC Coordinator will check grades of all 504 students AND students in RTI process every grading period (6wks/9wks) to determine which students are failing 2 or more core subjects or are not responding to intervention at any Tier. Students with failing grades for 2016-2017 SY in core subjects for two grading periods or lack of response to intervention will be flagged for an SBLC to discuss academic concerns and actions school will take to address these concerns | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students failing 2 or more core subjects or are not responding to intervention at any Tier each grading period<br><br>Copy of SBLC documentation for students failing for 2 grading periods or are not responding to intervention at any Tier to include actions taken by school to address academic concerns | September 30<br>November 30<br>January 30<br>March 28<br>May 30 |
| 504 and/or SBLC Coordinator will keep track of behavior data for any 504 students, any students in RTI process with behavior concerns, and students positively screened at Tier I for behavior (i.e. student at risk) to determine which students | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students suspended/expelled each month to include number of days suspended/expelled and actions taken by school to address behavioral concerns | September 30<br>November 30<br>January 30<br>March 28<br>May 30 |

| | | | | |
|---|---|---|---|---|
| are having behavior difficulties. Students with 10 or more in/out of school suspensions for 2016-2017 SY will be flagged for an SBLC to discuss behavior concerns and actions school will take to address these concerns | | | Copy of SBLC documentation for students with 10 or more days in/out of school suspensions and students positively screened at Tier I for behavior (i.e. student at risk) to include actions taken by school to address behavioral concerns | |
| LEA will conduct a training with school staff by redelivering the information from the Child Find training provided by LDOE on Child Find requirements | School Principal Special Education Director | August 2016 | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training | September 16, 2016 |
| The LEA principal and special education director/coordinator will sign a Child Find Assurances checklist verifying implementation of Child Find requirements | School Principal Special Education Director | August 2016 | Copy of signed Child Find assurances checklist | September 16, 2016 |
| Provide training to school staff on RTI procedures to include the following: • Description of RTI tier process • Description of activities in each tier (to include the selection of research-based interventions, timeframe for interventions, frequency of interventions, number of days each week interventions will be provided) • Progress monitoring in each tier (types of PM tools will use; how to collect, analyze, | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | August 2016 | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training Copy written RTI procedures to include all of the areas listed for the RTI procedures training | September 30, 2016 September 30, 2016 |

| | | | | |
|---|---|---|---|---|
| and document student data to make informed instructional decisions, frequency of PM – 1X week, etc.,)<br>• Procedures to follow when student fail to make progress in Tiers 2 & 3<br>• Procedures to follow when students make progress in Tiers 2 & 3<br>• When to initiate a special education referral | | | | |
| LEA will complete RTI Checklist/Self-Assessment provided by LDOE to ensure RTI procedures are being implemented with fidelity | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | LEA will send LDOE copy of completed checklist/self-assessment for LEA with the related action planning and activities section completed for areas marked as: Indicator is not present; Indicator is known and implementation planning has begun; or Indicator is present in some daily practice | September 30, 2016 |

Dear ████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Lake Area New Tech Early College High School**

**Child Find Monitoring**
•Desk review – each student file submitted should include files of students failing two or more subjects, Section 504 students, engaged in Response to Intervention (RTI), or removed for more than 10 days for disciplinary reasons in a school year
•Staff interview required

████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 18, 2016** at 9:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ████████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.

2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.    Provide the zipped file to your FTP Coordinator, ███████████████████████,
to upload to the Data Management FTP.
4.    E-mail ██████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████████████████
████████████████.

Sincerely,


███████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ███████████

**Date: 2-18-2016**

**LEA/School: Lake Area New Tech Early College High School**

**Monitoring Area: Child Find**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ███████ |
| General Education Teacher(s) | |
| Special Education Administrator/Coordinator | ████████████████ |
| Special Education Teacher(s) | |
| | |
| Optional | |
| Chief Executive Officer | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Charter School Interview 2015-2016**
**SPLC & LDOE**



DEPARTMENT of
EDUCATION
louisiana Believes

LEA: Lake Area New Tech Early College High School

Interview Conducted by:

Date: 2-18-2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes   ☐No   ☐Follow-Up Needed pending results of Desk Review

## CHILD FIND – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe the processes for conducting SBLC meetings, including the frequency of such meetings, the composition of the SBLC, the types of data considered by the SBLC, and the outcomes of the SBLC, in its normal course of business. | A. SBLC process was described<br>B. Parental consent<br>C. Data on prior interventions<br>D. Frequency of meeting<br>E. Timelines for operation during the school year and dissemination of evaluation results | Components: A, B, C, D, E included in response<br><br>Notes: Have data meetings at least bi-weekly to review student data for students having academic difficulty and provide assistance to students; When referred to SAT team, they review universal screener data and intervention data for growth/regression; Review data to see if need to change research-based interventions and review data as SAT team every two weeks but teacher track and review data daily; Meet with parent to review student data and get permission for evaluation; If student does not make progress will refer for sped evaluation |
| 2. Describe the process by which students at your school are referred to the SBLC. When was the last time a student at your school was referred to the SBLC? | A. Described process for receiving and documenting verbal/written request<br>B. Referral sources<br>C. Referral reasons<br>D. Referral method<br>E. Date last student referred | Components: A, B, C, D, E included in response<br><br>Notes: When referred to SAT team, they review universal screener data and intervention data for |

Charter School Interviews 2015-2016
SPLC & LDOE


DEPARTMENT of EDUCATION
louisiana Believes

| | | |
|---|---|---|
| 3. Describe the structure of the RTI process at your school, including the role of SBLC members, regular education teachers, special education staff, and school administrators in the RTI process. | A. Description of tiers<br>B. Instruction and interventions in tiers<br>C. Data collection/assessment system<br>D. Timelines for implementation, review and follow-up<br>E. Description of SBLC member roles | growth/regression; Data dictate need; Parent contacted for possible referral and checklist completed for student; SAT team and parent discuss intervention data and child progress; Have a referral form to use for SBLC; Last referral was on Feb. 4, 2016; SBLC Chairperson keep all documentation for SBLC<br><br>Components: A, B, C, D, E included in response<br><br>Notes: Start with universal screener given 3X year using Star Reading and Star Math; Compile data and in teacher data meetings review student data; Students placed in Tiers 1-3 depending on data; Teacher develop research-based interventions in reading and math after data review; Sped staff assist gen. ed. teachers with implementing interventions, providing accommodations/modifications and push into classrooms; SBLC members assist in data reviews, providing interventions, and collecting/tracking student progress data |
| 4. Describe the implementation of the RTI process at your school, including how academic and behavioral interventions are planned, implemented, and assessed for | A. Listed personnel responsible for intervention<br>B. Description of intervention selection process for academic and behavior | Components: A, B, C, D, E, F, G, H included in response |



| | | |
|---|---|---|
| effectiveness. How often is a student's progress in RTI reviewed? | C. Interventions research-based<br>D. Description of how interventions implemented<br>E. Documentation of implementation<br>F. Timelines for implementation<br>G. Types of assessment administered<br>H. Frequency student progress reviewed | Notes: Tier 1 is universal screener given 3x year; Tier 2 involves interventions from Florida Research website and Intervention Central for example in areas of fluency and vocabulary by using probes for assessment; Special education teacher work with students on interventions in gen. ed. classroom; For math, use Intervention Central, other math websites, and teachers create own interventions; Students provided small group instruction and have modifications in classroom for 30 minutes; Tier 3- Teachers provide one-on-one instruction for interventions; Teacher continuously progress monitor; RTI Chairperson track RTI data and keep in file; Teachers meet every 2 weeks in grade level and review RTI data to see if students making progress in Tiers; Intervention data entered in Google docs; HERO system used to track behavior data and interventions given daily and tracked weekly by teacher; Behavior data reviewed every 2 weeks by team |
| 5. Describe how special education evaluations are initiated at your school, including the process by which school staff refer students for an initial evaluation. | A. Verbal and/or written request for initial evaluation<br>B. Documented receipt of initial evaluation request<br>C. Procedural safeguards given to parent | Components: A, B, C, D included in response<br><br>Notes: School staff fill out referral paper and give to RTI Chairperson; |



| | | |
|---|---|---|
| | D. SBLC meeting scheduled and held | Chairperson review data and meet with child, parent, social worker, teachers to look at which Tier level student is at; Start student with least interventions at current Tier and progress up to Tier 3 by using student trend data; Get parent permission and explanation given to parent regarding evaluation |
| 6. Describe the process by which school staff respond to parental requests for an initial evaluation. Is this process the same if the student is in the RTI process? | A. Document parental request<br>B. SBLC meeting scheduled<br>C. SBLC meeting conducted and student data reviewed<br>D. SBLC committee make decisions, determine next steps, set follow-up meeting<br>E. Describe process for student in RTI, if different | Components: A, B, C, D, included in response; E is Not Applicable<br><br>Notes: Parent fill out referral paper; If student goes through RTI with no progress, review data and contact parent within 30 days to set up meeting to review information; Staff fill out SAT form; Parent permission obtained; School indicated no parental request made for special education evaluations for students in RTI process |
| 7. Describe, in general, how special education evaluations are conducted at your school, including the personnel responsible for conducting such evaluations. | A. List personnel conducting evaluations – multidisciplinary team<br>B. Parental consent for evaluations and procedural safeguards given to parents<br>C. Prior Written Notice to parents<br>D. Review existing student data and multidisciplinary team evaluate in all areas of concern<br>E. 60 day timeline for completion | Components: A, B, C, D, E included in response<br><br>Notes: After parent permission, assign Pupil App. Coordinator to look at checklist of child needs to test student in areas of concern; Social worker and Ed Diagnostician on every case; Team members review child educational results, research-based intervention data, |



DEPARTMENT of
EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| | | classroom observations conducted; Team meet with parent to see if child eligible for special education and to determine classification; Complete evaluation in 60 days; After evaluation copies given to parent and sped teacher; IEP developed from evaluation results |
| 8. | Describe how determinations are made concerning whether a student should be considered for eligibility under the IDEA or Section 504 of the Rehabilitation Act at your school. | A. IDEA – meet Bulletin 1508 criteria for a student with an exceptionality and have a need for special education and related services<br>B. 504 – has a physical or mental impairment that substantially limits a major life activity and is regarded as having such an impairment | Components: A covered in response<br><br>Notes: 504- have checklist for different areas and look at information such as intervention data and progress monitoring to determine if eligible for 504 or IDEA; IDEA – Evaluation team test student in areas of concern, review information as team, and meet with parent to see if child is eligible and the child's classification; Write IEP from evaluation |
| 9. | Describe, in general, the process by which the school completes initial evaluations for those students no longer enrolled in the school. | A. Coordination between previous and current school<br>B. Timely completion<br>C. Evaluation sent to current school | Components:<br>A, B, C included in response<br><br>Notes: Forward copy of evaluation to new LEA; Complete evaluation then send to new school quickly so as new school can complete IEP |

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: Lake Area Charter School
Targeted Monitoring Area: Child Find
Total Number of student files reviewed: 11
LDOE Monitoring Personnel: ▬▬▬▬▬ - Education Program Consultant
Date(s): 3/22/16 – 5/3/16
Student exceptionalities included: Only students eligible for Section 504 Individual Accommodation Plans were reviewed

| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
|---|---|---|---|
| | | **Child Find Student File Review Protocol Results** | |
| 1. | The School Building Level Committee ("SBLC") that discussed the student's academic needs was comprised of at least a classroom teacher, the teacher who referred the student to the SBLC, and the principal of the school or a designee of the principal. | Lake Area sample files were all 504 re-evaluations<br><br>• None of 10 files reviewed had SBLC or SAT data to review | 3 of 10 (30%) applicable student files were scored as compliant for Section 504 regulations. |
| 2. | If the School Building Level Committee referred the student for an initial evaluation, parental consent for an initial evaluation was obtained within a reasonable time following the SBLC's decision to refer the student. | Lake Area sample files were all 504 re-evaluations<br><br>• None of 10 files reviewed had SBLC or SAT data to review | 4 of 9 (44%) applicable student files were scored as compliant for Section 504 regulations. |
| 3. | Sufficient screening, including – if appropriate – participation in the Response to Intervention process, was conducted to identify the student as suspected of having a disability. | Lake Area sample files were all 504 re-evaluations<br><br>• None of 10 files reviewed had screening data consistent with Bulletin 1508 | 0 of 8 (0%) applicable student files were scored as compliant for Section 504 regulations. |
| 4. | If the student's parent has requested an initial evaluation, the LEA either (1) requested parental consent to conduct the evaluation or (2) notified the parent in writing that the evaluation would not be conducted and the reasons that the LEA | Lake Area sample files were all 504 re-evaluations<br><br>• Parent Permission Section 504 forms - for 2 of the 5 files selected | 2 of 5 (40%) applicable student files were scored as compliant for Section 504 regulations. |

| | | | |
|---|---|---|---|
| | believed that an evaluation of the student was unnecessary. | | |
| 5. | If student participated in the RTI process, the school collected sufficient data to determine the effectiveness of the interventions provided to the student. | Lake Area sample files were all 504 re-evaluations <br> • NA because no RtI data was submitted | 0 of 3 (0%) applicable student files were scored as compliant for Section 504 regulations. |
| 6. | If student did not maintain expected progress while participating in the Response to Intervention process, the student was referred to the SBLC for consideration of an initial evaluation within a reasonable amount of time. | Lake Area sample files were all 504 re-evaluations <br> • NA because no RtI data was submitted | 0 of 2 (0%) applicable student files were scored as compliant for Section 504 regulations. |
| 9. (7) | Parental notice was provided describing any evaluation procedures that the agency proposed to conduct. | Lake Area sample files were all 504 re-evaluations <br> • Parent Permission Section 504 form – for the 1 of 10 files selected | 1 of 9 (11%) applicable student files were scored as compliant for Section 504 regulations. |
| 8. | Parental consent was obtained to conduct an initial evaluation. | Lake Area sample files were all 504 re-evaluations <br> • Parent Permission Section 504 forms - for 2 of the 9 files selected | 2 of 9 (22%) applicable student files were scored as compliant for Section 504 regulations. |
| 10. (9) | A variety of assessment tools and strategies (not the use of a single measure or assessment as the sole criterion) were used to gather relevant functional, developmental and academic information about the child, including information provided by the parent. | Lake Area sample files were all 504 re-evaluations <br> • Grades – for the 3 of 10 files selected | 3 of 10 (30%) applicable student files were scored as compliant for Section 504 regulations. |
| 11. (10) | Existing data (ex. evaluation data and info provided by parent; current classroom based, local or state assessment data; classroom observations and related service provider observations) was reviewed to determine continued eligibility. | Lake Area sample files were all 504 re-evaluations <br> • Grades – for the 3 of 10 files selected | 0 of 9 (22%) applicable student files were scored as compliant for Section 504 regulations. |
| 12. (11) | A variety of sources (ex: teacher data, parent data, and related services data) were used to determine continued student eligibility. | The following data was found in the 10 files reviewed - <br> • Star Reading 20% of files <br> • Grades – 100% of files | 3 of 10 (30%) applicable student files were scored as |

| | | | |
|---|---|---|---|
| 13. (12) | For students who are eligible under Section 504 of the Rehabilitation Act, the student's educational records indicate that the student does not require specially designed instruction. | • Star Reading 20% of files<br>• Teacher Questionnaire – 30% of files<br>Lake Area sample files were all 504 re-evaluations. IMs feel it is a challenge to develop a hypotheses concerning "specifically designed instruction" based on limited data reviewed below.<br>• Star Math 30% of files<br>• Grades – 100% of files<br>• Teacher Questionnaire – 30% of files | compliant for Section 504 regulations.<br>6 of 10 (60%) applicable student files were scored as compliant for Section 504 regulations. |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

███████

**Charter Management Operator**
Lake Area New Tech Early College High School
6026 Paris Ave.
New Orleans, LA   70122

Dear ███████ :

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean although LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices at the school. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ███████ with any questions or concerns. She may be reached at ███████ .

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

## Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,

███████████████████████

██████████, Executive Director
Statewide Monitoring

C:█████████, Principal
     ████████████, Director of Student Services

AR:ds

Attachments

## Louisiana Believes

Optional Second Page Header
Page 3
Date

Louisiana Believes

Optional Second Page Header
Page 4
Date

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**Lake Area New Tech Early College High School**
**LDOE Monitoring Report**
**2015-2016**

**████████**

**Charter Management Operator**

**TARGETED AREA OF MONITORING:**
**Child Find**

**June 8, 2016**

**LDOE Monitoring Team Leader:**
**████████████████**

## Louisiana Believes

## CONTENTS

I.  General Overview................................................................................................3

II.  School Staff Conference Call.................................................................................3

III.  Strategies, Activities, and Methods of Monitoring...........................................3

IV.  Summary of Findings............................................................................................4

## Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Lake Area New Early Tech High School was targeted for monitoring in the area(s) of Child Find. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and includes a comprehensive Summary of Findings document which outlines any areas of non-compliance or recommendations for improvement.

## II.    School Staff Conference Call

On February 18, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated and provided valuable feedback during this process. Those staff included the following: ████████████████████████ ████████████████.

Results of this interview process revealed no findings of non-compliance during the interview process. The responses provided by the school staff satisfactorily addressed all interview questions.

## III.    Strategies, Activities, and Methods of Monitoring

The purpose monitoring for Lake Area New Tech Early College High School was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted a desk audit of student records to determine how well the school complied with IDEA requirements. The method used to select files for monitoring included the selection of schools that had the lowest new identification rates for new students eligible for services under the IDEA. This selection method was approved in the consent agreement addendum.

One IDEA staff member was assigned to lead the special education monitoring activities which included a review of student files and a review of school policies, practices, and procedures. Although students had Individual Accommodation Plans (IAPs) to address identified areas of concern, in keeping with best practices these plans should have been

## Louisiana Believes

periodically reviewed to ensure students were receiving the most current appropriate accommodations and supports based upon academic, functional, and/or behavior needs to enable them to participate in the general education setting. Even though Child Find activities are in place at this school, procedures used to identify, locate, and evaluate students for special education and related services lack comprehensive and rigorous decision-making. Additionally, efforts to involve parents in the referral/evaluation process are limited and inconsistent.

It is suggested the school implement changes to its policies, practices and procedures in the area of Child Find to ensure appropriate practices are implemented to address student's academic and/or behavioral needs. The following are recommendations the school should implement to effectively fulfill the requirements for Child Find:

- Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or special education referrals
- Consider response to intervention strategies prior to referral to special education or Section 504
- Obtain parental consent prior to Section 504 or special education evaluation
- Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Lake Areas New High School, there were no identified areas of non-compliance under the IDEA, Part B program. Please note, although there is no evidence of non-compliance, there are recommendations listed on the report that should be addressed by the LEA to ensure proper procedures and practices are followed for Section 504 students and IDEA Child Find procedures.

Attachment

## Louisiana Believes

DEPARTMENT of
**EDUCATION**   LOUISIANA DEPARTMENT OF EDUCATION
Louisiana Believes

# IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION:** Lake Area New Technology Early College High School

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED: Child Find** *(LDOE & SPLC 2015-2016)*

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no systemic areas of non-compliance found in the area of Child Find for Section 504. | A desk review of 10 students' records with supporting documentation and a telephone interview were conducted for Lake Area New Technology Early College High School. There are recommendations noted for the Section 504 student records listed below that must be addressed immediately by the school. **Student #1: Personal Identification Number (PIN):** • Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or Special Education referrals. • Consider response to intervention strategies prior to referral to Special Education or Section 504. |

1

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| | | | **Student 2: Personal Identification Number (PIN):**<br><br>• Consider response to intervention strategies prior to referral to Special Education or Section 504.<br><br>• Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations. |
| | | | **Student 3: Personal Identification Number (PIN):**<br><br>• Consider response to intervention strategies prior to referral to Special Education or Section 504.<br><br>• Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations.<br><br>• Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or Special Education referrals.<br><br>• Consider response to intervention strategies prior to referral to Special Education or Section 504. |

2

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|---------------|-----------|-----------------|
|  |  |  | **Student 4: Personal Identification Number (PIN):**<br>• Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or Special Education referrals.<br>• Consider response to intervention strategies prior to referral to Special Education or Section 504.<br>• Obtain parental consent prior to Section 504 or special education evaluation.<br>• Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations. |
|  |  |  | **Student 5: Personal Identification Number (PIN):**<br>• Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or Special Education referrals.<br>• Consider response to intervention strategies prior to referral to Special Education or Section 504.<br>• Obtain parental consent prior to Section 504 or special education evaluation.<br>• Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations. |

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|---------------|-----------|-----------------|
| | | | **Student 6:  Personal Identification Number (PIN):**<br>• Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or Special Education referrals.<br>• Consider response to intervention strategies prior to referral to Special Education or Section 504.<br>• Obtain parental consent prior to Section 504 or special education evaluation.<br>• Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations. |
| | | | **Student 7:  Personal Identification Number (PIN):**<br>• Conduct an evaluation using Include a variety of assessment instruments in all Section 504 or special education evaluations.<br>• Conduct an evaluation using Include a variety of assessment instruments in all Section 504 or special education evaluations. |

4

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|---------------|-----------|-----------------|
| | | | **Student 8:  Personal Identification Number (PIN):**<br>• Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or Special Education referrals.<br>• Consider response to intervention strategies prior to referral to Special Education or Section 504.<br>• Obtain parental consent prior to Section 504 or special education evaluation.<br>• Conduct an evaluation using Include a variety of assessment instruments in all Section 504 or special education evaluations. |
| | | | **Student 9:  Personal Identification Number (PIN):**<br>• Obtain parental consent prior to Section 504 or special education evaluation.<br>• Consider response to intervention strategies prior to referral to Special Education or Section 504. |

9



DEPARTMENT of
EDUCATION
Louisiana Believes

IDEA PART B RECOMMENDATION PLAN – (SPLC)

LEA: Lake Area New Tech Early High School

DATE OF MONITORING: March 2016

DATE OF SUBMISSION: July 2016

FINDING: Child Find Concerns

| ACTIVITIES & ACTION STEPS TO ADDRESS CHILD FIND CONCERNS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| SBLC team will attend a professional development provided by LDOE on the following:<br>• Child Find federal (IDEA) and state requirements (B. 1508 & B. 1706)<br>• Criteria for a child to meet 504 requirements for 504 eligibility<br>• Response to Intervention requirements with specific emphasis on data-based decision making across the 3 tiers for academic/behavioral referral concerns and in the consideration and implementation of research-based RTI strategies prior to referral for potential eligibility<br>• Specific components of PB vs White Child Find Written Guidance (i.e. need to rule | August 2016 | School Principal Special Education Director | Sign-in sheet verifying attendance of SBLC team | LDOE will collect sign-in sheet at conclusion of meeting for verification of attendance. | |

| | | | | |
|---|---|---|---|---|
| out need for special services before evaluating for 504) | | | | |
| Monitor students that are not 504 or IDEA that are failing to make progress academically, behaviorally, and/or have medical concerns. The LEA will submit a list of:<br><br>• Students not identified as 504 or SPED who are failing 2 or more core subjects<br>• Students with documented medical concerns that may warrant a 504 or special education evaluation (if not yet identified under 504 or IDEA)<br>• Students not responding to intervention at Tier 1, Tier 2, or Tier 3 (academic and behavior including screening)<br><br>Submit actions taken by school in regards to Child Find activities or other activities to address the concerns of the above listed student groups | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Bi-monthly submission of the student list to include a written description detailing the actions taken by the school in regards to Child Find activities or other activities implemented by the school to address academic, medical, or behavioral concerns | September 30<br>November 30<br>January 30<br>March 28<br>May 30 |
| Develop system for tracking Child Find referrals (if not already done) | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Copy of description of Child Find tracking system<br><br>Monthly list of students referred under Child Find (school or parent referrals) | August 31, 2016<br><br>Last business day of each month from September 2016 -May 2017 |

| | | | | |
|---|---|---|---|---|
| LEA will complete Child Find Checklist provided by LDOE to ensure Child Find procedures and activities are being implemented with fidelity and in accordance with state and local regulations | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of completed checklist for LEA with a plan of action for areas marked as "NO" or "In Progress"  Copy of Child Find Checklist and Plans (if any) will be reviewed by IMs and LDOE during the Spring 2017 on-site monitoring activities | September 9, 2016  Last business day of each month from September 2016 -May 2017 |
| Develop Child Find log to document child find activities (if not already done) | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of Child Find log activities provided each month | Last business day of each month from September 2016 -May 2017 |
| 504 and/or SBLC Coordinator will check grades of all 504 students AND students in RTI process every grading period (6wks/9wks) to determine which students are failing 2 or more core subjects or are not responding to intervention at any Tier. Students with failing grades for 2016-2017 SY in core subjects for two grading periods or lack of response to intervention will be flagged for an SBLC to discuss academic concerns and actions school will take to address these concerns | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students failing 2 or more core subjects or are not responding to intervention at any Tier each grading period  Copy of SBLC documentation for students failing for 2 grading periods or are not responding to intervention at any Tier to include actions taken by school to address academic concerns | September 30 November 30 January 30 March 28 May 30 |
| 504 and/or SBLC Coordinator will keep track of behavior data for any 504 students, any students in RTI process with behavior concerns, and students positively screened at Tier 1 for behavior to determine which students are having behavior | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students suspended/expelled each month to include number of days suspended/expelled and actions taken by school to address behavioral concerns | September 30 November 30 January 30 March 28 May 30 |

| | | | | |
|---|---|---|---|---|
| difficulties. Students with 10 or more in/out of school suspensions for 2016-2017 SY will be flagged for an SBLC to discuss behavior concerns and actions school will take to address these concerns | | | Copy of SBLC documentation for students with 10 or more days in/out of school suspensions and students positively screened at Tier 1 for behavior to include actions taken by school to address behavioral concerns | |
| LEA will conduct a training with school staff by redelivering the information from the Child Find training provided by LDOE on Child Find requirements | August 2016 | School Principal Special Education Director | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training | September 16, 2016 |
| The LEA principal and special education director/coordinator will sign a Child Find Assurances checklist verifying implementation of Child Find requirements | August 2016 | School Principal Special Education Director | Copy of signed Child Find assurances checklist | September 16, 2016 |
| Provide training to school staff on RTI procedures to include the following: • Description of RTI tier process • Description of activities in each tier (to include the selection of research-based interventions, timeframe for interventions, frequency of interventions, number of days each week interventions will be provided) • Progress monitoring in each tier (types of PM tools will use; how to collect, analyze, and document student data | August 2016 | School Principal Special Education Director S04 Coordinator and/or SBLC Chairperson | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training<br><br>Copy written RTI procedures | September 30, 2016<br><br>September 30, 2016 |

| | | | | |
|---|---|---|---|---|
| to make informed instructional decisions, frequency of PM – 1X week, etc., )<br>• Procedures to follow when student fail to make progress in Tiers 2 & 3<br>• Procedures to follow when students make progress in Tiers 2 & 3<br>• When to initiate a special education referral | | | | |
| LEA will complete RTI Checklist/Self-Assessment provided by LDOE to ensure RTI procedures are being implemented with fidelity | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | LEA will send LDOE copy of completed checklist/self-assessment for LEA with the related action planning and activities section completed for areas marked as: Indicator is not present; Indicator is known and implementation planning has begun; or Indicator is present in some daily practice | September 30, 2016 |

Dear ███████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Sophie B. Wright Learning Academy**

**Child Find**
●Desk review – each student file submitted should include files of students failing two or more subjects, Section 504 students, engaged in Response to Intervention (RTI), or were subject to greater than 10 days of disciplinary removals in a school year
●Staff interview required

███████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 17, 2016** at 9:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ██████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode  SiteName  Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.    Provide the zipped file to your FTP Coordinator ████████████████, to upload to the Data Management FTP.
4.  E-mail ██████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████████████████████████.

Sincerely,


████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ███████████

**Date: 2-17-2016**

**LEA/School: Sophie B. Wright Charter School**

**Monitoring Area: Child Find**

| Required | |
| --- | --- |
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ████████ |
| General Education Teacher(s) | ████████ |
| Special Education Administrator/Coordinator | ████████████ |
| Special Education Teacher(s) | |
| | |
| **Optional** | |
| Charter Director | ██████ |
| Assistant Charter Director | ████████ |
| UNO/Project Access Trio (Outside Agency) | █████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE



LEA: Sophie B. Wright Charter School

Interview Conducted by: ▮▮▮▮▮

Date: 2/17/2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☐Yes  ☐No  ☒Follow-Up Needed pending results of Desk Review

## CHILD FIND – Side by Side Interview Tool

| | Questions | | Required Components | Comments |
|---|---|---|---|---|
| 1. | Describe the processes for conducting SBLC meetings, including the frequency of such meetings, the composition of the SBLC, the types of data considered by the SBLC, and the outcomes of the SBLC, in its normal course of business. | A. B. C. D. E. | SBLC process was described<br>Parental consent<br>Data on prior interventions<br>Frequency of meeting<br>Timelines for operation during the school year and dissemination of evaluation results | Components: A, B, C, D, E covered in response<br><br>Notes: When child identified by teacher/parent, meet with school staff, Asst. charter director, 504 coordinator, sped coordinator; Composition of team consist of Chairperson, Co-chairperson, school staff and parent; Review classroom data, teacher/parent referrals, classwork, assessment data; Provided last date of referral as Dec. 7th; Outcome of SBLC is 504 plan or special education evaluation |
| 2. | Describe the process by which students at your school are referred to the SBLC. When was the last time a student at your school was referred to the SBLC? | A. B. C. D. E. | Described process for receiving and documenting verbal/written request<br>Referral sources<br>Referral reasons<br>Referral method<br>Date last student referred | Components: Components B, E included in response<br><br>Notes: Listed parent, administrator, teacher, counselor, curriculum and RTI for referral; Indicated Dec. 7, 2015 as last time student referred to SBLC |
| 3. | Describe the structure of the RTI process at your school, including the role of SBLC members, regular | A. B. C. | Description of tiers<br>Instruction and interventions in tiers<br>Data collection/assessment system | Components: A, B[did not give specific as to types of instruction and types of interventions in tiers]; |

Charter School Interviews 2015-2016
SPLC & LDOE



DEPARTMENT of
EDUCATION
Louisiana Believes

| | |
|---|---|
| education teachers, special education staff, and school administrators in the RTI process. | D. Timelines for implementation, review and follow-up<br>E. Description of SBLC member roles | D (touched on some implementation, review of data, and follow-up but not specific; E (gave role of Sped Coordinator and gen. ed teacher only)<br><br>Notes: Tier 1 – all kids tested in diagnostic testing in areas of math and English, curriculum conferences, students entered into tutoring and after-school program; Tier 2- Students go through counseling office, after-school tutoring, pull-out during electives to receive interventions in math and reading; If no progress, referred to Tier 3; Tier 3 – instructional meeting with parent; failure list generated twice and parent contacted; Start process to contact the SAS; Mandatory after-school tutoring, pull-outs; daily monitoring log sheet; teacher provide accommodations; The general education teacher look at diagnostic test, review assignments, class observations. The teacher also look at scores and failure list to determine what is happening. Ms. Smith reviews this data and has meeting with teacher to look at data. |



DEPARTMENT of EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| 4. | Describe the implementation of the RTI process at your school, including how academic and behavioral interventions are planned, implemented, and assessed for effectiveness. How often is a student's progress in RTI reviewed? | A. Listed personnel responsible for intervention<br>B. Description of intervention selection process for academic and behavior<br>C. Interventions research-based<br>D. Description of how interventions implemented<br>E. Documentation of implementation<br>F. Timelines for implementation<br>G. Types of assessment administered<br>H. Frequency student progress reviewed | Components: A, B, H covered in response; response to D and E touched on but not specific<br><br>Notes: Three tier selection process; Instructional data used; Discipline data reviewed; Academic data based on data from after-school tutoring, pull out from class, meetings on Friday, and tutoring during school day; Tutors do pull-outs and provide interventions in areas of concern; After-school tutoring is given in math and reading; Behavior tracked through PBIS; Have tracking system in place to review data every two weeks; Increase tutoring if needed for student; Call parent to discuss student progress; Student progress checked daily; Student progress documented on walls in class and hallway, student sign-in for documentation of interventions, administrators meet to discuss data, behavior checked by check-in/check-out; Use Gates-McGinnity and Read 180 programs for intervention and create graphs from these programs to track student progress (indicated this is done daily) |
| 5. | Describe how special education evaluations are initiated at your school, including the process by | A. Verbal and/or written request for initial evaluation | Components: A and D covered in response |

Charter School Interviews 2015-2016
SPLC & LDOE



DEPARTMENT of EDUCATION
Louisiana Believes

| | |
|---|---|
| which school staff refer students for an initial evaluation. | B. Documented receipt of initial evaluation request<br>C. Procedural safeguards given to parent<br>D. SBLC meeting scheduled and held | Notes: Anybody can refer student; Data sent to Sped Coordinator to review to see if student having issue and bring in contract Pupil App. Person to review data and conduct classroom observation; Staff fill out SAT team referral and write what is going on with student; SAT team meet with parent to discuss student |
| 6. Describe the process by which school staff respond to parental requests for an initial evaluation. Is this process the same if the student is in the RTI process? | A. Document parental request<br>B. SBLC meeting scheduled<br>C. SBLC meeting conducted and student data reviewed<br>D. SBLC committee make decisions, determine next steps, set follow-up meeting<br>E. Describe process for student in RTI | Components: A, B, C covered in response<br><br>Notes: Parent can fill out referral form, call school, or send email to Sped Coordinator; SAT meeting scheduled with parent and school after request and they review data |
| 7. Describe, in general, how special education evaluations are conducted at your school, including the personnel responsible for conducting such evaluations. | A. List personnel conducting evaluations – multidisciplinary team<br>B. Parental consent for evaluations and procedural safeguards given to parents<br>C. Prior Written Notice to parents<br>D. Review existing student data and multidisciplinary team evaluate in all areas of concern<br>E. 60 day timeline for completion | Components: A, B, D, E covered in response<br><br>Notes: Indicated contracted Pupil App. person conducts evaluation; Pupil App. Person meet with parent to explain evaluation process; Pupil App. Person review student data (RTI data, prior test data, interview teacher, review behavior, medical issues, previous records); Evaluation completed in 60 days |
| 8. Describe how determinations are made concerning whether a student should be considered for eligibility under the IDEA or Section 504 of the Rehabilitation Act at your school. | A. IDEA – meet Bulletin 1508 criteria for a student with an exceptionality and have a need for special education and related services | Components: Touched on some of the activities involved in the components but did not fully |



| | |
|---|---|
| B. 504 – has a physical or mental impairment that substantially limits a major life activity and is regarded as having such an impairment | explain criteria student has to meet for IDEA and 504<br><br>Notes: Meet with parent and review data; process same for IDEA and 504; For 504 use prior test data, teacher interview; behavior information; Gates McGinnity test administered; check-in/check-out behavior sheet |
| 9. Describe, in general, the process by which the school completes initial evaluations for those students no longer enrolled in the school.<br><br>A. Coordination between previous and current school<br>B. Timely completion<br>C. Evaluation sent to current school | Components:<br>A, C included in response<br><br>Notes: Contact next school; Send information to new school |

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: Sophie B. Wright Charter School
Targeted Monitoring Area: Child Find
Total Number of student files reviewed: 11
LDOE Monitoring Personnel: ▮▮▮▮ - Section Leader
Date(s): 3/22/16 – 5/3/16

Student exceptionalities included:  Only students eligible for Section 504 Individual Accommodation Plans were reviewed.

| | Child Find Student File Review Protocol Results | | |
|---|---|---|---|
| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
| 1. | The School Building Level Committee ("SBLC") that discussed the student's academic needs was comprised of at least a classroom teacher, the teacher who referred the student to the SBLC, and the principal of the school or a designee of the principal. | • Request for SA Team assistance form | 9 of 9 (100%) applicable student files were scored as compliant for Section 504 regulations. |
| 2. | If the School Building Level Committee referred the student for an initial evaluation, parental consent for an initial evaluation was obtained within a reasonable time following the SBLC's decision to refer the student. | • Sophie B Wright School Parent Permission 504 form<br>• Wright Charter School Parent Notice Section 504 Revised form | This item was scored Not Applicable for all student files reviewed. |
| 3. | Sufficient screening, including – if appropriate – participation in the Response to Intervention process, was conducted to identify the student as suspected of having a disability. | • Gates-MacGinitie Reading Test<br>• G-MAZE math assessment<br>• Wright Section 504 Teacher Information Questionnaire<br>• ADD ES 4<br>• Dyscalculia Checklist<br>• LEAP assessment scoring history<br>• Historical grades | 6 of 7 (86%) applicable student files were scored as compliant for Section 504 regulations. |

| | | • Work Samples | |
|---|---|---|---|
| 4. | If the student's parent has requested an initial evaluation, the LEA either (1) requested parental consent to conduct the evaluation or (2) notified the parent in writing that the evaluation would not be conducted and the reasons that the LEA believed that an evaluation of the student was unnecessary. | • Wright Charter School Parent Notice Section 504 Revised | This item was scored Not Applicable for all student files reviewed. |
| 5. | If student participated in the RTI process, the school collected sufficient data to determine the effectiveness of the interventions provided to the student. | • No revenant information pertaining to RtI noted in records provided | 0 of 1 (0%) applicable student file was scored as compliant for Section 504 regulations. |
| 6. | If student did not maintain expected progress while participating in the Response to Intervention process, the student was referred to the SBLC for consideration of an initial evaluation within a reasonable amount of time. | • No indication of ongoing progress monitoring provided in records | 0 of 1 (0%) applicable student file was scored as compliant for Section 504 regulations. |
| 9. (7) | Parental notice was provided describing any evaluation procedures that the agency proposed to conduct. | • Wright Charter School Parent Notice Section 504 Revised | 9 of 9 (100%) applicable student files were scored as compliant for Section 504 regulations. |
| 8. | Parental consent was obtained to conduct an initial evaluation. | • Sophie B Wright School Parent Permission 504 | This item was scored Not Applicable for all student files reviewed. |
| 10. (9) | A variety of assessment tools and strategies (not the use of a single measure or assessment as the sole criterion) were used to gather relevant functional, developmental and academic information about the child, including information provided by the parent. | • Gates-MacGinitie Reading Test (not completed for screening)<br>• G-MAZE (math assessment – not completed for screening)<br>• Wright Section 504 Teacher Information Questionnaire | This item was scored Not Applicable for all student files reviewed. |

| | | | |
|---|---|---|---|
| | | • State assessment scoring history (iLEAP)<br>• Historical grade<br>• Work Samples<br>• ADD ES 4<br>• Dyscalculia Checklist<br>• Dyslexia Checklist | |
| 11.<br>(10) | Existing data (ex: evaluation data and info provided by parent; current classroom based, local or state assessment data; classroom observations and related service provider observations) was reviewed to determine continue eligibility. | • Grades<br>• LEAP<br>• Student Testing History<br>• 504 Questionnaire | This item was scored Not Applicable for all student files reviewed. |
| 12.<br>(11) | A variety of sources (ex: teacher data, parent data, and related services data) were used to determine student eligibility. | • Grades<br>• 504 Questionnaire | This item was scored Not Applicable for all student files reviewed. |
| 13.<br>(12) | For students who are eligible under Section 504 of the Rehabilitation Act, the student's educational records indicate that the student does not require specially designed instruction. | • Grades<br>• Gates-MacGinitie Reading Test (not completed for screening)<br>• G-MAZE (math assessment – not completed for screening) | 11 of 11 (100%) applicable student files were scored as compliant for Section 504 regulations. |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

█████████

**Charter Management Operator**
Sophie B. Wright Learning Academy
1800 Monroe St.
New Orleans, LA  70118

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean although LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices at the school. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ████████ with any questions or concerns. She may be reached at ████████████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

Sincerely,

████████████████████████████████

████████████, Executive Director
Statewide Monitoring

*Louisiana Believes*

 LOUISIANA DEPARTMENT OF EDUCATION

C:  ███████████, Principal
    ███████████, Special Education Coordinator

AR:ds

Attachments

## Louisiana Believes

Optional Second Page Header
Page 3
Date

Optional Second Page Header
Page 4
Date

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**Sophie B. Wright Charter School**
**LDOE Monitoring Report**
**2015-2016**



**Board President**

**TARGETED AREA OF MONITORING:**
**Child Find**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

*Louisiana Believes*

# CONTENTS

I.      General Overview……………………………………………………………………………3

II.     School Staff Conference Call……………………………………………………………3

III.    Strategies, Activities, and Methods of Monitoring………………………4

IV.     Summary of Findings……………………………………………………………………4

Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a consent decree with regard to a negotiated settlement agreement with the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Sophie B. Wright was targeted for monitoring in the area(s) of Child Find. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and includes a comprehensive Summary of Findings document which outlines any areas of non-compliance or recommendations for improvement.

## II.    School Staff Conference Call

On February 17, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated and provided valuable feedback during this process. Those staff included the following: ██████████████████████████████████████████████████████████████████████████████.

Results of this interview process revealed concerns in the following areas: SBLC referral process, RTI process, implementation and selection of interventions, special education initial evaluation process, determination of eligibility for IDEA and 504, and timely completion of initial evaluations for student transfers. Recommendations for improvement with regard to practices and procedures in the area of Child Find include the following:

- Review current SBLC referral process and procedures to determine areas of improvement;
- Establish a clearly defined RTI process that includes research-based interventions, specific assessments to screen and measure progress for academics and/or behavior, methods and timelines for implementing interventions, and the creation of a process with timelines for progress monitoring intervention data;
- Review and revise procedures for the special education initial evaluation process;
- Develop and implement a clearly defined process for determining whether a student qualifies as IDEA or 504; and
- Develop a standard set of procedures to ensure timely completion of initial evaluations for student transfers.
-

## III.  Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Sophie B. Wright Learning Academy was to ensure that students are receiving a free appropriate public education (FAPE). The Department chose to conduct a desk audit of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file.

The method used to select files for monitoring included the selection of schools that had the lowest new identification rates for new students eligible for services under the IDEA. This selection method was approved in the consent agreement addendum.

A LDOE monitoring staff member was assigned to lead the special education monitoring activities which included a review of student files and a review of district policies, practices, and procedures. Although some of the 504 students had deficiencies noted in their 504 reevaluation reports, the students had Individual Accommodation Plans (IAPs) in place to ensure necessary accommodations were provided to address area(s) of need. While Child Find activities are in place at this school, procedures used to identify, locate, and evaluate students for special education and related services lack comprehensive and rigorous decision-making. Additionally, efforts to involve parents in the referral/evaluation process are limited and inconsistent.

It is suggested that the school make changes to its policies, practices and procedures in the area of Child Find to ensure appropriate practices are being implemented to address student's academic and/or behavioral needs. The following are recommendations the school should implement to effectively fulfill the requirements for Child Find:

- Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or special education referrals
- Consider response to intervention strategies prior to referral to special education or Section 504
- Obtain parental consent prior to Section 504 or special education evaluation
- Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Sophie B. Wright Learning Academy, there were no identified areas of systemic non-compliance under the IDEA, Part B program. Sophie B. Wright Learning Academy is to be commended for maintaining compliant oversight of the IDEA, Part B program in the area of Child Find for Section 504 students. Please note that, although there is no evidence of systemic non-compliance, there are recommendations listed on the report that should be addressed by the LEA

## Louisiana Believes

to ensure proper procedures and practices are followed for Section 504 students.

DEPARTMENT of
**EDUCATION**   LOUISIANA DEPARTMENT OF EDUCATION
Louisiana Believes

## IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION: Sophie B. Wright Charter School**

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED: Child Find** *(LDOE & SPLC 2015-2016)*

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no systemic areas of non-compliance in the area of Child Find for Section 504. | A desk review of students' records with supporting documentation and a telephone interview was conducted for Sophie B. Wright Charter School. There are recommendations noted for the Section 504 student records listed below that should be addressed immediately by the school: <br><br> **Student 1:** <br><br> • No evidence of 504 reevaluation report from date 11/6/14 for 504 Notice of Continuous Services |

1

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| | | | **Student 2:**<br><br>• No evidence pages 2 and 3 of IAP submitted |
| | | | **Student 3:**<br><br>• No evidence of a re-evaluation report resulting from 504 reevaluation letter sent to parent on 9/14/15 indicating a reevaluation would occur |
| | | | **Student 4:**<br><br>• School sent home request for SBLC consideration form, however, no evidence of SBLC meeting conducted with SBLC team (form has one signature at bottom of page) |

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| | | | **Student 5:**<br><br>• No evidence documented on 2013 Determination of Eligibility report for 504 that indicated a screener for math was given to student to qualify for dyscalculia |
| | | | **Student 6:**<br><br>• No evidence of IAP for student |
| | | | **Student 7:**<br><br>• No evidence of a Determination of Eligibility reevaluation report for 2016; school sent report from 12/7/2012 but sent a letter to teachers on 1/20/16 notifying them of a 504 review<br><br>• No evidence current data was used for the math assessment for the most current 504 review – student took GMADE math assessment on October 30, 2012 |



**DEPARTMENT of EDUCATION**
Louisiana Believes

IDEA PART B RECOMMENDATION PLAN – (SPLC) 2016-2017

**LEA:** Sophie B. Wright

**DATE OF MONITORING:** March 2016

**DATE OF SUBMISSION:** July 2016

**FINDING:** Child Find Concerns

| ACTIVITIES & ACTION STEPS TO ADDRESS CHILD FIND CONCERNS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| SBLC team will attend a professional development provided by LDOE on the following: <br> • Child Find federal (IDEA) and state requirements (B. 1508 & B. 1706) <br> • Criteria for a child to meet 504 requirements for 504 eligibility <br> • Response to Intervention requirements with specific emphasis on data-based decision making across the 3 tiers for academic/behavioral referral concerns and in the consideration and implementation of research-based RTI strategies prior to referral for potential eligibility <br> • Specific components of PB vs White Child Find Written Guidance (i.e. need to rule | August 2016 | School Principal Special Education Director | Sign-in sheet verifying attendance of SBLC team | LDOE will collect sign-in sheet at conclusion of meeting for verification of attendance. | |

| | | | | |
|---|---|---|---|---|
| out need for special services before evaluating for 504) | | | | |
| Monitor students that are not 504 or IDEA that are failing to make progress academically and/or have medical concerns. The LEA will submit a list of:<br><br>• Students not identified as 504 or SPED who are failing 2 or more core subjects<br>• Students with documented medical concerns that may warrant a 504 or special education evaluation (if not yet identified under 504 or IDEA)<br>• Students not responding to intervention at Tier 1, Tier 2, or Tier 3 (academic and behavior)<br><br>Submit actions taken by school in regards to Child Find activities or other activities to address the concerns of the above listed student groups | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Bi-monthly submission of the student list to include a written description detailing the actions taken by the school in regards to Child Find activities or other activities implemented by the school to address academic, medical, or behavioral concerns | September 30<br>November 30<br>January 30<br>March 28<br>May 30 |
| Develop system for tracking Child Find referrals (if not already done) | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Copy of description of Child Find tracking system<br><br>Monthly list of students referred under Child Find (school or parent referrals) | August 31, 2016<br><br>Last business day of each month from September 2016 -May 2017 |

| Activity | Date | Responsible | Evidence | Timeline |
|---|---|---|---|---|
| LEA will complete Child Find Checklist provided by LDOE to ensure Child Find procedures and activities are being implemented with fidelity and in accordance with state and local regulations | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of completed checklist for LEA with a plan of action for areas marked as "NO" or "In Progress"<br><br>Copy of Child Find Checklist and Plans (if any) will be reviewed by IMs and LDOE during the Spring 2017 on-site monitoring activites | September 9, 2016<br><br>Last business day of each month from September 2016 -May 2017 |
| Develop Child Find log to document child find activities (if not already done) | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of Child Find log activities provided each month | Last business day of each month from September 2016 -May 2017 |
| 504 and/or SBLC Coordinator will check grades of all 504 students AND students in RTI process every grading period (6wks/9wks) to determine which students are failing 2 or more core subjects or are not responding to intervention at any Tier. Students with failing grades for 2016-2017 SY in core subjects for two grading periods or lack of response to intervention will be flagged for an SBLC to discuss academic concerns and actions school will take to address these concerns | | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students failing 2 or more core subjects or are not responding to intervention at any Tier each grading period<br><br>Copy of SBLC documentation for students failing for 2 grading periods or are not responding to intervention at any Tier to include actions taken by school to address academic concerns | September 30 November 30 January 30 March 28 May 30 |
| 504 and/or SBLC Coordinator will keep track of behavior data for any 504 students, any students in RTI process with behavior concerns, and students positively screened at Tier 1 for behavior to determine which students are having behavior | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students suspended/expelled each month to include number of days suspended/expelled and actions taken by school to address behavioral concerns | September 30 November 30 January 30 March 28 May 30 |

| | | | | |
|---|---|---|---|---|
| difficulties. Students with 10 or more in/out of school suspensions for 2016-2017 SY will be flagged for an SBLC to discuss behavior concerns and actions school will take to address these concerns | | | Copy of SBLC documentation for students with 10 or more days in/out of school suspensions and students positively screened at Tier 1 for behavior to include actions taken by school to address behavioral concerns | |
| LEA will conduct a training with school staff by redelivering the information from the Child Find training provided by LDOE on Child Find requirements | August 2016 | School Principal Special Education Director | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training | September 16, 2016 |
| The LEA principal and special education director/coordinator will sign a Child Find Assurances checklist verifying implementation of Child Find requirements | August 2016 | School Principal Special Education Director | Copy of signed Child Find assurances checklist | September 16, 2016 |
| Provide training to school staff on RTI procedures to include the following areas:<br>• Description of RTI tier process<br>• Staff roles/responsibilities in each tier<br>• How school-wide screening is done within RTI model<br>• Description of activities in each tier (to include the selection of research-based interventions, timeframe for interventions, frequency of interventions, number of days each week interventions will be provided) | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training<br><br>Copy of written RTI procedures to include all of the areas listed for the RTI procedures training | September 30, 2016<br><br>September 30, 2016 |

|  |  |  |  |  |
|---|---|---|---|---|
| <ul><li>Progress monitoring in each tier (types of PM tools will use; how to collect, analyze, and document student data to make informed instructional decisions, frequency of PM – 1X week, etc., )</li><li>Procedures to follow when student fail to make progress in Tiers 2 & 3</li><li>Procedures to follow when students make progress in Tiers 2 & 3</li><li>When to initiate a special education referral</li></ul> |  |  |  |  |
| LEA will complete RTI Checklist/Self-Assessment provided by LDOE to ensure RTI procedures are being implemented with fidelity | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | LEA will send LDOE copy of completed checklist/self-assessment for LEA with the related action planning and activities section completed for areas marked as: Indicator is not present; Indicator is known and implementation planning has begun; or Indicator is present in some daily practice | September 30, 2016 |

Dear ██████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under IDEA will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Algiers Technology Academy and Lord Beaconsfield Landry – Oliver Perry Walker High**

**Related Service Monitoring**
- Desk review - each student file should include one or more of the following low incidence disabilities (Deaf-Blindness, Deafness, Hearing Impairment, Intellectual Disability, Multiple Disabilities, Orthopedic Impairment, Traumatic Brain Injury, Autism, or Visual Impairment including Blindness)
- Files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities
- Staff interview required

██████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 16, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ██████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.    Provide the zipped file to your FTP Coordinator, ██████████████████████ , to upload to the Data Management FTP.

4.   E-mail ███████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact █████████ via email at ████████████████████.

Sincerely,


████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ███████████

**Date: 2-17-2016**

**LEA/School: Sophie B. Wright Charter School**

**Monitoring Area: Child Find**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ██████████ |
| General Education Teacher(s) | ████████████ |
| Special Education Administrator/Coordinator | ████████████████████ |
| Special Education Teacher(s) | |
| | |
| **Optional** | |
| Charter Director | ████████ |
| Assistant Charter Director | ██████████ |
| UNO/Project Access Trio (Outside Agency) | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE



LEA: Sophie B. Wright Charter School

Interview Conducted by: ▓▓▓▓▓▓▓

Date: 2/17/2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☐Yes  ☐No  ☒Follow-Up Needed pending results of Desk Review

## CHILD FIND – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe the processes for conducting SBLC meetings, including the frequency of such meetings, the composition of the SBLC, the types of data considered by the SBLC, and the outcomes of the SBLC, in its normal course of business. | A. SBLC process was described<br>B. Parental consent<br>C. Data on prior interventions<br>D. Frequency of meeting<br>E. Timelines for operation during the school year and dissemination of evaluation results | Components: A, B, C, D, E covered in response<br><br>Notes: When child identified by teacher/parent, meet with school staff, charter director, 504 coordinator, sped coordinator; Composition of team consist of Chairperson, Co-chairperson, school staff and parent; Review classroom data, teacher/parent referrals, classwork, assessment data; Provided last date of referral as Dec. 7th; Outcome of SBLC is 504 plan or special education evaluation |
| 2. Describe the process by which students at your school are referred to the SBLC. When was the last time a student at your school was referred to the SBLC? | A. Described process for receiving and documenting verbal/written request<br>B. Referral sources<br>C. Referral reasons<br>D. Referral method<br>E. Date last student referred | Components: Components B, E included in response<br><br>Notes: Listed parent, administrator, teacher, counselor, curriculum and RTI for referral; Indicated Dec. 7, 2015 as last time student referred to SBLC |
| 3. Describe the structure of the RTI process at your school, including the role of SBLC members, regular | A. Description of tiers<br>B. Instruction and interventions in tiers<br>C. Data collection/assessment system | Components: A, B[did not give specific as to types of instruction and types of interventions in tiers]; |

Charter School Interviews 2015-2016

SPLC & LDOE



DEPARTMENT of
EDUCATION
louisiana Believes

| | |
|---|---|
| education teachers, special education staff, and school administrators in the RTI process. | D. Timelines for implementation, review and follow-up<br>E. Description of SBLC member roles | D (touched on some implementation, review of data, and follow-up but not specific; E (gave role of Sped Coordinator and gen. ed teacher only)<br><br>Notes: Tier 1 – all kids tested in diagnostic testing in areas of math and English, curriculum conferences, students entered into tutoring and after-school program; Tier 2- Students go through counseling office, after-school tutoring, pull-out during electives to receive interventions in math and reading; If no progress, referred to Tier 3; Tier 3 – instructional meeting with parent; failure list generated twice and parent contacted; Start process to contact the SAS; Mandatory after-school tutoring, pull-outs; daily monitoring log sheet; teacher provide accommodations; The general education teacher look at diagnostic test, review assignments, class observations. The teacher also look at scores and failure list to determine what is happening. Ms. Smith reviews this data and has meeting with teacher to look at data. |


DEPARTMENT of EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| 4. | Describe the implementation of the RTI process at your school, including how academic and behavioral interventions are planned, implemented, and assessed for effectiveness. How often is a student's progress in RTI reviewed? | A. Listed personnel responsible for intervention<br>B. Description of intervention selection process for academic and behavior<br>C. Interventions research-based<br>D. Description of how interventions implemented<br>E. Documentation of implementation<br>F. Timelines for implementation<br>G. Types of assessment administered<br>H. Frequency student progress reviewed | Components: A, B, H covered in response; response to D and E touched on but not specific<br><br>Notes: Three tier selection process; Instructional data used; Discipline data reviewed; Academic data based on data from after-school tutoring, pull out from class, meetings on Friday, and tutoring during school day; Tutors do pull-outs and provide interventions in areas of concern; After-school tutoring is given in math and reading; Behavior tracked through PBIS; Have tracking system in place to review data every two weeks; Increase tutoring if needed for student; Call parent to discuss student progress; Student progress checked daily; Student progress documented on walls in class and hallway, student sign-in for documentation of interventions, administrators meet to discuss data, behavior checked by check-in/check-out; Use Gates-McGinnity and Read 180 programs for intervention and create graphs from these programs to track student progress (indicated this is done daily) |
| 5. | Describe how special education evaluations are initiated at your school, including the process by | A. Verbal and/or written request for initial evaluation | Components: A and D covered in response |



| | | |
|---|---|---|
| which school staff refer students for an initial evaluation. | B. Documented receipt of initial evaluation request<br>C. Procedural safeguards given to parent<br>D. SBLC meeting scheduled and held | Notes: Anybody can refer student; Data sent to Sped Coordinator to review to see if student having issue and bring in contract Pupil App. Person to review data and conduct classroom observation; Staff fill out SAT team referral and write what is going on with student; SAT team meet with parent to discuss student |
| 6. Describe the process by which school staff respond to parental requests for an initial evaluation. Is this process the same if the student is in the RTI process? | A. Document parental request<br>B. SBLC meeting scheduled<br>C. SBLC meeting conducted and student data reviewed<br>D. SBLC committee make decisions, determine next steps, set follow-up meeting<br>E. Describe process for student in RTI | Components: A, B, C covered in response<br><br>Notes: Parent can fill out referral form, call school, or send email to Sped Coordinator; SAT meeting scheduled with parent and school after request and they review data |
| 7. Describe, in general, how special education evaluations are conducted at your school, including the personnel responsible for conducting such evaluations. | A. List personnel conducting evaluations – multidisciplinary team<br>B. Parental consent for evaluations and procedural safeguards given to parents<br>C. Prior Written Notice to parents<br>D. Review existing student data and multidisciplinary team evaluate in all areas of concern<br>E. 60 day timeline for completion | Components: A, B, D, E covered in response<br><br>Notes: Indicated contracted Pupil App. person conducts evaluation; Pupil App. Person meet with parent to explain evaluation process; Pupil App. Person review student data (RTI data, prior test data, interview teacher, review behavior, medical issues, previous records); Evaluation completed in 60 days |
| 8. Describe how determinations are made concerning whether a student should be considered for eligibility under the IDEA or Section 504 of the Rehabilitation Act at your school. | A. IDEA – meet Bulletin 1508 criteria for a student with an exceptionality and have a need for special education and related services | Components: Touched on some of the activities involved in the components but did not fully |



| | | |
|---|---|---|
| B. 504 – has a physical or mental impairment that substantially limits a major life activity and is regarded as having such an impairment | explain criteria student has to meet for IDEA and 504 | Notes: Meet with parent and review data; process same for IDEA and 504; For 504 use prior test data, teacher interview; behavior information; Gates McGinnity test administered; check-in/check-out behavior sheet |
| 9. Describe, in general, the process by which the school completes initial evaluations for those students no longer enrolled in the school. | A. Coordination between previous and current school<br>B. Timely completion<br>C. Evaluation sent to current school | Components:<br>A, C included in response<br><br>Notes: Contact next school; Send information to new school |

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: Sophie B. Wright Charter School
Targeted Monitoring Area: Child Find
Total Number of student files reviewed: 11
LDOE Monitoring Personnel: ███████ - Section Leader
Date(s): 3/22/16 – 5/3/16

Student exceptionalities included:  Only students eligible for Section 504 Individual Accommodation Plans were reviewed.

| | **Child Find Student File Review Protocol Results** | | |
|---|---|---|---|
| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
| 1. | The School Building Level Committee ("SBLC") that discussed the student's academic needs was comprised of at least a classroom teacher, the teacher who referred the student to the SBLC, and the principal of the school or a designee of the principal. | • Request for SA Team assistance form | 9 of 9 (100%) applicable student files were scored as compliant for Section 504 regulations. |
| 2. | If the School Building Level Committee referred the student for an initial evaluation, parental consent for an initial evaluation was obtained within a reasonable time following the SBLC's decision to refer the student. | • Sophie B Wright School Parent Permission 504 form <br> • Wright Charter School Parent Notice Section 504 Revised form | This item was scored Not Applicable for all student files reviewed. |
| 3. | Sufficient screening, including – if appropriate – participation in the Response to Intervention process, was conducted to identify the student as suspected of having a disability. | • Gates-MacGinitie Reading Test <br> • G-MAZE math assessment <br> • Wright Section 504 Teacher Information Questionnaire <br> • ADD ES 4 <br> • Dyscalculia Checklist <br> • LEAP assessment scoring history <br> • Historical grades | 6 of 7 (86%) applicable student files were scored as compliant for Section 504 regulations. |

| | | • Work Samples | |
|---|---|---|---|
| 4. | If the student's parent has requested an initial evaluation, the LEA either (1) requested parental consent to conduct the evaluation or (2) notified the parent in writing that the evaluation would not be conducted and the reasons that the LEA believed that an evaluation of the student was unnecessary. | • Wright Charter School Parent Notice Section 504 Revised | This item was scored Not Applicable for all student files reviewed. |
| 5. | If student participated in the RTI process, the school collected sufficient data to determine the effectiveness of the interventions provided to the student. | • No revenant information pertaining to RtI noted in records provided | 0 of 1 (0%) applicable student file was scored as compliant for Section 504 regulations. |
| 6. | If student did not maintain expected progress while participating in the Response to Intervention process, the student was referred to the SBLC for consideration of an initial evaluation within a reasonable amount of time. | • No indication of ongoing progress monitoring provided in records | 0 of 1 (0%) applicable student file was scored as compliant for Section 504 regulations. |
| 9. (7) | Parental notice was provided describing any evaluation procedures that the agency proposed to conduct. | • Wright Charter School Parent Notice Section 504 Revised | 9 of 9 (100%) applicable student files were scored as compliant for Section 504 regulations. |
| 8. | Parental consent was obtained to conduct an initial evaluation. | • Sophie B Wright School Parent Permission 504 | This item was scored Not Applicable for all student files reviewed. |
| 10. (9) | A variety of assessment tools and strategies (not the use of a single measure or assessment as the sole criterion) were used to gather relevant functional, developmental and academic information about the child, including information provided by the parent. | • Gates-MacGinitie Reading Test (not completed for screening)<br>• G-MAZE (math assessment – not completed for screening)<br>• Wright Section 504 Teacher Information Questionnaire | This item was scored Not Applicable for all student files reviewed. |

| | | | |
|---|---|---|---|
| | | • State assessment scoring history (iLEAP) <br> • Historical grade <br> • Work Samples <br> • ADD ES 4 <br> • Dyscalculia Checklist <br> • Dyslexia Checklist | |
| 11. (10) | Existing data (ex: evaluation data and info provided by parent; current classroom based, local or state assessment data; classroom observations and related service provider observations) was reviewed to determine continue eligibility. | • Grades <br> • LEAP <br> • Student Testing History <br> • 504 Questionnaire | This item was scored Not Applicable for all student files reviewed. |
| 12. (11) | A variety of sources (ex: teacher data, parent data, and related services data) were used to determine student eligibility. | • Grades <br> • 504 Questionnaire | This item was scored Not Applicable for all student files reviewed. |
| 13. (12) | For students who are eligible under Section 504 of the Rehabilitation Act, the student's educational records indicate that the student does not require specially designed instruction. | • Grades <br> • Gates-MacGinitie Reading Test (not completed for screening) <br> • G-MAZE (math assessment – not completed for screening) | 11 of 11 (100%) applicable student files were scored as compliant for Section 504 regulations. |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

████████████
Charter Management Operator
Sophie B. Wright Learning Academy
1800 Monroe St.
New Orleans, LA  70118

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean although LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices at the school. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact████ with any questions or concerns. She may be reached at ████████████████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

Sincerely,

████████████████████████

████████████, Executive Director
Statewide Monitoring



 LOUISIANA DEPARTMENT OF EDUCATION

C: ███████████, Principal
   ███████████, Special Education Coordinator

AR:ds

Attachments

## Louisiana Believes

Optional Second Page Header
Page 3
Date

## Louisiana Believes

Optional Second Page Header
Page 4
Date

## Louisiana Believes



LOUISIANA DEPARTMENT OF EDUCATION

**Sophie B. Wright Charter School**
**LDOE Monitoring Report**
**2015-2016**



**Board President**

**TARGETED AREA OF MONITORING:**
**Child Find**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

Louisiana Believes

# CONTENTS

I.    General Overview………………………………………………………..……3

II.   School Staff Conference Call…………………………………………………3

III.  Strategies, Activities, and Methods of Monitoring………………………4

IV.   Summary of Findings…………………………………………………………4

Louisiana Believes

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a consent decree with regard to a negotiated settlement agreement with the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Sophie B. Wright was targeted for monitoring in the area(s) of Child Find. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and includes a comprehensive Summary of Findings document which outlines any areas of non-compliance or recommendations for improvement.

## II.   School Staff Conference Call

On February 17, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated and provided valuable feedback during this process. Those staff included the following: ███████████████████████████ ████████████████████████████████████████████████████████.

Results of this interview process revealed concerns in the following areas: SBLC referral process, RTI process, implementation and selection of interventions, special education initial evaluation process, determination of eligibility for IDEA and 504, and timely completion of initial evaluations for student transfers. Recommendations for improvement with regard to practices and procedures in the area of Child Find include the following:

- Review current SBLC referral process and procedures to determine areas of improvement;
- Establish a clearly defined RTI process that includes research-based interventions, specific assessments to screen and measure progress for academics and/or behavior, methods and timelines for implementing interventions, and the creation of a process with timelines for progress monitoring intervention data;
- Review and revise procedures for the special education initial evaluation process;
- Develop and implement a clearly defined process for determining whether a student qualifies as IDEA or 504; and
- Develop a standard set of procedures to ensure timely completion of initial evaluations for student transfers.
- 

## Louisiana Believes

### III.  Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Sophie B. Wright Learning Academy was to ensure that students are receiving a free appropriate public education (FAPE). The Department chose to conduct a desk audit of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file.

The method used to select files for monitoring included the selection of schools that had the lowest new identification rates for new students eligible for services under the IDEA. This selection method was approved in the consent agreement addendum.

A LDOE monitoring staff member was assigned to lead the special education monitoring activities which included a review of student files and a review of district policies, practices, and procedures. Although some of the 504 students had deficiencies noted in their 504 reevaluation reports, the students had Individual Accommodation Plans (IAPs) in place to ensure necessary accommodations were provided to address area(s) of need. While Child Find activities are in place at this school, procedures used to identify, locate, and evaluate students for special education and related services lack comprehensive and rigorous decision-making. Additionally, efforts to involve parents in the referral/evaluation process are limited and inconsistent.

It is suggested that the school make changes to its policies, practices and procedures in the area of Child Find to ensure appropriate practices are being implemented to address student's academic and/or behavioral needs. The following are recommendations the school should implement to effectively fulfill the requirements for Child Find:

- Utilize the professional knowledge of a valid and comprehensive team of individuals when referring students for Section 504 or special education referrals
- Consider response to intervention strategies prior to referral to special education or Section 504
- Obtain parental consent prior to Section 504 or special education evaluation
- Conduct an evaluation using a variety of assessment instruments in all Section 504 or special education evaluations

### IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Sophie B. Wright Learning Academy, there were no identified areas of systemic non-compliance under the IDEA, Part B program. Sophie B. Wright Learning Academy is to be commended for maintaining compliant oversight of the IDEA, Part B program in the area of Child Find for Section 504 students. Please note that, although there is no evidence of systemic non-compliance, there are recommendations listed on the report that should be addressed by the LEA

## Louisiana Believes

to ensure proper procedures and practices are followed for Section 504 students.

**DEPARTMENT of EDUCATION**
Louisiana Believes

LOUISIANA DEPARTMENT OF EDUCATION

# IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION: Sophie B. Wright Charter School**

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED: Child Find** *(LDOE & SPLC 2015-2016)*

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no systemic areas of non-compliance in the area of Child Find for Section 504. | A desk review of students' records with supporting documentation and a telephone interview was conducted for Sophie B. Wright Charter School. There are recommendations noted for the Section 504 student records listed below that should be addressed immediately by the school:<br><br>**Student 1:**<br><br>• No evidence of 504 reevaluation report from date 11/6/14 for 504 Notice of Continuous Services |

1

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---------|---------------|-----------|-----------------|
| | | | **Student 2:**<br>• No evidence pages 2 and 3 of IAP submitted |
| | | | **Student 3:**<br>• No evidence of a re-evaluation report resulting from 504 reevaluation letter sent to parent on 9/14/15 indicating a reevaluation would occur |
| | | | **Student 4:**<br>• School sent home request for SBLC consideration form, however, no evidence of SBLC meeting conducted with SBLC team (form has one signature at bottom of page) |

2

| PROGRAM | REVIEW PERIOD | CITATIONS | Recommendations |
|---|---|---|---|
| | | | **Student 5:**<br><br>• No evidence documented on 2013 Determination of Eligibility report for 504 that indicated a screener for math was given to student to qualify for dyscalculia |
| | | | **Student 6:**<br><br>• No evidence of IAP for student |
| | | | **Student 7:**<br><br>• No evidence of a Determination of Eligibility reevaluation report for 2016; school sent report from 12/7/2012 but sent a letter to teachers on 1/20/16 notifying them of a 504 review<br><br>• No evidence current data was used for the math assessment for the most current 504 review – student took GMADE math assessment on October 30, 2012 |

3

**DEPARTMENT of EDUCATION**
Louisiana Believes

IDEA PART B RECOMMENDATION PLAN – (SPLC) 2016-2017

DATE OF MONITORING: March 2016

DATE OF SUBMISSION: July 2016

LEA: Sophie B. Wright

FINDING: Child Find Concerns

| ACTIVITIES & ACTION STEPS TO ADDRESS CHILD FIND CONCERNS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| SBLC team will attend a professional development provided by LDOE on the following:<br>• Child Find federal (IDEA) and state requirements (B. 1508 & B. 1706)<br>• Criteria for a child to meet 504 requirements for 504 eligibility<br>• Response to Intervention requirements with specific emphasis on data-based decision making across the 3 tiers for academic/behavioral referral concerns and in the consideration and implementation of research-based RTI strategies prior to referral for potential eligibility<br>• Specific components of PB vs White Child Find Written Guidance (i.e. need to rule | August 2016 | School Principal<br>Special Education Director | Sign-in sheet verifying attendance of SBLC team | LDOE will collect sign-in sheet at conclusion of meeting for verification of attendance. | |

| | | | | |
|---|---|---|---|---|
| out need for special services before evaluating for 504) | | | | |
| Monitor students that are not 504 or IDEA that are failing to make progress academically and/or have medical concerns. The LEA will submit a list of:<br>• Students not identified as 504 or SPED who are failing 2 or more core subjects<br>• Students with documented medical concerns that may warrant a 504 or special education evaluation (if not yet identified under 504 or IDEA)<br>• Students not responding to intervention at Tier 1, Tier 2, or Tier 3 (academic and behavior) | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Bi-monthly submission of the student list to include a written description detailing the actions taken by the school in regards to Child Find activities or other activities implemented by the school to address academic, medical, or behavioral concerns | September 30<br>November 30<br>January 30<br>March 28<br>May 30 |
| Submit actions taken by school in regards to Child Find activities or other activities to address the concerns of the above listed student groups | | | | |
| Develop system for tracking Child Find referrals (if not already done) | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | Copy of description of Child Find tracking system<br><br>Monthly list of students referred under Child Find (school or parent referrals) | August 31, 2016<br><br>Last business day of each month from September 2016 - May 2017 |

| | | | |
|---|---|---|---|
| LEA will complete Child Find Checklist provided by LDOE to ensure Child Find procedures and activities are being implemented with fidelity and in accordance with state and local regulations | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of completed checklist for LEA with a plan of action for areas marked as "NO" or "In Progress" |
| | | | Copy of Child Find Checklist and Plans (if any) will be reviewed by IMs and LDOE during the Spring 2017 on-site monitoring activites |
| | | | September 9, 2016 |
| | | | Last business day of each month from September 2016 -May 2017 |
| Develop Child Find log to document child find activities (if not already done) | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of Child Find log activities provided each month |
| | | | Last business day of each month from September 2016 -May 2017 |
| 504 and/or SBLC Coordinator will check grades of all 504 students AND students in RTI process every grading period (6wks/9wks) to determine which students are failing 2 or more core subjects or are not responding to intervention at any Tier. Students with failing grades for 2016-2017 SY in core subjects for two grading periods or lack of response to intervention will be flagged for an SBLC to discuss academic concerns and actions school will take to address these concerns | | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students failing 2 or more core subjects or are not responding to intervention at any Tier each grading period |
| | | | Copy of SBLC documentation for students failing for 2 grading periods or are not responding to intervention at any Tier to include actions taken by school to address academic concerns |
| | | | September 30 November 30 January 30 March 28 May 30 |
| 504 and/or SBLC Coordinator will keep track of behavior data for any 504 students, any students in RTI process with behavior concerns, and students positively screened at Tier 1 for behavior to determine which students are having behavior | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | List of 504 students suspended/expelled each month to include number of days suspended/expelled and actions taken by school to address behavioral concerns | September 30 November 30 January 30 March 28 May 30 |

| | | | | |
|---|---|---|---|---|
| difficulties. Students with 10 or more in/out of school suspensions for 2016-2017 SY will be flagged for an SBLC to discuss behavior concerns and actions school will take to address these concerns | | | Copy of SBLC documentation for students with 10 or more days in/out of school suspensions and students positively screened at Tier 1 for behavior to include actions taken by school to address behavioral concerns | |
| LEA will conduct a training with school staff by redelivering the information from the Child Find training provided by LDOE on Child Find requirements | August 2016 | School Principal Special Education Director | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training | September 16, 2016 |
| The LEA principal and special education director/coordinator will sign a Child Find Assurances checklist verifying implementation of Child Find requirements | August 2016 | School Principal Special Education Director | Copy of signed Child Find assurances checklist | September 16, 2016 |
| Provide training to school staff on RTI procedures to include the following areas: <br>• Description of RTI tier process <br>• Staff roles/responsibilities in each tier <br>• How school-wide screening is done within RTI model <br>• Description of activities in each tier (to include the selection of research-based interventions, timeframe for interventions, frequency of interventions, number of days each week interventions will be provided) | August 2016 | School Principal Special Education Director 504 Coordinator and/or SBLC Chairperson | Copy of agenda, sign-in sheet, Power Point (if have one), and handouts from training <br><br>Copy of written RTI procedures to include all of the areas listed for the RTI procedures training | September 30, 2016 <br><br>September 30, 2016 |

|  |  |  |  |  |
|---|---|---|---|---|
| • Progress monitoring in each tier (types of PM tools will use; how to collect, analyze, and document student data to make informed instructional decisions, frequency of PM – 1X week, etc.,)<br>• Procedures to follow when student fail to make progress in Tiers 2 & 3<br>• Procedures to follow when students make progress in Tiers 2 & 3<br>• When to initiate a special education referral |  |  |  |  |
| LEA will complete RTI Checklist/Self-Assessment provided by LDOE to ensure RTI procedures are being implemented with fidelity | August 2016 | School Principal<br>Special Education Director<br>504 Coordinator and/or SBLC Chairperson | LEA will send LDOE copy of completed checklist/self-assessment for LEA with the related action planning and activities section completed for areas marked as: Indicator is not present; Indicator is known and implementation planning has begun; or Indicator is present in some daily practice | September 30, 2016 |

Dear ███████████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under IDEA will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Algiers Technology Academy and Lord Beaconsfield Landry – Oliver Perry Walker High**

**Related Service Monitoring**
•Desk review - each student file should include one or more of the following low incidence disabilities (Deaf-Blindness, Deafness, Hearing Impairment, Intellectual Disability, Multiple Disabilities, Orthopedic Impairment, Traumatic Brain Injury, Autism, or Visual Impairment including Blindness)
•Files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities
•Staff interview required

███████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 16, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ███████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.    Provide the zipped file to your FTP Coordinator, ███████████████████, to upload to the Data Management FTP.

4.   E-mail ████████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████ via email at ████████████████████████.

Sincerely,


████████████ , Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ████████████

**Date: 2-25-2016**

**LEA/School: Algiers Technology Academy**

**Monitoring Area: Related Services**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | |
| General Education Teacher(s) | ████████ |
| Special Education Administrator/Coordinator | ██████ |
| Special Education Teacher(s) | ███████ |
| | |
| **Optional** | |
| ESS Coordinator | ██████ |
| Exceptional Support Specialist | ███████ |
| Supervisor, Speech Therapist | █████ |
| Speech Pathologist Assistant | ██████ |
| Social Worker Supervisor | ██████ |
| Social Worker | ███████ |
| Health Services Administrator | ██████ |
| APE Teacher | ██████ |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE



**LEA:** Algiers Technology Academy

**Interview Conducted by:** ▮▮▮▮

**Date:** 2/25/2016

**Results of Interview:** *Compliant Oversight of Subject Matter Discussed*

☒Yes   ☐No   ☐Follow-Up Needed pending results of Desk Review

## RELATED SERVICES – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe, in general, how your school determines that a student requires related services in order to provide a particular student with a free, appropriate public education. What factors are considered? | A. Referral concerns during evaluation process: health, speech/language, motor, social/emotional, adaptive behavior, transportation, academic, other<br><br>B. Service(s) assist student in achieving IEP goals | Components: A and B covered in response<br><br>Notes: Bring student to Student Assessment Team/SBLC to consider social, emotional, behavior, health, motor, vision, and hearing. Follow procedures of B. 1508; Speech-receive roster, review IEP goals/objectives, speech minutes, complete observations, and collaborate with teacher; SW services – determined through evaluation process, refer to B. 1508 requirements and based on that information impact whether student qualify for services |
| 2. Describe, in general, how related services are provided to students at your school, including identifying the personnel who provide such services, how related services are scheduled into the academic day, and how the school provides services in cases of provider unavailability. | A. Type of related service model given<br>B. Described selection of related service staff<br>C. Review student schedules, school academic schedule, review provider schedule<br>D. If unavailable- Compensatory time provided, substitute related service provider assigned, contract related services personnel | Components: A, B, C, D covered in response<br><br>Notes: Use best practices by providing in class services, incorporate core curriculum, collaborate with teachers to determine time, date, and location of services; SW- collaborate with |

Charter School Interview 2015-2016
SPLC & LDOE

DEPARTMENT of
EDUCATION
louisiana Believes

| | | |
|---|---|---|
| 3. Were any of the identified related service providers unavailable for all or part of the year? Describe the steps, if any, taken to address this unavailability. | teacher to find time, use push-in and/or pull-out for confidentiality, provide services during electives, rotate services during different class periods each week; For unavailability – have shared services because have charter association of combined schools, therefore, able to pull one of staff from another school during their planning period to provide services | |
| | A. Provision of compensatory services<br>B. Substitute related services provider assigned to student<br>C. Contract person to provide services<br>D. Other method used to address availability | Components: B covered in response<br><br>Notes: A school nurse was unavailable last school year. The nursing supervisor stepped in to provide the services. |
| 4. Describe the process by which school staff secures related service providers upon the enrollment of new students with specific related service needs. How long does this process take? | A. Hire additional service provider<br>B. Contract service provider<br>C. Review provider current caseload and adjust schedule to service student<br>D. Provided timeline for provision of services | Components: C, D provided in response<br><br>Notes: Every Monday run PowerSchool report to outline students receiving services and to look for new students, do cross reference in SER for student needs, exceptionality, and related services. Send this information to SPED Chairperson and related service provider to make aware of new student. This is a one day process and services provided immediately; If student come to school with no IEP or evaluation, school immediately make contact with |

Charter School Interview 2015-2016
SPLC & LDOE

DEPARTMENT of EDUCATION
Louisiana Believes

| Question | Options | Components / Notes |
|---|---|---|
| 5. Describe the information available to IEP Teams related to the impact of related services on an individual student's functional performance and academic achievement. | A. Progress reports<br>B. Anecdotal notes<br>C. Observational data<br>D. Progress monitoring data<br>E. Report card<br>F. Listed other information available | previous school to obtain student information. After receive information, services begin<br><br>Components: A, D, F covered in response<br><br>Notes: School stated detailed within context of IEP; Shared data with teachers in collaboration; Progress monitoring done in relation to IEP goals; Evidence of Collaboration meetings with school staff every 9 weeks to report/document progress; Utilize teacher created progress monitoring rubrics that are accessed in portal by sped department; Academic achievement is tracked using IReady assessments; SW services documented using RTI check-in/out, daily logs entered into Excel document, pre/post assessments given, evidence based treatment, use Connor's and KVAT rating scales initially then progress monitor 1X every 6 weeks |
| 6. Describe any steps taken at your school to minimize the impact of students' removal from general educational activities for the receipt of related services on the students' academic achievement. | A. Inclusion<br>B. Consultative/Collaboration model<br>C. Review student daily schedule<br>D. Review related service provider caseload and daily schedule | Components: A, B covered in response<br><br>Notes: General Education Teacher stated they are provided with information needed to provide services, they receive students |



DEPARTMENT of
EDUCATION
louisiana Believes

schedule and receive folder with acc./mod., BIP and utilize emails with sped teacher. Collaborate with sped teacher who does push-in services in the classroom. Use inclusion model for provision of services

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: Algiers Technology Academy
Targeted Monitoring Area: Related Services
Total Number of student files reviewed: 10
LDOE Monitoring Personnel: [REDACTED], Education Program Consultant
Date(s): 3/22/16 – 5/3/16
Student exceptionalities included: Autism (3 students); Intellectual Disability-Mild (6 students);
                    Intellectual Disability-Moderate (1 student)
Student Placements including the following:    Inside regular class 80% or more of the day (7 students),
                                      Inside regular class between 40%-79% of the day (1 students),
                                      Inside the regular class less than 40% of the day (2 students)

Related Services included: Speech/Language Therapy (2 students), Adapted PE (1 student),
                              Counseling/Social Work Services (3 students)

| | Related Services Student File Review Protocol Results | | |
|---|---|---|---|
| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
| 1. | The parents were invited to the Individual Education Program (IEP) meeting. | Review of prior written notification | 10 of 10 (100%) student files were scored as compliant |
| 2. | If neither parent was able to attend the IEP team meeting, there is documentation of attempts to ensure parental participation. | Review of IEP participant signatures and/or documentation of parental participation by phone | 3 of 3 (100%) student files were scored as compliant; 7 student files were scored as "NA" |
| 3. | The appropriate team members were present at the IEP team meeting (signature provided at IEP Team meeting). | Review of IEP participant signatures | 10 of 10 (100%) of student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report |
| 4. | The IEP for a school-age student includes a statement of present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum. | Review of General Information about the Student; Strengths; Parent Concerns; Evaluation/Reevaluation Results; Academic, Developmental, and Functional Needs; Statewide | 10 of 10 (100%) of student files were scored as compliant |

| | | | |
|---|---|---|---|
| | | Assessment Results; Progress or lack of progress in the general education curriculum, Consideration of Special Factors and PLAAFP statements for each Educational Need Area on the IEP | |
| 5. | The IEP includes measurable, standards-based annual goals, including academic and functional goals. Benchmarks or short-term objectives should be included for students who take alternate assessments aligned to alternate achievement standards. | Review of Measurable Academic/Functional Goal and review of Measurable Short-term Objectives or Benchmarks for each Education Need Area on the IEP | 8 of 10 (80%) of student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report |
| 6. | The IEP contains related services which are reasonably calculated to enable the student to advance appropriately toward attaining annual goals; to be involved in and make progress in the general education curriculum in accordance with the student's present levels of academic achievement and functional performance; to participate in extracurricular and other academic activities; and to be educated and participate with other children with disabilities and nondisabled children in academic and non-academic school activities. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class) | 5 of 5 (100%) of student files were scored as compliant |
| 7. | The IEP contains an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education class and the LEA ensured that to the maximum extent possible the student was educated with nondisabled students. | Review of General Information about the Student on IEP; Review of Academic, Developmental, and Functional Needs on IEP; Review of Progress or lack of expected progress in general education curriculum on IEP; Review of Selected Placement under the Placement/Service Determination Checklist Section of the IEP; Review of Statement(s) in the Documentation of Educational Benefit for Placement Section of | 10 of 10 (100%) of student files were scored as compliant |

| | | | |
|---|---|---|---|
| | | IEP (if not inside regular class 80% or more of the day); Review of Transition Services on IEP (if appropriate) | |
| 8. | The IEP contains descriptions of how progress toward annual goals will be measured, including how often parents will be regularly informed of their child's progress. | Review of Method of Measurement and Additional Methods of Measurement Section for Each Educational Need Area on the IEP; Review of Schedule for Describing Progress towards Achievement of the Academic and Functional Annual Goals in the Progress Report Section of the IEP | 10 of 10 (100%) of student files were scored as compliant |
| 9. | Related services are being provided to the student in the types and frequency specified in the student's IEP. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class); Review of Related Services Schedule (e.g., location of services, schedule of service delivery, student roster, name and contact information for person responsible for providing related services); Review of Documentation of Related Services (e.g., logs, observational data, checklists, tally sheet, student work samples) | 5 of 5 (100%) of student files were scored as compliant |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

███████████

**Charter Management Operator**
Algiers Technology Academy
6501 Berkley Drive
New Orleans, LA  70131

Dear███████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean while LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ██ ███████████ with any questions or concerns. She may be reached at ███████████████████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

## Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,

████████████████████

████████, Executive Director
Statewide Monitoring

c:   ████████, Principal
     ████████, Executive Director of Exceptional Student Services

## Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**Algiers Technology Academy**
**LDOE Monitoring Report**
**2015-2016**

███████████

**Charter Management Operator**

**Targeted Area of Monitoring:**
**Related Services**

**June 8, 2016**

███████████████

**LDOE Monitoring Lead**

*Louisiana Believes*

# CONTENTS

I.    General Overview..................................................................................... 3

II.   School Staff Conference Call.................................................................... 3

III.  Strategies, Activities, and Methods of Monitoring......................................3

IV.   Summary of Findings.............................................................................. 4

Louisiana Believes

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Algiers Technology Academy was targeted for monitoring in the area(s) of Related Services. This monitoring report provides a comprehensive review of all activities that occurred in fulfillment of the Year 1 monitoring requirements and includes a Results Summary document that outlines any areas of non-compliance or includes recommendations for improvement.

## II.   School Staff Conference Call

On February 16, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Related Services. A standard bank of questions was utilized to probe responses in the identified areas of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: ███████████
████████████████████████████████████████████.

Results of this interview process revealed no findings of non-compliance with regard to polices, practices, and procedures in the area of Related Services. The responses provided by the school staff satisfactorily addressed all interview questions.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose of monitoring Algiers Technology Academy was to ensure that students are receiving a free appropriate public education (FAPE). The Department chose to conduct a desk audit of student files to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related service provision rates for students with disabilities at the school. This method was approved in the Consent Agreement Addendum.

A LDOE monitoring team member was assigned to lead the special education monitoring activities which included a  review of student files and other relevant documentation. Each school was provided with a rubric explaining what LDOE required from the school in order to

## Louisiana Believes

substantiate compliance during the desk audit. Results of file reviews revealed that although goals were included in the student IEPs, it was determined that IEP goals for two students were not measurable. The goal is measurable if it reflects performance or behavior that can be measured or observed. It is recommended the LEA provide training to special education staff on writing IEPs with a particular focus on writing measurable IEP goals.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Algiers Technology Academy there were no identified areas of systemic non-compliance under the IDEA, Part B program. Algiers Technology Academy is to be commended for maintaining compliant oversight of the IDEA, Part B program in the area of Related Services. Please note that, although there is no evidence of systemic non-compliance, Algiers Technology Academy must immediately begin correcting the finding(s) documented in the enclosed report. Verification of correction must be submitted immediately to ███████████ ████████████ email at ██████████████████████ .

Attachments

## Louisiana Believes



# IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION:** Algiers Technology Academy

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED:** Related Services *LDOE & SPLC 2015-2016*

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no areas of systemic non-compliance noted in the area of Related Services. | A desk review of 10 students' records with supporting documentation and a telephone interview were conducted for Algiers Technology Academy. Below are recommendations noted for the student records listed below that must be addressed immediately by the school:<br><br>**Student 4:**<br><br>• Music goal not measurable<br>• Gifted ELA goal not measurable |

1

**DEPARTMENT of EDUCATION**
Louisiana Believes

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| | | | **Student 9:**<br>• ELA goal not measurable<br>• Behavior goal not measurable<br>• Mathematics goal not measurable |

2

# DEPARTMENT of EDUCATION
## Louisiana Believes

**IDEA PART B RECOMMENDATION PLAN – (SPLC)**

**LEA:** Algiers Technology Academy

**DATE OF MONITORING:** March 2016

**DATE OF SUBMISSION:** June 23, 2016

**FINDING: Student goals not measurable**

| ACTIVITIES & ACTION STEPS to ADDRESS MEASURABLE GOAL CONCERNS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| Correct Student Specific Findings from monitoring report. Student's Individualized Education Program will be amended to adjust goals to assure all goals are measurable to meet student's needs. Copy of Instruction Plans which includes amended IEP goals. | June 24, 2016 | Teacher of Record | Email notifying LDOE the IEP instructional plans for those students have been amended in SER. LDOE will check those IEPs in SER to ensure they are compliant. | August 8, 2016 | |
| LEA provide training to special education staff on writing IEPs with a particular focus on writing measurable IEP goals. Facilitate Professional Learning Community reviewing and practicing writing measurable goals for IEPs. | July 28, 2016 | ▮▮ and ▮ | Sign in Sheet for attendance Copy of handouts given at training Agenda from training | July 28, 2016 | |
| Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | August 1, 2016 | ▮ SPED Staff | Signed copy of form from each SPED staff member verifying they have viewed the IEP training on the LDOE website | September 9, 2016 | |

| | | | | |
|---|---|---|---|---|
| SPED staff will review IEPs goals for all SPED students to determine whose goals and/or objectives are not measurable. The IEPs for these students will be revised by amending or reconvening the IEP to make the necessary changes by January 31, 2017. SPED staff will be required to use the IEP Evaluation rubric developed by LDOE while reviewing the IEPs to ensure all IEPs are compliant. The SPED staff will also use the IEP Evaluation rubric for any new students with IEPs that enroll at the school. The IEP Evaluation rubric will be used when writing all student IEPs moving forward. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring IEPs with a particular focus on the goals/objectives using the IEP Evaluation rubric before the IEP is submitted to SER to make it official (to include the IEPs that will be amended/reconvened by January 31, 2017). | August 8, 2016 | SPED Staff | Monthly summary of IEP internal reviews to include # of IEPs reviewed, # of IEPs reviewed with issues with goals/objectives, actions taken to ensure SPED staff made necessary corrections, and results of those actions  LDOE and Independent Monitors will review a sample of IEPs during the spring 2017 on-site visits to ensure the IEPs are compliant. | September 30  November 30  December 15  January 30  February 28  March 30  April 28  May 31 |
| Provide training to SPED staff on how to use the IEP Evaluation rubric developed by LDOE. SPED staff will be required to use this rubric when reviewing and writing IEPs. | August 8, 2016 | | Copy of agenda, sign-in sheet, and handouts from training | September 9, 2016 |
| SPED staff will sign an IEP assurances form indicating they have participated in IEP trainings and will be responsible for writing compliant IEPs according to guidelines set forth in the IEP trainings. | August 8, 2016 | SPED Staff | Copy of signed assurances forms from each SPED staff member | September 9, 2016 |

Dear ███████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

## International High School of New Orleans

### Related Service
•Desk review - each student file submitted should include one or more of the following low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness)
•Files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities
•Staff interview required

### Discipline
•Desk review – each student file submitted should include files of student who had 6 or more disciplinary office referrals or three or more suspensions (in- school or out-of-school) in a school year
•Files may be randomly selected if the school does not have at least 10 students who meet the above discipline criteria
•Staff interview required

███████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 25, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ███████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.   Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.

2.   Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.

3.   Provide the zipped file to your FTP Coordinator, ███████████, to upload to the Data Management FTP.

4.   E-mail ███████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████████████████████.

Sincerely,


███████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** █████████████

**Date: 2-25-2016**

**LEA/School: International High School**

**Monitoring Area: Discipline and Related Services**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ████████ |
| General Education Teacher(s) | ████████████ |
| Special Education Administrator/Coordinator | ████████ |
| Special Education Teacher/Coordinator | ████████ |
| | |
| **Optional** | |
| Director of Curriculum and Instruction | ████████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE



LEA: International High School

Interview Conducted by: ▮

Date: 2/25/2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes   ☐No   ☐Follow-Up Needed pending results of Desk Review

### RELATED SERVICES – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe, in general, how your school determines that a student requires related services in order to provide a particular student with a free, appropriate public education. What factors are considered? | A. Referral concerns during evaluation process: health, speech/language, motor, social/emotional, adaptive behavior, transportation, academic, other<br>B. Service(s) assist student in achieving IEP goals | Components: A and B covered in response<br><br>Notes: Receive teacher and parent input to determine; IEP reviewed annually and student reevaluated every 3 years; Review for growth maintenance of skills and goals; Behavior screener using Connor's Scale; If medical, get prescription from doctor |
| 2. Describe, in general, how related services are provided to students at your school, including identifying the personnel who provide such services, how related services are scheduled into the academic day, and how the school provides services in cases of provider unavailability. | A. Type of related service model given<br>B. Described selection of related service staff<br>C. Review student schedules, school academic schedule, review provider schedule<br>D. If unavailable- Compensatory time provided, substitute related service provider assigned, contract related services personnel | Components: A, B, C, D covered in response<br><br>Notes: Contract personnel to provide related services and some providers on staff; Services scheduled during elective or study skills class; Students not pulled during core classes; SPED teacher/coordinator and Director of Support Services collaborate on student scheduling; If provider unavailable, will contract with another company or select another provider on staff |

Charter School Interview 2015-2016

SPLC & LDOE



| # | Question | | Components | Notes |
|---|----------|---|-----------|-------|
| 3. | Were any of the identified related service providers unavailable for all or part of the year? Describe the steps, if any, taken to address this unavailability. | A. Provision of compensatory services<br>B. Substitute related services provider assigned to student<br>C. Contract person to provide services<br>D. Other method used to address availability | | Components: N/A for this school<br><br>Notes: School indicated this has not occurred. |
| 4. | Describe the process by which school staff secures related service providers upon the enrollment of new students with specific related service needs. How long does this process take? | A. Hire additional service provider<br>B. Contract service provider<br>C. Review provider current caseload and adjust schedule to service student<br>D. Provided timeline for provision of services | | Components: C and D covered in response<br><br>Notes: Add student into schedule when get jurisdiction; Teacher and parent work together to request the prescription for medical or evaluation; Services begin within 2 weeks |
| 5. | Describe the information available to IEP Teams related to the impact of related services on an individual student's functional performance and academic achievement. | A. Progress reports<br>B. Anecdotal notes<br>C. Observational data<br>D. Progress monitoring data<br>E. Report card<br>F. Listed other information available | | Components: A, C, D, F covered in response<br><br>Notes: Use IEP as starting point; Use teacher data from benchmark assessments, MAPs given 3x year, Study Island for daily monitoring of progress and it gives individual student progress by breaking down every standard, teacher made test, track IEP progress, teacher observations, progress reports, have progress graphs for each student; Social work measure progress via records on each student for every session and daily check-in/check-out |
| 6. | Describe any steps taken at your school to minimize the impact of students' removal from general | A. Inclusion<br>B. Consultative/Collaboration model<br>C. Review student daily schedule | | Components: A, C covered in response |



DEPARTMENT of EDUCATION
Louisiana Believes

| educational activities for the receipt of related services on the students' academic achievement. | D. Review related service provider caseload and daily schedule | Notes: Schedule only during electives or study skills; Provider conduct pull-out sessions but self-contained classes have push-in services from provider. |

# Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016

LEA: International High School
Targeted Monitoring Area: Related Services
Total Number of student files reviewed: 10
LDOE Monitoring Personnel: ███████, Education Program Consultant
Date(s): 3/22/16 – 5/3/16
Student exceptionalities included: Autism (2 students); Emotional Disability (1 student)
    Intellectual Disability-Mild (3 students); Intellectual Disability-Moderate (1 student),
    Other Health Impairment (1 student), Multiple Disabilities (2 students)
Student Placements including the following:    Inside regular class 80% or more of the day (4 students),
    Inside regular class between 40%-79% of the day (4 students),
    Inside the regular class less than 40% of the day (2 students)
Related Services included: Speech/Language Therapy (7 students), Adapted PE (4 students),
    Counseling/Social Work Services (3 students), Occupational Therapy (1 student),
    Orientation and Mobility Services (1 student)

## Related Services Student File Review Protocol Results

| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
|---|---|---|---|
| 1. | The parents were invited to the Individual Education Program (IEP) meeting. | Review of prior written notification | 10 of 10 (100%) student files were scored as compliant |
| 2. | If neither parent was able to attend the IEP team meeting, there is documentation of attempts to ensure parental participation. | Review of IEP participant signatures and/or documentation of parental participation by phone | 10 of 10 (100%) student files were scored as "NA" |
| 3. | The appropriate team members were present at the IEP team meeting (signature provided at IEP Team meeting). | Review of IEP participant signatures | 7 of 10 (70%) of student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report |
| 4. | The IEP for a school-age student includes a statement of present levels of academic achievement and functional performance, including how the student's disability affects | Review of General Information about the Student; Strengths; Parent Concerns; Evaluation/Reevaluation Results; Academic, Developmental, and | 10 of 10 (100%) of student files were scored as compliant |

| | | | |
|---|---|---|---|
| | involvement and progress in the general education curriculum. | Functional Needs; Statewide Assessment Results; Progress or lack of progress in the general education curriculum, Consideration of Special Factors and PLAAFP statements for each Educational Need Area on the IEP | |
| 5. | The IEP includes measurable, standards-based annual goals, including academic and functional goals. Benchmarks or short-term objectives should be included for students who take alternate assessments aligned to alternate achievement standards. | Review of Measurable Academic/Functional Goal and review of Measurable Short-term Objectives or Benchmarks for each Education Need Area on the IEP | 5 of 10 (50%) of student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report |
| 6. | The IEP contains related services which are reasonably calculated to enable the student to advance appropriately toward attaining annual goals; to be involved in and make progress in the general education curriculum in accordance with the student's present levels of academic achievement and functional performance; to participate in extracurricular and other academic activities; and to be educated and participate with other children with disabilities and nondisabled children in academic and non-academic school activities. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class) | 10 of 10 (100%) of student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report |
| 7. | The IEP contains an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education class and the LEA ensured that to the maximum extent possible the student was educated with nondisabled students. | Review of General Information about the Student on IEP; Review of Academic, Developmental, and Functional Needs on IEP; Review of Progress or lack of expected progress in general education curriculum on IEP; Review of Selected Placement under the Placement/Service Determination Checklist Section of the IEP; Review of Statement(s) in the Documentation of Educational | 10 of 10 (100%) of student files were scored as compliant |

| | | | |
|---|---|---|---|
| | | Benefit for Placement Section of IEP (if not inside regular class 80% or more of the day); Review of Transition Services on IEP (if appropriate) | |
| 8. | The IEP contains descriptions of how progress toward annual goals will be measured, including how often parents will be regularly informed of their child's progress. | Review of Method of Measurement and Additional Methods of Measurement Section for Each Educational Need Area on the IEP; Review of Schedule for Describing Progress towards Achievement of the Academic and Functional Annual Goals in the Progress Report Section of the IEP | 10 of 10 (100%) of student files were scored as compliant |
| 9. | Related services are being provided to the student in the types and frequency specified in the student's IEP. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class); Review of Related Services Schedule (e.g., location of services, schedule of service delivery, student roster, name and contact information for person responsible for providing related services); Review of Documentation of Related Services (e.g., logs, observational data, checklists, tally sheet, student work samples) | 9 of 10 (90%) of student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report |



# LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

█████████
Board President
International High School of New Orleans
727 Carondelet Street
New Orleans, LA  70130

Dear █████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean although LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices at the school. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact █████████ with any questions or concerns. She may be reached at █████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

## Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,



████████ Executive Director
Statewide Monitoring

C: ████████, School Leader
   ████████, Director of Student Services

AR:ds

Attachments

## Louisiana Believes

Optional Second Page Header
Page 3
Date

Optional Second Page Header
Page 4
Date



# LOUISIANA DEPARTMENT OF EDUCATION

**International High School of New Orleans**
**LDOE Monitoring Report**
**2015-2016**

**Board President**

**Targeted Area of Monitoring:**
**Related Services**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

*Louisiana Believes*

# CONTENTS

I.     General Overview..........................................................................3

II.    School Staff Conference Call........................................................3

III.   Strategies, Activities, and Methods of Monitoring..............................3

IV.   Summary of Finding....................................................................4

## Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, International High School of New Orleans was targeted for monitoring in the area(s) of Related Services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.    School Staff Conference Call

On February 25, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Related Services. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: ████████████ ███████████████████████████████████████.

Results of this interview process revealed no findings of non-compliance with regard to polices, practices, and procedures. The responses provided by the school staff satisfactorily addressed all interview questions.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring International High School of New Orleans was to ensure that students are receiving a free appropriate public education (FAPE). The Department chose to conduct a desk audit of International High School of New Orleans to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related service provision rates for students with disabilities at the school. This method was approved as stated in the Consent Agreement Addendum.

A LDOE monitoring staff member was assigned to conduct the special education monitoring activities which included a review of student files and a review of policies, practices, and

## Louisiana Believes

procedures. Results of file reviews revealed that special education and related services are currently being provided to students with disabilities at this school; however, it was determined that some student goals, including academic and functional goals, were not measurable or designed to meet the student's needs. The goal is measurable if it reflects performance or behavior that can be measured or observed. Clear and concise goals designed to meet the student's needs that result from the student's disability will enable the student to be involved in and make progress in the general education curriculum and meet other educational needs that result from the student's disability. Also, for some of the IEPs reviewed, there was no evidence that the Officially Designated Representative (ODR) participated in the IEP team meeting. The ODR for the school is required to participate in the IEP meeting as they are the assigned person deemed qualified by the school to provide special education services and supervise the provision of specially designed instruction to meet the needs of students with disabilities.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at the International High School of New Orleans, there were identified areas of non-compliance under the IDEA, Part B program.    International High School of New Orleans must immediately begin correcting areas of non-compliance as indicated on the Results Summary Attachment.  The LEA must submit a Corrective Action Plan (CAP) that addresses each finding immediately but in no case later than thirty days from receipt of this letter. The plan must address the activities the school system will implement to correct all areas of identified non-compliance, as rapidly as possible, and in no case longer than one year from the date of this letter.  The CAP and any supporting documentation must be submitted electronically to ███████████ ███████ using the template attached to this monitoring report. If you have any questions or concerns, please contact ██████████ via email at ██████████████████ or (225)342-6276.

Attachments

## Louisiana Believes



DEPARTMENT of
**EDUCATION**
Louisiana Believes

LOUISIANA DEPARTMENT OF EDUCATION

## IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION: Voices of International Business – INTERNATIONAL HIGH SCHOOL OF NEW ORLEANS**

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED: Related Services (SPLC & LDOE 2015-2016)**

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | **§300.17(a.-d.) Free Appropriate Public Education (FAPE)**<br><br>Free appropriate public education or FAPE means special education and related services that--<br>(a) Are provided at public expense, under public supervision and direction, and without charge;<br>(b) Meet the standards of the SEA, including the requirements of this part;<br>(c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and<br>(d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. Sec. 300.320 through 300.324. | A desk review of 10 students' records with supporting documentation and a telephone interview were conducted for Voices of International Business and Education High School of New Orleans. There are findings noted below in the student records that must be addressed by the school:<br><br>**Student 1: Personally Identifiable Information Number (PII) -**<br>• Goals for gross-motor, fine-motor, eating, toileting/hygiene, functional math, and concept development skills were not written in measurable terms.<br>• The official designee or representative (ODR) was not present at the IEP team meeting. |

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---------|---------------|-----------|----------|
| | | §300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program<br><br>A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability | **Student 2: Personally Identifiable Information Number (PII) -**<br><br>• There was no evidence to show that related services were provided to the student in the frequency and duration noted on the IEP. |
| | | | **Student 3: Personally Identifiable Information Number (PII) -**<br><br>• Goals for community-based instruction, occupational therapy, and daily living skills were not written in measurable terms. |
| | | | **Student 4: Personally Identifiable Information Number (PII) -**<br><br>• Behavior and self-help goals were not written in measureable terms. |

2

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---------|---------------|-----------|----------|
| | | | **Student 5: Personally Identifiable Information Number (PII) -**<br><br>• The official designee or representative (ODR) was not present at the IEP team meeting. |
| | | | **Student 6: Personally Identifiable Information Number (PII) -**<br><br>• The official designee or representative (ODR) was not present at the IEP team meeting. |
| | | | **Student 7: Personally Identifiable Information Number (PII) -**<br><br>• Behavior and self-help goals were not written in measureable terms. |

3

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| | | | **Student 8: Personally Identifiable Information Number (PII) -**<br><br>• Language Arts and mathematics goals were not written in measureable terms. |

4

**DEPARTMENT of EDUCATION**
Louisiana Believes

**IDEA PART B CORRECTIVE ACTION PLAN – (SPLC) 2016-2017**

LEA: International High School

DATE OF MONITORING: April 2016

DATE OF SUBMISSION: July 6, 2016

REGULATION REFERENCE (S): §300.321 (A)(4) – IEP Team and §300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program

FINDING: No evidence ODR participated in IEP team meeting and IEP goals not measurable to meet student's needs.

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| ODR signs all IEPs and attends all meetings. This began when I came on board at IHSNO. Moving forward school will have special education coordinator check all IEPs to ensure ODR signature is on IEP. | October 19, 2015 | Special Education Coordinator | All IEPs will have ODR signature. Quarterly summary of IEP checks for ODR signature. | November 15, 2016 February 15, 2017 | |
| Rewrite goals for CBI students so that they are measurable. | August 1-12, 2016 (Staff Fall PD) | | Email notifying LDOE that IEP goals for students listed on monitoring report have been rewritten to make measurable. LDOE will check those IEPs in SER to ensure they are compliant. | August 30, 2016 | |
| Staff will take PD in writing measurable IEP goals. | August 1-12, 2016 (Staff Fall PD) | | Copy of agenda, sign-sheet and handouts from training | September 15, 2016 | |
| Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels | August 1, 2016 | | Signed copy of form from each SPED staff member | September 15, 2016 | |

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | | Special Education Coordinator | verifying they have viewed the IEP training on the LDOE website | |
| SPED staff will review IEPs goals for all SPED students to determine whose goals and/or objectives are not measurable. The IEPs for these students will be revised by amending or reconvening the IEP to make the necessary changes by January 31, 2017. SPED staff will be required to use the IEP Evaluation rubric developed by LDOE while reviewing the IEPs to ensure all IEPs are compliant. The SPED staff will also use the IEP Evaluation rubric for any new students with IEPs that enroll at the school. The IEP Evaluation rubric will be used when writing all student IEPs moving forward.<br><br>The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring IEPs with a particular focus on the goals/objectives using the IEP Evaluation rubric before the IEP is submitted to SER to make it official (to include the IEPs that will be amended/reconvened by January 31, 2017). | August 15, 2016 | ▮ Special Education Coordinator | Monthly summary of IEP internal reviews to include # of IEPs reviewed, # of IEPs with issues with goals/objectives, actions taken to ensure SPED staff made necessary corrections, and results of those actions<br><br>LDOE and Independent Monitors will review a sample of IEPs during the spring 2017 on-site visits to ensure the IEPs are compliant. | September 30 November 30 December 15 January 30 February 28 March 30 April 28 May 31 |
| Provide training to SPED staff on how to use the IEP Evaluation rubric developed by LDOE. SPED staff will be required to use this rubric when reviewing and writing IEPs. | August 1, 2016 | ▮ Special Education Coordinator | Copy of agenda, sign-in sheet, and handouts from training | September 15, 2016 |
| SPED staff will sign an IEP assurances form indicating they have participated in IEP trainings and will be responsible for writing compliant IEPs according to guidelines set forth in the IEP trainings. | August 15, 2016 | ▮ Special Education Coordinator | Copy of signed assurances forms from each SPED staff member | September 9, 2016 |

Dear ███████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under IDEA will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

### Algiers Technology Academy and Lord Beaconsfield Landry – Oliver Perry Walker High

**Related Service Monitoring**
• Desk review - each student file should include one or more of the following low incidence disabilities (Deaf-Blindness, Deafness, Hearing Impairment, Intellectual Disability, Multiple Disabilities, Orthopedic Impairment, Traumatic Brain Injury, Autism, or Visual Impairment including Blindness)
• Files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities
• Staff interview required

███████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 16, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ███████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.   Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.   Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.   Provide the zipped file to your FTP Coordinator, ███████████████████ , to upload to the Data Management FTP.

4.    E-mail ███████████████████████████████ when the zipped files have
been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have
questions, please feel free to contact ██████████ via email at ████████████████████████.

Sincerely,


██████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ███████

**Date: 2-16-2016**

**LEA/School: O.P. Landry Walker High School**

**Monitoring Area: Related Services**

| Required | |
| --- | --- |
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | |
| General Education Teacher(s) | ███████ |
| Special Education Administrator/Coordinator | ███████ |
| Special Education Teacher(s) | ███████ |
| | |
| **Optional** | |
| ESS Coordinator | ███████ |
| Exceptional Support Specialist | ███████ |
| Speech Therapist | ███████ |
| Speech Pathologist Coordinator | ███████ |
| Social Worker Supervisor | ███████ |
| Social Worker | ███████ |
| Health Services Administrator | ███████ |
| | |
| | |
| | |



LEA: O.P. Walker High School

Interview Conducted by: ▮

Date: 2-16-2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes   ☐No   ☐Follow-Up Needed pending results of Desk Review

## RELATED SERVICES – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe, in general, how your school determines that a student requires related services in order to provide a particular student with a free, appropriate public education. What factors are considered? | A. Referral concerns during evaluation process: health, speech/language, motor, social/emotional, adaptive behavior, transportation, academic, other<br>B. Service(s) assist student in achieving IEP goals | Components: A and B covered in discussion<br><br>Notes: Stated SBLC committee looks at student based upon referral concerns; SLBC review evaluation and IEP if sped; Involve parent in process; Analyze student data; Discuss results with parents and teachers |
| 2. Describe, in general, how related services are provided to students at your school, including identifying the personnel who provide such services, how related services are scheduled into the academic day, and how the school provides services in cases of provider unavailability. | A. Type of related service model given<br>B. Described selection of related service staff<br>C. Review student schedules, school academic schedule, review provider schedule<br>D. If unavailable- Compensatory time provided, substitute related service provider assigned, contract related services personnel | Components: A, B, C, D covered in discussion<br><br>Notes: Collaborate with main office to determine vacancies and try to fill; Develop class roster of students with related service needs; Match student schedule with IEP goals/objectives; Collaborate with gen. ed. teacher to discuss time, date, location of services; In emergency, have multiple providers to fill in from other schools in network or contract services |
| 3. Were any of the identified related service providers unavailable for | A. Provision of compensatory services | Components: Not Applicable |

Charter School Interview 2015-2016
SPLC & LDOE



| | | Notes |
|---|---|---|
| all or part of the year? Describe the steps, if any, taken to address this unavailability. | B. Substitute related services provider assigned to student<br>C. Contract person to provide services<br>D. Other method used to address availability | Notes: School stated all providers are present throughout year. |
| 4. Describe the process by which school staff secures related service providers upon the enrollment of new students with specific related service needs. How long does this process take? | A. Hire additional service provider<br>B. Contract service provider<br>C. Review provider current caseload and adjust schedule to service student<br>D. Provided timeline for provision of services | Components: A, B, C, D covered in discussion<br><br>Notes: Run PowerSchool reports every Monday to identify students enrolled; Make contact with sending school to obtain IEP and evaluation to review related services; Contact teacher of record regarding services; Shared services with other schools in charter network; List of contractors to provide services; Point of Contact (Sped Coordinator) in charge of process for new student enrollment |
| 5. Describe the information available to IEP Teams related to the impact of related services on an individual student's functional performance and academic achievement. | A. Progress reports<br>B. Anecdotal notes<br>C. Observational data<br>D. Progress monitoring data<br>E. Report card<br>F. Listed other information available | Components: A, D, E, F covered in discussion<br><br>Notes: Data available: Progress monitoring data and assessment data shared with team members; Ongoing parental contact and parent conferences to discuss student progress; Document parent contact with logs; Sped progress reports sent every 9 wks; Report cards |
| 6. Describe any steps taken at your school to minimize the impact of students' removal from general educational activities for the | A. Inclusion<br>B. Consultative/Collaboration model<br>C. Review student daily schedule | Components: A, B, C, D covered in discussion |

DEPARTMENT of
EDUCATION
Louisiana Believes

| receipt of related services on the students' academic achievement. | D. Review related service provider caseload and daily schedule | Notes: Students in general education classrooms; Collaborate to conduct data analysis; Collaborate on lesson plans; Rotate meeting with students to minimize time from gen. ed. class; Review student needs for pull-out/push-in |
|---|---|---|

Charter School Interview 2015-2016
SPLC & LDOE

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: Landry-Walker High School
Targeted Monitoring Area: Related Services
Total Number of student files reviewed: 10
LDOE Monitoring Personnel: ▮▮▮▮▮▮▮, Education Program Consultant
Date(s): 3/22/16 – 5/3/16
Student exceptionalities included: Autism (1 student) Hearing Impaired (1 student); Intellectual Disability-Mild (2 students);
                    Intellectual Disability-Moderate (2 students); Multiple Disabilities (2 students);
                    Orthopedic Impairment (1 student); Traumatic Brain Injury (1 student)
Student Placements including the following:    Inside regular class 80% or more of the day (2 students),
                    Inside regular class between 40%–79% of the day (2 students),
                    Inside the regular class less than 40% of the day (6 students)
Related Services included: Speech/Language Therapy (5 students), Occupational Therapy (2 students),
                    Physical Therapy (2 students), Adapted PE (7 students), Social Work Services (2 students)

**Related Services Student File Review Protocol Results**

| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
|---|---|---|---|
| 1. | The parents were invited to the Individual Education Program (IEP) meeting. | Review of prior written notification | 10 of 10 (100%) of student files scored as compliant |
| 2. | If neither parent was able to attend the IEP team meeting, there is documentation of attempts to ensure parental participation. | Review of IEP participant signatures and/or documentation of parental participation by phone | 2 of 2 (100%) of student files scored as compliant; 8 student files were scored as "NA" |
| 3. | The appropriate team members were present at the IEP team meeting (signature provided at IEP Team meeting). | Review of IEP participant signatures | 10 of 10 (100%) of student files scored as compliant |
| 4. | The IEP for a school-age student includes a statement of present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum. | Review of General Information about the Student; Strengths; Parent Concerns; Evaluation/Reevaluation Results; Academic, Developmental, and Functional Needs; Statewide | 10 of 10 (100%) of student files scored as compliant |

| | | | |
|---|---|---|---|
| 5. | The IEP includes measurable, standards-based annual goals, including academic and functional goals. Benchmarks or short-term objectives should be included for students who take alternate assessments aligned to alternate achievement standards. | Assessment Results; Progress or lack of progress in the general education curriculum, Consideration of Special Factors and PLAAFP statements for each Educational Need Area on the IEP / Review of Measurable Academic/Functional Goal and review of Measurable Short-term Objectives or Benchmarks for each Educational Need Area on the IEP | 6 of 10 (60%) of student files scored as compliant; Individual student concerns were listed in the IDEA Summary Report |
| 6. | The IEP contains related services which are reasonably calculated to enable the student to advance appropriately toward attaining annual goals; to be involved in and make progress in the general education curriculum in accordance with the student's present levels of academic achievement and functional performance; to participate in extracurricular and other academic activities; and to be educated and participate with other children with disabilities and nondisabled children in academic and non-academic school activities. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class) | 10 of 10 (100%) of student files scored as compliant |
| 7. | The IEP contains an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education class and the LEA ensured that to the maximum extent possible the student was educated with nondisabled students. | Review of General Information about the Student on IEP; Review of Academic, Developmental, and Functional Needs on IEP; Review of Progress or lack of expected progress in general education curriculum on IEP; Review of Selected Placement under the Placement/Service Determination Checklist Section of the IEP; Review of Statement(s) in the Documentation of Educational Benefit for Placement Section of | 10 of 10 (100%) of student files scored as compliant |

| | | | |
|---|---|---|---|
| | | IEP (if not inside regular class 80% or more of the day); Review of Transition Services on IEP (if appropriate) | |
| 8. | The IEP contains descriptions of how progress toward annual goals will be measured, including how often parents will be regularly informed of their child's progress. | Review of Method of Measurement and Additional Methods of Measurement Section for Each Educational Need Area on the IEP; Review of Schedule for Describing Progress towards Achievement of the Academic and Functional Annual Goals in the Progress Report Section of the IEP | 10 of 10 (100%) of student files scored as compliant |
| 9. | Related services are being provided to the student in the types and frequency specified in the student's IEP. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class); Review of Related Services Schedule (e.g., location of services, schedule of service delivery, student roster, name and contact information for person responsible for providing related services); Review of Documentation of Related Services (e.g., logs, observational data, checklists, tally sheet, student work samples) | 10 of 10 (100%) of student files scored as compliant |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

███████████

**Charter Management Operator**
Algiers Technology Academy
6501 Berkley Drive
New Orleans, LA 70131

Dear███████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean while LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ██ ███████████ with any questions or concerns. She may be reached at ███████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

*Louisiana Believes*

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,

██████████████████

██████████, Executive Director
Statewide Monitoring

c:   ██████████, Principal
     ████████████, Executive Director of Exceptional Student Services

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**Lord Beaconsfield Landry-Landry Walker**
**High School**
**LDOE Monitoring Report**

**2015-2016**

**Charter Management Operator:**

████████████

**Targeted Area of Monitoring:**
**Related Services**

**June 8, 2016**

████████████████

**LDOE Monitoring Lead**

## Louisiana Believes

# CONTENTS

I.    General Overview...................................................................................................3

II.   School Staff Conference Call................................................................................3

III.  Strategies, Activities, and Methods of Monitoring.........................................3

IV.   Summary of Finding..............................................................................................4

## Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Lord Beaconsfield Landry-Landry Walker High School was targeted for monitoring in the area(s) of Related Services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and included a comprehensive Results Summary document which outlines any areas of non-compliance or includes recommendations for improvement.

## II.    School Staff Conference Call

On February 16, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Related Services. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following:

███████████████████████████████████████████████████
███████████████████████.

Results of this interview process revealed no areas non-compliance. The responses provided by the school staff satisfactorily addressed all interview questions.

## III.    Strategies, Activities, and Methods of Monitoring

The purpose monitoring the Lord Beaconsfield Landry-Landry Walker High School was to ensure that students are receiving a free appropriate public education (FAPE). The Department chose to conduct a desk audit of student files to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related service provision rates for students with disabilities at the school. This method was approved in the Consent Agreement Addendum.

A LDOE monitoring staff member was assigned to lead the special education monitoring activities which included a  review of student files and discipline records, and a review of district policies,   practices, and procedures. Although student goals were provided, it was determined that some student goals, including academic and

## Louisiana Believes

functional goals, were not measurable or designed to meet the student's needs. The goal is measurable if it reflects performance or behavior that can be measured or observed. Clear and concise goals designed to meet the student's needs that result from the student's disability will enable the student to be involved in and make progress in the general education curriculum and meet other educational needs that result from the student's disability.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Lord Beaconsfield Landry-Landry Walker High School, there were identified areas of non-compliance under the IDEA, Part B program. Lord Beaconsfield Landry-Landry Walker High School must immediately begin correcting areas of non-compliance denoted in this report. The LEA must submit a Corrective Action Plan (CAP) that addresses each finding immediately but in no case later than thirty days from receipt of this letter. The plan must address the activities the school system will implement to correct all areas of identified non-compliance, as rapidly as possible, and in no case longer than one year from the date of this letter. The CAP and any supporting documentation must be submitted electronically to ▬▬▬▬▬▬▬ ▬▬▬ using the template attached to this monitoring report. If you have any questions or concerns, please contact ▬▬▬▬ via email at ▬▬▬▬▬▬▬▬▬ or (225)342-6276.

Attachments

Louisiana Believes



DEPARTMENT of
EDUCATION
Louisiana Believes

LOUISIANA DEPARTMENT OF EDUCATION

# IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION:** Landry Walker High School

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED:** Related Services *(SPLC & LDOE 2015-2016)*

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | §300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program<br><br>A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability. | A desk review of 10 students' records with supporting documentation and a telephone interview were conducted for Landry Walker High School. There are findings noted in the student records listed below that must be addressed by the school:<br><br>**Student 2:**<br><br>• Motor/Occupational/Physical Therapy goal not measurable<br>• Language goal not measurable |

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| | | | **Student 3:**<br>• Mathematics goal not measurable<br>• ELA goal not measurable<br>• Social Skills goal not measurable |
| | | | **Student 7:**<br>• ELA goal not measurable<br>• Mathematics goal not measurable |
| | | | **Student 9:**<br>• Music goal not measurable<br>• APE goal not measurable<br>• Self-Help goal not measurable |



**DEPARTMENT of EDUCATION**
Louisiana Believes

**IDEA PART B CORRECTIVE ACTION PLAN – (SPLC) 2016-2017**

**LEA:** Landry Walker High School        **DATE OF MONITORING:** April 2016        **DATE OF SUBMISSION:** June 23, 2016

**REGULATION REFERENCE (S): REGULATION 34 CFR: §300.320(A) (2)(I)(A)**

**FINDING:** Student goals were not measurable - IEP goals not measurable to meet student's needs.

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| Student's Individualized Education Program will be amended to adjust goals to assure all goals are measurable to meet student's needs. Copy of Instruction Plans which includes amended IEP goals. | June 24, 2016 | Teacher of Record and ▇ | Email notifying LDOE the IEP instructional plans for those students have been amended in SER. LDOE will check those IEPs in SER to ensure they are compliant. | August 8, 2016 | |
| Facilitate Professional Learning Community reviewing and practicing writing measurable goals for IEPs. | July 28, 2016 | ▇ and ▇ | Sign in Sheet for attendance Copy of handouts given at training Agenda from training | July 28, 2016 | |
| Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | | SPED Staff | Signed copy of form from each SPED staff member verifying they have viewed the IEP training on the LDOE website | September 9, 2016 | |
| SPED staff will review IEPs goals for all SPED students to determine whose goals and/or objectives are not measurable. The IEPs for these students will be revised by amending or reconvening the IEP to make the necessary changes by January | | SPED Staff | Monthly summary of IEP internal reviews to include # of IEPs reviewed, # of IEPs | September 30 November 30 December 15 January 30 | |

Page 1 of 2

| | | |
|---|---|---|
| 31, 2017. SPED staff will be required to use the IEP Evaluation rubric developed by LDOE while reviewing the IEPs to ensure all IEPs are compliant. The SPED staff will also use the IEP Evaluation rubric for any new students with IEPs that enroll at the school. The IEP Evaluation rubric will be used when writing all student IEPs moving forward.<br><br>The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring all IEPs with a particular focus on the goals/objectives using the IEP Evaluation rubric before the IEP is submitted to SER to make it official (to include the IEPs that will be amended/reconvened by January 31, 2017). | with issues with goals/objectives, actions taken to ensure SPED staff made necessary corrections, and results of those actions LDOE and Independent Monitors will review a sample of IEPs during the spring 2017 on-site visits to ensure the IEPs are compliant. | February 28 March 30 April 28 May 31 |
| Provide training to SPED staff on how to use the IEP Evaluation rubric developed by LDOE. SPED staff will be required to use this rubric when reviewing and writing IEPs. | Copy of agenda, sign-in sheet, and handouts from training | September 9, 2016 |
| SPED staff will sign an IEP assurances form indicating they have participated in IEP trainings and will be responsible for writing compliant IEPs according to guidelines set forth in the IEP trainings. | Copy of signed assurances forms from each SPED staff member | September 9, 2016 |

Dear ███████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Cohen College Preparatory Academies**

**Discipline**
•Desk review – each student file submitted should include files of student who had 6 or more disciplinary office referrals or three or more suspensions (in- school or out-of-school) in a school year
•Files may be randomly selected if the school does not have at least 10 students who meet the above discipline criteria
•Staff interview required

███████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.  Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 16, 2016** at 1:00 p.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ███████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.    Provide the zipped file to your FTP Coordinator, ███████████, to upload to the Data Management FTP.
4.    E-mail ████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ███████████████████████████.

Sincerely,

███████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ▮▮▮▮▮▮▮

**Date: 2-16-2016**

**LEA/School: Cohen College Preparatory Academy**

**Monitoring Area: Discipline**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ▮▮▮▮▮ |
| General Education Teacher(s) | ▮▮▮▮▮ |
| Special Education Administrator/Coordinator | ▮▮▮▮ |
| Special Education Teacher(s) | ▮▮▮▮ |
| | |
| **Optional** | |
| Academic Dean | ▮▮▮▮ |
| Dean of Special Education | ▮▮▮▮ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



LEA: Cohen College Preparatory School

Interview Conducted by: ▮

Date: 2-16-2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes   ☐No   ☒Follow-Up Needed pending results of Desk Review

## DISCIPLINE – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe any school-wide behavior management programs in place at your school. Does this program differ for students with disabilities? Is the program based upon the use of positive behavioral interventions and supports? | A. Program has incentives, rewards, consequences<br>B. Program has positive behavior interventions and supports<br>C. If different for SWD, description of program that incorporates above | Components: A, B, and C covered in response<br><br>Notes: Have merit/demerit system that is school-wide; Use School Runner for behavior tracking; Students use merits to purchase items at school; School Runner report sent to all teachers weekly to view students merits/demerits for week; Use check-in/check-out system |
| 2. Describe the system that your school uses to record and maintain disciplinary data. Does the system record out-of-school suspensions? In-school suspensions? Time spent in the "behavior room," "cool-down room," or "time- out center"? | A. Data collection system for discipline data<br>B. Types of disciplinary data recorded<br>C. Codes assigned to each disciplinary action<br>D. Personnel assigned to collect data and input discipline data | Components: Components A, B, C, D covered in response<br><br>Notes: School Runner used to record data such as demerits and suspensions; Excel document to track time spent in ISS; Cool-down station in hall for 5 minutes; Use Google docs to record anytime student sent out of class; ISS monitor when students enter/leave ISS and reason there; Behavior data maintained in Google docs for one year and sent to staff weekly; Student provided services if |

DEPARTMENT of **EDUCATION**
*Louisiana Believes*

| | | |
|---|---|---|
| 3. Do school staff contact parents or family members and request that they pick up their students early from school for disciplinary purposes? How frequently does this occur? How are these removals recorded? | A. Documentation system in place for students<br>B. Code assigned for removals home<br>C. Number of students sent home early for discipline this year | in ISS all day and complete work there<br><br>Components: Components A and C covered in response. Touched on B a little.<br><br>Notes: Principal and Dean have authority only to send home; Send home only happens if student fights and cannot be in same room as other student or if student threaten to leave campus; Record removal in Google docs and resulting action; When interview asked school if home removals recorded, the school answered they should be coded as OSS; School indicated home removals happen once every 3 weeks |
| 4. Describe the procedures that your school implements when recommending a student for suspension or expulsion, including how notice is provided to parents and any procedures available to parents who want to contest the proposed disciplinary actions. | A. Disciplinary referral written with sus./exp. reason listed<br>B. School notified parent on same day of decision to sus./exp. Student if removal exceeds 10 days<br>C. Inform parents written or verbal of procedural safeguards (given copy of LA Educational Rights booklet) | Components: B covered in response<br><br>Notes: Dean and principal have conversation first to review number of days and suspension record of student to determine what can be done to keep student in school; Parents notified by School Runner report sent home with student; If parent expresses disagreement with suspension, they meet with school administration to give opinion on situation. |
| 5. Describe the procedures in place at your school to ensure that the procedural safeguards identified in the IDEA are provided to students | A. Parent guardian notified in writing on the date decision made for removal that is change in placement | Components: D covered in response |

Charter School Interview 2015-2016
SPLC & LDOE

DEPARTMENT of EDUCATION
Louisiana Believes

| | | Notes |
|---|---|---|
| with disabilities who are subject to over ten (10) days of disciplinary removal during a school year. | B. Parent given copy of procedural safeguards<br>C. MDR meeting with school staff and parent conducted no later than 10 days from date of decision to change placement<br>D. FAPE provided | Notes: School indicated students usually do not hit 10 days because of egregious offenses and try to get parent in for meeting; Send parental notice of MDR and phone call regrading MDR; Invite parents, principal, school staff to MDR; Review students behavior in School Runner, review IEP and evaluation; Outcomes – Manifestation of Disability and not related due to drugs/alcohol; Do have MDRs that come back as related Point of Contact for MDR process is Case Manager at school; They review options for students to make-up class time; set time aside on Tuesday afternoon for tutoring and offer Saturday school and compensatory school |
| 6. Describe the process for conducting Manifestation Determination Reviews (MDRs), including the frequency of such meetings, the composition of the participating staff, the types of information considered, and the outcomes. | A. Number of MDRs held this school year<br>B. MDR held no later than 10 days from date of decision to change placement<br>C. Parent notified in writing and provided procedural safeguards<br>D. MDR includes ODR, sped teacher, reg. ed. teacher, student, parent, other relevant members of IEP team<br>E. Review student data – current IEP, current evaluation, FBA, BIP, BIP implementation (integrity checklist) for compliance and fidelity with implementation, teacher observations, behavior reports, current report cards, | Components: A, C, D, E, F included in responses<br><br>Notes: Send parental notice of MDR and phone call regrading MDR; Invite parents, principal , school staff to MDR; Review students behavior in School Runner, review IEP and evaluation; Outcomes – Manifestation of Disability and not related due to drugs/alcohol; Do have MDRs that come back as related Point of Contact for MDR process is Case Manager at school |

DEPARTMENT of
EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| | current progress reports, any other behavior related data<br>F. Review conduct in question to determine whether Manifestation or No Manifestation of disability or if direct result of LEA failure to implement IEP | |
| 7. Describe how your school conducts FBAs and creates BIPs for students, including the circumstances under which an FBA is initiated, the extent to which parents are included in the FBA process, and how BIPs are shared with relevant school staff. | A. List who can initiate FBA<br>B. Behaviors that warrant FBA<br>C. Includes antecedent, behavior, consequences<br>D. Function of behavior given<br>E. Parent interviewed for FBA, teacher interviewed, student interviewed<br>F. BIP<br>G. Documents intervention plan for targeted behavior<br>H. Includes: strategies for reducing problem behavior; strategies for increasing replacement behaviors; consequences<br>I. Timelines for monitoring and evaluation procedures | Components: A, B, D, E, F, G, H covered in response<br><br>Notes: Special education teacher initiate process and expand to school social worker since a related service and school psychologist since provide support for FBA and BIP; FBA conducted if a general increase in behavior or prior FBA not working, if student suspended for 3 days or more, or case manager request FBA; FBA includes interviews from parent, teacher, student and observations to develop plan; BIP targets behavior; BIP includes target behavior, replacement behavior, function, short/long range goals, consequences, reinforcement, alternative skills taught; School review target behavior and how it is tracked; Track Tier 3 data does not track for week to week. However, grade teams have ability to do but look at numbers each week but not graph that data; Do graph for whole school not individual students; |



DEPARTMENT of
EDUCATION
Louisiana Believes

| 8. Describe, in general, how your school measures and documents the effectiveness of BIPs and how that information is shared with parents and IEP Team. | A. Description of how BIP measured<br>B. BIP monitoring documented for effectiveness via chart, graph, notes home, integrity checklist, other documentation method<br>C. Method information shared with parents and IEP team | Components: A, B, C covered in response<br><br>Notes: Case manager and general education teacher track data; Case manager responsible for reinforcers and oversee incentives; Gen. Ed teacher responsible for following guidelines for plan and check in with case manager for progress of goals; Check-in/Check-out system in place and 1 to 1; Google docs have drop down with set behaviors to select; School Runner tracks specific behaviors; Faculty receive copy of BIP and BIP stored on school share drive; Sped teacher give copy of BIP to gen ed. teachers at beginning of school year. If changes, gives updated copy and send via email; Individuals that implement BIP have to sign they received plan and are provided copy of BIP in weekly collaborative meetings Track Tier 3 data does not track for week to week. However, grade teams have ability to do but look at numbers each week but not graph that data; Do graph for whole school not individual students; |

LEA: Cohen College Prep
Targeted Monitoring Area: Discipline
Total Number of student files reviewed: 10
LDOE Monitoring Personnel: ▮▮▮▮▮, Education Program Consultant
Date(s): 3/22/16 – 5/3/16

Student exceptionalities included: Emotional Disability (2 students), Multiple Disabilities (Emotional and Intellectually Disabled(1 student); Intellectual Disability-Mild (3 students), Visually Impaired (1 student), Other Health Impairment (2 students), Specific Learning Disability (1 student)

Student Placements including the following:    Inside regular class 80% or more of the day (8 students),
Inside regular class between 40%–79% of the day (1 student),
Inside the regular class less than 40% of the day (1 student)

Related Services included: Speech/Language Therapy (3 students), Counseling/Social Work Services (5 students)

| | Discipline Student File Review Protocol Results | | |
|---|---|---|---|
| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
| 1. | The Individualized Education Program (IEP) team considered, in the case of a student whose behavior impedes his/her learning, the use of positive behavioral interventions, supports, and/or other strategies to address the behavior. | • Related Services Log (Social Work Services)<br>• Related Services (Counseling Services)<br>• Behavior Intervention Plan<br>• Functional Behavioral Assessment<br>• Check-in Check-out | 7 of 7 (100%) applicable student files were scored as compliant. |
| 2. | Within ten (10) days of any decision to change the placement of a student with a disability because of a violation of a code of student conduct, the LEA conducted a manifestation determination. | • Discipline record<br>• Prior Written Notice | 0 of 1 (0%) applicable student file was scored as compliant. Individual student concerns were |

| | | | |
|---|---|---|---|
| 3. | The LEA notified the parent on the same day as the date of the removal decision of any removal that constituted a change of placement and provided the parent with a copy of the notice of the procedural safeguards. | • No evidence in file for the one applicable student reviewed. | addressed in the LDOE Summary Report<br>0 of 1 (0%) applicable student file was scored as compliant.<br>Individual student concerns were addressed in the LDOE Summary Report |
| 4. | The IEP team considered relevant information in the student's file, including the student's IEP, any teacher observations, and any relevant information provided by the parent, to determine whether the behavior was a manifestation of the student's disability. | • No evidence in file for the one applicable student reviewed. | 0 of 1 (0%) applicable student file was scored as compliant.<br>Individual student concerns were addressed in the LDOE Summary Report. |
| 5. | If the IEP team determined that the behavior was not a manifestation of the student's disability and the suspension/expulsion was applied, the student continued to receive services so as to enable the student to continue to participate in the general education curriculum, although in another setting, and to progress toward meeting the goals set out in the student's IEP. | • No evidence in file for the one applicable student reviewed. | 0 of 1 (0%) applicable student file was scored as compliant.<br>Individual student concerns were addressed in the LDOE Summary Report. |
| 6. | If the IEP team determined that the behavior was a manifestation of the student's disability, the student was returned to the current placement, unless the parent and the LEA agree to a change in placement as part of the behavioral intervention plan ("BIP") or unless the behavior is related to weapons, drugs, or serious bodily injury. | • No evidence in file for the one applicable student reviewed. | 0 of 1 (0%) applicable student file was scored as compliant.<br>Individual student concerns were addressed in the LDOE Summary Report. |
| 7. | If the student did not have a functional behavioral assessment ("FBA") developed and a BIP implemented prior to the removal, and the behavior was determined by the IEP team to be a manifestation of the disability, the IEP team completed the FBA and developed a BIP as soon as practicable. | • NA | This item was scored as Not Applicable for all student files reviewed. |
| 8. | If the student had a BIP, the IEP team reviewed the plan as part of the manifestation determination process and revised it as needed. | • NA | This item was scored as Not Applicable for all student files reviewed. |

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

████████████
Charter Management Operator
Cohen College Prep
3520 Dryades Street
New Orleans, LA 70115

Dear████████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean while LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact████████████ with any questions or concerns. She may be reached at████████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,

██████████████

█████████, Executive Director
Statewide Monitoring

c:    ████████████, Principal
      ████████████, Director of Special Education

AR: ds

Attachments

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**Cohen College Preparatory Academy**
**LDOE Monitoring Report**

**2015-2016**

**Charter Management Operators:**



**Targeted Area of Monitoring:**
**Discipline**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

Louisiana Believes

## CONTENTS

I.  General Overview...................................................................................3

II.  School Staff Conference Call.................................................................3

III.  Strategies, Activities, and Methods of Monitoring.............................3

IV.  Summary of Findings............................................................................4

## Louisiana Believes

POST OFFICE BOX 94064 | BATON ROUGE, LA 70804-9064 | 1.877.453.2721 | WWW.LOUISIANABELIEVES.COM

## I.     General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, Cohen College Prep High School was targeted for monitoring in the area of Discipline. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and includes a Results Summary document which outlines any areas of non-compliance or includes recommendations for improvement.

## II.    School Staff Conference Call

On February 16, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted staff interviews with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Discipline. A standard bank of questions was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated in the interview process and provided valuable feedback. Those staff included the following: ██████████████████
████████████████████████████████████.

Results of this interview process revealed concerns with regard to the monitoring of Behavior Intervention Plans (BIPs) for individual students. Recommendations for improvement include ensuring BIPs for each student are monitored on a consistent basis in accordance with timelines that are appropriate for that particular student. In accordance, BIPs should be developed and revised based upon individual student behavioral needs instead of a more school-wide approach to reviewing BIP effectiveness data.

## III.   Strategies, Activities, and Methods of Monitoring

The overall purpose of monitoring Cohen College Prep High School was to ensure that students are receiving a free appropriate public education (FAPE) as it relates to the implementation of Discipline procedures under IDEA. The Department conducted a desk audit of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included a review of files for students with disabilities who received 6 or more office discipline referrals or 3 or more suspensions (in-or-out-of-school) in a school year. This was the approved method of file selection for Discipline as stated in the Addendum's monitoring protocol section of the settlement agreement.

### Louisiana Believes

A LDOE monitoring staff member was assigned to lead the special education monitoring activities which included a review of student files and discipline records. A review of the school's policies, practices and procedures were also monitored during the interview process. Although there was only one student who had more than a 10-day out-of-school suspension that resulted in a change of placement, it is suggested that the school develops and implements practices and procedures for discipline which are consistent with requirement of IDEA, particularly for the Manifestation Determination Review (MDR) process.

In keeping with IDEA disciplinary procedures, the LEA should ensure disciplinary actions are followed consistently and implemented for students with disabilities who are suspended and/or expelled to ensure students are receiving a FAPE. Additionally, the LEA should make certain parents are informed of their procedural safeguards and provided a written copy of them when recommending students for suspension and/or expulsion that result in a potential change of placement.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements in the area of Discipline at Cohen College Prep High School, there were no identified areas of systemic non-compliance under the IDEA, Part B program. Please note that, although there is no evidence of systemic non-compliance, Cohen College Prep High School must immediately begin correcting the finding(s) documented in the enclosed Results Summary Report. Development of a CAP using the enclosed template and verification of correction must be submitted immediately to ███████████████ via email at ███████████
███████



DEPARTMENT of
**EDUCATION**
Louisiana Believes

# IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION: Cohen College Prep High School**

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED:** Discipline *(SPLC & LDOE 2015-2016)*

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---|---|---|---|
| IDEA Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no systemic areas of non-compliance found in the area of Discipline. | A desk review of ten (10) student's records with supporting documentation and a telephone interview were conducted for Cohen College Preparatory Charter School. There are findings noted for the discipline student records listed below that must be addressed immediately.<br><br>**Student 1:**<br><br>1. Manifestation Determination Review Process was not followed.<br>2. No Parental Notification Documentation.<br>3. No Evidence FAPE was provided.<br>4. Behavior Intervention Plan was not reviewed or revised as part of the MDR determination process. |



**DEPARTMENT of EDUCATION**
Louisiana Believes

IDEA PART B CORRECTIVE ACTION PLAN – (SPLC) 2016-2017

LEA: Cohen College Prep

DATE OF MONITORING: April 2016

DATE OF SUBMISSION: June 24, 2016

REGULATION REFERENCE (S): Discipline Procedures for Students with Disabilities – REGULATION 34 CFR: §300.530(E) REGULATION 34 CFR: §300.530(F); REGULATION 34 CFR: §300.530(D)(4)&(5)

FINDING: No evidence that Manifestation Determination Review (MDR) was conducted including parental notification, services, and review and/or revisions to the student's Behavior Intervention Plan (BIP). Activities below must address the above circumstances for the one student listed on the Results Summary document.

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| **1.1 No evidence an MDR was conducted in a timely manner:**<br><br>a. All suspensions of students receiving special education services will be reviewed by both Dean of students and Dean of sped as they occur.<br><br>b. Students who end up being suspended after review of Dean and Sped Coordinator will have a formal letter mailed home signed by both, and included in the student's Special Education folder<br><br>c. Suspension data will be monitored weekly by the culture team (Sped coordinator, Dean of Students, Social Worker)<br><br>d. Higher level suspension data will be tracked by compliance manager and Director of Special Education on a bi-weekly basis.<br><br>e. Students exceeding 10 days of suspension will have an MDR conducted within state timelines. MDR will be sent for review to the CMO's Director of Sped and Compliance manager. Copy will be kept both by the | August 2016 | Dean of Sped<br><br>Dean of students<br><br>Case Managers (teachers)<br><br>Social workers<br><br>Director of Special Education<br><br>Compliance Coordinator | Monthly summary of # of SWD suspended/expelled and actions taken by school (include # of students with MDRs and results of MDR). Attached to the summary will be a print out of the student's behavior report from the behavior tracking system.<br><br>Copy of sign-in sheet, agenda, and handouts from PD | Beginning September 2016 to May 2017 (to be submitted on the last business day of each month)<br><br>PD documentation due date *September 30, 2016* |  |

| | | | | |
|---|---|---|---|---|
| Director of Sped and within the student's folder. | | | | |
| f. Provide PD to school staff on the MDR process, including who is involved, when the determination is made, and what information is required for the decision. | | | | |
| g. School will internally monitor MDRs by completing a MDR checklist provided by LDOE for each SWD that have 10 or more OSS days to ensure the MDR process was followed. | | | Copies of completed checklist for conducting MDRs for students with 10 or more OSS days<br><br>LDOE and Independent Monitors will review a sample of MDRs during the spring 2017 on-site visits to ensure the MDRs are compliant. | Monthly from September 2016-May 2017 (to be submitted on the last business day of each month) |
| **1.2 No evidence a behavior plan was revised:**<br><br>a. We hired a new full-time special education social-worker who will provide social work services and manage RtI at the school. She will be responsible for working with teachers (case managers) and the dean of special education to revise and/or create FBA's and BIP's for students in special education.<br><br>b. The social worker, dean of special education and compliance coordinator will conduct an additional training for Cohen College Prep staff on FBA's and BIP's, **emphasizing when it is necessary to review and revise BIP's.** A form will be created to help teachers/social worker determine when to review and/or | July 2016 | Dean of Sped,<br><br>Dean of students,<br><br>Case Managers (teachers)<br><br>Social Workers<br><br>(special education only) | List of roles and responsibilities of new special education social worker.<br><br>Copy of sign-in sheet, agenda and handouts from FBA/BIP training.<br><br>Copy of handout that will help schools determine when to create/review/revise a FBA or BIP<br><br>Copy of social work services assessment guidelines and assessment forms. | July 2016<br><br>August 2016<br><br>July 2016<br><br>July 2016 |

revise a BIP

c. Students who already receive social work services, the special education social worker will own and facilitate the FBA revision/completion process after a MDR or after three separate suspension incidents.

d. Students who are in special education, but are not currently receiving social work services will be assessed for service eligibility (using Bulletin 1508 criteria). If not, the FBA/BIP process will be facilitated by the case manager, with assistance from the social worker.

e. After an MDR, schools will now be required to turn in the MDR paperwork and FBA/BIP revisions to the compliance coordinator and Director of Special Education for review and feedback, if necessary.

f. Dean of SPED will internally monitor quality of FBAs and BIPs using the checklist provided by LDOE for each student with an FBA/BIP to ensure they contained all of the required components to effectively address student behavior.

(Director of Special Education- CMO)

(Compliance Coordinator- CMO)

Copy of procedures put in place for the submission of MDR's to the special education office.

Copies of completed FBA and BIP checklist

LDOE and Independent Monitors will review a sample of FBAs/BIPs during the spring 2017 on-site visits to ensure the FBAs/BIPs are compliant.

July 2016

September 2016
November 2016
January 2017
March 2017
May 2017

---

**1.3 No evidence of parental notice:**

July 2016

a. Deans of students and families, principals and other leadership team members will receive training around providing procedural safeguards and the special education discipline process.

b. The school will have an outline of the specific procedures that should be followed as part of a disciplinary action for a student in special education. This outline will be created by the Compliance Coordinator and will include all individuals who need to be notified (including parents), the forms that need to be signed and timelines.

c. A form will be created for the purposes of documenting parent notification and dissemination of forms upon the suspension. If parents are unable to come in for a

, Dean of Sped

, Dean of students

Case Managers

Social Workers

-special education only)

(Director of Special Education-

Copy of sign-in sheet, agenda, and handouts from PD

Copy of suspension procedures form.

Copy of suspension procedural safeguards form.

Copy of revised suspension letter

PD documentation due date August 30, 2016

July 2016

July 2016

July 2016

| | | | |
|---|---|---|---|
| suspension meeting, the letter and parental right's booklet will be mailed to them. The date notified and date sent will be on the form. If parent's come in, they will sign for the documents in person.<br>d. All special education suspensions, in order to be valid, must have a notification letter, signed by the disciplinarian and Dean of Students and Families. If the Sped Dean is absent, the Compliance Coordinator or Director of Special Education can sign in their place. | | CMO)<br><br>(Compliance Coordinator- CMO) | |
| **1.4 Compensatory Services:**<br>a. The school will ensure the student is provided FAPE.<br>b. Compensatory services will be provided to the student based on suspension days from the previous year. | August 2016 | (Dean of Special education)<br><br>(Compliance Coordinator)<br><br>(Director of Special Education) | Copy of amended IEP indicating compensatory services.<br><br>Special education service logs<br><br>October 30, 2016 |

Dear ████████████████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring is required to conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted.

As a result of your recent desk audit under our standard IDEA monitoring procedures, Crescent Leadership Academy will not be required to undergo an additional desk audit under the above requirements. Results of the November 3, 2015 compliance audit in the area of Discipline for CLA revealed no areas of non-compliance.  This audit will serve satisfy the Discipline monitoring requirements for CLA under the settlement.

However, LDOE is required to conduct a mandatory staff interview in order to fulfill the additional requirements of your school's monitoring. The interview has been scheduled for **February 17, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

████████████  has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.  Attached to this email are the staff interview questions that will be used to facilitate the monitoring activities.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████ at ████████████ ████████████ .

Sincerely,


████████████ , Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ████████████

**Date: 2-17-2016**

**LEA/School: Crescent Leadership Academy**

**Monitoring Area: Discipline**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ████████ (serve as SPED administrator also) |
| General Education Teacher(s) | ████████ |
| Special Education Administrator/Coordinator | ████████ |
| Special Education Teacher(s) | ████████ |
| General Education Administrator | ████████ |
| **Optional** | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE





LEA: Crescent Leadership Academy

Interview Conducted by: ▮▮▮▮▮

Date: 2-17-2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes          ☐No          ☐Follow-Up Needed pending results of Desk Review

| | DISCIPLINE – Side by Side Interview Tool | |
|---|---|---|
| **Questions** | **Required Components** | **Comments** |
| 1. Describe any school-wide behavior management programs in place at your school. Does this program differ for students with disabilities? Is the program based upon the use of positive behavioral interventions and supports? | A. Program has incentives, rewards, consequences<br>B. Program has positive behavior interventions and supports<br>C. If different for SWD, description of program that incorporates above | Components: A, B, C, covered in response<br><br>Notes: PBIS system using Tiger Points; Universal system for all students with points; Each teacher has Tracker for each student they fill out daily and turned in weekly; Tracker system enable students to earn pts to purchase rewards; Review data from tracker to determine most behaviors reported and how school can intervene |
| 2. Describe the system that your school uses to record and maintain disciplinary data. Does the system record out-of-school suspensions? In-school suspensions? Time spent in the "behavior room," "cool-down room," or "time–out center"? | A. Data collection system for discipline data<br>B. Types of disciplinary data recorded<br>C. Codes assigned to each disciplinary action<br>D. Personnel assigned to collect data and input discipline data | Components: A, B, C covered in response.<br><br>Notes: PowerSchool system used to record and maintain data; Discipline data entered into PowerSchool is transferred to SIS; Dean of students enter discipline data; Discipline logs kept in ISS room |
| 3. Do school staff contact parents or family members and request that they pick up their students early from school for disciplinary purposes? How frequently does this | A. Documentation system in place for students<br>B. Code assigned for removals home | Components: A, B, C covered in response |

Charter School Interview 2015-2016
SPLC & LDOE

DEPARTMENT of EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| occur? How are these removals recorded? | C. Number of students sent home early for discipline this year | Notes: If student sent home, recorded as OSS but school stated they try to keep student at school |
| 4. Describe the procedures that your school implements when recommending a student for suspension or expulsion, including how notice is provided to parents and any procedures available to parents who want to contest the proposed disciplinary actions. | A. Disciplinary referral written with sus./exp. reason listed<br>B. School notified parent on same day of decision to sus./exp. Student if removal exceeds 10 days<br>C. Inform parents written or verbal of procedural safeguards (given copy of LA Educational Rights booklet) | Components: A, B, C covered in response<br><br>Notes: Require parent conferences for OSS; Have tiers and guidelines for offenses that constitute OSS; Notify parents via phone of OSS and send incident report home; Give parents copy of procedural rights using LA Except. Handbook; Provide parents copy of due process rights; Document parental contact with phone log |
| 5. Describe the procedures in place at your school to ensure that the procedural safeguards identified in the IDEA are provided to students with disabilities who are subject to over ten (10) days of disciplinary removal during a school year. | A. Parent guardian notified in writing on the date decision made for removal that is change in placement<br>B. Parent given copy of procedural safeguards<br>C. MDR meeting with school staff and parent conducted no later than 10 days from date of decision to change placement<br>D. FAPE provided | Components: Not applicable for school.<br><br>Notes: School stated they have never had to do one. |
| 6. Describe the process for conducting Manifestation Determination Reviews (MDRs), including the frequency of such meetings, the composition of the participating staff, the types of information considered, and the outcomes. | A. Number of MDRs held this school year<br>B. MDR held no later than 10 days from date of decision to change placement<br>C. Parent notified in writing and provided procedural safeguards<br>D. MDR includes ODR, sped teacher, reg. ed. teacher, student, parent, other relevant members of IEP team | Components: A, C, D, E, F covered in response.<br><br>Notes: Parents invited and notified via phone call/letter home; Parent provided procedural safeguards; MDR meeting includes all school personnel with parent, parent invited person, and student; MDR team |



DEPARTMENT of EDUCATION
Louisiana Believes

| | |
|---|---|
| | E. Review student data – current IEP, current evaluation, FBA, BIP, BIP implementation (integrity checklist) for compliance and fidelity with implementation, teacher observations, behavior reports, current report cards, current progress reports, any other behavior related data<br>F. Review conduct in question to determine whether Manifestation or No Manifestation of disability or if direct result of LEA failure to implement IEP | review all student data; Review student behavior to determine if need to recommend for sus./exp. Or need to update FBA/BIP |
| 7. Describe how your school conducts FBAs and creates BIPs for students, including the circumstances under which an FBA is initiated, the extent to which parents are included in the FBA process, and how BIPs are shared with relevant school staff. | A. List who can initiate FBA<br>B. Behaviors that warrant FBA<br>C. Includes antecedent, behavior, consequences<br>D. Function of behavior given<br>E. Parent interviewed for FBA, teacher interviewed, student interviewed<br>F. BIP<br>G. Documents intervention plan for targeted behavior<br>H. Includes: strategies for reducing problem behavior; strategies for increasing replacement behaviors; consequences<br>I. Timelines for monitoring and evaluation procedures | Components: A, B, D, E, F, G, H, I covered in response<br><br>Notes: Stated reasons FBA can be initiated and by whom; Included interviews and classroom observations in FBA process; Named person responsible for oversight of FBA; Team meet daily to discuss student behaviors and have agencies in place to provide services; Develop list of Tier 2 and 3 students from daily behavior discussions; Described Tier system in place – Tier 1 universal, Tier 2 small group provided and per IEP requirements; Tier 3 one-on-one with social worker and counselor providing services; Teachers given copies of BIPs and have conversations with teachers on how to track and implement BIPs |



DEPARTMENT of EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| 8. Describe, in general, how your school measures and documents the effectiveness of BIPs and how that information is shared with parents and IEP Team. | A. Description of how BIP measured<br>B. BIP monitoring documented for effectiveness via chart, graph, notes home, integrity checklist, other documentation method<br>C. Method information shared with parents and IEP team | Components: A, B, C covered in response<br><br>Notes: Daily Tracker to track behaviors and teachers receive trackers daily; Each teacher tracks target behavior daily in all classes by writing down behaviors seen or not seen; Behavior data graphed; Behavior documentation occur weekly via logs and collaboration with teachers to share behavior data; Go into classrooms to ensure teachers tracking and implementing with fidelity; Conferences with parents or phone calls to discuss behavior; |

Dear ███████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**International High School of New Orleans**

**Related Service**
• Desk review - each student file submitted should include one or more of the following low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness)
• Files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities
• Staff interview required

**Discipline**
• Desk review – each student file submitted should include files of student who had 6 or more disciplinary office referrals or three or more suspensions (in- school or out-of-school) in a school year
• Files may be randomly selected if the school does not have at least 10 students who meet the above discipline criteria
• Staff interview required

████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 25, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ██████████████ via email. The required documentation should be submitted on or before **February 29, 2016.**  Use the following method to submit all documentation:

<u>Submission of Documentation</u>

1.    Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
2.    Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
3.    Provide the zipped file to your FTP Coordinator, █████████████, to upload to the Data Management FTP.
4.    E-mail ████████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ████████████████████████████████

Sincerely,


███████████████, Executive Director
Office of Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



# Interviewees for SPLC Monitoring

**Interviewer Name:** ▮▮▮▮▮▮▮▮

**Date: 2-25-2016**

**LEA/School: International High School**

**Monitoring Area: Discipline and Related Services**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | ▮▮▮▮▮▮ |
| General Education Teacher(s) | ▮▮▮▮▮▮▮▮ |
| Special Education Administrator/Coordinator | ▮▮▮▮▮▮ |
| Special Education Teacher/Coordinator | ▮▮▮▮▮▮ |
| | |
| **Optional** | |
| Director of Curriculum and Instruction | ▮▮▮▮▮▮ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE


DEPARTMENT of
EDUCATION
Louisiana Believes

LEA: International High School

Interview Conducted by: ▌▌▌▌

Date: 2-25-2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes     ☐No     ☐Follow-Up Needed pending results of Desk Review

| DISCIPLINE – Side by Side Interview Tool | | |
|---|---|---|
| Questions | Required Components | Comments |
| 1. Describe any school-wide behavior management programs in place at your school. Does this program differ for students with disabilities? Is the program based upon the use of positive behavioral interventions and supports? | A. Program has incentives, rewards, consequences<br>B. Program has positive behavior interventions and supports<br>C. If different for SWD, description of program that incorporates above | Components: A and B covered in response; NA for C<br><br>Notes: School wide management plan that includes expectations, rules, and consequences; Principal and one other staff member trained in restorative practices for discipline; Discipline measures are restorative not punitive; Incentive system includes PBIS Panther Bucks, verbal praise, class-wide incentives (free dress, dance, ice cream); Began with write-up, discipline date entered into JPAMS, parent called for behavior, signed documentation of action to parent, form placed in student folder, SPED coordinator notified and given copy, Disciplinary Information sheet provided to teachers |
| 2. Describe the system that your school uses to record and maintain disciplinary data. Does the system record out-of-school suspensions? In-school suspensions? Time spent in the "behavior room," "cool-down room," or "time- out center"? | A. Data collection system for discipline data<br>B. Types of disciplinary data recorded<br>C. Codes assigned to each disciplinary action | Components: A, B, C, D covered in response<br><br>Notes: JPAMS is data system used to enter discipline data; If OSS or ISS it is recorded as that in JPAMS; If |

Charter School Interview 2015-2016

SPLC & LDOE



| # | Question | Components | Notes |
|---|----------|-----------|-------|
| | | D. Personnel assigned to collect data and input discipline data | behavior part of student IEP, sent to reset room instead of ISS. Reset room is where student can talk to a teacher or go to another class to work on IEP goals or do a reflection of behavior then go back to class. This information is kept in a log; Mediation given by counselor if conflict between students; For Tier 2, when behavior continue and there is a pattern the team work on a plan |
| 3. | Do school staff contact parents or family members and request that they pick up their students early from school for disciplinary purposes? How frequently does this occur? How are these removals recorded? | A. Documentation system in place for students <br> B. Code assigned for removals home <br> C. Number of students sent home early for discipline this year | Components: A, B, C covered in response <br><br> Notes: School replied they do not have happen on regular basis and only done if student out-of-control and cannot be redirected. For safety, they contact parent. Any removal out-of-school is counted as an OSS and recorded in JPAMS as OSS. School has had this happen twice in last 6 months. |
| 4. | Describe the procedures that your school implements when recommending a student for suspension or expulsion, including how notice is provided to parents and any procedures available to parents who want to contest the proposed disciplinary actions. | A. Disciplinary referral written with sus./exp. reason listed <br> B. School notified parent on same day of decision to sus./exp. Student if removal exceeds 10 days <br> C. Inform parents written or verbal of procedural safeguards (given copy of LA Educational Rights booklet) | Components: A and B covered in response <br><br> Notes: Began with write-up, discipline date entered into JPAMS, parent called for behavior, signed documentation of action to parent, form placed in student folder, SPED coordinator notified and given copy, Disciplinary Information sheet provided to teachers; If parent |



DEPARTMENT of
EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| 5. | Describe the procedures in place at your school to ensure that the procedural safeguards identified in the IDEA are provided to students with disabilities who are subject to over ten (10) days of disciplinary removal during a school year. | A. Parent guardian notified in writing on the date decision made for removal that is change in placement<br>B. Parent given copy of procedural safeguards<br>C. MDR meeting with school staff and parent conducted no later than 10 days from date of decision to change placement<br>D. FAPE provided | contest disciplinary actions, parent can contact Director of Culture to set up meeting; School use RSD Code of Conduct to follow policies; If near 10 days, conduct MDR<br><br>Components: Touched on C with MDR meeting in question #6<br><br>Notes: Indicated they have not had any SPED students with over 10 days removal; Follow RSD Code of Conduct; Have not had to conduct MDR for SPED student |
| 6. | Describe the process for conducting Manifestation Determination Reviews (MDRs), including the frequency of such meetings, the composition of the participating staff, the types of information considered, and the outcomes. | A. Number of MDRs held this school year<br>B. MDR held no later than 10 days from date of decision to change placement<br>C. Parent notified in writing and provided procedural safeguards<br>D. MDR includes ODR, sped teacher, reg. ed. teacher, student, parent, other relevant members of IEP team<br>E. Review student data – current IEP, current evaluation, FBA, BIP, BIP implementation (integrity checklist) for compliance and fidelity with implementation, teacher observations, behavior reports, current report cards, current progress reports, any other behavior related data<br>F. Review conduct in question to determine whether Manifestation or No | Components: A, D, E, and F in response<br><br>Notes: Had 3 MDRs this year but not for over 10 days; MDR team comprised of Administrator, Dean of Culture, Director of Support Services, teacher, and parent; Review data such as IEP, BIP, student behavior, teacher observations, disciplinary record; Outcomes – If related, MDR is not complete and if not related, carry through with MDR process |

Charter School Interview 2015-2016
SPLC & LDOE



DEPARTMENT of EDUCATION
Louisiana Believes

| | | Manifestation of disability or if direct result of LEA failure to implement IEP | |
|---|---|---|---|
| 7. | Describe how your school conducts FBAs and creates BIPs for students, including the circumstances under which an FBA is initiated, the extent to which parents are included in the FBA process, and how BIPs are shared with relevant school staff. | A. List who can initiate FBA<br>B. Behaviors that warrant FBA<br>C. Includes antecedent, behavior, consequences<br>D. Function of behavior given<br>E. Parent interviewed for FBA, teacher interviewed, student interviewed<br>F. BIP<br>G. Documents intervention plan for targeted behavior<br>H. Includes: strategies for reducing problem behavior; strategies for increasing replacement behaviors; consequences<br>I. Timelines for monitoring and evaluation procedures | Components: A, B, C, D, E, F, G, H, I (covered in question #8) covered in response<br><br>Notes: FBA initiated when see pattern of behaviors and provide additional support for success, can be initiated by school staff and parent, parent fill out FBA Survey, look at antecedents of behavior and goals, FBA interview with student, use FBA to determine goals for BIP. BIP - look at student triggers such as time of day behaviors occur and determine what are best efforts to help student cool down (activities after incident for cool down such as drawing or meet with SW), try to develop preventive measures before behavior occur, develop strategies to reduce behaviors (check to see if staff member can redirect student); Utilize check-in/check-out behavior monitoring; |
| 8. | Describe, in general, how your school measures and documents the effectiveness of BIPs and how that information is shared with parents and IEP Team. | A. Description of how BIP measured<br>B. BIP monitoring documented for effectiveness via chart, graph, notes home, integrity checklist, other documentation method<br>C. Method information shared with parents and IEP team | Components: A, B, C (included how shared with teachers but not parents)<br><br>Notes: Measure using teacher observations, check-in/check-out form (form has target behaviors listed and teachers check the behavior to report how student |

Charter School Interview 2015-2016
SPLC & LDOE



DEPARTMENT of
EDUCATION
Louisiana Believes

| | doing. Have bank of behaviors but some target behaviors based on student IEP), information from SW or culture member, student reflections, discipline referral form; Track behavior goals; Teacher rewrite BIP if necessary; Teachers review behavior data in meetings with SPED coordinator and get copies of student BIPs. Students are involved in BIP meetings; School does not graph behavior data |
|---|---|

**Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016**

LEA: International High School
Targeted Monitoring Area: Discipline
Total Number of student files reviewed:  10
LDOE Monitoring Personnel: ▓▓▓▓▓, Education Program Consultant
Date(s): 3/22/16 – 5/3/16
Student exceptionalities included:          Emotional Disability (1 student); Other Health Impairment (3 students); Specific Learning Disability (6 students)

Student Placements including the following:  Inside regular class 80% or more of the day (10 students),
Inside regular class between 40%–79% of the day (0 student),
Inside the regular class less than 40% of the day (0 student)

Related Services included: Counseling/Social Work Services (1 student)

## Discipline Student File Review Protocol Results

| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
|---|---|---|---|
| 1. | The Individualized Education Program (IEP) team considered, in the case of a student whose behavior impedes his/her learning, the use of positive behavioral interventions, supports, and/or other strategies to address the behavior. | • Behavior Intervention Plan<br>• Functional Behavior Assessment<br>• Behavior Intervention Plan<br>• Daily Behavior Report Card<br>• Check-in Check-out<br>• Related Service (Social Work Services) | 2 files rated NA<br><br>8 of 8 (100%) files scored compliant |
| 2. | Within ten (10) days of any decision to change the placement of a student with a disability because of a violation of a code of student conduct, the LEA conducted a manifestation determination. | • MDR FORM<br>• Discipline records | 8 files rated NA<br><br>2 of 2 (100%) files scored compliant |
| 3. | The LEA notified the parent on the same day as the date of the removal decision of any removal that constituted a change of placement and provided the parent with a copy of the notice of the procedural safeguards. | • MDR FORM | 8 files rated NA<br><br>2 of 2 (100%) files scored compliant |

| | | | Individual student concerns were addressed in the LDOE Summary Report |
|---|---|---|---|
| 4. | The IEP team considered relevant information in the student's IEP, including the student's IEP, any teacher observations, and any relevant information provided by the parent, to determine whether the behavior was a manifestation of the student's disability. | • MDR FORM | 8 files rated NA<br><br>1 of 2 (50%) files scores compliant Individual student concerns were addressed in the LDOE Summary Report |
| 5. | If the IEP team determined that the behavior was not a manifestation of the student's disability and the suspension/expulsion was applied, the student continued to receive services so as to enable the student to continue to participate in the general education curriculum, although in another setting, and to progress toward meeting the goals set out in the student's IEP. | • MDR FORM | 9 files rated NA<br><br>0 of 1 (0%) files scored compliant – Individual student concerns were addressed in the LDOE Summary Report |
| 6. | If the IEP team determined that the behavior was a manifestation of the student's disability, the student was returned to the current placement, unless the parent and the LEA agree to a change in placement as part of the behavioral intervention plan ("BIP") or unless the behavior is related to weapons, drugs, or serious bodily injury. | • MDR FORM | 9 files rated NA<br><br>0 of 1 (0%) files scored compliant - Individual student concerns were addressed in the LDOE Summary Report |
| 7. | If the student did not have a functional behavioral assessment ("FBA") developed and a BIP implemented prior to the removal, and the behavior was determined by the IEP team to be a manifestation of the disability, the IEP team completed the FBA and developed a BIP as soon as practicable. | • No Evidence of FBA | 9 files rated NA<br><br>0 of 1 (0%) files scores compliant - Individual student concerns were listed in the IDEA Summary Report |
| 8. | If the student had a BIP, the IEP team reviewed the plan as part of the manifestation determination process and revised it as needed. | • No Evidence of BIP | 9 files rated NA<br><br>0 of 1 (0%) files scored compliant - Individual student concerns were listed in the IDEA Summary Report |



# LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

█████████
Board President
International High School of New Orleans
727 Carondelet Street
New Orleans, LA  70130

Dear █████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean although LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices at the school. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact █████ with any questions or concerns. She may be reached at █████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

*Louisiana Believes*



# LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,



████████, Executive Director
**Statewide Monitoring**

c:   ████████, School Leader
     ████████   **Director of Student Services**

AR:ds

Attachments

## Louisiana Believes

Optional Second Page Header
Page 3
Date

Optional Second Page Header
Page 4
Date

# Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**International High School of New Orleans**
**LDOE Monitoring Report**

**2015-2016**

**Board President:**

███████████████

**Targeted Area of Monitoring:**
**Discipline**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

████████████████████

## Louisiana Believes

# CONTENTS

I.      General Overview................................................................................................3

II.     School Staff Conference Call.............................................................................3

III.    Strategies, Activities, and Methods of Monitoring............................................4

IV.     Summary of Findings..........................................................................................4

Louisiana Believes

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, International High School of New Orleans was targeted for monitoring in the area(s) of Discipline. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and includes a comprehensive Summary of Findings document which outlines any areas of non-compliance or recommendations for improvement.

## II.   School Staff Conference Call

On February 25, 2016, Department monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Discipline. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated and provided valuable feedback during this process. Those staff included the following: ██████████████ ███████████████████████████████.

Results of this interview process revealed concerns as it relates to informing parents of their procedural safeguards and providing parents a copy of those safeguards. There were also concerns noted in the school's procedures and timelines for conducting Manifestation Determination Reviews (MDR). Recommendations for improvement with regard to practices and procedures in the area of Discipline include: establishing a notification system to ensure parents are informed about procedural safeguards, making available and providing a written copy of the procedural safeguards when the school is considering a disciplinary change of placement for students. Also, the school should consider providing training to school staff on the MDR process to include a discussion on required timelines for conducting MDRs. It would also be beneficial for the school to develop a Behavior Checklist that includes all of the necessary steps school staff should follow for disciplinary removals to ensure proper procedures are adhered to each time a student with a disability is subject to suspensions/expulsions, particularly any removals of greater than 10 days.

## III.   Strategies, Activities, and Methods of Monitoring

## Louisiana Believes

The overall purpose of monitoring International High School was to ensure that students are receiving a free appropriate public education (FAPE) as it relates to the implementation of Discipline procedures under IDEA. The Department conducted a desk audit of student records to determine how well the school complied with IDEA discipline requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included a review of files for students with disabilities who received 6 or more office discipline referrals or 3 or more suspensions (in-or-out-of-school) in a school year.  This method was an approved method of file selection for Discipline as stated in the Addendum's monitoring protocols.

A LDOE monitoring staff member was assigned to lead the special education monitoring activities which included a review of student files, discipline records, and the school's policies, practices and procedures. Although there was only one student who had more than 10 days of an out-of-school suspension that resulted in a change of placement, it is suggested that the school address making changes to its disciplinary policies, practices, and procedures, especially for the Manifestation Determination Review (MDR) process. Also in keeping with IDEA disciplinary procedures, the school should ensure disciplinary actions are consistently followed and implemented for students with disabilities who are suspended and/or expelled to make certain students are receiving FAPE. Additionally, the school should ensure parents are informed of procedural safeguards and given a written copy of those safeguards when recommending students for suspension and/or expulsion that result in a potential change of placement.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at International High School of New Orleans, there were no identified areas of systemic non-compliance in the area of Discipline. Please note that, although there is no evidence of systemic non-compliance, International High School of New Orleans must immediately begin correcting the finding(s) documented in the enclosed report. Development of a CAP using the enclosed template and verification of correction must be submitted immediately to ███████████ ████████ via email at ████████████████████



DEPARTMENT of
EDUCATION
Louisiana Believes

LOUISIANA DEPARTMENT OF EDUCATION

## IDEA MONITORING RESULTS SUMMARY

**LEA/CHARTER/ORGANIZATION: Voices of International Business and Education Charter School - INTERNATIONAL HIGH SCHOOL**

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED:** Discipline (SPLC & LDOE 2015-2016)

| PROGRAM | REVIEW PERIOD | CITATIONS | FINDINGS |
|---------|---------------|-----------|----------|
| IDEA Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There were no systemic areas of non-compliance found in the area of Discipline. | A desk review of ten (10) student's records with supporting documentation and a telephone interview were conducted for Voices of International Business and Education Charter School.  There are findings noted for the discipline student records listed below that must be addressed immediately.<br><br>**Student 1:**<br><br>1. Manifestation Determination Review Process was not followed.<br>2. No Parental Notification Documentation.<br>3. No Evidence FAPE was provided.<br>4. Functional Behavior Assessment (FBA) and Behavior Intervention Plan (BIP) were not reviewed or revised as part of the MDR determination process. |

**DEPARTMENT of EDUCATION**
Louisiana Believes

IDEA PART B CORRECTIVE ACTION PLAN – (SPLC) 2016-2017

**DATE OF MONITORING:** April 2016

**DATE OF SUBMISSION:** July 6, 2016

**LEA:** International High School

**REGULATION REFERENCE (S):** Discipline Procedures for Students with Disabilities - REGULATION 34 CFR: §300.530(E) REGULATION 34 CFR: §300.530(F); REGULATION 34 CFR: §300.530(D)(4)&(5)

**FINDING:** No evidence that Manifestation Determination Review (MDR) was conducted including parental notification, services, and review and/or revisions to the student's Behavior Intervention Plan (BIP). Activities below must address the above circumstances for the one student listed on the Results Summary document.

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| Student listed on monitoring report was dropped from IHSNO due to non-attendance | February 2, 2016 | ▆ Data Manager | Copy of Drop notice | July 8, 2016 | |
| All staff will be trained on MDR process, including who is involved, when the determination is made, and what information is required for the decision. | August 1 - 12, 2016 (Staff Fall PD) | ▆ | Agenda, Sign-in sheet, handouts | September 15, 2016 | |
| Demonstrate that parents are notified of all meetings and actions concerning their child for disciplinary concerns. | August 1, 2016 | ▆ | Copy of Form used to notify parents of actions concerning their child. | September 15, 2016 | |
| All SPED staff will be trained on writing FBAs and FBA procedures. All SPED staff will be trained on writing, implementing, and documenting appropriate BIPs and on selecting and teaching replacement | August 1 – 12, 2016 (Staff Fall PD) | ▆ | Agenda, Sign-in sheet, handouts | September 15, 2016 | |

Page 1 of 3

behaviors.

| | | | | |
|---|---|---|---|---|
| School will develop an internal monitoring system to track student removals. This will include names of students removed and number of days removed. | August 1, 2016 | SPED Coordinator | Copy of bi-monthly summary with number of students removed from school each month, number of days removed and actions taken by school. Attached to the summary will be a print out of the student's behavior report from the behavior tracking system. | October 15, 2016 December 15, 2016 February 15, 2017 April 15, 2017 |
| SPED Director or SPED Coordinator will internally monitor MDRs by completing a MDR checklist provided by LDOE for each SWD that have 10 or more OSS days to ensure the MDR process was followed. Checklist will be filled by SPED Coordinator or SPED Director. | August 15, 2016 | SPED Coordinator | Copies of completed MDR checklist for students with 10 or more OSS days. LDOE and Independent Monitors will review a sample of MDRs during the spring 2017 on-site visits to ensure the MDRs are compliant. | Monthly from September 2016-May 2017 (to be submitted on the last business day of each month) |
| SPED Director or SPED Coordinator will internally monitor quality of FBAs and BIPs using the checklist provided by LDOE for each student with an FBA/BIP to ensure they contain all of the required components to effectively address student behavior. SPED staff will use checklist to assist in writing FBAS/BIPs. | August 15, 2016 | SPED Coordinator | Copies of completed FBA and BIP checklist. LDOE and Independent Monitors will review a sample of FBAs/BIPs during the spring 2017 on-site visits to ensure the FBAs/BIPs are compliant. | September 2016 November 2016 January 2017 March 2017 May 2017 |
| All SPED staff will be trained on how to use the MDR, FBA, and BIP checklist to ensure all procedures and components | August 1-12, 2016 | SPED Coordinator | Agenda, Sign-in sheet, handouts | September 15, 2016 |

for disciplinary actions are done with fidelity.

Dear ███████████████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with established requirements.

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

### G.W. Carver Preparatory Academy

**Student Enrollment Monitoring**
- Desk review – each student file submitted should include files of students failing two or more subjects or scoring non-proficient on statewide assessments
- Staff interview required

████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 26, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to ████████████ via email. The required documentation should be submitted on or before **March 7, 2016.**  Use the following method to submit all documentation:

Submission of Documentation

    1.   Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as thetopics on the monitoring instrument.  Make a copy for the school file.
    2.   Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
    3.   Provide the zipped file to your FTP Coordinator, ██████████, to upload to the Data Management FTP.
    4.   E-mail █████████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact █████████████████████████.

Sincerely,


██████████, Executive Director
Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



DEPARTMENT of
EDUCATION
Louisiana Believes

LEA: G.W. Carver Preparatory Academy

Interview Conducted by:

Date: 2/26/2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes    ☐No    ☐Follow-Up Needed pending results of Desk Review

## RELATED SERVICES – Side by Side Interview Tool

| Questions | Required Components | Comments |
|---|---|---|
| 1. Describe, in general, how your school determines that a student requires related services in order to provide a particular student with a free, appropriate public education. What factors are considered? | A. Referral concerns during evaluation process: health, speech/language, motor, social/emotional, adaptive behavior, transportation, academic, other<br><br>B. Service(s) assist student in achieving IEP goals | Components: A and B covered in response<br><br>Notes: Compliance Coordinator follow Bulletin 1508 guidelines via Child Find; Have online system for teacher referrals via Intervention Concern form; Intervention Coordinator look through referrals to make appropriate referral for RTI and Related Services; Review areas of concern such as math, literacy, behavior via online process; After screening, develop plan, interventions included in plan, and if student not responding to instruction make referral for evaluation; Related Service personnel involved in evaluation process and give appropriate assessments; Universal screen at beginning of year; If student perform below, put together range of screeners to see areas of deficit; Mental Health providers at beginning of year give |

Charter School Interview 2015-2016
SPLC & LDOE

DEPARTMENT of EDUCATION
Louisiana Believes

| | | Response |
|---|---|---|
| | | Strength/Difficulty questionnaire to catch social/emotional needs; Every student in school to self-report for mental health; OT/PT more individualized; Speech therapist use CELF to get current level of expressive and receptive language skills |
| 2. Describe, in general, how related services are provided to students at your school, including identifying the personnel who provide such services, how related services are scheduled into the academic day, and how the school provides services in cases of provider unavailability. | A. Type of related service model given<br>B. Described selection of related service staff<br>C. Review student schedules, school academic schedule, review provider schedule<br>D. If unavailable- Compensatory time provided, substitute related service provider assigned, contract related services personnel | Components: A, B, C, D covered in response<br><br>Notes: Related services provided in class since students have 2 sections of EOC class and services are given in one of the blocks; Teachers/Service Provider collaborate when student pulled from class; Check in once a month to see if any changes need to be made for provision of services; Service providers are part of team and continue with goals 2 speech therapist and 1 mental health provider are in network positions and shared between schools in network; Contract OT, APE, PT, VI, audiologist and 1 speech therapist; Contract with Louisiana Assistive Technology Center (LATI) for AT services; Do hiring process to contract providers; Provide compensatory services |
| 3. Were any of the identified related service providers unavailable for | A. Provision of compensatory services | Components: C covered in response |



| Question | Options | Notes |
|---|---|---|
| all or part of the year? Describe the steps, if any, taken to address this unavailability. | B. Substitute related services provider assigned to student<br>C. Contract person to provide services<br>D. Other method used to address availability | Notes: 1 Social worker left and had 1 remaining at school. 1 remaining at school focus on mental health sessions and have externs that work with students on small group, behavior support, and work with those students who need services via RTI. If they need someone, work urgently toward getting someone. Also, contract services. |
| 4. Describe the process by which school staff secures related service providers upon the enrollment of new students with specific related service needs. How long does this process take? | A. Hire additional service provider<br>B. Contract service provider<br>C. Review provider current caseload and adjust schedule to service student<br>D. Provided timeline for provision of services | Components: A, B, D covered in response<br><br>Notes: Contract with service providers and have contract with providers even though no current students require those type of services; Contract with LATI for AT services; Within week student receive services after obtain records and review from prior school |
| 5. Describe the information available to IEP Teams related to the impact of related services on an individual student's functional performance and academic achievement. | A. Progress reports<br>B. Anecdotal notes<br>C. Observational data<br>D. Progress monitoring data<br>E. Report card<br>F. Listed other information available | Components: A, D, F covered in response<br><br>Notes: Service providers members of IEP team; Speech – OWL given 1X year to target needs, connect with special/gen. ed teachers to see how progress impacted, review student data on monthly basis to see if not growing then implement interventions; Social Worker – align daily tracker to goals in BIP and SW |



DEPARTMENT of
EDUCATION
*Louisiana Believes*

| | | |
|---|---|---|
| | | sessions, use check-in/check-out for behavior; OT/PT work with scholars and teachers to ensure goals/skills reiterated throughout day; Official progress report goes home every 9 weeks aligned to IEP goals, however, students most severe have daily/weekly notes home; Universal screen at different pints of year; If student perform below, put together range of screeners. From there, can provide further assessment and interventions; Every child have self-report for behavior; OT/PT more individualized; screener to target interventions as needed |
| 6. Describe any steps taken at your school to minimize the impact of students' removal from general educational activities for the receipt of related services on the students' academic achievement. | A. Inclusion<br>B. Consultative/Collaboration model<br>C. Review student daily schedule<br>D. Review related service provider caseload and daily schedule | Components: A, B, covered in response<br><br>Notes: Mental health provider does a lot of PD with teachers to ensure teachers implement strategies with behavior goals so can be better prepared in class; SW has goals for scholars to help scholars help themselves so don't have to leave classroom as often; Service providers work with teachers to ensure pull during 1 section of classes not during EOC class; Providers collaborate with teachers to get feedback to determine what need to do in sessions; Speech does |



push-in for some courses depending on setting



# Interviewees for SPLC Monitoring

**Interviewer Name:** ███████████

**Date: 2-26-2016**

**LEA/School: G.W. Carver Preparatory Academy**

**Monitoring Area: Enrollment Stability Rate (Related Services)**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | |
| General Education Teacher(s) | ██████████ |
| Special Education Administrator/Coordinator | ██████████ (Director of Finance and Operations) sped fall under operations |
| Special Education Teacher(s) | ██████████ |
| | |
| **Optional** | |
| Director of Intervention | ██████████ |
| Scholar Support | ██████████ |
| Director of Scholar Support | ████████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Charter School Interview 2015-2016
SPLC & LDOE

# Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016

LEA: G. W. Carver Charter School
Targeted Monitoring Area: Enrollment
Total Number of student files reviewed: 10
LDOE Monitoring Personnel: ███████, Educational Program Consultant
Date(s): 3/22/16 – 5/3/16

Student exceptionalities included: Specific Learning Disability (6 students), Other Health Impaired (4 students)

Student Placements including the following:   Inside regular class 80% or more of the day (10 students),
Inside regular class between 40%-79% of the day (0 students),
Inside the regular class less than 40% of the day (0 students)

Related Services included: Speech/Language Therapy (7students), Social Work Services (4 students), Counseling Services (1 student)

## Related Services Student File Review Protocol Results

| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
|---|---|---|---|
| 1. | The parents were invited to the Individual Education Program (IEP) meeting. | Review of prior written notification | 10 of 10 (100%) student files were scored as compliant. |
| 2. | If neither parent was able to attend the IEP team meeting, there is documentation of attempts to ensure parental participation. | Review of IEP participant signatures and/or documentation of parental participation by phone | 1 (100%) applicable student file was scored as compliant. |
| 3. | The appropriate team members were present at the IEP team meeting (signature provided at IEP Team meeting). | Review of IEP participant signatures | 10 of 10 (100%) student files were scored as compliant. |

| # | | | |
|---|---|---|---|
| 4. | The IEP for a school-age student includes a statement of present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum. | Review of General Information about the Student; Strengths; Parent Concerns; Evaluation/Reevaluation Results; Academic, Developmental, and Functional Needs; Statewide Assessment Results; Progress or lack of progress in the general education curriculum. Consideration of Special Factors and PLAAFP statements for each Educational Need Area on the IEP | 10 of 10 (100%) student files were scored as compliant. |
| 5. | The IEP includes measurable, standards-based annual goals, including academic and functional goals. Benchmarks or short-term objectives should be included for students who take alternate assessments aligned to alternate achievement standards. | Review of Measurable Academic/Functional Goal and review of Measurable Short-term Objectives or Benchmarks for each Education Need Area on the IEP | 10 of 10 (100%) student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report. |
| 6. | The IEP contains related services which are reasonably calculated to enable the student to advance appropriately toward attaining annual goals; to be involved in and make progress in the general education curriculum in accordance with the student's present levels of academic achievement and functional performance; to participate in extracurricular and other academic activities; and to be educated and participate with other children with disabilities and nondisabled children in academic and non-academic school activities. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class) | 10 of 10 (100%) student files were scored as compliant. |
| 7. | The IEP contains an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education class and the LEA ensured that to the maximum extent possible the student was educated with nondisabled students. | Review of General Information about the Student on IEP; Review of Academic, Developmental, and Functional Needs on IEP; Review of Progress or lack of expected progress in general education curriculum on IEP; Review of | 10 of 10 (100%) student files were scored as compliant. |

| | | | |
|---|---|---|---|
| 8. | The IEP contains descriptions of how progress toward annual goals will be measured, including how often parents will be regularly informed of their child's progress. | Selected Placement under the Placement/Service Determination Checklist Section of the IEP; Review of Statement(s) in the Documentation of Educational Benefit for Placement Section of IEP (if not inside regular class 80% or more of the day); Review of Transition Services on IEP (if appropriate)<br><br>Review of Method of Measurement and Additional Methods of Measurement Section for Each Educational Need Area on the IEP; Review of Schedule for Describing Progress towards Achievement of the Academic and Functional Annual Goals in the Progress Report Section of the IEP | 10 of 10 (100%) student were scored as compliant. |
| 9. | Related services are being provided to the student in the types and frequency specified in the student's IEP. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class); Review of Related Services Schedule (e.g., location of services, schedule of service delivery, student roster, name and contact information for person responsible for providing related services); Review of Documentation of Related Services (e.g., logs, observational | 10 of 10 (100%) student files were scored as compliant. |

data, checklists, tally sheet, student work samples)

 LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

█████████

**Charter Management Operator**
G.W. Carver Preparatory Academy
7301 Dwyer Road
New Orleans, LA  70126

Dear █████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean while LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact █████████ with any questions or concerns. She may be reached at █████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

*Louisiana Believes*

  LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,

██████████████████████████████

████████, Executive Director
Statewide Monitoring

c: ████████ Principal
   ████████, Director of Finance and Operations

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**G.W. Carver Preparatory Academy**
**LDOE & SPLC Monitoring Report**
**2015-2016**

███████████

**Charter Management Operator**

**TARGETED AREA OF MONITORING:**
**ENROLLMENT STABILITY**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

███████████████

## Louisiana Believes

# CONTENTS

I.     General Overview..................................................................................3

II.    School Staff Conference Call...............................................................3

III.   Strategies, Activities, and Methods of Monitoring..........................3

IV.    Summary of Findings.............................................................................4

## Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, G.W. Carver Preparatory was targeted for monitoring in the area(s) of Enrollment Stability. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and included Results Summary document which outlines any areas of non-compliance.

## II.    School Staff Conference Call

On February 23, 2016, Department monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Enrollment Stability. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following:

Results of this interview process revealed there were no areas of concern noted during the interview. The responses provided by the school staff satisfactorily addressed all interview questions.

## III.    Strategies, Activities, and Methods of Monitoring

The purpose for monitoring G.W. Carver Preparatory Academy was to ensure that students are receiving a free appropriate public education (FAPE). The Department conducted a desk audit of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest enrollment stability rate as it relates to students with disabilities who enroll and return to the school during the following school term. This method was approved in the consent agreement.

Result of the file review indicated concerns with IEP goal development in related services. Although communication student goals were provided, it was determined that the communication goals were not measurable. The goal is measurable if it reflects performance or behavior that can be measured or observed. However, the speech therapist daily logs verified

## Louisiana Believes

students were receiving speech therapy services per the frequency and duration listed on their IEPs.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at G.W. Carver Preparatory Academy, there were no identified areas of s y s t e m i c non-compliance under the IDEA, Part B program. G.W. Carver Preparatory Academy is to be commended for maintaining compliant oversight of the IDEA, Part B program in the area of Enrollment Stability Rate. Please note that, although there is no evidence of systemic non-compliance, G.W. Carver Preparatory Academy must immediately begin correcting the finding(s) documented in the enclosed report. Verification of correction must be submitted immediately to ▮▮▮▮▮▮▮▮▮▮▮ via email at ▮▮▮▮▮▮▮▮▮▮▮▮.

Attachments

**Louisiana Believes**



LOUISIANA DEPARTMENT OF EDUCATION

DEPARTMENT of
**EDUCATION**
Louisiana Believes

## 2015-2016 IDEA MONITORING RESULTS

**LEA/CHARTER/ORGANIZATION:** G.W. Carver Preparatory Academy

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED:** Enrollment Stability Rate

| PROGRAM | REVIEW PERIOD | CITATIONS | Findings |
|---|---|---|---|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There was no systemic non-compliance found in the area of Enrollment Stability Rate. | A desk review of 10 students' records with supporting documentation and a telephone interview was conducted for G.W. Carver Preparatory Academy. The finding below that is noted for the student records must be addressed immediately by the school:

Communication goals ONLY for the 10 students' records reviewed need to be revised to ensure they are measurable. LEA must immediately amend IEPs in SER and notify LDOE revisions have been made. |

1

**DEPARTMENT of EDUCATION**
Louisiana Believes

**IDEA PART B RECOMMENDATION PLAN – (SPLC) 2016-2017**

**LEA:** G.W. Carver College Preparatory Charter School    **DATE OF MONITORING:** March 2016    **DATE OF SUBMISSION:** July 2016

**FINDING: Goals not measurable**

| ACTIVITIES & ACTION STEPS TO ADDRESS IEPS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| Correct Student Specific Findings listed on monitoring report | 8/1/2016 | SPED Director | All cited findings will be corrected with measurable goals by 8/31. This will entail student level findings being updated with measurable goals in SER on this date. | 9/9/2016 | |
| LEA provide training to special education staff on writing IEPs with a particular focus on writing measurable IEP goals and writing measurable and meaningful PLAAFP statements that are data driven. Provide training to SPED staff on how to use the IEP Evaluation rubric developed by LDOE. SPED staff will be required to use this rubric when reviewing and writing IEPs. | 8/1/2016 | SPED Director | Carver teachers and service providers will participate in a training on how to write SMART IEP goals as measurable by a session agenda and/or slides and a participant sign in sheet by 8/31. | 9/9/2016 | |

Page 1 of 3

| | | |
|---|---|---|
| SPED staff will review IEPs goals for all SPED students to determine which PLAAFP statements were not measurable and/or did not describe the student's current level of functioning using data and determine which goals and/or objectives are not measurable. The IEPs for these students will be revised by amending or reconvening the IEP to make the necessary changes by January 31, 2017. SPED staff will be required to use the IEP Evaluation rubric developed by LDOE while reviewing the IEPs to ensure all IEPs are compliant. The SPED staff will also use the IEP Evaluation rubric for any new students with IEPs that enroll at the school. The IEP Evaluation rubric will be used when writing all student IEPs moving forward.<br><br>The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring IEPs with a particular focus on the goals/objectives using the IEP Evaluation rubric before the IEP is submitted to SER to make it official (to include the IEPs that will be amended/reconvened by January 31, 2017). | Monthly summary of IEP internal reviews to include # of IEPs reviewed, # of IEPs with issues with goals/objectives, actions taken to ensure SPED staff made necessary corrections, and results of those actions. LDOE and Independent Monitors will review a sample of IEPs during the spring 2017 on-site visits to ensure the IEPs are compliant. | September 30<br>November 30<br>December 15<br>January 30<br>February 28<br>March 30<br>April 28<br>May 31 |
| SPED Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | Signed copy of form from each SPED staff member verifying they have viewed the IEP training on the LDOE website | 9/9/2016 |
| SPED staff will sign an IEP assurances form indicating they have participated in IEP trainings and will be responsible for writing | Copy of signed assurances forms | 9/9/2016 |

| | | from each SPED staff member | | | compliant IEPs according to guidelines set forth in the IEP trainings. |
|---|---|---|---|---|---|

Dear █████████████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between certain charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with established requirements.

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, files must be submitted to LDOE and a staff interview will be conducted. We anticipate conducting this work through a desk audit; however, the LDOE reserves the right conduct an on-site visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**G.W. Carver Preparatory Academy**

**Student Enrollment Monitoring**
- Desk review – each student file submitted should include files of students failing two or more subjects or scoring non-proficient on statewide assessments
- Staff interview required

█████████████████ has been assigned to lead this monitoring activity. Her role will be to support your school throughout this process.   Additionally, your school is required to participate in a mandatory staff interview. The interview has been scheduled for **February 26, 2016** at 10:00 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person in your agency to ensure all required information, as noted on the monitoring instruments, is assembled and submitted according to the directions below. You may provide the name and email address of this person directly to █████████████ via email. The required documentation should be submitted on or before **March 7, 2016.** Use the following method to submit all documentation:

Submission of Documentation

> 1.   Scan the documents and save as a PDF files.  Organize the information by creating and labeling electronic subfolders in the same order as the topics on the monitoring instrument.  Make a copy for the school file.
> 2.   Zip all of the subfolders together into a single zipped file, naming it "SiteCode_SiteName_Type of document"; no password/encryption is necessary since it will be transmitted securely. Example: 000_HappyCharter_Child Find Information.
> 3.   Provide the zipped file to your FTP Coordinator, ████████, to upload to the Data Management FTP.
> 4.   E-mail ██████████████████████████ when the zipped files have been uploaded to the FTP by your FTP Coordinator.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ██████████████████████████.

Sincerely,


███████████, Executive Director
Statewide Monitoring
1201 North Third Street
Baton Rouge, LA 70802
HR office: 225.342.3774



LEA: G.W. Carver Preparatory Academy

Interview Conducted by: ▆▆▆▆▆▆▆▆

Date: 2/26/2016

Results of Interview: *Compliant Oversight of Subject Matter Discussed*

☒Yes    ☐No    ☐Follow-Up Needed pending results of Desk Review

| RELATED SERVICES – Side by Side Interview Tool | | |
|---|---|---|
| Questions | Required Components | Comments |
| 1. Describe, in general, how your school determines that a student requires related services in order to provide a particular student with a free, appropriate public education. What factors are considered? | A. Referral concerns during evaluation process: health, speech/language, motor, social/emotional, adaptive behavior, transportation, academic, other <br><br> B. Service(s) assist student in achieving IEP goals | Components: A and B covered in response <br><br> Notes: Compliance Coordinator follow Bulletin 1508 guidelines via Child Find; Have online system for teacher referrals via Intervention Concern form; Intervention Coordinator look through referrals to make appropriate referral for RTI and Related Services; Review areas of concern such as math, literacy, behavior via online process; After screening, develop plan, interventions included in plan, and if student not responding to instruction make referral for evaluation; Related Service personnel involved in evaluation process and give appropriate assessments; Universal screen at beginning of year; If student perform below, put together range of screeners to see areas of deficit; Mental Health providers at beginning of year give |

Charter School Interview 2015-2016

SPLC & LDOE

DEPARTMENT of EDUCATION
Louisiana Believes

| # | Question | Components | Response |
|---|----------|-----------|----------|
| | | | Strength/Difficulty questionnaire to catch social/emotional needs; Every student in school to self-report for mental health; OT/PT more individualized; Speech therapist use CELF to get current level of expressive and receptive language skills |
| 2. | Describe, in general, how related services are provided to students at your school, including identifying the personnel who provide such services, how related services are scheduled into the academic day, and how the school provides services in cases of provider unavailability. | A. Type of related service model given<br>B. Described selection of related service staff<br>C. Review student schedules, school academic schedule, review provider schedule<br>D. If unavailable- Compensatory time provided, substitute related service provider assigned, contract related services personnel | Components: A, B, C, D covered in response<br><br>Notes: Related services provided in class since students have 2 sections of EOC class and services are given in one of the blocks; Teachers/Service Provider collaborate when student pulled from class; Check in once a month to see if any changes need to be made for provision of services; Service providers are part of team and continue with goals 2 speech therapist and 1 mental health provider are in network positions and shared between schools in network; Contract OT, APE, PT, VI, audiologist and 1 speech therapist; Contract with Louisiana Assistive Technology Center (LATI) for AT services; Do hiring process to contract providers; Provide compensatory services |
| 3. | Were any of the identified related service providers unavailable for | A. Provision of compensatory services | Components: C covered in response |



DEPARTMENT of EDUCATION
Louisiana Believes

| | | |
|---|---|---|
| all or part of the year? Describe the steps, if any, taken to address this unavailability. | B. Substitute related services provider assigned to student<br>C. Contract person to provide services<br>D. Other method used to address availability | Notes: 1 Social worker left and had 1 remaining at school. 1 remaining at school focus on mental health sessions and have externs that work with students on small group, behavior support, and work with those students who need services via RTI. If they need someone, work urgently toward getting someone. Also, contract services. |
| 4. Describe the process by which school staff secures related service providers upon the enrollment of new students with specific related service needs. How long does this process take? | A. Hire additional service provider<br>B. Contract service provider<br>C. Review provider current caseload and adjust schedule to service student<br>D. Provided timeline for provision of services | Components: A, B, D covered in response<br><br>Notes: Contract with service providers and have contract with providers even though no current students require those type of services; Contract with LATI for AT services; Within week student receive services after obtain records and review from prior school |
| 5. Describe the information available to IEP Teams related to the impact of related services on an individual student's functional performance and academic achievement. | A. Progress reports<br>B. Anecdotal notes<br>C. Observational data<br>D. Progress monitoring data<br>E. Report card<br>F. Listed other information available | Components: A, D, F covered in response<br><br>Notes: Service providers members of IEP team; Speech – OWL given 1X year to target needs, connect with special/gen. ed teachers to see how progress impacted, review student data on monthly basis to see if not growing then implement interventions; Social Worker – align daily tracker to goals in BIP and SW |

Charter School Interview 2015-2016
SPLC & LDOE



DEPARTMENT of EDUCATION
Louisiana Believes

| Question | Options | Response |
|---|---|---|
| 6. Describe any steps taken at your school to minimize the impact of students' removal from general educational activities for the receipt of related services on the students' academic achievement. | A. Inclusion<br>B. Consultative/Collaboration model<br>C. Review student daily schedule<br>D. Review related service provider caseload and daily schedule | sessions, use check-in/check-out for behavior; OT/PT work with scholars and teachers to ensure goals/skills reiterated throughout day; Official progress report goes home every 9 weeks aligned to IEP goals, however, students most severe have daily/weekly notes home; Universal screen at different pints of year; if student perform below, put together range of screeners. From there, can provide further assessment and interventions; Every child have self-report for behavior; OT/PT more individualized; screener to target interventions as needed<br><br>Components: A, B, covered in response<br><br>Notes: Mental health provider does a lot of PD with teachers to ensure teachers implement strategies with behavior goals so can be better prepared in class; SW has goals for scholars to help scholars help themselves so don't have to leave classroom as often; Service providers work with teachers to ensure pull during 1 section of classes not during EOC class; Providers collaborate with teachers to get feedback to determine what need to do in sessions; Speech does |



push-in for some courses depending on setting



# Interviewees for SPLC Monitoring

**Interviewer Name:** ▉▉▉▉▉▉▉

**Date: 2-26-2016**

**LEA/School: G.W. Carver Preparatory Academy**

**Monitoring Area: Enrollment Stability Rate (Related Services)**

| Required | |
|---|---|
| **Title** | **Names** |
| Principal (s) (or Assistant Principal(s)) | |
| General Education Teacher(s) | ▉▉▉▉▉▉ |
| Special Education Administrator/Coordinator | ▉▉▉▉▉▉ (Director of Finance and Operations) sped fall under operations |
| Special Education Teacher(s) | ▉▉▉▉▉▉▉ |
| | |
| **Optional** | |
| Director of Intervention | ▉▉▉▉▉▉ |
| Scholar Support | ▉▉▉▉▉▉▉ |
| Director of Scholar Support | ▉▉▉▉ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



Charter School Interview 2015-2016
SPLC & LDOE

## Summary of Desk File Reviews for LEAs Selected for Targeted Monitoring – Spring 2016

LEA: G. W. Carver Charter School
Targeted Monitoring Area: Enrollment
Total Number of student files reviewed: 10
LDOE Monitoring Personnel: ▮▮▮▮▮, Educational Program Consultant
Date(s): 3/22/16 – 5/3/16

Student exceptionalities included: Specific Learning Disability (6 students), Other Health Impaired (4 students)

Student Placements including the following:   Inside regular class 80% or more of the day (10 students),
Inside regular class between 40%-79% of the day (0 students),
Inside the regular class less than 40% of the day (0 students)

Related Services included: Speech/Language Therapy (7students), Social Work Services (4 students), Counseling
Services (1 student)

| | **Related Services Student File Review Protocol Results** | | |
|---|---|---|---|
| | Protocol Item | Documentation/Evidence | LDOE Monitoring Results/Findings |
| 1. | The parents were invited to the Individual Education Program (IEP) meeting. | Review of prior written notification | 10 of 10 (100%) student files were scored as compliant. |
| 2. | If neither parent was able to attend the IEP team meeting, there is documentation of attempts to ensure parental participation. | Review of IEP participant signatures and/or documentation of parental participation by phone | 1 (100%) applicable student file was scored as compliant. |
| 3. | The appropriate team members were present at the IEP team meeting (signature provided at IEP Team meeting). | Review of IEP participant signatures | 10 of 10 (100%) student files were scored as compliant. |

| | | | |
|---|---|---|---|
| 4. | The IEP for a school-age student includes a statement of present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum. | Review of General Information about the Student; Strengths; Parent Concerns; Evaluation/Reevaluation Results; Academic, Developmental, and Functional Needs; Statewide Assessment Results; Progress or lack of progress in the general education curriculum, Consideration of Special Factors and PLAAFP statements for each Educational Need Area on the IEP | 10 of 10 (100%) student files were scored as compliant. |
| 5. | The IEP includes measurable, standards-based annual goals, including academic and functional goals. Benchmarks or short-term objectives should be included for students who take alternate assessments aligned to alternate achievement standards. | Review of Measurable Academic/Functional Goal and review of Measurable Short-term Objectives or Benchmarks for each Education Need Area on the IEP | 10 of 10 (100%) student files were scored as compliant; Individual student concerns were listed in the IDEA Summary Report. |
| 6. | The IEP contains related services which are reasonably calculated to enable the student to advance appropriately toward attaining annual goals; to be involved in and make progress in the general education curriculum in accordance with the student's present levels of academic achievement and functional performance; to participate in extracurricular and other academic activities; and to be educated and participate with other children with disabilities and nondisabled children in academic and non-academic school activities. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class) | 10 of 10 (100%) student files were scored as compliant. |
| 7. | The IEP contains an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education class and the LEA ensured that to the maximum extent possible the student was educated with nondisabled students. | Review of General Information about the Student on IEP; Review of Academic, Developmental, and Functional Needs on IEP; Review of Progress or lack of expected progress in general education curriculum on IEP; Review of | 10 of 10 (100%) student files were scored as compliant. |

| | | | |
|---|---|---|---|
| | | Selected Placement under the Placement/Service Determination Checklist Section of the IEP; Review of Statement(s) in the Documentation of Educational Benefit for Placement Section of IEP (if not inside regular class 80% or more of the day); Review of Transition Services on IEP (if appropriate) | 10 of 10 (100%) student were scored as compliant. |
| 8. | The IEP contains descriptions of how progress toward annual goals will be measured, including how often parents will be regularly informed of their child's progress. | Review of Method of Measurement and Additional Methods of Measurement Section for Each Educational Need Area on the IEP; Review of Schedule for Describing Progress towards Achievement of the Academic and Functional Annual Goals in the Progress Report Section of the IEP | |
| 9. | Related services are being provided to the student in the types and frequency specified in the student's IEP. | Review of Provision of Related Services on IEP (e.g., Type of Service, Date to Begin, Duration, Format of Service – Individual/Group, Number of Minutes and Sessions by Setting – Regular Class, Community, Special Class); Review of Related Services Schedule (e.g., location of services, schedule of service delivery, student roster, name and contact information for person responsible for providing related services); Review of Documentation of Related Services (e.g., logs, observational | 10 of 10 (100%) student files were scored as compliant. |

data, checklists, tally sheet, student work samples)



# LOUISIANA DEPARTMENT OF EDUCATION

June 8, 2016

███████████

Charter Management Operator
G.W. Carver Preparatory Academy
7301 Dwyer Road
New Orleans, LA  70126

Dear ████████████:

The purpose of this correspondence is to provide your school with results from the 2015-2016 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA). The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations or feedback)
- Corrective Action Plan (CAP) Template, when necessary

It is important to understand that the IDEA Monitoring Results document may include findings with citations or recommendations for improvement. To help in understanding the difference between the two, a citation requires the school to develop a CAP. Citations are specific requirements under IDEA programming required by federal law and if a citation is indicated along with a finding, the school has been found in violation of an IDEA requirement.

Recommendations for improvement do not require the development of a CAP. Recommendations for improvement mean while LDOE monitors and court approved Independent Monitors (IMs) were able to substantiate compliance, some areas were noted for improvement to ensure further compliant practices. A CAP is not needed for recommendations; however, we recommend the development of an internal plan to address any information provided by monitors. Again, recommendations for improvement are not an indication of non-compliance.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ██████ with any questions or concerns. She may be reached at ████████████████.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future.

## Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

Sincerely,



█████████████, Executive Director
Statewide Monitoring

c: ████████ Principal
     ███████████, Director of Finance and Operations

## Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

**G.W. Carver Preparatory Academy**

**LDOE & SPLC Monitoring Report**

**2015-2016**

████████████

**Charter Management Operator**

**TARGETED AREA OF MONITORING:**

**ENROLLMENT STABILITY**

**June 8, 2016**

**LDOE Monitoring Team Leader:**

████████████████████████

## Louisiana Believes

## CONTENTS

I.      General Overview..................................................................................................3

II.     School Staff Conference Call..............................................................................3

III.    Strategies, Activities, and Methods of Monitoring...........................................3

IV.     Summary of Findings...........................................................................................4

## Louisiana Believes

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2015-2016 school term, G.W. Carver Preparatory was targeted for monitoring in the area(s) of Enrollment Stability. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 1 monitoring requirements and included Results Summary document which outlines any areas of non-compliance.

## II.   School Staff Conference Call

On February 23, 2016, Department monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This scheduled pre-monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Enrollment Stability. A standard bank of questions was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following:

Results of this interview process revealed there were no areas of concern noted during the interview. The responses provided by the school staff satisfactorily addressed all interview questions.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring G.W. Carver Preparatory Academy was to ensure that students are receiving a free appropriate public education (FAPE). The Department conducted a desk audit of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest enrollment stability rate as it relates to students with disabilities who enroll and return to the school during the following school term. This method was approved in the consent agreement.

Result of the file review indicated concerns with IEP goal development in related services. Although communication student goals were provided, it was determined that the communication goals were not measurable. The goal is measurable if it reflects performance or behavior that can be measured or observed. However, the speech therapist daily logs verified

students were receiving speech therapy services per the frequency and duration listed on their IEPs.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at G.W. Carver Preparatory Academy, there were no identified areas of s y s t e m i c non-compliance under the IDEA, Part B program. G.W. Carver Preparatory Academy is to be commended for maintaining compliant oversight of the IDEA, Part B program in the area of Enrollment Stability Rate. Please note that, although there is no evidence of systemic non-compliance, G.W. Carver Preparatory Academy must immediately begin correcting the finding(s) documented in the enclosed report. Verification of correction must be submitted immediately to ████████████████ via email at ████████████████.

Attachments

## Louisiana Believes



LOUISIANA DEPARTMENT OF EDUCATION

## 2015-2016 IDEA MONITORING RESULTS

**LEA/CHARTER/ORGANIZATION:** G.W. Carver Preparatory Academy

**DATE(S) OF COMPLIANCE REVIEW:** April 2016

**SERVICES MONITORED:** Enrollment Stability Rate

| PROGRAM | REVIEW PERIOD | CITATIONS | Findings |
|---------|---------------|-----------|----------|
| IDEA, Part B | 2015-2016 SPLC MONITORING REQUIREMENTS | There was no systemic non-compliance found in the area of Enrollment Stability Rate. | A desk review of 10 students' records with supporting documentation and a telephone interview was conducted for G.W. Carver Preparatory Academy. The finding below that is noted for the student records must be addressed immediately by the school:<br><br>Communication goals ONLY for the 10 students' records reviewed need to be revised to ensure they are measurable. LEA must immediately amend IEPs in SER and notify LDOE revisions have been made. |

1



**DEPARTMENT of EDUCATION**
Louisiana Believes

**IDEA PART B RECOMMENDATION PLAN – (SPLC) 2016-2017**

**LEA:** G.W. Carver College Preparatory Charter School        **DATE OF MONITORING:** March 2016        **DATE OF SUBMISSION:** July 2016

**FINDING: Goals not measurable**

| ACTIVITIES & ACTION STEPS TO ADDRESS IEPS | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| Correct Student Specific Findings listed on monitoring report | 8/1/2016 | SPED Director | All cited findings will be corrected with measurable goals by 8/31. This will entail student level findings being updated with measurable goals in SER on this date. | 9/9/2016 | |
| LEA provide training to special education staff on writing IEPs with a particular focus on writing measurable IEP goals and writing measurable and meaningful PLAAFP statements that are data driven

Provide training to SPED staff on how to use the IEP Evaluation rubric developed by LDOE. SPED staff will be required to use this rubric when reviewing and writing IEPs. | 8/1/2016 | SPED Director | Carver teachers and service providers will participate in a training on how to write SMART IEP goals as measurable by a session agenda and/or slides and a participant sign in sheet by 8/31. | 9/9/2016 | |

| Action | | | Evidence | Date |
|---|---|---|---|---|
| SPED staff will review IEPs goals for all SPED students to determine which PLAAFP statements were not measurable and/or did not describe the student's current level of functioning using data and determine which goals and/or objectives are not measurable. The IEPs for these students will be revised by amending or reconvening the IEP to make the necessary changes by January 31, 2017. SPED staff will be required to use the IEP Evaluation rubric developed by LDOE while reviewing the IEPs to ensure all IEPs are compliant. The SPED staff will also use the IEP Evaluation rubric for any new students with IEPs that enroll at the school. The IEP Evaluation rubric will be used when writing all student IEPs moving forward.<br><br>The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring IEPs with a particular focus on the goals/objectives using the IEP Evaluation rubric before the IEP is submitted to SER to make it official (to include the IEPs that will be amended/reconvened by January 31, 2017). | | | Monthly summary of IEP internal reviews to include # of IEPs reviewed, # of IEPs with goals/objectives, actions taken to ensure SPED staff made necessary corrections, and results of those actions. LDOE and Independent Monitors will review a sample of IEPs during the spring 2017 on-site visits to ensure the IEPs are compliant. | September 30<br>November 30<br>December 15<br>January 30<br>February 28<br>March 30<br>April 28<br>May 31 |
| SPED Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | | | Signed copy of form from each SPED staff member verifying they have viewed the IEP training on the LDOE website | 9/9/2016 |
| SPED staff will sign an IEP assurances form indicating they have participated in IEP trainings and will be responsible for writing | | | Copy of signed assurances forms | 9/9/2016 |

| | | from each SPED staff member | | | |
|---|---|---|---|---|---|
| compliant IEPs according to guidelines set forth in the IEP trainings. | | | | | |



DEPARTMENT of EDUCATION
Louisiana Believes

# Child Find Documentation Checklist

Where applicable, the following information will be reviewed as part the Louisiana Department of Education IDEA monitoring in fulfillment of the requirements of the PB vs. White settlement judgement. The charter school should use the information below to ensure appropriate documentation is submitted for the Child Find monitoring requirement.

| | Yes | No | N/A | Comments |
|---|---|---|---|---|
| 1. School Board Level Committee (SBLC) meeting notes | ☐ | ☐ | ☐ | |
| 2. Parental notification for initial evaluation | ☐ | ☐ | ☐ | |
| 3. Parental consent for initial evaluation | ☐ | ☐ | ☐ | |
| 4. Report cards | ☐ | ☐ | ☐ | |
| 5. Copy of the school's Response to Intervention (RTI) process | ☐ | ☐ | ☐ | |
| 6. Documentation of parental request for an initial evaluation (include all requests for the 2014-2015 school year) | ☐ | ☐ | ☐ | |
| 7. Evaluation report, if applicable (complete report disseminated with evaluation results) | ☐ | ☐ | ☐ | |
| 8. Student specific intervention data (must include: types, frequency, and results of interventions) | ☐ | ☐ | ☐ | |
| 9. Individual Accommodation Plan (IAP) | ☐ | ☐ | ☐ | |
| 10. Child Find procedures and related public awareness information (flyers, brochures, website information, letter to parents, etc. | ☐ | ☐ | ☐ | |



DEPARTMENT of EDUCATION
Louisiana Believes

# Discipline Student Documentation Checklist

Where applicable, the following information will be reviewed as part the Louisiana Department of Education's IDEA monitoring in fulfillment of the requirements of the PB vs. White settlement judgement. The charter school should use the information below to ensure appropriate documentation is submitted for the Discipline monitoring requirement.

| | Yes | No | N/A | Comments |
|---|---|---|---|---|
| 1. Current Individualized Education Program (IEP) – first and last signature pages only | ☐ | ☐ | ☐ | |
| 2. Evidence of parental contact information and/or notification of procedural safeguards | ☐ | ☐ | ☐ | |
| 3. Evidence of discipline procedures followed when a change of placement occurred, if applicable | ☐ | ☐ | ☐ | |
| 4. Parental consent for initial evaluation | ☐ | ☐ | ☐ | |
| 5. Report cards and progress reports | ☐ | ☐ | ☐ | |
| 6. Discipline Reports (office referrals, discipline tracking forms, other relevant documentation for behavioral incidents) | ☐ | ☐ | ☐ | |
| 7. Behavior Intervention Plan (BIP) | ☐ | ☐ | ☐ | |
| 8. Functional Behavioral Assessment (FBA) | ☐ | ☐ | ☐ | |
| 9. Manifestation Determination Review and supporting documentation (teacher observations) | ☐ | ☐ | ☐ | |
| 10. Student specific information on positive behavioral interventions, behavioral supports, and other strategies to address behaviors as described in the evaluation results and/or IEP | ☐ | ☐ | ☐ | |



DEPARTMENT of
EDUCATION
Louisiana Believes

# Related Services and Enrollment Stability

## Monitoring Checklist

Where applicable, the following information will be reviewed as part the Louisiana Department of Education's IDEA monitoring in fulfillment of the requirements of the PB vs. White settlement judgement. The charter school should use the information below to ensure appropriate documentation is submitted for the Related Services and Enrollment Stability monitoring requirements.

### Related Services Documentation

| | Yes | No | N/A | Comments |
|---|---|---|---|---|
| 1. Evidence of prior written notification | ☐ | ☐ | ☐ | |
| 2. IEP signature pages (first and last page) | ☐ | ☐ | ☐ | |
| 3. Documentation of related services – method of measurement to achieve goal listed on IEP (ex: teacher logs, observational data, teacher checklist, student work samples, tally sheet, etc.) | ☐ | ☐ | ☐ | |
| 4. Related services schedule for each student (include: location of services, schedule of service delivery, student roster, and name and contact information of person responsible for providing services) | ☐ | ☐ | ☐ | |

### Enrollment Monitoring *Supplemental* Documentation

| | Yes | No | N/A | Comments |
|---|---|---|---|---|
| 1. Roster of students with disabilities enrolled 2014-2015 & 2015-2016 | ☐ | ☐ | ☐ | |
| 2. Copy of the school's enrollment procedures | ☐ | ☐ | ☐ | |
| 3. Procedures for locating, identifying, and evaluating students suspected of having a disability | ☐ | ☐ | ☐ | |

Page 1

**DEPARTMENT of EDUCATION**
Louisiana Believes

**IDEA PART B CORRECTIVE ACTION PLAN – (SPLC) 2016-2017**

LEA:

DATE OF MONITORING:

DATE OF SUBMISSION:

REGULATION REFERENCE (S):

FINDING:

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENTATION STATUS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# CHILD FIND:
# A SELF-STUDY CHECKLIST

## *CHILD FIND CHECKLIST*

## Purpose

The purpose of this checklist is to assist the local special education director and/or child find coordinator in the completion of a self-study of the local child find system. The checklist gives you an opportunity for a study of your child find system.

## What is a Self-Study?

A self-study is obviously done by yourself.  It will be as useful to you as you make it. Each question addresses an item that is mandated by federal rules and regulations.

## Who should complete the checklist?

The Child Find Coordinator or other designated staff who is knowledgeable of child find process, procedures, and practices can complete the checklist.

## What should we do when we complete the Child Find checklist?

Email the results of the self-study to Chauncey.carr-mcelwee@la.gov by October 31, 2016. Keep a copy in your files for documentation purposes.

# *Child Find Checklist*

The checklist is organized in four major sections.  A series of questions gives direction within each section.

SECTION I.    THE CHILD FIND SYSTEM

SECTION II.   PUBLIC AWARENESS

SECTION III.  IN-DISTRICT AWARENESS

SECTION IV.  IDENTIFY, LOCATE, EVALUATE

# CHILD FIND C O V E R  S H E E T

LEA _____        YEAR _____

CHILD FIND COORDINATOR or OTHER DESIGNATED PERSONNEL

_____

DATE COMPLETED _____

# Child Find Self-Study Checklist

## Section I.  The Child Find System

| Yes | No | In Progress | 1. | Do you have a designated child find coordinator or contact person? |

Yes　No　In Progress　1.　Do you have a designated child find coordinator or contact person?

Yes　No　In Progress　2.　Do you have written role definitions and responsibilities of staff are specifically assigned to and involved in child find?

Yes　No　In Progress　3.　Do you have approved, written policy that describes your child find system?

Yes　No　In Progress　4.　Do you review your child find process on a yearly basis?

Yes　No　In Progress　5.　Are you able to readily discuss recent, on-going child find activities implemented in your community and school?

**Written guidelines must include each of the following:**

Complete　In Progress　Processing of referrals.

Complete　In Progress　Tracking of individuals with disabilities 3- 21 years

Complete　In Progress　Determining which individuals are/are not receiving needed services

Complete　In Progress　Maintaining a data bank of resources

## Section II.  Public Awareness

Yes　No　In Progress　6.　Do you have a public awareness plan?

Yes　No　In Progress　7.　Do you have a written list of your dissemination network (including physician offices, agencies, individuals, etc. who receive your awareness material)?

## Section III.  In-District Awareness

8.  Which groups have received child find awareness materials and/or information/training in child find?

Yes　No　Administrative personnel
Yes　No　Administrative support personnel
Yes　No　Principals
Yes　No　Counselors
Yes　No　Campus secretaries
Yes　No　School nurses
Yes　No　General education teachers

Yes      No          Special education appraisal personnel
Yes      No          Special education teachers

Yes      No          Other, _____

# Section V.  Identify, Locate, and Evaluate

11.  Does your processing of referrals meet prescribed time lines:

**3-21 Years**
Yes      No      Comprehensive, individual assessment completed within 30 SCHOOL days
Yes      No      Written assessment report completed within 60 CALENDAR days

# Response to Intervention (RtI)
## LEA Self-Assessment Template

This self assessment is intended to assist LEAs in determining their implementation of RtI to meet the learning needs of ALL students. Foundational principles of RtI include:

- All students receive research-based and standards-driven instruction in general education.
- The learning of all students is assessed early and regularly (ongoing progress monitoring).
- If there are concerns about student progress, increasingly intense tiers of intervention are available to groups or individuals.
- Individual student data gathered through the process may be used to determine appropriateness of a special education referral (e.g., in the case of students who do not respond adequately to intervention or who require ongoing intensive intervention in order to sustain growth) and as part of a comprehensive evaluation for determination of special education eligibility.

The template is designed to facilitate the gathering of baseline information regarding current resources and practices addressing scientific research-based instruction, progress monitoring, ongoing assessment, levels of intervention and problem-solving. Your district can subsequently use the results of the self-assessment to develop an RtI Plan.

The self assessment addresses seven areas of implementation:  Consensus Building and Collaboration; Standards-Based Curriculum and Research-Based Instruction; Research-Based Assessment Practices; Student Intervention/Problem Solving Team Process; Intervention Strategy Identification; Resources Allocation; and Ongoing Professional Development for Effective RtI.  This template should be used by the following: SPED Director, SPED Coordinator, RTI Coordinator, 504 Coordinator, School Principal and/or SBLC Chairperson. A basic action planning format has been provided at the end of each section to help your LEA address those indicators that emerge as areas of need.  The format allows you to document specific planning areas and associated activities, current resources and anticipated resource needs.  The Rating Key and definitions of key terms used throughout the self assessment are provided on the last two pages.

Please submit your completed district self assessment no later than October 14, 2016, to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓.  Questions about the self assessment may also be submitted via email to the same address. **If you mark any of the following response on the self-assessment: Indicator is not present; Indicator is known and implementation planning has begun; or Indicator is present in some daily practice, you are required to fill out the related action planning and activities section.**

**LEA Name:**
**LEA Contact:**
**Contact Title:**

**Contact email:**
**Contact phone:**

# I. Consensus Building and Collaboration

| | INDICATOR IS NOT PRESENT. | INDICATOR IS KNOWN AND IMPLEMENTATION PLANNING HAS BEGUN. | INDICATOR IS PRESENT IN SOME DAILY PRACTICE. | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE. |
|---|---|---|---|---|
| The LEA leadership and principal(s) provide strong support for systemic change through collaboration. | | | | |
| A collaborative model which solicits input from and facilitates discussions among all district stakeholders is used to build consensus. | | | | |
| A comprehensive plan exists to provide information about RtI practices to internal and external stakeholders. | | | | |
| LEA stakeholders (e.g., teacher, paraprofessional and parent organizations) are included in plan development, implementation and fidelity monitoring. | | | | |
| Parents are included in the planning and implementation of RtI. | | | | |
| The RtI plan is integrated with other district initiatives (e.g., District Improvement Plans (DIP), Technology Integration Plans (TIP) and professional development plans). | | | | |

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## II. Standards-Based Curriculum and Research-Based Instruction

| | INDICATOR IS NOT PRESENT | INDICATOR IS KNOWN AND IMPLEMENTATION PLANNING HAS BEGUN | INDICATOR IS PRESENT IN SOME DAILY PRACTICE | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE |
|---|---|---|---|---|
| Curriculum, instruction and assessments are aligned with the state standards. | | | | |
| A method for assessing the effectiveness and implementation integrity of the core curriculum areas is established and implemented on a routine basis. | | | | |
| Reading: Addresses all five components (phonemic awareness, decoding, fluency, vocabulary and comprehension) in an explicit, systematic, intensive manner with fidelity and sufficient duration. | | | | |
| Math: Addresses math content standards and all four of the essential domains (problem-solving, arithmetic skill/fluency, conceptual knowledge/number sense, reasoning ability). | | | | |
| Behavior: Includes Positive Behavior Supports addressing expectations, defined, behavior curriculum developed and taught, acknowledgement system, on-going evaluation and tiered behavior supports to meet the needs of all students, expectations and reinforcements. | | | | |
| Other Core Subjects*: | | | | |
| Other Core Subjects*: | | | | |
| Other Core Subjects*: | | | | |
| Other Core Subjects*: | | | | |

*LEAs are reminded that this analysis should be occurring for curriculum and instruction at all grade levels.

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## III. Research-Based Assessment Practices

| | INDICATOR IS NOT PRESENT | INDICATOR IS KNOWN AND IMPLEMENTATION PLANNING HAS BEGUN | INDICATOR IS PRESENT IN SOME DAILY PRACTICE | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE |
|---|---|---|---|---|
| A universal screening system (e.g., curriculum-based measurement of skills or behavior) is in place and used by the LEA to assess the strengths and challenges of all students in academic achievement and behavior. | | | | |
| Teams (e.g., district, school, grade or student level) analyze data in structured, collaborative discussions designed to inform instructional decisions. | | | | |
| Data from continuous progress monitoring drives instructional decisions throughout the three-tier process. | | | | |
| Academic and behavioral progress is monitored with increasing frequency as students receive additional tiered interventions. | | | | |
| A data collection and management system is in place for the purposes of screening, diagnostics and progress monitoring for academics and behavior. | | | | |

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

-4-

# IV. Student Intervention/Problem Solving Team Process

| | INDICATOR IS NOT PRESENT | INDICATOR IS KNOWN AND IMPLEMENTATION PLANNING HAS BEGUN | INDICATOR IS PRESENT IN SOME DAILY PRACTICE | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE |
|---|---|---|---|---|
| Responsibility is shared among all educators (e.g., general education, special education, related service personnel, ELL, Title I) for the academic progress of all students. | | | | |
| Parents are involved in the decision-making process across all tiers. | | | | |
| The team uses data-driven decision-making and problem-solving processes at the school, classroom and individual student levels to make educational decisions. | | | | |
| Data from universal screening and targeted assessments are used to inform instruction. | | | | |
| Progress monitoring data results are used to inform instruction. | | | | |
| Policies and procedures that comply with state regulations are defined regarding the use of RtI to determine special education eligibility. | | | | |

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## V. Intervention Strategy Identification

| | INDICATOR IS NOT PRESENT | INDICATOR IS KNOWN AND IMPLEMENTATION AND PLANNING HAS BEGUN | INDICATOR IS PRESENT IN SOME DAILY PRACTICE | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE |
|---|---|---|---|---|
| Universal screening and other assessment data have been reviewed to determine the percentage of students currently proficient overall and within each sub-group, and a gap analysis has been completed. | | | | |
| Students receive increasingly intense research-based interventions targeted at assessed skill deficits in addition to standards-aligned core curriculum and instruction. | | | | |
| A range of research-based instructional interventions for any student at risk of academic or behavioral failure is in place. | | | | |
| A system is in place to continually verify that interventions are implemented with fidelity. | | | | |
| A system utilizing progress monitoring is in place to move students among tiers as needed (e.g., students making acceptable progress in Tier 2 return to Tier 1, students not making acceptable progress may be transitioned to Tier 3). | | | | |
| Parents are informed and invited to participate in the three-tier process as soon as their children begin tiered supports. | | | | |
| Parents are informed of their right to request a special education evaluation at any time during the RtI process. | | | | |

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

-6-

## VI. Resources Allocation

| | INDICATOR IS NOT PRESENT | INDICATOR IS KNOWN AND IMPLEMENTATION AND PLANNING HAS BEGUN | INDICATOR IS PRESENT IN SOME DAILY PRACTICE | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE |
|---|---|---|---|---|
| The LEA has analyzed the allocation of existing resources, including staff, professional development, funding and networking opportunities (e.g., institutions of higher education, ROEs, LEAs/cooperative). | | | | |
| Staff are allocated, utilized and supported in a way that optimizes their capacity to provide tiered interventions. | | | | |
| Adequate research-based instructional materials and supports are available across all tiers. | | | | |
| Sufficient time is allocated for professional development, collaborative planning and delivery of academic and behavioral interventions. | | | | |
| The district has planned for the sustainability of the RtI process. | | | | |

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## VII. Ongoing Professional Development for Effective RtI

| | INDICATOR IS NOT PRESENT | INDICATOR IS KNOWN AND IMPLEMENTATION PLANNING HAS BEGUN | INDICATOR IS PRESENT IN SOME DAILY PRACTICE | INDICATOR IS FULLY INTEGRATED INTO DAILY PRACTICE |
|---|---|---|---|---|
| All staff involved in the implementation of RtI have received an overview of the RtI framework and its implications for changes in curriculum, instruction and assessment practices to implement a district-wide RtI process to support overall district planning. | | | | |
| All staff involved in the implementation of RtI receives training in effective use of data for instructional decision making. | | | | |
| All staff involved in the implementation of RtI receives training in assessment tools used for universal screening and progress monitoring. | | | | |
| All staff involved in the implementation of RtI receives training in research-based intervention strategies. | | | | |
| All staff involved in the implementation of RtI receives training in collaborating with and involving parents. | | | | |
| Key district and school staff (e.g., coaches, reading specialists, problem-solving team members, special education teachers and related service providers) are identified for enhanced training in specific components of RtI to build school capacity and to ensure sustainability of RtI. | | | | |
| The district professional development plan provides sufficient time for professional development activities and collaboration on various aspects in the components of RtI. | | | | |
| To facilitate application of data analysis skills, schools schedule time for staff to review data following universal screening. | | | | |
| The district provides a variety of opportunities (e.g., printed materials, public meetings) for parents to learn about the three-tiered intervention model using an RtI process. | | | | |

| Related Action Planning and Activities | Current Resources | Resources Needed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Rating Key**

| | |
|---|---|
| Indicator is not present: The element does not exist at all. | Indicator is present in some daily practice: The element is being implemented to some degree but not consistently or system-wide. |
| Indicator is known and implementation planning has begun: The district is aware of the element and some level of planning has begun to facilitate initial implementation. | Indicator is fully integrated into daily practice: The element is implemented consistently and system-wide. |

**Definitions**

**Curriculum-Based Measurement (CBM):** Standardized measures of basic skills, including reading, early literacy, early numeracy, mathematics, spelling and written expression. CBM is an approved set of testing practices based on over 25 years of federally funded research and has been reviewed as meeting professional assessment standards by the Reading First Assessment Committee and the National Center on Student Progress Monitoring. CBM was developed to be efficient, reliable and valid and to inform instruction, monitor student growth and be tied to the curriculum.

**Data Collection and Management System:** A system that provides for standardized collection, reporting and analysis of universal screening and progress monitoring data in order to guide educational planning. Data systems used for screening and progress monitoring within an RtI model should be consistent across all three tiers and be scientifically-based.

**Fidelity of Implementation:** The degree to which something is implemented as designed, intended and planned. Fidelity is important at both the school level (e.g, implementation of the process) and teacher level (e.g, implementation of scientifically-based core curriculum and progress monitoring). In terms of classroom instruction, fidelity of implementation refers to the delivery of instruction in the way that it was designed to be delivered. In an RtI model, fidelity also addresses the integrity with which screening and progress monitoring procedures are completed and interventions are implemented, as well as the manner in which an explicit decision-making model is followed. The ultimate goal of a fidelity system is to ensure that both the school process of RtI and the classroom instruction at various tiers are implemented and delivered as intended.

**Problem-Solving Process:** A four-step method of decision-making used across the tiers of support, to match instructional resources to educational need. The steps of the process are:

1. Define the problem by determining the discrepancy between what is expected and what is occurring.
2. Analyze the problem using data to determine why the discrepancy is occurring.
3. Establish a student performance goal, develop an intervention plan to address the goal and delineate how the student's progress will be monitored and implementation integrity will be ensured.
4. Evaluate the effectiveness of the intervention plan based on progress monitoring data.

**Progress Monitoring:** The process of regularly collecting student achievement data for use in making educational decisions. Within a three-tier intervention model using RtI, progressively more intensive interventions and supports are coupled with more frequent progress monitoring. At

Tier 1 data are collected and used as a general screening process for all students and to determine effectiveness of core instructional practices. At Tier 2, data are collected to determine the effectiveness of an intervention and determine if an instructional change is needed. At Tier 3, data are collected for the same reasons as Tier 2, but are collected on a more frequent basis so that educational decisions can be made in a more timely manner.

**Scientific, Research-Based:** A term used to describe practices and programs "that have been thoroughly and rigorously reviewed to determine whether they produce positive educational results in a predictable manner." This determination is made based on "objective, external validation" (Batsche, et al., 2005)

**Response to Intervention (RtI):** "The practice of providing 1) high-quality instruction/intervention matched to student needs and 2) using learning rate over time and level of performance to 3) make important educational decisions.

"**High quality instruction/intervention:** Instruction or intervention, matched to student need that has been demonstrated through scientific research and practice to produce high learning rates for most students.

"**Learning rate:** A student's growth in achievement or behavior competencies over time compared to prior levels of performance and peer growth rates.

"**Level of performance:** A student's relative standing on some dimension of achievement/performance compared to expected performance (either criterion- or norm-referenced)" (*Response to Intervention: Policy Considerations and Implementation.* Batsche, et al. 2005).

**Three-Tier Model of Support:** A framework that provides for resource allocation in direct proportion to student needs by utilizing increasingly more intense instruction and interventions. Tier 1 is the foundation and consists of scientific, research-based core instructional and behavioral methodologies, practices and supports designed for all students in the general curriculum. At Tier 2, supplemental instruction and interventions are provided *in addition to core instruction* to those students for whom data suggest additional instructional support is warranted. Tier 3 consists of intensive instructional interventions provided *in addition to core instruction* with the goal of increasing an individual student's rate of progress.

**Universal screening:** A systematic process for assessment of all children within a given grade, school building, or school district on critical academic and/or social-emotional skills. Universal screening yields data to make decisions about needed enhancements in the core curriculum, instruction and/or educational environment and about which students may need additional assessment and/or supplemental or intensive intervention and instruction beyond what is provided through core programming. Universal screening tools use CBMs, are typically easy to use and administer and allow for repeated administration (i.e., at least two but preferably three times per year).

-10-

# IEP Evaluation Rubric

| IEP Section | The PLAAFP* describes the student's current level of functioning in areas of need. | Quality Indicators | | | |
|---|---|---|---|---|---|
| | | 4 | 3 | 2 | 1 |
| 1. | The PLAAFP includes a statement of the child's strengths. | The PLAAFP includes a statement of the child's strengths. Strengths are related to the goal area. | A strength is indicated and is somewhat related to the goal. | A strength is indicated but is poorly related to the goal area. | There is no information included about the child's strengths. |
| 2. | The PLAAFP is specific, observable, and measurable. | The PLAAFP is specific, observable, and measurable. Current objective data are provided. | The PLAAFP is specific, observable, and measurable. No objective data are provided. | The PLAAFP is based on non-specific, qualitative information and is not quantified. | The PLAAFP is not specific or observable. The PLAAFP is incomplete. |
| 3. | The PLAAFP includes a needs statement. | The PLAAFP includes a needs statement that is related to the goal and is student-centered. | The PLAAFP includes a needs statement that is related to the goal but it is not student-centered. | A needs statement is present, but it is not related to the goal. | There is no needs statement included in the PLAAFP. |
| 4. | The PLAAFP describes how the student's needs affect participation in the general curriculum and/or supports needed for success. | The PLAAFP quantitatively states: (1) the learner's present level of performance, (2) the expectations of peers in the general curriculum, (3) where the instruction will take place, and (4) why this is the student's least restrictive environment. | The PLAAFP includes three out of four elements | The PLAAFP includes two out of four elements | PLAAFP includes one out of four elements, or there is no description of how the student's needs affect education in the general education. |
| 5. | For preschool children, the PLAAFP describes how the disability affects the child's participation in appropriate activities. | The PLAAFP describes how the disability affects the child's participation in appropriate activities. | Test scores are reported only, without a description of how the learner's participation in activities is influenced. | The child's disability is described qualitatively but there is no linkage to impact participation in activities. | There is no description of how the disability affects the child's participation in appropriate activities. |

Present Level of Academic Achievement and Functional Perf

*PLAAFP: Present Level of Academic Achievement and Functional Performance

| IEP Section | | Quality Indicators | | | |
|---|---|---|---|---|---|
| | | 4 | 3 | 2 | 1 |
| Goals | 1. Needs identified in PLAAFP statements are addressed through a goal or adaptation that corresponds to the PLAAFP. | There is a direct relationship between the PLAAFP and the goals or adaptations page for each stated need. | There is a direct relationship between the PLAAFP and the goals. Some needs are not addressed. | There is some relationship between the PLAAFP and the goals. | There is no relationship between the PLAAFP and the goals. |
| | 2. Goals are meaningful, measurable, and able to be monitored. | Goals are meaningful, measurable, and able to be monitored. | Goals are meaningful and measurable but units of measurement should be changed. | Goals are measurable but not meaningful for the stated PLAAFP. | Goals are not meaningful, related to PLAAFP, measurable, or able to be monitored. |
| | 3. The goal includes the time frame, the conditions, the behavior, and the criterion for acceptable performance. | The goal includes the time frame, the conditions, the behavior, and the criterion for acceptable performance. | A goal contains 3/4 elements. | A goal contains 2/4 elements. | Goals contain less than 2 elements. |
| | 4. The goal includes evaluation procedures, frequency of evaluation and identifies the person responsible for monitoring. | The goal includes 1) evaluation procedures, 2) frequency of evaluation, and 3) identifies the person responsible for monitoring progress. | The goal includes 2/3 elements. | Goal includes 1/3 elements. | The goal does not include evaluation procedures and frequency of evaluation. |
| Objectives | 1. Objectives or benchmarks are related to the goal and are measurable. *Applicable for Part B - Not required for IFSPs.* | Objectives or benchmarks are clearly related to the goal and are measurable. | Objectives or benchmarks are clearly related to the goal but are not measurable. | Objectives or benchmarks are somewhat related to the goal. | There is no relationship between objectives or benchmarks to the goal. |

**Functional Behavioral Assessment Checklist**

| Yes | No | |
|---|---|---|
| | | Is the target behavior clearly defined (e.g., objective, measurable)? |
| | | Have replacement behaviors for the student been identified, along with the circumstances under which they occur? |
| | | Were school staff, parents, guardians, student interviewed? |
| | | Was a classroom observation conducted? |
| | | Is there evidence of data collection on target behavior (ex: ABC charts, scatterplots)? |
| | | Was there a review of student records (records of attendance, discipline, academic performance, prior assessments and health, outcomes from previous interventions)? |
| | | Were influencing factors taken into consideration (ex: physiological factors, environmental factors, psychological/emotional factors, factors related to family, friends, or significant others, factors related to curricula, and factors related to instruction)? |
| | | Was a hypothesis/function of the behavior developed? Note: Summary statement(s) must include antecedent events (e.g., discriminative stimuli, setting events, establishing operations), specific problem behavior(s), and consequent events in order to completely address potential function(s) of the identified problem behavior(s). Potential functions must be supported in the FBA literature. |
| | | Was a behavior support plan developed based upon the data collected for the FBA? |

---

**Checklist for Assessing Quality of Behavior Support Planning:**

**Does Plan and Process Have These Features?[1]**

---

1. _____ Definition of academic and lifestyle <u>context</u> for behavior support

2. _____ Operational/observable/measurable description of <u>problem behaviors</u> and/or replacement behaviors

3. _____ Identification of problem <u>routines</u>

4. _____ Statements of <u>hypotheses</u> based on functional assessment information Note: Summary statement(s) must include antecedent events (e.g., discriminative stimuli, setting events, establishing operations), specific problem behavior(s), and consequent events in order to completely address potential function(s) of the identified problem behavior(s). Potential functions must be supported in the FBA literature.

5. Descriptions of Interventions & Supports that Consider <u>Quality of Life</u> (if appropriate)

   _____ Health and physiology
   _____ Communication
   _____ Mobility
   _____ Predictability
   _____ Control/choice
   _____ Social relationships
   _____ Activity patterns

6. Descriptions of <u>Preventive</u> Interventions that Make Problem Behavior Irrelevant

   _____ Physical environment
   _____ Schedule
   _____ Curriculum
   _____ Instructional procedures

7. Descriptions of Instructional & <u>Teaching</u> Interventions that Make Problem Behavior Inefficient

   _____ Replacement skills
   _____ New adaptive skills

8. Descriptions of <u>Consequence-based</u> Interventions that Reduce Likelihood of Problem Behavior

   _____ Minimization of positive reinforcement to make problem behavior ineffective (extinction)
   _____ Minimization of negative reinforcement to make problem behavior ineffective (extinction)
   _____ Maximization of positive reinforcement to make appropriate behavior more effective (reinforcement)
   _____ Mildly aversive consequences contingent upon problem behavior (punishment) (if needed)

9. Safety/emergency procedures (if needed)

   _____ Safety/emergency intervention plan for occurrences of severe problem behaviors

10. Descriptions of <u>Evaluation & Assessment</u> Procedures

   _____ Definition of information to be collected to evaluate student response to intervention (e.g., data tracking forms, graphing procedures)
   _____ Description of measurement process (Is plan implemented with adequate levels of compliance and integrity? Is plan effective?)

---

[1] Sugai & Horner 2003. Adapted from Horner, R., Sugai, G., Todd, A., & Lewis-Palmer, T. (1999-2000). Elements of behavior support plans. *Exceptionality, 8*(3), 205-216

_____ Description of decision-making process (e.g., team-based decisions regarding continuation, modification, or discontinuation of intervention procedures based on objective analysis of student data over appropriate time period)

_____ Description of school-home communication procedures (e.g., identification of how and when parents will be informed regarding student progress)

11. Descriptions of Procedures to Consider & Enhance <u>Contextual Fit</u>

     _____ Values & beliefs of participants
     _____ Skill capacity & fluency of implementers
     _____ Availability of supporting resources
     _____ Administrative support system
     _____ Plan in best interest of student

### Checklist for Conducting a Manifestation Determination Review

**(Please complete for all students who have been removed 10 days and are recommended for a subsequent short-term removal or placement in Long-Term Alternative School Sites)**

Student Name: _____   Student ID: _____   IEP Date: ___/___/___

Exceptionality: _____   Date of Review: ___/___/___

LRE: _____   School: _____

*Please circle the 6-week/9-week grading period:* 1st 2nd 3rd 4th 5th 6th  Six weeks/Nine weeks

**NOTE:** Utilize when conducting a Manifestation Determination Review to ensure students have not been denied FAPE.

| | | |
|---|---|---|
| 1. Date Parental Notification sent (*regarding change of placement*) | YES | NO |
| 2. Procedural Safeguards notice provided: *Louisiana's Educational Rights of Children with Exceptionalities in Public Schools* | YES | NO |
| 3. Date MDR held indicated | YES | NO |
| 4. MDR Team Composition: | | |
| • ODR (may not be administrator recommending disciplinary action) | YES | NO |
| • Special Education Teacher | YES | NO |
| • Regular Education Teacher | YES | NO |
| • Parent | YES | NO |
| • Student, if appropriate | YES | NO |
| • ESS Support Team Member(s) | YES | NO |
| • Other relevant personnel | YES | NO |
| 5. MDR held immediately, if possible, but not later than 10 days | YES | NO |
| 6. Relevant student's behavioral information reviewed: | | |
| • Current multidisciplinary evaluation | YES | NO |
| • Current IEP | YES | NO |
| • Current FBA | YES | NO |
| • Current BSP | YES | NO |
| • Teacher observations | YES | NO |
| • Documentation of implementation of BSP (charting) | YES | NO |
| • Updated progress reports | YES | NO |
| • Student's current schedule | YES | NO |
| • Any relevant information provided by the parents | YES | NO |
| 7. MDR Team considered the following to determine whether behavior is related to disability by answering the following questions: | | |
| 1. Did the disability cause, or have a direct and substantial relationship to the misconduct? | YES | NO |
| 2. Did the district's failure to implement the IEP cause the misconduct? (*"A-C" requires a "Yes" response to  yield a "No" response to that question*) <br> a. Was the student's Individualized Education Program (IEP) implemented with fidelity (as written)?  Y  N <br> b. Was the student's Behavior Intervention Plan (BSP) implemented with fidelity (as written)?  Y  N <br> c. Was the student's Individualized Health Plan (IHP) followed, if appropriate (as written)?  Y  N | YES | NO |
| 8. Did the MDR Team reach a consensus on the decision? | YES | NO |
| 9. If the MDR Team determined that the student's misconduct was a manifestation of his disability, was the student suspended or expelled? | YES | NO |
| • Has the school conducted a Functional Behavior Assessment (FBA) on the student? | YES | NO |
| • Has the school developed a Behavior Support Plan (BSP) for the student? | YES | NO |
| 10. The MDR Team determines the misconduct was NOT a manifestation of the student's disability | YES | NO |
| 11. The IEP Team schedules an IEP meeting to: | YES | NO |
| • Recommend a change in student's placement | | |
| • Review BSP and decide whether to modify, as appropriate,  it to address the misconduct | YES | NO |
| 12. Documentation of date parent was mailed (via certified mail) copy of change of placement notification | YES | NO |
| 13. Action to be taken indicated (action, implementation, and person responsible) | YES | NO |
| 14. Date IEP submitted to SER (indicating change of placement) | YES | NO |

Exceptional Student Services                                      Revised  8/17/2011