**From:** ████████████████

**Sent:** Thursday, September 15, 2016 3:30 PM

**To:** █████@nomma.net; ███████ @██████████████.com

**Cc:** ████████████ <██████████|@LA.GOV>; ████████ <███████████@la.gov>; ████████████ <██████████████ @LA.GOV>

**Subject:** SPLC Monitoring Notification - New Orleans Military/Maritime Academy

Dear Dr. ██████ and ███████████████:

 Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

 Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**New Orleans Military/Maritime Academy**

**Related Service**

·       Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness)

·       Student files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities

·       Staff interview required

 Your school is required to participate in a mandatory conference call. You are encouraged to invite your Special Education Director/Coordinator to participate on this call. The conference call has been scheduled for **September 21, 2016** at 10:30 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

 ██████████████ has been assigned to lead this monitoring activity. Her role is to support your school throughout this process. Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person at your agency to coordinate the onsite monitoring visit at your school. The designee's name and contact information should be submitted via email to Dr. ██████████ by September 22, 2016. A subsequent email will be sent to the contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact Dr. ████████ at ████████████████████ @la.gov.

Sincerely,

████████████, Executive Director

Office of Statewide Monitoring

1201 North Third Street

Baton Rouge, LA 70802

HR office: ████████████

# LOUISIANA DEPARTMENT OF EDUCATION

## LDOE Monitoring Report - SPLC

### 2016-2017

### New Orleans Military/Maritime Academy

████████, Charter Management Operator

████████, Board President

### Targeted Area of Monitoring

Related Services

### Date of On-Site Monitoring

November 15, 2016

### On-Site Monitoring Team

████████, LDOE

████████, LDOE

Ken Swindol, Independent Monitor

Tony Doggett, Independent Monitor

## Louisiana Believes

# CONTENTS

I.      General Overview…………..……..………………………………..…………………………………3

II.     School Staff Interview…………..………………………………………………………….…3

III.    Strategies, Activities, and Methods of Monitoring……..……………………..…………4

IV.     Summary of Findings……………………..………………………………………………………4

Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2016-2017 school term, New Orleans Military/Maritime Academy was targeted for monitoring in the area(s) of Related Services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 2 SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.   School Staff Interviews

On November 15, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: speech therapist, special education teacher, general education teacher, and special education coordinator/principal.

Results of this interview process are briefly described in this summary report. Faculty at New Orleans Military/Maritime Academy clearly articulated the manner in which school staff determine that a student requires related services in order to ensure the provision of a free, appropriate public education. Specially, faculty reported reviewing specific referral concerns identified during the evaluation process as well as current or transferring students' IEPs the to ensure that student related service needs were being fully addressed. Related services are provided to students at the school through contracted professionals (e.g., SUNS Center) who either provide services within the classroom setting (e.g., push-in services to address language and communication referral concerns) or during group-based or individual therapy sessions during elective periods. In relation, in-house service providers (e.g., school counselors) provide pull-out counseling services during elective periods to minimize the impact of students' removal from general education classes. Currently, related services are not required from an occupational therapist, physical therapist, or Adapted Physical Education teacher; however, the Special Education Director reported that they services would be immediately secured for identified



students. In relation, the director reported that no related service personnel were unavailable during the school year. Related service providers review several forms of data (e.g., information in the special education reporting system, IEPs, progress reports, report cards, direct observations, service provider logs, etc.) throughout the school year and collaborate with school faculty or a regular basis (e.g., grade level meeting every 2 weeks, ongoing professional consultation with teaching personnel) to evaluate the impact of related services on an individual student's functional performance and academic achievement. Finally, school personnel reported that compensatory services were not required during the year as student or related service provider absenteeism was not a concern.

It was also revealed in the interview that key special education personnel do not have access to the Special Education Reporting (SER) System.  SER provides for the establishment of a statewide special education student database from which specified reports from the student record can be generated.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring New Orleans Military/Maritime Academy was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Ten (10) student records
- Student documentation: Individualized Evaluation Plans (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs
- Child Find Guidelines (if applicable)
- Response to Intervention procedures (if applicable)
- Special Education Policies and Procedures Guidelines and forms currently in use
- Interviews with seven (7) school site personnel, including administrators, general educators, special educators, and SPED director/coordinator

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at New Orleans Military/Maritime Academy, there were identified areas of non-compliance under the IDEA, Part B program in the following area(s):

- **§300.17(a-d) Free Appropriate Public Education (FAPE)**
  Free appropriate public education or FAPE means special education and related services that**–**
  (a) Are provided at public expense, under public supervision and direction, and without charge;
  (b) Meet the standards of the SEA, including the requirements of this part;
  (c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and
  (d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. Sec. 300.320 through 300.324.
- **§300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program**
  A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

- **§300.320(7) –Definition of an Individualized Education Program**
  IEP include date for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications.

- **§300.320(a)(4) – Definition of an Individualized Education Program**
  IEP must include a statement of special education and related services, supplementary aids and services, and a statement of program modifications or supports for school personnel.

- **§300.321(a)(3) – IEP Team**
  IEP team must include not less than one special education teacher or special education provider of the child.

- **§300.320(a)(3)(i-ii) - Definition of an Individualized Education Program**
  IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided.

New Orleans Military/Maritime Academy must immediately begin correcting areas of non-compliance as indicated on the Summary of Findings attachment.  A CAP has been developed by the Louisiana Department of Education to address each area of identified non-compliance listed on this report and the results summary. The plan addresses the activities the LEA should implement to correct all findings, as rapidly as possible, and in no case longer than one year from the date of this letter.  The CAP will be emailed to your special education contact person within twenty (20) days of receiving this report.  If you have any questions or concerns, please contact Dr. ▆▆▆▆ via email at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ or ▆▆▆▆▆▆▆ .

Attachments

**Note: The Student-Specific Findings of Non-Compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.**

## Louisiana Believes



# 2016-2017 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION: | New Orleans Military and Maritime Academy |
|---|---|
| DATE(S) OF COMPLIANCE REVIEW: | November 17, 2016 |
| SERVICES MONITORED: | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | | | A review of ten student records with supporting documentation and a staff interview was conducted for New Orleans Military/Maritime Academy (NOMMA). Two of the students selected for review enrolled in NOMMA in the fall of 2016 and received related services at another Charter LEA during the 2015-2016 school year. As such, these files were omitted from formal review.<br><br>Eight of eight applicable files (100% of total sample) reviewed contained some measure of noncompliance regarding IDEA requirements for related services or other IDEA mandates. IDEA violations and student-specific areas of noncompliance are addressed below. |



| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.17(a.-d.) Free Appropriate Public Education (FAPE) | Free appropriate public education or FAPE means special education and related services that-- <br> (a) Are provided at public expense, under public supervision and direction, and without charge; <br> (b) Meet the standards of the SEA, including the requirements of this part; <br> (c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and <br> (d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. §300.320 through §300.324. | Eight of eight student files reviewed (100% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.17(a.-d.) –Free Appropriate Public Education (FAPE). |
| | §300.320(a)(2)(i) (A-B)- Definition of Individualized Education Program | A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability. | Eight of eight student files reviewed (100% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(2)(i) (A-B)- Definition of Individualized Education Program. |



| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.320(7) – Definition of an Individualized Education Program | IEP include date for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications. | Eight of eight student files reviewed (100% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(7) – Definition of an Individualized Education Program. |
| | §300.320(a)(4) – Definition of an Individualized Education Program | IEP must include a statement of special education and related services, supplementary aids and services, and a statement of program modifications or supports for school personnel. | Six of eight student files reviewed (75% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(4) – Definition of an Individualized Education Program. |
| | §300.320(a)(1)(i)- Definition of Individualized Education Program | IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum | Seven of eight student files reviewed (88% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(1)(i)- Definition of Individualized Education Program. |



| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.321(a)(3) – IEP Team | IEP team must include not less than one special education teacher or special education provider of the child. | Four of eight student files reviewed (50% of the sample) were judged to reflect noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.321(a)(3) – IEP Team |
| | §300.320(a)(3)(i-ii) - Definition of an Individualized Education Program | IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided. | Four of eight student files reviewed (50% of the sample) were judged to reflect noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(3)(i-ii) - Definition of an Individualized Education Program. |



| Student-Specific Findings of Non-Compliance |
|---|
| **New Orleans Military and Maritime Academy** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ▇▇▇▇ | No documentation of attempts to invite parent(s) to the IEP meeting.  IEP team meeting did not have all required participants' signatures.  No excusal form to waive attendance at the IEP meeting.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1.  provide a measurable baseline that links the present level and IEP goal(s);<br>2.  include the skills a student can accomplish and skills students have difficulty with; and<br>3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>The goals in the following areas are not measureable or functional:  Communication, Adaptive P.E., Social, ELA, and Mathematics.<br><br>There were no goals targeted for secondary transition. |
| ▇▇▇▇ | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1.  provide a measurable baseline that links the present level and IEP goal(s);<br>2.  include the skills a student can accomplish and skills students have difficulty with; and<br>3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>The goals in the following areas are not measureable or functional:  ELA, Social, and Mathematics.<br><br>Social goals do not address the interpersonal skills, alternative to conflict, problem solving, or classroom/school skills. |



| **Student-Specific Findings of Non-Compliance** |
|:---:|
| **New Orleans Military and Maritime Academy** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ▮▮▮ | Behavior goals do not address any life-skills.<br><br>Counseling logs does not include the types and frequency specified in IEP. |
| ▮▮▮ | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1.  provide a measurable baseline that links the present level and IEP goal(s);<br>  2.  include the skills a student can accomplish and skills students have difficulty with; and<br>  3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>The goal in the following areas is not measureable or functional:  Behavior.<br><br>IEP does not include an explanation of the extent in which the student will not participate with nondisabled students.<br><br>There were no goals checked as a targeted for secondary transition. |
| ▮▮▮ | IEP team meeting did not have all required participants' signatures.  No excusal form to waive the speech therapist attendance at the IEP meeting.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1.  provide a measurable baseline that links the present level and IEP goal(s);<br>  2.  include the skills a student can accomplish and skills students have difficulty with; and<br>  3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |



| Student-Specific Findings of Non-Compliance |
|---|
| **New Orleans Military and Maritime Academy** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ▆▆▆▆ | The goals in the following areas are not measureable or functional:  Communication, ELA, Social, and Mathematics.<br><br>IEP does not include an explanation of the extent to which the student will not participate with nondisabled students.<br><br>There were no goals targeted for secondary transition.<br><br>Incomplete speech logs; only 1 month of speech services provided. |
| ▆▆▆▆ | Parent signature not provided. IEP team meeting did not have all required participants' signatures. No excusal form to waive attendance of the speech therapist at the IEP meeting.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1.  provide a measurable baseline that links the present level and IEP goal(s);<br>  2.  include the skills a student can accomplish and skills students have difficulty with; and<br>  3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>The goals in the following areas are not measureable or functional:  Social and Mathematics. |
| ▆▆▆▆ | The parent signature is omitted from the last page of the IEP.<br><br>The Speech Therapist's signature is omitted for the IEP.<br><br>There were no goals targeted for secondary transition. |



| PII Number | Issue Area |
|---|---|
| <br><br>■■■■■■■ | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1.  provide a measurable baseline that links the present level and IEP goal(s);<br>  2.  include the skills a student can accomplish and skills students have difficulty with; and<br>  3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>The goal in the following area is not measurable:  Speech/Language.<br><br>There are no speech progress reports in the students' IEP folder. The speech service logs do not adequately to reflect the appropriate amount of time that is indicated on the students IEP.<br><br>Speech Services stopped on April 8, 2015 before the close of school. Therefore, students has missed several sessions and no explanation was provided in the file.<br><br>There are no progress reports for the last grading period for either speech or academic subject areas. |
| ■■■■■■■ | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1.  provide a measurable baseline that links the present level and IEP goal(s);<br>  2.  include the skills a student can accomplish and skills students have difficulty with; and<br>  3.  contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>The goals in the following areas are not measureable or functional:  Communication, ELA, Social, ELA and Mathematics. |

Student-Specific Findings of Non-Compliance

New Orleans Military and Maritime Academy

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.





**IDEA PART B CORRECTIVE ACTION PLAN**

**SPLC 2016-2017**

**LEA:** New Orleans Military/Maritime Academy          **DATE OF MONITORING:** November 15, 2016

**Authorized Representative:** _____          **Title:** _____          **Date:** _____
                           (Signature)

**AREA OF FINDING:** Related Services

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENT STATUS |
|---|---|---|---|---|---|
| 1.1. Correct all student specific citations identified in the Results Summary report. NOTE: This activity represents an individual correct action plan for providing remedies for all student specific IDEA citations. | March 2017 | School Principal<br><br>Special Education Teachers | Email notifying LDOE the IEP instructional plans for those students have been amended in SER. LDOE will check those IEPs in SER to ensure they are compliant. | April 28, 2017 | |
| 1.2. Provide training to special education staff (sped teachers and related service providers) on writing compliant IEPs to include the following topics:<br>• Writing measurable goals<br>• Data Driven Present Level of Functional Performance Statements<br>• Writing objectives linked to the goal that are measurable<br>• Documenting student progress using progress reports<br>• Ensuring required participants of IEP team are invited to IEP meeting, included as IEP participant on IEP, and sign IEP | April 2017 | School Principal | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | September 1, 2017 | |

| | | | | |
|---|---|---|---|---|
| • Writing transition goals and marking goals targeted for transition<br>• How and when to document waiver of attendance of a participant for an IEP meeting using a participant excusal form<br>Train staff on forms created by LDOE. Included in this training will be how to correctly use the: IEP evaluation rubric, IEP goal and PLAFF templates, and IEP Checklist. SPED staff will be required to use the rubric and IEP checklist when reviewing and writing IEPs. | | | | |
| 1.3. Provide training to related service providers on how to properly document provision of services to students. The training will include: filling out services log, documenting student progress on logs and documenting delivery of services. The school will use the components of a service log provided by LDOE to document provision of related services and the services log checklist provided by LDOE to document log reviews. | April 2017 | School Principal | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint<br>Presentation | September 1, 2017 |
| 1.4. LEA will provide ongoing training in the following areas: IEP writing, provision and documentation of accommodations, documenting special education services, progress monitoring of student data | April 2017 | School Principal | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint<br>Presentation | 2017-2018 School Year |

| | | | | |
|---|---|---|---|---|
| 1.5. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring all IEPs before the IEP is submitted to SER to make it official with a focus on:<br>• Goals/objectives and PLAFF using the IEP Evaluation rubric; **AND**<br>• IEP components (GSI, Accommodations, Program Services, Services/Placement) using IEP checklist | April 2017 | School Principal | Summary of monthly reviews **MUST** include:<br>• # of IEPs reviewed<br>• # of IEPs with goal(s) issues<br>• # of IEPs with objectives issues<br>• # of IEPs with PLAFF issues<br>• # of IEPs with IEP component issue (specify the component area and issue)<br>• Actions taken to ensure staff make corrections<br>• Results of those actions | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30<br>April 30<br>May 31 | |
| 1.6. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure related service provider logs are completed with fidelity. Related service provider logs will be internally monitored for provision of services per the time/frequency specified on the students IEP. School will use checklist provided by LDOE to document reviews. | April 2017 | School Principal | Monthly submission of the checklist used for each related services provider reviewed | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30<br>April 30<br>May 31 | |
| 1.7. Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group | April 2017 | School Principal | Signed copy of form from each SPED staff | September 1, 2017 | |

| | | | member verifying they have viewed the IEP training on the LDOE website | |
|---|---|---|---|---|
| with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | | | | |
| 1.8. The SPED Coordinator or Lead Teacher will review a 10% sample of progress reports for SPED students enrolled at the school every progress report (PR) grading period to ensure special education teachers and related service providers are filling out progress reports completely for students they service every grading period (6wks/9wks). | April 2017 | School Principal | Summary of progress report reviews to include: <ul><li># of PR reviewed</li><li># of staff with missing PR (no PR for their content area)</li><li># of staff with incomplete PR (does not have student progress marked for the grading period for each goal/obj.)</li><li>Actions taken to address issues</li><li>Results of action taken</li></ul> | September 29 October 31 November 30 December 20 January 31 February 28 March 30 April 30 May 31 |
| 1.9. Provide compensatory education to students whose files did not include documentation verifying they received related services. These students did not have evidence of service provider logs and/or had incomplete service provider logs in their files. | April 2017 | School Principal | Copy of compensatory letter signed by parent documenting notification of services and whether | June 30, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| | | | or not the parent accepts or refuses the service<br><br>Copy of amended IEP documenting compensatory services are being offered with time/frequency of services<br><br>Copies of student attendance<br><br>Copies of service provider logs indicating the service provided, date, time, and number of minutes student provided compensatory education during the session | | |

**From:** ██████████████
**Sent:** Thursday, March 09, 2017 10:53 AM
**To:** ██████████ <██████@nomma.net>
**Cc:** ██████████ <████████@LA.GOV>; ██████████ <████████████@la.gov>;
████████ ████████ @LA.GOV>
**Subject:** SPLC Technical Assistance Meeting - New Orleans Military/Maritime Academy

Dear Dr ██████,

A technical assistance meeting has been scheduled for Wednesday, March 22, 2017 in the area of Related Services. The meeting will be held at the Louisiana Department of Education at 9:00 am in room 1-153 (Iowa Room). The meeting will focus on a review of your monitoring report, results summary and Corrective Action Plan. At the meeting, you will receive a copy of the Corrective Action Plan (CAP) you must implement to address the findings listed on your monitoring report. There will also be an in depth discussion of the CAP activities, deliverables and timelines. Additionally, resources will be provided to assist you with implementation of CAP activities. You may bring one additional person with you to the meeting that provides assistance with the coordination of SPLC monitoring.

The Department looks forward to supporting you and your staff during this process. If you have questions, please feel free to contact me at ████████████████ @la.gov.

**From:** ███████████████████
**Sent:** Thursday, March 09, 2017 10:54 AM
**To:** █████████ ███████ @isl-edu.org>
**Cc:** ███████████ < ██████████ @LA.GOV>; ████████████ < ████████████ @la.gov>; █████████ ████████ @LA.GOV>
**Subject:** SPLC Technical Assistance Meeting - International School of Louisiana

Dear Mr. ██████,

 A technical assistance meeting has been scheduled for Wednesday, March 22, 2017 in the area of Related Services. The meeting will be held at the Louisiana Department of Education at 9:00 am in room 1-153 (Iowa Room). The meeting will focus on a review of your monitoring report, results summary and Corrective Action Plan. At the meeting, you will receive a copy of the Corrective Action Plan (CAP) you must implement to address the findings listed on your monitoring report. There will also be an in depth discussion of the CAP activities, deliverables and timelines. Additionally, resources will be provided to assist you with implementation of CAP activities. You may bring one additional person with you to the meeting that provides assistance with the coordination of SPLC monitoring.

 The Department looks forward to supporting you and your staff during this process. If you have questions, please feel free to contact me at ████████████████████ @la.gov.

**From:** █████████████████
**Sent:** Thursday, September 15, 2016 3:06 PM
**To:** ████████@isl-edu.org; ████████@isl-edu.org
**Cc:** ███████ <███████@LA.GOV>; ███████ <███████@la.gov>; ███████████
████████ ██████████████ @LA.GOV>
**Subject:** SPLC Monitoring Notification - International School of Louisiana
**Importance:** High

Dear █████████ and █████████ :

 Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

 Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

<u>**International School of Louisiana**</u>

**Related Services**

·    Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness)

·    Student files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities

·    Staff interview required

 Your school is required to participate in a mandatory conference call. You are encouraged to invite your Special Education Director/Coordinator to participate on this call. The conference call has been scheduled for **September 21, 2016** at 10:30 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

 █████████████     has been assigned to lead this monitoring activity. Her role is to support your school throughout this process. Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person at your agency to coordinate the onsite monitoring visit at your school. The designee's name and contact information should be submitted via email to Dr. █████████ by September 22, 2016. A subsequent email will be sent to the contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact Dr. ██████ at ████████████████ @la.gov.

Sincerely,

████████████, Executive Director

Office of Statewide Monitoring



# LOUISIANA DEPARTMENT OF EDUCATION

**LDOE Monitoring Report - SPLC**

**2016-2017**

### International School of Louisiana

████████████████, Charter Management Operator

████████████, Board President

### Targeted Area of Monitoring
Related Services

### Date of On-Site Monitoring

November 14, 2016

### On-Site Monitoring Team

████████████, LDOE

████████████, LDOE

Dale Bailey, Independent Monitor

William Swindol, Independent Monitor

# Louisiana Believes

## CONTENTS

I.    General Overview…………………………………………………………………………3

II.   School Staff Interview………. ………………………….………………………..……3

III.  Strategies, Activities, and Methods of Monitoring……………..………3

IV.   Summary of Findings …………………………………………………………………4

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: enrollment stability, discipline, related services, and child find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2016-2017 school year, International School of Louisiana was targeted for monitoring in the area(s) of related services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 2 SPLC monitoring requirements and included a comprehensive summary of findings document which outlines any areas of non-compliance.

## II.    School Staff Interviews

On November 14, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to related services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: principal, special education administrator/coordinator, speech and language therapist, Response to Intervention (RtI) coordinator, special education teacher, and general education teacher.

It was also revealed in the interview process that there was noncompliance in the area of related services. The interview revealed there were no clear processes in place for scheduling special education students for related services.

## III.    Strategies, Activities, and Methods of Monitoring

The purpose for monitoring International School of Louisiana was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related service provision rates for students with disabilities at the school.

**The following items were reviewed during the onsite visit:**

- Ten student records (Six of ten students were receiving related services; four of ten students were receiving speech/language services only as a result of an Articulation Disorder)
- Student documentation: IEPs; Behavior Intervention Plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); Functional Behavior Assessment (FBA) (if applicable); intervention data; Manifestation Determination Review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs
- Child Find Guidelines (if applicable)
- RTI procedures (if applicable)
- Special education policies and procedures guidelines and forms currently in use
- Interviews with five school site personnel, including administrators, general education teacher, special education teacher, and SPED director/coordinator

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at International School of Louisiana, there were identified areas of noncompliance under the IDEA, Part B program in the following area(s):

- **§300.17(a.-d.) Free Appropriate Public Education (FAPE)**
  Free appropriate public education or FAPE means special education and related services that--
  (a) Are provided at public expense, under public supervision and direction, and without charge;
  (b) Meet the standards of the SEA, including the requirements of this part;
  (c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and
  (d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. Sec. 300.320 through 300.324.

- **§300.320(a)(1)(i)- Definition of Individualized Education Program**
  IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

- **§300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program**
  A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

Louisiana Believes

- **§300.320(7) – Definition of an Individualized Education Program**
  IEP must include projected date for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications.

- **§300.320(a)(3)(i-ii) - Definition of an Individualized Education Program**
  IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided.

- **§300.320(a)(6)(i) - Definition of an Individualized Education Program**
  A statement of any individual appropriate accommodations that are necessary to measure the academic achievement and functional performance of the child on State and districtwide assessments.

International School of Louisiana must immediately begin correcting areas of non-compliance as indicated on the Summary of Findings attachment.  A CAP has been developed by the Louisiana Department of Education to address each area of identified non-compliance listed on this report and the results summary. The plan addresses the activities the LEA should implement to correct all findings, as rapidly as possible, and in no case longer than one year from the date of this letter.  The CAP will be emailed to your special education contact person within twenty (20) days of receiving this report.  If you have any questions or concerns, please contact Dr. ▬▬▬▬ via email at ▬▬▬▬▬▬▬▬▬@la.gov or via telephone at (225)342-6276.

Attachments

**Note: The Student-Specific Findings of Non-Compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.**

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

## 2016-2017 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION: | International School of Louisiana Charter School |
|---|---|
| DATE(S) OF COMPLIANCE REVIEW: | November 14, 2016 |
| SERVICES MONITORED: | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | | | A review of ten student records with supporting documentation and a staff interview was conducted for International School of Louisiana. There were nine of ten student records (90% of the total sample) reviewed that contained issues of noncompliance regarding provision of related services.<br><br>Six of ten student files reviewed (60% of the total sample) indicated that students received related services to support the student's primary disability. Four of ten students reviewed (40% of total sample) received only speech/language supports as Articulation Disorder represented their primary disability.<br><br>IDEA violations and student-specific areas of noncompliance are addressed below. |



# LOUISIANA DEPARTMENT OF EDUCATION

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.17(a.-d.) Free Appropriate Public Education (FAPE) | Free appropriate public education or FAPE means special education and related services that-<br><br>(a) Are provided at public expense, under public supervision and direction, and without charge;<br>(b) Meet the standards of the SEA, including the requirements of this part;<br>(c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and<br>(d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. §300.320 through §300.324. | Nine of ten student files reviewed (90% of the sample) were judged to reflect noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.17(a.-d.) Free Appropriate Public Education (FAPE) |
| | §300.320(a)(1)(i)- Definition of Individualized Education Program | IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum | Nine of ten student files reviewed (90% of the sample) were judged to reflect noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(1)(i)- Definition of Individualized Education Program. |



# LOUISIANA DEPARTMENT OF EDUCATION

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.320(a) (2)(i)(A-B)-Definition of Individualized Education Program | A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability. | One of ten student files reviewed (10% of the sample) was judged to reflect noncompliance for this IDEA requirement. This reflects no systemic noncompliance for IDEA §300.320(a) (2)(i)(A-B)-Definition of Individualized Education Program |
| | §300.320(a)(B)(3)(i-ii)-Definition of an Individualized Education Program: Description | A description of (i) How the child's progress toward meeting the annual goals described in paragraph (2) of this section will be measured; and (ii) When periodic reports on the progress the child is making toward meeting the annual goals (such as through the use of quarterly or other periodic reports, concurrent with the issuance of report cards) will be provided. | Two of ten student files reviewed (20% of the sample) were judged to reflect noncompliance for this IDEA requirement. This reflects no systemic noncompliance for IDEA §300.320 (a)(B)(3)(i-ii)-Definition of an Individualized Education Program: Description |

 LOUISIANA DEPARTMENT OF EDUCATION

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.320(a)(6)(i) Definition of an Individualized Education Program | A statement of any individual appropriate accommodations that is necessary to measure the academic achievement and functional performance of the child on State and districtwide assessments. | Two of ten student files reviewed (20% of the sample) were judged to reflect noncompliance for this IDEA requirement. This reflects no systemic noncompliance for IDEA §300.320 (a)(6)(i) Definition of an Individualized Education Program |
| | §300.320(a)(3)(i-ii) - Definition of an Individualized Education Program | IEP must include projected date for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications. | Two of six applicable student files reviewed (33% of the sample of students receiving related services in addition to IDEA supports) were judged to reflect noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(3)(i-ii) - Definition of an Individualized Education Program |



# LOUISIANA DEPARTMENT OF EDUCATION

**Student-Specific Findings of Non-Compliance**
**International  School of Louisiana**
The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| ▮▮▮ | Communication goal is not measureable and functional.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▮▮▮ | Communication goal is not measureable and functional.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▮▮▮ | Communication goal is not measureable and functional.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▮▮▮ | Communication goal is not measureable and functional. |



# LOUISIANA DEPARTMENT OF EDUCATION

**Student-Specific Findings of Non-Compliance**
**International  School of Louisiana**
The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
|  | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
|  | Communication goal is not measureable and functional.  Speech therapy logs did not reflect the requested change of time and frequency on the IEP as requested by the parents during the 2015-2016 school year.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>Social Work services were not provided in the types and frequency specified. |
|  | Communication goal is not measureable and functional.<br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
|  | Communication goal is not measureable and functional. |



# LOUISIANA DEPARTMENT OF EDUCATION

**Student-Specific Findings of Non-Compliance**
**International  School of Louisiana**
The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
|  | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▉▉▉▉ | Parent did not sign the prior notice for meeting held on 9/4/2015.<br><br>Communication goal is not measureable and functional.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br><br>There were no progress reports in the student's IEP folder.<br><br>Student is not receiving any accommodations or modification within the classroom or on standardize assessments. |
| ▉▉▉▉ | Communication goal is not measureable and functional. |



# LOUISIANA DEPARTMENT OF EDUCATION

**Student-Specific Findings of Non-Compliance**
**International  School of Louisiana**
The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not: <ol><li>provide a measurable baseline that links the present level and IEP goal(s);</li><li>include the skills a student can accomplish and skills students have difficulty with; and</li><li>contain a description of the impact a child's disability have on involvement and progress in the general curriculum.</li></ol> Student is not receiving any accommodations or modification within the classroom or on standardize assessments. <br><br> File includes one progress report with several dates but no mastery of the goals. |



**IDEA PART B CORRECTIVE ACTION PLAN**

**SPLC 2016-2017**

**LEA:** International School of Louisiana                **DATE OF MONITORING:** November 14, 2017

**Authorized Representative:** _____                **Title:** _____                **Date:** _____
                                       (Signature)

**AREA OF FINDING: Related Services**

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENT STATUS |
|---|---|---|---|---|---|
| 1.1. Correct all student specific citations identified in the Results Summary report. NOTE: This activity represents an individual correct action plan for providing remedies for all student specific IDEA citations. | March 2017 | Education Services Coordinator<br><br>Special Education Staff | Email notifying LDOE the IEP instructional plans for those students have been amended in SER. LDOE will check those IEPs in SER to ensure they are compliant. | April 28, 2017 | |
| 1.2. Provide training to special education staff (sped teachers and related service providers) on writing compliant IEPs to include the following topics:<br>• Writing measurable goals<br>• Data Driven Present Level of Functional Performance Statements<br>• Writing objectives linked to the goal that are measurable<br>• Documenting student progress using progress reports<br>• Ensuring required participants of IEP team are invited to IEP meeting, included as IEP participant on IEP, and sign IEP | April 2017 | Education Services Coordinator<br><br>Head of School | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | September 1, 2017 | |

| | | | | |
|---|---|---|---|---|
| • How and when to document waiver of attendance of a participant for an IEP meeting using a participant excusal form<br>Train staff on forms created by LDOE. Included in this training will be how to correctly use the: IEP evaluation rubric, IEP goal and PLAFF templates, and IEP Checklist. SPED staff will be required to use the rubric and IEP checklist when reviewing and writing IEPs. | | | | |
| 1.3. Provide training to related service providers on how to properly document provision of services to students. The training will include: filling out services log, documenting student progress on logs and documenting delivery of services. The school will use the components of a service log provided by LDOE to document provision of related services and the services log checklist provided by LDOE to document log reviews. | April 2017 | Education Services Coordinator<br><br>Head of School | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | September 1, 2017 |
| 1.4.  LEA will provide ongoing training in the following areas: IEP writing, provision and documentation of accommodations, documenting special education services, progress monitoring of student data | April 2017 | Education Services Coordinator<br><br>Head of School | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | 2017-2018 School Year |
| 1.5. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring all IEPs before the IEP is submitted to SER to make it official with a focus on:<br>• Goals/objectives and PLAFF using the IEP Evaluation rubric; **AND**<br>• IEP components (GSI, Accommodations, Program Services, Services/Placement) using IEP checklist | April 2017 | Education Services Coordinator<br><br>Head of School | Summary of monthly reviews **MUST** include:<br>• # of IEPs reviewed<br>• # of IEPs with goal(s) issues<br>• # of IEPs with objectives issues<br>• # of IEPs with PLAFF issues | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30<br>April 30<br>May 31 |

| | | | | | |
|---|---|---|---|---|---|
| | | | • # of IEPs with IEP component issue (specify the component area and issue)<br>• Actions taken to ensure staff make corrections<br>• Results of those actions | | |
| 1.6. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure related service provider logs are completed with fidelity. Related service provider logs will be internally monitored for provision of services per the time/frequency specified on the students IEP. School will use checklist provided by LDOE to document reviews. | April 2017 | Education Services Coordinator<br><br>Head of School | Monthly submission of the checklist used for each related services provider reviewed | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30<br>April 30<br>May 31 | |
| 1.7. Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | April 2017 | Education Services Coordinator<br><br>Head of School | Signed copy of form from each SPED staff member verifying they have viewed the IEP training on the LDOE website | September 1, 2017 | |
| 1.8. The SPED Coordinator or Lead Teacher will review a 10% sample of progress reports for SPED students enrolled at the school every progress report (PR) grading period to ensure special education teachers and related service providers are filling out progress reports completely for students they service every grading period (6wks/9wks). | April 2017 | Education Services Coordinator<br><br>Head of School | Summary of progress report reviews to include:<br>• # of PR reviewed<br>• # of staff with missing | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | PR (no PR for their content area)<br>• # of staff with incomplete PR (does not have student progress marked for the grading period for each goal/obj.)<br>• Actions taken to address issues<br>• Results of action taken | April 30<br>May 31 | |
| 1.9. Provide compensatory education to students whose files did not include documentation verifying they received related services. These students did not have evidence of service provider logs and/or had incomplete service provider logs in their files. | April 2017 | Education Services Coordinator<br><br>Head of School | Copy of compensatory letter signed by parent documenting notification of services and whether or not the parent accepts or refuses the service<br><br>Copy of amended IEP documenting compensatory services are being offered with time/frequency of services | June 30, 2017 | |

| | | | Copies of student attendance<br><br>Copies of service provider logs indicating the service provided, date, time, and number of minutes student provided compensatory education during the session | | |
|---|---|---|---|---|---|

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, September 15, 2016 3:18 PM
**To:** ▮▮▮▮@firstlineschools.org; ▮▮▮▮▮@cox.net
**Cc:** ▮▮▮▮▮@firstlineschools.org; ▮▮▮▮▮▮▮ <▮▮▮▮▮▮@LA.GOV>; ▮▮▮▮▮▮▮
<▮▮▮▮▮▮@la.gov>; ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮@LA.GOV>
**Subject:** SPLC Monitoring Notification - Joseph S. Clark Preparatory High School

Dear ▮▮▮▮▮ and ▮▮▮▮▮▮ :

 Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

 Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Joseph S. Clark Preparatory High School**

**Related Services**

·    Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness)

·    Student files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities

·    Staff interview required

**Child Find**

·    Onsite review of files of students failed two or more academic subjects in 2015-2016 school year, Section 504 students, students in Response to Intervention (RTI), under consideration by a SBLC, and removed for more than 10 days for disciplinary reasons in a school year

·    Staff interview required

 Your school is required to participate in a mandatory conference call. You are encouraged to invite your Special Education Director/Coordinator to participate on this call. The conference call has been scheduled for **September 21, 2016** at 10:30 a.m. To participate, dial (712)775-7031, when prompted, enter the Meeting Access Code 513084#.

███████████ has been assigned to lead this monitoring activity. Her role is to support your school throughout this process. Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. Please designate a lead person at your agency to coordinate the onsite monitoring visit at your school. The designee's name and contact information should be submitted via email to Dr. ████████ by September 22, 2016. A subsequent email will be sent to the contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

 The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact Dr. ████████ at ████████████████████@la.gov.

Sincerely,

████████████, Executive Director

Office of Statewide Monitoring

1201 North Third Street

Baton Rouge, LA 70802

HR office: ███████████

 LOUISIANA DEPARTMENT OF EDUCATION

**LDOE Monitoring Report - SPLC**

**2016-2017**

## Joseph S. Clark Preparatory High School

████████, Charter Management Operator

████████, Board President

## Targeted Area of Monitoring
Related Services

## Date of On-Site Monitoring

November 14, 2016

## On-Site Monitoring Team

████████, LDOE

Tony Doggett, Ph.D., Independent Monitor

Ken Swindol, M.Ed., Independent Monitor

**CONTENTS**

*Louisiana Believes*

I.     General Overview……………………………………………………………………..………3

II.    School Staff Interview……………………………………………………………………3

III.   Strategies, Activities, and Methods of Monitoring………………………………………3

IV.    Summary of Findings…………………….…………………………………………………4

Louisiana Believes

POST OFFICE BOX 94064 | BATON ROUGE, LA 70804-9064 | 1.877.453.2721 | WWW.LOUISIANABELIEVES.COM

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2016-2017 school term, Joseph S. Clark Preparatory High School was targeted for monitoring in the area(s) of Related Services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 2 SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.    School Staff Interview

On November 14, 2016, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: Director of Student Support, SPED Coordinator, Speech Pathologist, Educational Consultant, School Director, Behavioral Health Counselor, Vice Principal of Academics, Social Worker, SPED Teacher and General Education Teacher.

Results of this interview process are briefly described in this summary report. Faculty at Joseph S. Clark Preparatory High School clearly articulated the manner in which school staff determine that a student requires related services in order to ensure the provision of a free, appropriate public education. Specially, faculty reported reviewing specific referral concerns identified during the screening and evaluation process as well as reviewing additional referral concerns that may arise during the school year to ensure that student related service needs were being fully addressed. Related services are provided to students at the school primarily through contracted professionals (e.g., Lighthouse, Communities in Schools) who either provide services within the classroom setting (e.g., push-in services to address language and communication referral concerns) or provide pull-out services during elective periods to minimize the impact of students' removal from general education classes. Examples of contracted related services personnel included a speech language pathologist, occupational therapist, physical therapist, behavior specialist, and school social worker. Faculty reported that one service provider



resigned during the 2015-2016 school year; however, another qualified professional provided services during the interim to ensure that students received their related services in the manner outlined on their IEPs. School personnel also reported that they amend Memorandums of Understanding with contracted service providers, usually within one week, to ensure that all related services are provided as indicated on student IEPs (i.e., hire additional service providers to address any newly identified related service's needs).   Related service providers review several forms of data (e.g., information in SER, IEPs, SOAP notes, progress reports, report cards, direct observations, FBAs, BIPs, etc.) throughout the school year and collaborate with school faculty or a regular basis to evaluate the impact of related services on an individual student's functional performance and academic achievement. Finally, school personnel reported that they provide compensatory services to students who miss related service sessions by scheduling additional sessions during the academic year or scheduling additional service providers.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Joseph S. Clark Preparatory High School was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related service provision rates for students with disabilities at the school. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Ten student records
- Student documentation: IEPs; Behavior Intervention Plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); Functional Behavior Assessment (FBA) (if applicable); intervention data; Manifestation Determination Review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs
- Child Find Guidelines (if applicable)
- Response to Intervention (RTI) procedures (if applicable)
- Special education policies and procedures guidelines and forms currently in use
- Interviews with ten school site personnel, including administrators, general educators, special educators, SPED director/coordinator, and other school staff

During the onsite monitoring visit, it was observed by the monitoring team that the school staff have already begun to self-identify areas of concern in its special education program and are taking corrective measures to address some of the areas cited in this report. Even though the school has documented noncompliance, it has been proactive in addressing many of the concerns to ensure compliance during the current school year.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Joseph S. Clark Preparatory High School, there were identified areas of non-compliance under the IDEA, Part B program in the following area(s):

- **§300.17(a.-d.) Free Appropriate Public Education (FAPE)**
  Free appropriate public education or FAPE means special education and related services that--
  (a) Are provided at public expense, under public supervision and direction, and without charge;
  (b) Meet the standards of the SEA, including the requirements of this part;
  (c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and
  (d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. Sec. 300.320 through 300.324.

- **§300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program**
  A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

- **§300.320(a)(3)(i-ii) - Definition of an Individualized Education Program**
  IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided.

- **§300.321(a)(2)(3) – IEP Team**
  IEP team must include not less than one special education provider of the child and not less than one regular education teacher of the child.

- **§300.320(a)(1)(i)- Definition of Individualized Education Program**
  IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum

## Louisiana Believes

- **§300.320(7)-Definition of an Individualized Education Program**
  IEP must include projected date for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications

Joseph S. Clark Preparatory High School must immediately begin correcting areas of non-compliance as indicated on the Summary of Findings attachment.   A CAP has been developed by the Louisiana Department of Education to address each area of identified non-compliance listed on this report and the results summary. The plan addresses the activities the LEA should implement to correct all findings, as rapidly as possible, and in no case longer than one year from the date of this letter.   The CAP will be emailed to your special education contact person within twenty (20) days of receiving this report.   If you have   any   questions   or   concerns,   please   contact   Dr. ███████   via   email   at ████████████ ████████@la.gov or (225)342-6276.


Attachments


**Note: The Student-Specific Findings of Non-Compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.**

# Louisiana Believes



# 2016-2017 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION: | Joseph S. Clark High School |
| --- | --- |
| **DATE(S) OF COMPLIANCE REVIEW:** | **November 14, 2016** |
| **SERVICES MONITORED:** | **Related Services** |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
| --- | --- | --- | --- |
| 2016-2017 SPLC MONITORING | | | A review of ten student records with supporting documentation and a staff interview was conducted for Joseph S. Clark High School. There were ten of ten records (100% of the total sample) reviewed that contained issues of noncompliance regarding IDEA requirements for related service provisions.<br><br>IDEA violations and student-specific areas of noncompliance are addressed below. |



| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.17(a.-d.) -Free Appropriate Public Education (FAPE) | Free appropriate public education or FAPE means special education and related services that-- <br><br>(a) Are provided at public expense, under public supervision and direction, and without charge; <br>(b) Meet the standards of the SEA, including the requirements of this part; <br>(c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and <br>(d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. §300.320 through §300.324. | Ten of ten student files reviewed (100% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.17(a.-d.) -Free Appropriate Public Education (FAPE). |
| | §300.320(a)(2)(i)(A-B)- Definition of Individualized Education Program | A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability | Eight of ten student files reviewed (80% of the sample receiving related services) were judged to reflect noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(a)(2)(i)(A-B) - Definition of Individualized Education Program. |



| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.320(a)(3)(i-ii) - Definition of an Individualized Education Program | IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided. | Eight of ten student files reviewed (80% of the sample receiving related services) were judged to reflect noncompliance for this IDEA requirement. This reflects no systemic noncompliance for IDEA **§300.320(a)(3)(i-ii) - Definition of an Individualized Education Program.** |
| | §300.321(a)(2)(3) – IEP Team | IEP team must include not less than one special education teacher or special education provider of the child and not less than one regular education teacher of the child. | Eight of ten student files reviewed (80% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA **§300.321(a)(2)(3) – IEP Team.** |
| | §300.320(a)(1)(i)- Definition of Individualized Education Program | IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum. | Nine of ten student files reviewed (90% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA **§300.320(a)(1)(i)- Definition of Individualized Education Program** |



| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2016-2017 SPLC Monitoring | §300.320(7)-Definition of an Individualized Education Program | IEP must include projected date for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications. | Nine of ten applicable student files reviewed (90% of the sample receiving related services) were judged to reflect some measure of noncompliance for this IDEA requirement. This reflects systemic noncompliance for IDEA §300.320(7)-Definition of an Individualized Education Program |



| Student-Specific Findings of Non-Compliance |
|---|
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| | No regular education teacher listed as a participant on IEP;<br><br>Adapted Physical Education (APE) logs were not noted in IEP folder from September 2015 - December 2015;<br><br>There was no documentation of logs for Occupational Therapy (OT) and Physical Therapy (PT) from 2015 - 2016 SY; parental concerns were not included on IEP; motor skills goal were not measurable; there were no dates and progress documented on progress reports for motor skills;<br><br>Evidence of only one (1) progress report (dated May 25, 2016) for social goal and only two (2) progress reports (dated Ocotber15, 2015 and May 25, 2016) for writing goals;<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| | APE teacher, OT, and PT are not listed as participants on IEP and there was no evidence of excusal letter from participating in the meeting; evaluation listed OT and PT as related services, however, no evidence was available that these services were provided to student;<br><br>Motor skills goal was not included on the students IEP, however student has APE minutes listed on IEP; PT and OT minutes were not included on IEP; there was no evidence of services provided to student for OT and PT; APE service logs did not begin until 3/28/16; |



| Student-Specific Findings of Non-Compliance |
|---|
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ▆▆▆▆▆ | There were missing progress reports for several grading periods for reading, math, and self-help goals (only have evidence of progress reports for May 25, 2016).<br><br>No evidence of progress reports for motor skills goal for 2015-2016 SY in IEP folder.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1. provide a measurable baseline that links the present level and IEP goal(s);<br>  2. include the skills a student can accomplish and skills students have difficulty with; and<br>  3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▆▆▆▆▆ | Communication goal does not include a timeframe; student receives counseling and has behavior concerns but no behavior or social goals included on IEP.<br><br>No evidence of counseling logs for 2015 - 2016 SY in IEP folder.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>  1. provide a measurable baseline that links the present level and IEP goal(s);<br>  2. include the skills a student can accomplish and skills students have difficulty with; and<br>  3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |



| Student-Specific Findings of Non-Compliance |
|---|
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ■■■■■■ | APE teacher not listed as a participant on IEP and there was no evidence of excusal letter from participating in the meeting.<br><br>English Language Arts (ELA) goal was not measurable and Objective 1 was not measurable.<br><br>Motor skills and self-help goals did not include timeframes.<br>No evidence of APE service logs from September 2015 - December 2015;<br><br>Progress reports for several grading periods were not available in IEP folder for ELA, motor skills, and self-help goals (only have evidence of progress reports for May 25, 2016).<br><br>September 10, 2013, evaluation conducted by RSD documented student was eligible to receive OT and PT, however, no documentation for these services were offered. There was no statement on current IEP or a rationale given for why they have not been offered.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ■■■■■ | There was no evidence of participation on the IEP from the following: regular education teacher, APE teacher and speech language therapist nor was an excusal letter from participating in the meeting.<br>No documentation of APE service logs from September 2015 - December 2015. |



| Student-Specific Findings of Non-Compliance |
|---|
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
|  | Motor skills were not measureable, communication (language), ELA, math and self-help goal and objectives, were not measurable and did not include a timeframe.  There was no documentation of student progress for ELA, self-help, motor skills and math goals on progress reports for 2015-2016 SY.<br><br>Only one (1) communication goal progress report was available (dated January 16, 2016) in IEP folder.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
|  | APE teacher not listed as a participant on IEP and there was no evidence of excusal letter from participating in the IEP. APE minutes was not documented on IEP, according to recent evaluation, it indicates student qualifies for APE services and student has motor skills goal. There was no evidence of APE service logs from September 2015-December 2015.<br><br>Math goal is not measurable and motor skills goal is not measurable and objectives 2-3 are not measurable and does not include a timeframe.<br><br>There was no evidence of progress reports for motor skills goal. There was only one (1) progress report for math goal (dated May 26, 2015) in folder. ELA goal had evidence of two (2) progress reports (dated January 16, 2016 and May 25, 2016) in folder. |



| Student-Specific Findings of Non-Compliance |
|---|
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ▆▆▆▆ | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▆▆▆▆ | No regular education teacher listed as a participant on IEP.<br><br>Statewide assessment results was not included on IEP.<br><br>ELA objective, Motor skills and self-help goals were not measurable.<br><br>There was no documentation of APE service logs from September 2015 - December 2015.<br><br>There was no evidence of progress reports for motor skills goal. Only one (1) progress report was available for ELA, self-help, and math goals dated May 26, 2016.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |



| Student-Specific Findings of Non-Compliance |
|---|
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ▬▬▬▬▬ | Art goal did not identify a timeframe in which the goal will be met.<br><br>On October 7, 2015, the IEP did not include agency linkage on the transition page.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |
| ▬▬▬▬▬ | There was no evidence of participation on the IEP from the following: regular education teacher and APE teacher nor was an excusal letter from participating in the meeting present in the IEP folder.<br><br>Transition goals were not targeted on IEP, however, student is transition age; there was no documentation of APE service logs from September 2015 - December 2015.<br><br>There was only one (1) progress report for motor skills goal was available dated November 20, 2015. Only two (2) goals were available in IEP folder for ELA and math goals dated November 20, 2015 and May 25, 2016.<br><br>Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not:<br>1. provide a measurable baseline that links the present level and IEP goal(s);<br>2. include the skills a student can accomplish and skills students have difficulty with; and<br>3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum.<br>4. |



| Student-Specific Findings of Non-Compliance |
| :---: |
| **Joseph S. Clark High School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
| :---: | :--- |
| ███████ | There was no evidence of IEP signature pages (first and last page of IEP) in folder. |
| | Behavior goal was not measurable and did not include a timeframe. Self-help goal not measurable and objectives 1 and 2 were not measurable. |
| | No statement on IEP explained the extent to why the student will not participate with nondisabled students in the general education class. |
| | The Functional Behavior Assessment (FBA) and Behavior Intervention Plan (BIP) was not available in IEP folder.  The student has behavior concerns documented on IEP and receives counseling. Counseling logs from August 2015 - November 2015 were not present in IEP folder. |
| | Progress reports for 2015-2016 SY for ELA, self-help, biology I, algebra I and behavior goals were not present in IEP folder. |
| | Transition goals were not targeted on IEP, however, student is transition age. |
| | Present Level of Academic Achievement and Functional Performance (PLAFF) statement does not: 1. provide a measurable baseline that links the present level and IEP goal(s); 2. include the skills a student can accomplish and skills students have difficulty with; and 3. contain a description of the impact a child's disability have on involvement and progress in the general curriculum. |



**IDEA PART B CORRECTIVE ACTION PLAN**

**SPLC 2016-2017**

**LEA:** Joseph S. Clark Prep High School          **DATE OF MONITORING:** 11-14-2016

**Authorized Representative:** _____          **Title:** _____          **Date:** _____
(Signature)

**AREA OF FINDING: Related Services**

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENT STATUS |
|---|---|---|---|---|---|
| 1.1. Correct all student specific citations identified in the Results Summary report. NOTE: This activity represents an individual correct action plan for providing remedies for all student specific IDEA citations. | March 2017 | Director of Student Support Services<br><br>Special Education Staff<br><br>School Principal or Designee | Email notifying LDOE the IEP instructional plans for those students have been amended in SER. LDOE will check those IEPs in SER to ensure they are compliant. | April 28, 2017 | |
| 1.2. Provide training to special education staff (sped teachers and related service providers) on writing compliant IEPs to include the following topics:<br>• Writing measurable goals<br>• Data Driven Present Level of Functional Performance Statements<br>• Writing objectives linked to the goal that are measurable<br>• Documenting student progress using progress reports | April 2017 | Director of Student Support Services | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | September 1, 2017 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| • Ensuring required participants of IEP team are invited to IEP meeting, included as IEP participant on IEP, and sign IEP<br>• Writing transition goals and marking goals targeted for transition<br>• How and when to document waiver of attendance of a participant for an IEP meeting using a participant excusal form<br>Train staff on forms created by LDOE. Included in this training will be how to correctly use the: IEP evaluation rubric, IEP goal and PLAFF templates, and IEP Checklist. SPED staff will be required to use the rubric and IEP checklist when reviewing and writing IEPs. |  |  |  |  |  |
| 1.3. Provide training to related service providers on how to properly document provision of services to students. The training will include: filling out services log, documenting student progress on logs and documenting delivery of services. The school will use the components of a service log provided by LDOE to document provision of related services and the services log checklist provided by LDOE to document log reviews. | April 2017 | Director of Student Support Services | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | September 1, 2017 |  |
| 1.4. LEA will provide ongoing training in the following areas: IEP writing, provision and documentation of accommodations, documenting special education services, progress monitoring of student data | April 2017 | Director of Student Support Services | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | 2017-2018 School Year |  |

| | | | | |
|---|---|---|---|---|
| 1.5. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring all IEPs before the IEP is submitted to SER to make it official with a focus on:<br>• Goals/objectives and PLAFF using the IEP Evaluation rubric; **AND**<br>• IEP components (GSI, Accommodations, Program Services, Services/Placement) using IEP checklist | April 2017 | Director of Student Support Services<br><br>School Principal or Designee | Summary of monthly reviews **MUST** include:<br>• # of IEPs reviewed<br>• # of IEPs with goal(s) issues<br>• # of IEPs with objectives issues<br>• # of IEPs with PLAFF issues<br>• # of IEPs with IEP component issue (specify the component area and issue)<br>• Actions taken to ensure staff make corrections<br>• Results of those actions | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30<br>April 30<br>May 31 | |
| 1.6. The SPED Coordinator or Lead Teacher will perform monthly consistency checks to ensure related service provider logs are completed with fidelity. Related service provider logs will be internally monitored for provision of services per the time/frequency specified on the students IEP. School will use checklist provided by LDOE to document reviews. | April 2017 | Director of Student Support Services<br><br>School Principal or Designee | Monthly submission of the checklist used for each related services provider reviewed | September 29<br>October 31<br>November 30<br>December 20<br>January 31<br>February 28<br>March 30<br>April 30<br>May 31 | |

| | | | | | |
|---|---|---|---|---|---|
| 1.7. Staff will view the IEP Training Modules on the LDOE website provided by the Human Development Center – LSUHSC group with a particular focus on Module 2 (Data Driven Present Levels of Performance) and Module 3 (Measurable Goals). Staff will sign a form verifying they have viewed the training. http://www.louisianabelieves.com/resources/library/academics | April 2017 | Director of Student Support Services School Principal or Designee | Signed copy of form from each SPED staff member verifying they have viewed the IEP training on the LDOE website | September 1, 2017 | |
| 1.8. The SPED Coordinator or Lead Teacher will review a 10% sample of progress reports for SPED students enrolled at the school every progress report (PR) grading period to ensure special education teachers and related service providers are filling out progress reports completely for students they service every grading period (6wks/9wks). | April 2017 | Director of Student Support Services | Summary of progress report reviews to include:<br>• # of PR reviewed<br>• # of staff with missing PR (no PR for their content area)<br>• # of staff with incomplete PR (does not have student progress marked for the grading period for each goal/obj.)<br>• Actions taken to address issues<br>• Results of action taken | September 29 October 31 November 30 December 20 January 31 February 28 March 30 April 30 May 31 | |
| 1.9. Provide compensatory education to students whose files did not include documentation verifying they received related services. These students did not have evidence of service | April 2017 | Director of Student Support Services | Copy of compensatory letter signed by parent | June 30, 2017 | |

| provider logs and/or had incomplete service provider logs in their files. | | School Principal or Designee | documenting notification of services and whether or not the parent accepts or refuses the service<br><br>Copy of amended IEP documenting compensatory services are being offered with time/frequency of services<br><br>Copies of student attendance<br><br>Copies of service provider logs indicating the service provided, date, time, and number of minutes student provided compensatory education during the session | | |

**From:** █████████████████
**Sent:** Thursday, March 09, 2017 11:00 AM
**To:** ██████████ ' ████████ @firstlineschools.org>
**Cc:** ████████ < █████████ @LA.GOV>; ███████████ < ████████████ @la.gov>;
Iris Jones ████████ @LA.GOV>
**Subject:** SPLC Technical Assistance Meeting - Joseph S. Clark High School

Dear Ms. ████████,

 A technical assistance meeting has been scheduled for Wednesday, March 22, 2017 in the area of Related Services. The meeting will be held at the Louisiana Department of Education at 9:00 am in room 1-153 (Iowa Room). The meeting will focus on a review of your monitoring report, results summary and Corrective Action Plan. At the meeting, you will receive a copy of the Corrective Action Plan (CAP) you must implement to address the findings listed on your monitoring report. There will also be an in depth discussion of the CAP activities, deliverables and timelines. Additionally, resources will be provided to assist you with implementation of CAP activities. You may bring one additional person with you to the meeting that provides assistance with the coordination of SPLC monitoring.

 The Department looks forward to supporting you and your staff during this process. If you have questions, please feel free to contact me at ██████████████████ @la.gov.