UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.

CIVIL ACTION

VERSUS                                                                    NO. 10-4049

JOHN WHITE, ET AL.                                            SECTION "A"(4)


## ORDER

**IT IS ORDERED** that the parties shall submit final responses to the Independent

Monitor's recommendations by **Monday, February 5, 2018**, so that the Monitor may

review the responses and finalize the status report to the Court. The final responses

shall be submitted directly to the Independent Monitor with a copy to the Court.

January 29, 2018

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE