**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(A) CHILD FIND**
**Pages 6-8 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV (A)(1)(a)-Development of Child Find Schedule; Child Find Written Guidance Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(A)(1)(b)-Timely Completion of Evaluations; Dissemination of Child Find Written Guidance Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(A)(1)(c)-IM review of Child Find Written Guidance Schedule; Child Find Written Guidance Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(A)(2)-Charter renewal and Application Process, Pupil Appraisal Services; Special Education Program Description Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(A) CHILD FIND – Continued**
**Pages 6-8 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(A)(3)(a)-Targeted Monitoring: Rate Calculation & LEA Selection; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester ) | | |
| IV(A)(3)(b)-Targeted Monitoring: Student Sample Selection, LEA Staff Interviews, Student File Reviews; Addendum A | Noncompliant | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV (A)(3)(b)-Targeted Monitoring: LEA Noncompliance Determinations, LEA Corrective Actions; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(A)(4)(a-e)- Child Find Responsibilities; Child Find Written Guidance Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(B) RELATED SERVICES**
**Pages 8-9 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(B)(1)(a-b)-Full Array of Related Services & Personnel Providing Services; Special Education Program Description Template | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(B)(2)(a)-Targeted Monitoring: Rate Calculation & LEA Selection; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(B)(2)(b)-Targeted Monitoring: Student Sample Selection, LEA Staff Interviews, Student File Reviews; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(B)(2)(b)-Targeted Monitoring: LEA Noncompliance Determinations, LEA Corrective Actions; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(C) DISCIPLINE**
**Pages 9-11 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(C)(1)(a)(i-ii)-Review of Code of Conduct & Disciplinary Policies; Review of Plan for Supporting Positive Behavior (LA Stat 17:251-252) | Noncompliant | Substantial Compliance | Substantial Compliance | |
| IV(C)(3)(a-b)-Technical Assistance; Parent FAQ: Special Education in Charter Schools; Undocumented Suspension Guidance Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(C)(3)(a-b)-Professional Development | Noncompliant | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(C) DISCIPLINE-Continued**
**Pages 9-11 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(C)(5)(a)-Targeted Monitoring: Rate Calculation & LEA Selection; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(C)(5)(b)-Targeted Monitoring: Student Sample Selection, LEA Staff Interviews, Student File Reviews; Addendum A | Noncompliant | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(C)(5)(b)-Targeted Monitoring: LEA Noncompliance Determinations, LEA Corrective Actions; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(D) ENROLLMENT**
**Pages 11-15 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(D)(1)(a-b)-Legal Requirements to Serve Students with Disabilities; Enrollment Discrimination Policy Guidance Document | Noncompliant | Substantial Compliance | Substantial Compliance | |
| IV(D)(3)-Written Description of Special Education Program; Adoption of Special Education Program Template | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| (IV)(D)(3)-Dissemination of Special Education Program; Placement of Special Education Program Template at each school site and on required websites | Noncompliant | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(D) ENROLLMENT-Continued**
**Pages 11-15 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(D)(5)(a-b)-Written Complaint Investigation Protocol; Adoption of LEA Disability Discrimination Complaint Procedures | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(D)(5)(a-b)-Dissemination of Written Complaint Investigation Protocol; Dissemination of the LEA Disability Discrimination Complaint Procedures to Parents of Students with Disabilities | Substantial Compliance | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Louisiana Department of Education (LDOE)**
**SECTION IV(D) ENROLLMENT-Continued**
**Pages 11-15 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(D)(7)(a-b)-Targeted Monitoring: Rate Calculation & LEA Selection; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(D)(7)(a-b)-Targeted Monitoring: Student Sample Selection, LEA Staff Interviews, Student File Reviews; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |
| IV(D)(7)(a-b)-Targeted Monitoring: LEA Noncompliance Determinations, LEA Corrective Actions; Addendum A | Substantial Compliance | Substantial Compliance (fall 2016 semester & spring 2017 semester) | | |

**Appendix A**
**Summary of Compliance Status**
**Orleans Parish School Board (OPSB)**
**SECTION IV(A) CHILD FIND**
**Pages 6-8 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV (A)(1)(a)-Development of Child Find Schedule; Child Find Written Guidance Document | Not adopted until 16-17 school year | Substantial Compliance | Substantial Compliance | |
| IV(A)(1)(b)-Timely Completion of Evaluations; Dissemination of Child Find Written Guidance Document | Not adopted until 16-17 school year | Substantial Compliance | Substantial Compliance | |
| IV(A)(1)(c)-IM review of Child Find Written Guidance Schedule; Child Find Written Guidance Document | Not adopted until 16-17 school year | Substantial Compliance | Substantial Compliance | |
| IV(A)(2)-Charter renewal and Application Process, Pupil Appraisal Services; Special Education Program Description Document | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(A)(4)(a-e)-Child Find Responsibilities; Child Find Written Guidance Document | Not adopted until 16-17 school year | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Orleans Parish School Board (OPSB)**
**SECTION IV(B) RELATED SERVICES**
**Pages 8-9 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(B)(1)(a-b)-Full Array of Related Services & Personnel Providing Services; Special Education Program Description Template | Substantial Compliance | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Orleans Parish School Board (OPSB)**
**SECTION IV(C) DISCIPLINE**
**Pages 9-11 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(C)(2)(a)(i-ii)- Review of Code of Conduct & Disciplinary Policies; Review of Plan for Supporting Positive Behavior (LA Stat 17:251-252) | Noncompliant | Substantial Compliance | Substantial Compliance | |
| IV(C)(4)(a-b)- Technical Assistance; Parent FAQ: Special Education in Charter Schools; Undocumented Suspension Guidance Document | Noncompliant | Substantial Compliance | Substantial Compliance | |
| IV(C)(4)(a-b)-Professional Development | Substantial Compliance | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Orleans Parish School Board (OPSB)**
**SECTION IV(D) ENROLLMENT**
**Pages 11-15 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(D)(2)(a-b)-Legal Requirements to Serve Students with Disabilities; Enrollment Discrimination Policy Guidance Document | Noncompliant | Substantial Compliance | Substantial Compliance | |
| IV(D)(4)- Written Description of Special Education Program; Adoption of Special Education Program Template | Substantial Compliance | Substantial Compliance | Substantial Compliance | |
| IV(D)(4)- Dissemination of Special Education Program; Placement of Special Education Program Template at each school site and on required websites | Noncompliant | Substantial Compliance | Substantial Compliance | |

**Appendix A**
**Summary of Compliance Status**
**Orleans Parish School Board (OPSB)**
**SECTION IV(D) ENROLLMENT-Continued**
**Pages 11-15 of the Consent Judgment**

| PB V White Agreement Provision; Model Documents | Status of Compliance 2015-2016 | Status of Compliance 2016-2017 Initial Year of Full Compliance | Status of Compliance 2017-2018 1st Year of Consecutive Maintenance | Status of Compliance 2018-2019 2nd Year of Consecutive Maintenance |
|---|---|---|---|---|
| IV(D)(6)-Written Complaint Investigation Protocol; Adoption of LEA Disability Discrimination Complaint Procedures | Noncompliant | Substantial Compliance | Substantial Compliance | |
| IV(D)(6)- Dissemination of Written Complaint Investigation Protocol; Dissemination of the LEA Disability Discrimination Complaint Procedures to Parents of Students with Disabilities | Noncompliant | Substantial Compliance | Substantial Compliance | |