Appendix A
Links to LDOE and EnrollNOLA
Special Education Program Descriptions
2017-2018 School Year

| Name | Web Address |
|---|---|
| **LDOE Website Link** | http://www.louisianabelieves.com/resources/library/special-education-program-descriptions---orleans-type-2-or-type-5 |
| **EnrollNOLA Link** | https://enrollnola.org/resources/faqs/ <br> Program descriptions are linked in the response to the question: My child has special needs. How do I know if a school can accommodate him or her? |

Recovery School District Charter Schools
Links to Special Education Program Descriptions
2017-2018 School Year

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Board of Elementary and Secondary Education (BESE)** | |
| International School of LA (K-8) | http://isl-edu.org/academics/education-services |
| International High School of LA (9-12) | http://www.ihsnola.org/wp-content/uploads/Special-Education-Program-Description-IHSNO.pdf |
| Lycee' Francais (PK-5) | http://www.lfno.org/handbook-forms/ <br> Under "Academic Resources" |
| Milestone Academy (K-8) | Closed for the 2017-2018 SY |
| NO Military & Maritime HS (9-12) | http://nomma.net/parents.html <br> Under "Resources" |
| | |
| **Algiers Charter School Association** | |
| Martin Behrman (PK-8) | http://algierscharterschools.org/exceptional-student-services-program/ |
| Eisenhower (PK-8) | http://algierscharterschools.org/exceptional-student-services-program/ |
| Fischer Accelerated (PK-8) | http://algierscharterschools.org/exceptional-student-services-program/ |
| McDonogh 32 (PK-8) | http://algierscharterschools.org/exceptional-student-services-program/ |
| Algiers Technology Academy (9-12) | Closed for the 2017-2018 SY |
| Landry-Walker (9-12) | http://algierscharterschools.org/exceptional-student-services-program/ |
| | |
| **ARISE Schools** | |
| ARISE Academy (K-8) | http://www.ariseschools.org/special-education/ |
| Mildred Osborne (K-8) | http://www.ariseschools.org/special-education/ |
| | |
| **Choice Foundation** | |
| Esperanza (PK-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| Lafayette Academy (PK-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| McDonogh 42 (PK-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Colligate Academies** | |
| GW Carver Collegiate (9-12) | http://collegiateacademies.org/page/79/diverse-learners |
| Livingston Collegiate Academy* | http://collegiateacademies.org/page/79/diverse-learners |
| Sci-Academy (9-12) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| *New Charter School for 16-17 SY | |
| **Crescent City Schools** | |
| Akili Academy (K-8) | http://akiliacademy.org/academics/our-approach/ |
| Paul Habans (PK-8) | http://www.habanscharterschool.org/academics/our-approach/ |
| Harriet Tubman (K-8) | http://tubmancharterschool.org/special-education/ |
| | |
| **FirstLine** | |
| Arthur Ashe (K-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| Phillis Wheatley (PK-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| Samuel J. Green (K-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| Langston Hughes (PK-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| J.S. Clark Prep (9-12) | |
| | |
| **Friends of King** | |
| Joseph A Craig (PK-8) | http://www.friendsofking.com/critical-documents/ |
| | |
| **KIPP: New Orleans** | |
| KIPP Belive Primary (K-4) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP Believe Academy (5-8) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP Central City Primary (K-4) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP Central City Academy (5-8) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP East Community Primary (K-1) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP McDonogh 15 Primary (Morial) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP McDonogh 15 Middle (Morial) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP NO Leadership Primary (K-4) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP NO Leadership Academy (5-8) | https://kippneworleans.org/content/special-education-program-descriptions |
| KIPP Renaissance Early College Academy | Transitioned to OPSB on 7/1/16 |
| KIPP Booker T. Washington High School* | https://kippneworleans.org/content/special-education-program-descriptions |
| *New Charter School for the 2016-2017 SY; formerly named KIPP Woodson | |

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **New Beginnings** | |
| Pierre A Capdau | Transitioned to OPSB on 7/1/16 |
| Gentilly Terrace (PK-8) | Closed for the 2017-2018 SY |
| Medard H Nelson (PK-8) | http://www.nbsfnola.com/schools/medard-nelson<br>Button on the right links to the program description |
| Lake Area New Tech | Transitioned to OPSB on 7/1/16 |
| | |
| **New Orleans College Prep** | |
| Lawerence D Crocker (PK-7) | https://nolacollegeprep.org/academics<br>Under "Student Support Services" tab |
| Sylvanie Williams (PK-5) | https://nolacollegeprep.org/academics<br>Under "Student Support Services" tab |
| Cohen College Prep (8-12) | https://nolacollegeprep.org/academics<br>Under "Student Support Services" tab |
| | |
| **ReNew Schools** | |
| Cultural Arts Academy (PK-8) | https://renewschools.org/renew-cultural-arts-academy/ |
| Dolores T Aaron (PK-8) | https://renewschools.org/renew-dolores-t-aaron-academy/ |
| McDonogh City Park (PK-8) | https://renewschools.org/mcpa/ |
| Schaumburg (PK-8) | https://renewschools.org/renew-schaumburg-elementary/ |
| SciTech (PK-8) | https://renewschools.org/sta/ |
| Accelerated (9-12) | https://renewschools.org/renew-accelerated-high-school/ |
| | |
| **Non-Network Charters/Elementary** | |
| Mary D. Coghill Accelerated (K-8) | Transitioned to OPSB on 7/1/16 |
| Edgar P Harney (K-8) | Transitioned to OPSB as a Type 3b Charter School for the 2017-2018 SY |
| Morris Jeff Community School (PK-7) | http://www.morrisjeffschool.org/campus/board-of-directors/compliance/ |
| James M Singleton (PK-8) | http://www.dryadesymca.org/singleton-charter-school-1.html |
| Success Prep (K-8) | http://successpreparatory.org/pdf/success-prep-updated-program-description-may-2017.pdf |
| Fannie C Williams Charter School (PK-8) | http://fcwcs.org/sped-program-fcwcs-17/ |
| | |
| **Non-Network Charters/Secondary** | |
| Crescent Leadership (7-12) | http://crescentleadershipacademy.com |
| Sophie B Wright (7-12) | http://www.sophiebwrightschool.com/apps/links/index.jsp<br>Options tab |
| The NET Charter High School : Central City | http://www.thenetnola.org/apps/pages/index.jsp?uREC_ID=594231&type=d&pREC_ID=1150034 |
| The NET Charter High School: Gentilly** | http://www.thenetnola.org/apps/pages/index.jsp?uREC_ID=594231&type=d&pREC_ID=1150034 |
| **New Charter School for 2017-2018 SY | |

Orleans Parish School District Network and Charter Schools
Links to Special Education Program Descriptions
2017-2018 School Year

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Orleans Parish School Board** | http://opsb.us/departments/exceptional-childrens-services/ <br> http://opsb.us/wp-content/uploads/2017/08/ECS-Program-Description.pdf |

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Network Schools** | |
| Ben Franklin Elementary (PK-8) | http://opsb.us/wp-content/uploads/2012/10/OPSB_ECS_Program-Description_FINAL4_8-18-2016.pdf |
| Mary Bethune Elementary (PK-6) | http://www.marymcleodbethuneelementary.com/pages/Mary_Bethune_Accelerated_Schoo/BETHUNE_EAGLES_ALWAYS_S_O_A_R_/OPSB_Special_Education_Departm <br> Exceptional Children Services Tab |
| Mahalia Jackson Elementary (PK-5) | http://www.mje-opsb.us/?PageName=%27ServicePage%27&ServiceID=%277845%27 <br> Exceptional Children Services Tab |
| McDonogh 35 High School | http://mcdonogh.la.opc.schoolinsites.com/ <br> Special Education Program Description Tab |
| | |

Orleans Parish School District Network and Charter Schools
Links to Special Education Program Descriptions
2017-2018 School Year

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Charter Schools** | |
| **Inspire NOLA** | |
| Alice-Harte (PK-8) | http://www.alicemhartecharter.org/ <br> click on Academics tab then click on Exceptional Student Services tab |
| Andrew H. Wilson (PK-8) | http://www.wilsoncharterschool.net/ <br> click on Academics tab then click on Exceptional Student Services tab |
| Edna Karr (9-12) | http://www.ednakarr.org/ <br> click on Academics tab then click on Exceptional Student Services tab |
| Eleanor McMain Secondary (7-12) (transferred to this charter for the 17-18 SY) | http://www.eleanormcmain.org/ <br> click on Academics tab then click on Exceptional Student Services tab |
| McDonogh 42 (transferred to this charter for the 17-18 SY) | http://mcdonogh42-no.org/ <br> click on Academics tab then click on Exceptional Student Services tab |
| **Einstein Charter Schools** | |
| Einstein Charter Middle School at Sarah Towles Road | http://www.einsteincharter.org/academics/curriculum/ |
| Einstein Charter High School at Sarah Towles Road | http://www.einsteincharter.org/academics/curriculum/ |
| Einstein Charter School at Sherwood Forest | http://www.einsteincharter.org/academics/curriculum/ |
| Einstein Charter School at Village D'lest | http://www.einsteincharter.org/academics/curriculum/ |
| **Friends of King** | |
| Dr. Martin Luther King (PK-12) | http://www.friendsofking.com/critical-documents/ |

Orleans Parish School District Direct Run and Charter Schools
Links to Special Education Program Descriptions
2017-2018 School Year

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Non-Network Charters** | |
| Audubon (PK3-8) | http://www.auduboncharter.org/SpecialEducation.aspx click on ECS Program description tab |
| Bricolage (K-2) | http://bricolagenola.org/student-life/important-annual-documents/ click on Special Education Program Description |
| Cypress Academy (K1) | http://www.cypressacademy.org/public-notices.html Exceptional Children's Services Program Description Tab |
| Elan Academy** | https://www.elanacademy.org/policy click on Exceptional Children Services Program Description under Documents and Forms |
| ENCORE Academy (PK-8) | http://www.encorelearning.org/ourpages/auto/2016/8/30/41245750/ENCORE%20Academy%20Program%20Description.pdf |
| Edward Hynes (PK-8) | http://www.hynesschool.com/families/ click on ECS Program Description Tab |
| Foundation Preparatory Charter School (K-1) | http://foundationpreparatory.org/about-us/our-program/ click on ECS Program Description Tab |
| Lake Forest (PK-8) | http://www.lakeforestcharter.org/ click on Resources tab then click on OPSB Special Education Program Description Tab |
| Ben Franklin High School (9-12) | https://www.bfhsla.org/support-services click on Exceptional Children's Service Program Description Tab under Support System |
| Lusher Middle School | http://www.lusherschool.org/parents/special-education/ click on Special Education Program Description |
| Lusher High School | http://www.lusherschool.org/parents/special-education/ click on Special Education Program Description |
| Robert Russa Moton (PK-7) | http://opsb.us/wp-content/uploads/2017/08/Moton-Program-Description-1.pdf |
| Homer A. Plessey (PK-4) | http://www.plessyschool.org/ Click on For Families Tab, then Exceptional Child Services Tab |
| New Orleans Charter School Math & Science | http://www.noscihigh.org/ Click on Academics tab then on Special Education Services at Sci High; Click on Sci High Special Education Program Description |
| Rooted Charter School** | https://www.rootedschool.org/board/splc/?rq=splc%20 |
| Warren Easton High (9-12) | http://warreneastoncharterhigh.org/index.jsp Home Tab, then Quick Links, then Exceptional Children's Services Tab |
| **New on OPSB Website for the 17-18 SY | |

Orleans Parish School District Direct Run and Charter Schools
Links to Special Education Program Descriptions
2017-2018 School Year

| Charter School Association/ LEA Name | Web Address |
|---|---|
| **Transferred from RSD to OPSB for 16-17 SY** | |
| **KIPP** | |
| KIPP Renaissance (9-12) | http://opsb.us/wp-content/uploads/2017/08/KIPP-Renaissance-Program-Description.pdf |
| **New Beginnings** | |
| Pierre A Capdau (K-8) | http://opsb.us/wp-content/uploads/2017/08/Capdau-Program-Description-2.pdf |
| Lake Area New Tech (9-12) | http://opsb.us/wp-content/uploads/2017/08/Lake-Area-Program-Description-3.pdf |
| **Non-Network Charter School** | |
| Mary D Coghill Accelerated (K-8) | http://opsb.us/wp-content/uploads/2017/08/Coghill-Program-Description.pdf |

Orleans Parish School District Direct Run and Charter Schools
Links to Special Education Program Descriptions
2017-2018 School Year

| Charter School Association/<br>LEA Name | Web<br>Address |
|---|---|
| **Transferred from RSD to OPSB for 17-18 SY** | |
| **Choice Foundation Schools** | |
| Esperanza (K-8) | http://opsb.us/wp-content/uploads/2017/08/Esperanza-Program-Description.pdf |
| Lafayette Academy (PK-8) | http://opsb.us/wp-content/uploads/2017/08/Lafayette-Program-Description.pdf |
| **Collegiate Academy** | |
| Sci-Academy (9-12) | http://opsb.us/wp-content/uploads/2017/08/Sci-Academy-Program-Description.pdf |
| **FirstLine Schools** | |
| Arthur Ashe (K-8) | http://firstlineschools.org/special-education/<br>Click on Arthur Ashe Charter Program Description |
| Phillis Wheatley (PK-8) | http://firstlineschools.org/special-education/<br>Click on Phillis Wheatley Community School Program Description |
| Samuel J. Green (K-8) | http://firstlineschools.org/special-education/<br>Click on Samuel J. Green Charter Program Description |
| Langston Hughes (PK-8) | http://firstlineschools.org/special-education/<br>Click on LHA Program Description |
| **Inspire NOLA** | |
| McDonogh 42<br>(transferred to this charter for the 17-18 SY) | http://mcdonogh42-no.org/<br>click on Academics tab then click on Exceptional Student Services tab |
| **Non-Network Charter School** | |
| Edgar P. Harney (K-8) | http://opsb.us/wp-content/uploads/2017/08/Harney-Program-Description-2.pdf |