UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA BERRY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-4049 |
| JOHN WHITE, ET AL. | SECTION "A"(4) |

### MINUTE ENTRY (JS-10: 45)

On June 14, 2018, the Court convened a telephone conference call with the Independent Monitor team to discuss issues pertaining to the Consent Judgment.

* * * * * *