# Louisiana Believes

## SPLC Monitoring Updates
## October 17, 2017



Department of Education

# Agenda

Objectives:

- Provide a general overview of the consent judgment monitoring requirements.

- Provide information about selection criteria, categories of monitoring, and random sampling.

- Provide information on monitoring timelines.

- Provide information on compliance and correction.



# Background

# Lawsuit Background

- Southern Poverty Law Center filed an action on behalf of New Orleans students with disabilities pursuant to IDEA, Section 504, and Title II of the ADA in October 2010.

- Lawsuit alleged that the LDOE failed to ensure that students with disabilities in New Orleans had equal access to educational services and were protected from discrimination.

- Consent Judgment has been approved and signed by SPLC, OPSB, and LDOE.

# IDEA Monitoring

| Substantive Provisions | Details |
|---|---|
| Child Find | IDEA requirement that children with disabilities, and who are in need of special education and related services, are identified, located, and evaluated |
| Related Services | Includes physical therapy, occupational therapy, counseling services, orientation and mobility services, speech-language pathology, audiology services, school health/nurse services, special transportation, and adaptive physical education |
| Discipline | IDEA requirements for disciplinary procedural protections and procedural protections for students with disabilities |
| Enrollment | Federal legal requirements to enroll and serve students with disabilities |

Louisiana Believes

5



# Monitoring Specifics

# Monitoring Selection

Criteria for identifying schools for monitoring was pre-determined in the consent judgement.

| Selection Criteria |
|---|
| **Child Find Monitoring** |
| - **Number of LEAs** : 3 LEAs in New Orleans with lowest identification rates
- **Grade Level**: 1 LEA serving grades K-5; 1 LEA serving grades 6-8; 1 LEA serving grades 9-12
- **Targeted population**: Section 504 students, engaged in Response to Intervention (RTI), failed 2 or more subjects, under consideration by SBLC and greater than 10 days of disciplinary removals
- **Number of files**: 20% or if less than 50 students identified will select 10 files |
| **Related Services Monitoring** |
| - **Number of LEAs**: 3 LEAs with lowest related service provision rates
- **Grade Level**: no grade level specified
- **Targeted population** : Deaf-Blindness, Deafness, Hearing Impairment, Intellectual Disability, Multiple Disabilities, Orthopedic Impairment, Traumatic Brain Injury, Autism Spectrum Disorders, Visual Impairment including Blindness
- **Number of files**: 20% or if less than 50 students identified will select 10 files |

*May substitute with non-low incidence disability files

7

# Monitoring Selection

Criteria for identifying schools for monitoring was pre-determined in the consent judgement.

| Selection Criteria |
| --- |
| **Discipline Monitoring** |
| - **Number of LEAs** : 3 LEAs in New Orleans with highest disciplinary removals<br>- **Grade Level**: No grade level specified<br>- **Targeted population**: Students with 6 or more office discipline referrals or 3 or more in-school or out-of-school suspensions in a school year<br>- **Number of files**: 20% or if less than 50 students identified will select 10 files |
| **Enrollment Monitoring** |
| - **Number of LEAs**: 3 LEAs with highest mobility rates (*students not re-enrolling*)<br>- **Grade Level**: No grade level specified<br>- **Targeted population** :  Students will be selected using the criteria for either Related Services Monitoring or Discipline Monitoring  based on targeted monitoring area LEA performs least favorably<br>- **Number of files**: 20% or if less than 50 students identified will select 10 files |

# School Staff Interviews

- For each charter school being monitored, the consent agreement requires staff interviews.

- The following school staff **<u>must</u>** participate in the interview process:
    - general education teacher
    - special education teacher
    - general education administrator
    - special education administrator

- Interviews will be conducted during the scheduled on-site visit.

# Onsite Visits – What to Expect

- Monitoring team will arrive at school between 8:00-8:30.
- Team will need room to review files and conduct interviews.
- Team will interview required school staff and any other pertinent staff the school would like to invite to participate in the interview.
- Interview should last approximately 1 hour.
- Team will review student files using file review protocol.
- End of day team will briefly meet with staff to thank you and close out for the day.
- Team will NOT discuss results of monitoring at this time. Results of monitoring will be included in the monitoring report you will receive within 60 days of the onsite visit.
- Onsite visit should last one day from approximately 8:00-4:30.

## Correction and Compliance

- Monitoring results will be disseminated within 60 days of the scheduled monitoring event.

- Identified non-compliance will require the following:
    - Development of a corrective action plan (CAP) – LDOE
    - Approval of CAP activities – LDOE
    - Implementation of improvement activities – charter school
    - Verification of documentation – LDOE
    - Ensure changes are made to policies, practices, and procedures to address findings noted in monitoring report – charter school
    - Follow-up or spot checks to ensure correction  - LDOE
    - Notice of Closure – LDOE



# Next Steps Summary

# LDOE and Charter School Next Steps

| Important Dates | Action Steps | Responsible Party |
|---|---|---|
| October 9, 2017 | Sent monitoring notifications | LDOE |
| October 17, 2017 | Conduct monitoring conference call to discuss monitoring with charter schools | LDOE |
| October 31, 2017 | Submit student list to LDOE for Child Find and Discipline | Charter School |
| November 13, 2017 | LDOE send schools final student selection list | LDOE |
| December 4-8 | Onsite monitoring visit | LDOE & Independent Monitors |
| January 2018 (Tentative) | Disseminate monitoring results | LDOE |

Louisiana Believes

# Corrective Action Plan Implementation

**Charter School Responsibilities:**

- Begin implementing activities immediately
- Submit documentation of CAP activities to LDOE according to timelines prescribed in the CAP
- Ensure school staff is trained on CAP activities

**LDOE Responsibilities**

- Identify whether non-compliance exists
- Send notification of next steps
- Develop CAP activities to address findings noted in monitoring report
- Collect evidence of implementation of CAP
- Conduct spot checks
- Render decision to close CAP or continue CAP activities

# Questions



# Contact for SPLC Monitoring

███████████████████████

IDEA Monitoring Supervisor

Email: ████████████████████████████

Phone: ██████████████

███████████████

Director, Division of Statewide Monitoring

Email: ████████████████████████

███████████████████████████

SPLC Support Manager

Email: ████████████████████████████

Phone: ██████████████