IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs; ) ) ) ) | |
| v. ) ) | Civil Case No. 2:10-cv-04049 Section A |
| JOHN WHITE, *et al.*, ) Defendants. ) ) | Judge Jay C. Zainey Magistrate Judge Karen Wells Roby |

## MOTION TO ENROLL COUNSEL OF RECORD

**COMES NOW** Victor M. Jones of the Southern Poverty Law Center, a non-profit organization, co-counsel for the Plaintiff Class and pursuant to Local Rule 83.2.12 moves to enroll Neil S. Ranu (La. Bar Roll No. 34873), as additional co-counsel of record for the Plaintiff Class. In support of this motion, Victor M. Jones represents that Mr. Ranu is a Senior Staff Attorney at the Southern Poverty Law Center, and as such, should be enrolled as co-counsel of record in this case. His contact information is as follows:

    Neil S. Ranu, La. Bar Roll No. 34873
    Southern Poverty Law Center
    201 St. Charles Avenue, Suite 2000
    New Orleans, LA  70170
    Telephone: (504) 486-8982
    Fax: (504) 486-8947
    Email:  neil.ranu@splcenter.org

**WHEREFORE**, the undersigned respectfully requests that Neil S. Ranu be enrolled as additional co-counsel of record for the Plaintiff Class in the above captioned matter.

    Dated:  May 24, 2019

Respectfully submitted,

/s/ Victor M. Jones
Victor M. Jones, LA Bar No. 34937
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Victor.jones@splcenter.org
504-486-8982 (phone)
504-486-8947 (fax)
Co-Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, a true and correct copy of the foregoing MOTION TO ENROLL CO-COUNSEL OF RECORD was filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: May 24, 2019

/s/ Victor M. Jones
Victor M. Jones, LA Bar No. 34937
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Victor.jones@splcenter.org
504-486-8982 (phone)
504-486-8947 (fax)
Co-Counsel for Plaintiffs