UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.

CIVIL ACTION

VERSUS

NO. 10-4049

JOHN WHITE, ET AL.

SECTION "A"(4)

ORDER SETTING TELEPHONE CONFERENCE

IT IS ORDERED that a status conference BY TELEPHONE with the Court is set for **Thursday, October 24, 2019, at 9:15 a.m.** The Court will contact counsel to provide call-in information.

October 3, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE