**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| _____ ) | |
| P.B., by and through his next friend, ) | |
| Cassandra Berry, *et al.*, Plaintiffs; ) | |
| ) | |
| v. ) | Civil Case No. 2:10-cv-04049 |
| ) | Section A |
| JOHN WHITE, *et al.*, ) | Judge Jay C. Zainey |
| Defendants. ) | Magistrate Judge Karen Wells Roby |
| _____ ) | |

## <u>MOTION TO ENROLL COUNSEL OF RECORD</u>

**COMES NOW** Victor M. Jones of the Southern Poverty Law Center, a non-profit

organization, co-counsel for the Plaintiff Class and pursuant to Local Rule 83.2.12 moves to

enroll Sophia Mire Hill (La. Bar Roll No. 36912), as additional co-counsel of record for the

Plaintiff Class. In support of this motion, Victor M. Jones represents that Ms. Hill is a Staff

Attorney at the Southern Poverty Law Center, and as such, should be enrolled as co-counsel of

record in this case. Her contact information is as follows:

> Sophia Mire Hill, La. Bar Roll No. 36912
> Southern Poverty Law Center
> 201 St. Charles Avenue, Suite 2000
> New Orleans, LA  70157
> Telephone: (504) 486-8982
> Fax: (504) 486-8947
> Email:  sophia.mire.hill@splcenter.org

**WHEREFORE**, the undersigned respectfully requests that Sophia Mire Hill be enrolled

as additional co-counsel of record for the Plaintiff Class in the above captioned matter.

Dated: October 4, 2019

Respectfully submitted,

/s/ Victor M. Jones
Victor M. Jones, LA Bar No. 34937
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Victor.jones@splcenter.org
(504) 486-8982 (phone)
(504) 486-8947 (fax)
Co-Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, a true and correct copy of the foregoing

MOTION TO ENROLL COUNSEL OF RECORD was filed electronically. Notice of this filing

will be sent by email to all parties by the Court's electronic filing system. Parties may access this

filing through the Court's CM/ECF System.

Dated: October 4, 2019

/s/ Victor M. Jones
Victor M. Jones, LA Bar No. 34937
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Victor.jones@splcenter.org
504-486-8982 (phone)
504-486-8947 (fax)
Co-Counsel for Plaintiffs