**Office of the Independent Monitors**
**P.B., et al., v. John White, et al. (Civil Case No. 2:10-cv-04049)**

Fluency Plus, LLC
215 N. Bolivar Ave
Cleveland, MS 38732
www.fluencyplus.com
fluencyplusinfo@gmail.com
(662) 843-2322

TO:        Joan Hunt, Chris Fruge, Maree Sneed
           *Louisiana Department of Education (LDOE)*

           Wayne T. Stewart
           *Orleans Parish School Board (OPSB)*

           Neil Ranu, Jasmine Bolton, Zoe Savitsky, Victor Jones, William Cavanaugh
           *Counsel for Plaintiff Class*

FROM:      Dale Bailey, Ken Swindol, William Swindol
           *Independent Monitors*

DATE:      June 16, 2020

RE:        Final IM Status Report


Please find the final version of the Independent Monitor Status Report, dated June 16, 2020, summarizing the findings of the Fall 2018 targeted monitoring visits. The IMs reviewed the concerns expressed by the Parties and responded accordingly in the final IM Status Report.


The IMs are in the process of providing an update to the Court and Parties summarizing the compliance determinations for the LDOE and OPSB (NOLA Public Schools) related to the attestation and dissemination of LDOE model policy documents and other reporting requirements as required under the CJ for the 2018-2019 and 2019-2020 school terms. In addition, the IMs are in process of completing draft summaries of the findings of initial and/or follow-up targeted monitoring visits conducted from spring 2019 to date.


In addition, the IMs will submit a summary analysis of annual compliance trends for all IDEA mandates and requirements assessed across all Charter schools participating in targeted monitoring

1

in areas of Child Find, Discipline, Related Services and Enrollment Stability from spring 2016 to date. When the Parties and the Court have carefully reviewed and commented on all summary updates, the IMs recommend a status conference be scheduled with the Court and Parties to discuss the current status of the LDOE's and the OPSB's compliance with the requirements outlined in the CJ to date.

The IMs wish to express their continued appreciation for dedication of all parties in their efforts to ensure that meaningful and appropriate services are afforded to all students with disabilities in NOLA Public Schools.

2