**Office of the Independent Monitors**
**P.B., et al., v. John White, et al. (Civil Case No. 2:10-cv-04049)**

Fluency Plus, LLC
215 N. Bolivar Ave
Cleveland, MS 38732
www.fluencyplus.com
fluencyplusinfo@gmail.com
(662) 843-2322

TO:        The Honorable Judge Jay C. Zainey
*United States District Judge*

Pam Starns
*Career Law Clerk to the Honorable Jay C. Zainey*

FROM:    Dale Bailey, Ken Swindol, William Swindol
*Independent Monitors*

DATE:     August 20, 2020

RE:        Independent Monitor Status Report

Please find the final version of the Independent Monitor Status Report dated August 20, 2020. The IM status report addresses activities completed by the State Defendants and Defendant-Intervenor for the 2018-2019 school year as required by the CJ. Specifically, the IMs provide a review and update regarding decisions of "Substantial Compliance" or "Noncompliance" as related the development and dissemination of model documents consistent with the requirements of the CJ for the 2018-2019 school year as well as the provision of required professional development and technical assistance from the State Defendants, Defendant-Intervenor and/or approved consultants. Finally, the IMs provide recommendations based on review of the documentation provided by the State Defendants and Defendant-Intervenor.

It should be noted that the Appendix includes all redacted copies of the signed attestations, except for the Kipp Charters. Their signatures were submitted electronically via secure PDF and cannot be made available in redacted form due to authentication restrictions that are integral to Adobe's technology. The IMs certify that the required attestations for these schools were verified to be complete and accurate. Confidential copies for non-public use may be obtained by Plaintiff's counsel upon request as outlined in the CJ.

The IMs wish to acknowledge representatives of the LDOE, OPSB, and Plaintiffs' counsel for their continued collaboration and cooperation, as well as, the Court's attention and leadership.