# LOUISIANA DEPARTMENT OF EDUCATION

# LDOE Monitoring Report - SPLC

## 2018-2019

### ENCORE Academy

███████████, Charter Management Operator

███████████, Board President

### Targeted Area of Monitoring

Enrollment

### Date of On-Site Monitoring

March 20, 2019

### On-Site Monitoring Team

███████████, LDOE

███████████, LDOE

Ken Swindol, Independent Monitor

William Swindol, Independent Monitor

Dale Bailey, Independent Monitor

## CONTENTS

I. General Overview……………………………………………………………………………………………3

II. School Staff Interview……………………………………………………………………………………3

III. Strategies, Activities, and Methods of Monitoring……………………………………………4

IV. Summary of Findings ……………………………………………………………………………………4

## I. General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2018-2019 school term, Encore Academy was targeted for monitoring in the area of Enrollment. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the 2018-2019 monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II. School Staff Interview

On March 20, 2019, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Enrollment. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included: pre-k – 2nd grade special education teacher, 2nd -5th grade all subjects special education teacher, special education coordinator, speech-language pathologist and 3rd - 8th grade all subjects' special education teachers.

Staff respondents were asked to describe, in general, how the school determines if a student requires related services. The team discussed utilizing the school building level committee (SBLC) process for determining the related service needs of students with disabilities. The team further indicated utilizing the findings of the student's comprehensive evaluation (i.e. potential concerns identified in language/speech, motor, social, behavioral, emotional and/or adaptive areas) and parental input to determine whether a student may require related service provisions.

This LEA currently employs a school psychologist, counselor, speech therapist to assist in assessing the potential need for related services and to provide direct services. The school staff reported collaborating collaborates with New Orleans Parish School System for assistance obtaining outside contractors for low incidence services (APE, OT, PT, etc.). For students transferring to Encore Charter who previously received special services, the special education director, language/speech pathologist and school counselor review the students' IEP and other information to determine the required related service needs and schedule such services

accordingly. School staff also reported that compensatory services are afforded to all students when service minutes are missed.

## III. Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Encore Academy was to ensure that students are receiving FAPE. The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest enrollment rate for students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Sixteen (16) student records
- Student documentation: IEPs; behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs
- Child find guidelines (if applicable)
- Response To Intervention procedures (if applicable)
- Special education policies and procedures guidelines and forms currently in use
- Interviews with five (5) school site personnel, including administrators, general educators, special educators, and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Encore Academy, there were identified areas of systemic and student-specific non-compliance under the IDEA, Part B program in the following area(s):

> **§300.17(a.-d.) Free Appropriate Public Education (FAPE)**
> Free appropriate public education or FAPE means special education and related services that--
> (a) Are provided at public expense, under public supervision and direction, and without charge;
> (b) Meet the standards of the SEA, including the requirements of this part;
> (c) Include an appropriate preschool, elementary school, or secondary school education in the State involved; and

(d) Are provided in conformity with an individualized education program (IEP) that meets the requirements of Sec. Sec. 300.320 through 300.324.

- **§300.321(a)-(b)-IEP Team**
  IEP team must include not less than one regular education teacher, special education teacher or special education provider of the child.

- **300.320(a)(1)(i)(2)(i)- Definition of Individualized Education Program.**
  IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum.

- **§300.320(a)(4) and (7)-Definition of Individualized Educational Program.**
  The IEP must include data for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications.

- **§300.320(a)(2) and 300.160(5a)(b2ii)(c-9) Definition of Individualized Education Program**
  A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

- **§300.320 (a)(3)(i-ii)-Definition of an Individualized Education Program**
  IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided.

- **§300.322(a). IDEA - Parent Participation.**
  The LEA must ensure parents are afforded an opportunity to participate in IEP team decisions.

- **§300.501(b). IDEA – Parent Participation.**
  If parent cannot participate in meeting, other methods must be used to ensure participation.

- **300.320(a)(4)(7)- Definition of an Individualized Education Program** The IEP contains related services that are reasonably calculated to enable the student to advance appropriately toward attaining annual goals; to be involved in and make progress in the general education curriculum in accordance with the students present levels of academic achievement and functional performance; participate in extracurricular and other academic activities; and to be educated and participate with other children with disabilities and non-disabled children in academic and non-academic school activities.

Encore Academy must immediately begin correcting areas of systemic and student-specific non-compliance as indicated on the Summary of Findings attachment. An ICAP has been developed by the LDOE to address each area of identified non-compliance listed on this report and the results summary. The plan addresses the activities the LEA should implement to correct all findings as rapidly as possible, and in no case longer than one year from the date of this letter. The ICAP will be emailed to your special education contact person within twenty (20) days of receiving this report. If you have any questions or concerns, please contact ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ via email at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or by telephone at (225)342-6276.

Attachments

**Note: The Student-Specific Findings of Non-Compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.**