

**IDEA PART B INTENSIVE CORRECTIVE ACTION PLAN**

**SPLC 2018-2019**

**LEA:** ENCORE Academy  **DATE OF MONITORING:** March 20, 2019

**Authorized Representative:** _____  **Title:** _____  **Date:** _____
(Signature)

**AREA OF FINDING: Enrollment**

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENT STATUS |
|---|---|---|---|---|---|
| 1.1. Correct all student specific citations identified in the Results Summary report. NOTE: This activity represents an individual corrective action plan for providing remedies for all student specific IDEA citations. | May 2019 | Director of Special Education<br><br>Special Education Staff<br><br>School Principal or Designee | Email notifying LDOE the IEP instructional plans for those students have been amended in SER. LDOE will check those IEPs in SER to ensure they are compliant. | September 13, 2019 | |
| 1.2. Provide training to special education staff (sped teachers and related service providers) on writing compliant IEPs to include the following topics:<br>• Utilizing student data to make effective IEP instructional and functional decisions. Special emphasis will be placed on ensuring that specific supports and strategies have been addressed in the documentation<br>• Writing subject-specific goals that are measurable, aligned with the student standards, and specifically | June 2019 | Director of Special Education<br><br>School Principal or Designee | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | Submission of Training Materials to LDOE for review and feedback:<br>July 1, 2019<br><br>Documentation of Training: | |

| | | | | | |
|---|---|---|---|---|---|
| address the impairment(s) that are listed on the evaluation or re-evaluation<br>• Writing data driven Present Level of Functional Performance Statements (PLAAF)<br>• Writing objectives linked to the goal that are measurable<br>• Documenting student progress using progress reports<br>• Ensuring required participants of IEP team are invited to IEP meeting, included as IEP participant on IEP, and sign IEP<br>• Writing transition goals and marking goals targeted for transition<br>• How and when to document waiver of attendance of a participant for an IEP meeting using a participant excusal form<br>Train staff on forms created by LDOE. Included in this training will be how to correctly use the: IEP evaluation rubric, IEP goal and PLAFF templates, and IEP Checklist. The training will also focus on ensuring that special education services are documented under the appropriate location (regular, community, special class) and reflect the actual number of minutes per day and the number of sessions per week that the special education student will receive.<br>**The content of the training shall be submitted to the LDOE for review and feedback prior to delivery of the training by the LEA.**<br><br>SPED staff will be required to use the rubric and IEP checklist when reviewing and writing IEPs. | | | | September 13, 2019 | |
| 1.3. Provide training to related service providers on how to properly document provision of services to students. The training will include: filling out services log, documenting student progress on logs and documenting delivery of services. The training will also focus on ensuring that special education services are documented under the appropriate location (regular, community, special class) and reflect the actual | June 2019 | Director of Special Education<br><br>School Principal or Designee | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | Submission of Training Materials to LDOE for review and feedback: July 1, 2019 | |

| | | | | | |
|---|---|---|---|---|---|
| number of minutes per day and the number of sessions per week that the special education student will receive.<br>**The content of the training shall be submitted to the LDOE for review and feedback prior to delivery of the training by the LEA.**<br><br>The school will use the components of a service log provided by LDOE to document provision of related services and the services log checklist provided by LDOE to document log reviews. | | | | Documentation of Training: September 13, 2019 | |
| 1.4. LEA will provide ongoing job-embedded mandatory training and support in the following areas: IEP writing (e.g., measurable goals and PLAAFP statements), provision and documentation of accommodations, documenting special education services, progress monitoring of student data, student academic intervention needs, IEP revisions, and data driven decision making (reviewing LEAP scores, class grades/report cards/progress reports, class schedules, and evaluation results to help make appropriate instructional, services, placement, and program decisions to ensure students are provided services in the LRE.<br>**The content of the training shall be submitted to the LDOE for review and feedback prior to delivery of the training by the LEA.** | June 2019 | Director of Special Education | Agenda<br>Sign-In sheets<br>Handouts<br>PowerPoint Presentation | Submission of Training Materials to LDOE for review and feedback: Submit training materials a month prior to training (LEA must provide schedule of trainings for SY by August 30, 2019).<br><br>Documentation of Training: Throughout 2019-2020 School Year | |

| | | | | |
|---|---|---|---|---|
| 1.5. The SPED Director or Lead Teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring all IEPs before the IEP is submitted to SER to make it official with a focus on:<br>• Goals/objectives and PLAFF using the IEP Evaluation rubric;<br>• IEP components (GSI, Accommodations, Program Services, Services/Placement) using IEP checklist; **AND**<br>• Checking student IEP folders to ensure prior notice letters are provided to parents for IEP meetings and documentation of excusal letters for staff not participating in IEP meetings<br><br>**LDOE will randomly select students bi-monthly (October 1, December 20, February 3, April 1, and June 1) in SER whose IEP annual review date is within the two most current review months. LDOE will use the checklists provided to the LEA (IEP Evaluation rubric and IEP checklist) to complete reviews and provide feedback. An action plan will be sent by LDOE if there are any issues found during the review with a required response to those actions within a week timeframe.** | August 2019 | Director of Special Education<br><br>School Principal or Designee | Summary of monthly reviews **MUST** include:<br>• # of IEPs reviewed<br>• # of IEPs with goal(s) issues<br>• # of IEPs with objectives issues<br>• # of IEPs with PLAFF issues<br>• # of IEPs with IEP component issue (specify the component area and issue)<br>• # of IEPs with prior notice and/or excusal notice issues<br>• Actions taken to ensure staff make corrections<br>• Results of those actions | September30<br>October 31<br>November 29<br>December 20<br>January 31<br>February 28<br>March 31<br>April 30<br>May 29 | |
| 1.6. The SPED Director or Lead Teacher will perform monthly consistency checks to ensure related service provider logs are completed with fidelity. Related service provider logs will be internally monitored for provision of services per the time/frequency specified on the students IEP. School will use checklist provided by LDOE to document reviews. | August 2019 | Director of Special Education<br><br>School Principal or Designee | Monthly submission of the checklist used for each related services provider reviewed | September30<br>October 31<br>November 29<br>December 20<br>January 31<br>February 28 | |

| | | | | March 31<br>April 30<br>May 2 | |
|---|---|---|---|---|---|
| **LDOE will randomly review service provider logs on a bi-monthly basis (October 1, December 20, February 3, April 1, and June 1). School will send in a copy of requested service provider logs to LDOE. LDOE will use checklist to review provider logs. An action plan will be sent by LDOE if there are any issues found during the review with a required response to those actions within a week timeframe.** | | | | | |
| 1.7. The SPED Director or Lead Teacher will review a 10% sample of progress reports for SPED students enrolled at the school every progress report (PR) grading period to ensure special education teachers and related service providers are filling out progress reports completely for students they service every grading period (6wks/9wks).<br><br>**LDOE will randomly monitor progress reports quarterly (October 31, January 31, and April 30) to ensure student progress reports are completed in SER every grading period. An action plan will be sent by LDOE if there are any issues found during the review with a required response to those actions within a week timeframe.** | August 2019 | Director of Special Education | Summary of progress report reviews to include:<br>• # of PR reviewed<br>• # of staff with missing PR (no PR for their content area)<br>• # of staff with incomplete PR (does not have student progress marked for the grading period for each goal/obj.)<br>• Actions taken to address issues<br>• Results of action taken | According to school grading period schedule – will input the dates after the 2019-2020 school calendar is available | |
| 1.8. Provide compensatory education to students whose files did not include documentation verifying they received related services. These students did not have evidence of service | May 2019 | Director of Special Education | Copy of compensatory letter signed by parent | August 19, 2019 | |

| | | | | | |
|---|---|---|---|---|---|
| provider logs and/or had incomplete service provider logs in their files. | | Special Education Staff<br><br>School Principal or Designee | documenting notification of services and whether or not the parent accepts or refuses the service | | |
| | | | Copy of amended IEP documenting compensatory services are being offered with time/frequency of services | September 6, 2019 | |
| | | | Copies of service provider logs indicating the service provided, date, time, student attendance in session and number of minutes student provided compensatory education during the session (the service provider must document on the log the compensatory time given to student) | October 30, 2019 | |
| 1.9. The SPED Director and either the special education lead teacher or a special education teacher selected by SPED director will attend the Special Education Summer Training hosted by Orleans Parish School Board Exceptional Children's Services Department in July. The SPED Director will contact the Executive Director of Exceptional Children's Services to acquire | June 2019 | Special Education Director<br><br>School Principal | Documentation of attendance for the training sessions (Copy of sign-in sheet from sessions attended) | August 9, 2019 | |

| | | | | |
|---|---|---|---|---|
| details of the training and to obtain registration information for the training. | | | | |