

May 23, 2019

▇▇▇▇▇▇
ENCORE Academy
2518 Arts Street
New Orleans, LA 70117

Dear ▇▇▇▇▇:

The purpose of this correspondence is to provide your school with results from the 2018-2019 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) that was conducted on March 20, 2019. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The follow-up monitoring visit revealed there was evidence of continuing non-compliance in the area of Enrollment. In keeping with its general supervision responsibilities under the IDEA and the settlement agreement, the Department requires the school to implement an Intensive Corrective Action Plan (ICAP) to address the citations issued to the school. The ICAP has been developed by the LDOE and will be sent electronically to your special education contact person within twenty (20) days of receiving this report. **Please note you must immediately correct the student-specific findings of non-compliance.**

LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which include a general summary of the visit and a description of each finding of non-compliance identified during the onsite visit. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary (finding with citations)

*Louisiana Believes*

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented. Feel free to contact ▮▮▮▮▮▮▮▮▮▮ with any questions or concerns via email at ▮▮▮▮▮▮▮▮▮▮.

Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students at your school. We look forward to working with you in the future.

Sincerely,

▮▮▮▮▮▮▮▮▮▮, Executive Director
Division of Program Monitoring

c:   ▮▮▮▮▮▮▮▮▮▮, Board President
     ▮▮▮▮▮▮▮▮▮▮, Director of Special Education & Section 504

AR: CCM

Attachments