**Encore**

**From:** ███████████████
**Sent:** Thursday, January 17, 2019 3:35 PM
**To:** ████████████████████████████
**Cc:** ████████████████████████████████████████████
████████████████████████████

**Subject:** SPLC Follow-Up Monitoring Notification - ENCORE Academy

Dear ███████████████████:

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. The school had findings in the area of Enrollment Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

<u>**ENCORE Academy**</u>

**Student Enrollment**
- Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness)
- Student files may be randomly selected if the school does not have at least 10 students with one or more of the above low incidence disabilities
- Staff interview required
  ***The Related Services protocol will be used to monitor student enrollment***

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact ███████████████ at ████████████████████████.

Sincerely,

███████████████████████
Division of Program Monitoring
1201 North Third Street
Baton Rouge, LA 70802