IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs; | ) ) ) ) ) ) ) ) ) ) | Civil Case No. 2:10-cv-04049 Section A Judge Jay C. Zainey Magistrate Judge Karen Wells Roby |
| v. |  |  |
| CADE BRUMLEY, *et al.*, Defendants. |  |  |

## JOINT MOTION FOR LEAVE TO FILE PROPOSALS

Plaintiffs, joined by Defendants, respectfully move the Court for Leave to file the following proposals in the record:

1. Plaintiffs' Proposal for Proactive Compliance (Plaintiffs' proposal) (attached hereto as Exhibit "A");

2. Defendant Louisiana Department of Education's Proposal for Proactive Compliance (LDOE's proposal) (attached hereto as Exhibit "B"); and,

3. Defendant NOLA Public Schools' Proposal for Proactive Compliance (NOLA PS's proposal) (attached hereto as Exhibit "C").

During a status conference on October 27, 2021, both the court and the parties referred to and referenced LDOE's proposal, NOLA PS's proposal, and Plaintiffs' proposal. It is, therefore, appropriate to include the proposals for a comprehensive record of the status conference.

The Parties therefore request that the proposals attached hereto as Exhibits A, B, and C be filed in the record.

Respectfully submitted,

/s/ Lauren A. Winkler
Lauren A. Winkler, LA Bar No. 39062 (T.A.)
**Southern Poverty Law Center**
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 486-8982
Facsimile: (504) 486-8947
lauren.winkler@splcenter.org
*Counsel for Plaintiffs and Settlement Class*

/s/ Joan Ellen Hunt
Joan Ellen Hunt, LA Bar No. 1428
**Louisiana Department of Education**
P.O. Box 94064
Baton Rouge, LA 70804-9064
Phone: (225) 342-3572
Facsimile: (225) 342-1197

Maree F. Sneed (*pro hac vice*)
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004-1109
Phone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Cade Brumley, in his official capacity as the Louisiana State Superintendent of Education, and the Louisiana Department of Education*

/s/ Wayne T. Stewart
Wayne T. Stewart, LA Bar No. 30964
**Hammonds, Sills, Adkins, Guice, Noah, & Perkins, LLP**
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
wstewart@hamsil.com
Phone: (225) 923-3462
Facsimile: (225) 923-0315
wstewart@hamsil.com
*Counsel for NOLA Public Schools a/k/a Orleans Parish School Board*