# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs; <br><br> v. <br><br> CADE BRUMLEY, *et al.*, Defendants. | Civil Case No. 2:10-cv-04049 <br> Section A <br> Judge Jay C. Zainey <br> Magistrate Judge Karen Wells Roby |

## **ORDER**

Considering the foregoing Joint Motion for Leave to File Proposals,

IT IS HEREBY ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE