# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs;<br><br>v.<br><br>CADE BRUMLEY, *et al.*, Defendants. | Civil Case No. 2:10-cv-04049<br>Section A<br>Judge Jay C. Zainey<br>Magistrate Judge Karen Wells Roby |

## ORDER

Considering the foregoing Joint Motion for Leave to File Proposals,

IT IS HEREBY ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this  1st  day of  November , 2021.

_____
UNITED STATES DISTRICT JUDGE