

# SPECIAL EDUCATION AUTHORIZATION

# MONITORING

# AND SUPPORT SUMMARY

# Introduction

This document is meant to serve multiple purposes. First, this document outlines the updates and revisions NOLA Public Schools (NOLA PS) will be pursuing in their practices in response to the current Consent Decree specific to special education practices. Secondly, this document will outline the efforts of NOLA PS to move away from a basic compliance-oriented authorizing approach to a more proactive and best practice-focused approach for overseeing special education services.

# Overview

NOLA PS is comprised of 36 Charter Management Organizations who oversee 76 schools, with majority of schools serving as independent LEAs. All schools in the city of New Orleans are now public, non-profit charter schools. NOLA PS serves as an authorizer and oversees approximately 90% of the city's charter schools but does not directly run any schools.

One of the district's core responsibilities, as a charter school authorizer, is to hold these schools accountable to a set of performance expectations that help ensure every student is provided with a high-quality education. The district believes that to deliver its responsibilities, it must work diligently to achieve the following:

- Hold Schools to Rigorous Standards
- Implement Effective Oversight Systems
- Be Transparent with Schools
- Share Information with the Public

NOLA PS provides ongoing oversight and monitoring to each charter school LEA in many areas, including special education. NOLA PS seeks to ensure that schools provide all diverse learners with services and supports in a manner that promotes developmental, functional, and academic success and maintains compliance with applicable law and policy. There are many mechanisms that work together to provide a comprehensive oversight and support process for students with disabilities. The purpose of this document is to propose and articulate a path forward, focusing on preventative and proactive strategies while executing authorization, oversight, and support functions.

As the landscape continues to change in New Orleans, our system of schools must be responsive, structured preemptively for the evolving needs of the students they serve.

# Authorization and Charter Operating Agreement

## Charter Application Process (SPLC V(B)(1)):

The purpose of the charter school application process is to provide a rigorous, comprehensive, and fair evaluation of all charter applicants according to clearly defined standards. Charter applicant groups use the standards described within the application to develop written plans and prepare for in-person interview questions and performance tasks that take place throughout the charter school application evaluation process. By providing a strong application process and varied levels of support, based on developmental stage as a new or returning operator, this process creates access to a diverse and high-quality system of schools.

To begin the charter application process, the applicant develops their unique mission and vision and completes the eligibility determination for applying for a charter. From there, the applicant completes the full charter application that is then evaluated by three groups: internal NOLA PS experts, community review team of advisory groups, and third-party independent evaluators. The Superintendent then recommends approval or denial of application.

In the portion of the application specific to the provision of special education services, the charter school application includes a series of specific questions requiring that applicants explain how they will identify, support, serve, and evaluate programming for students in need of support. Specifically, the questions include:

| | |
|---|---|
| Describe how your education program will identify and meet the needs of academically advanced students and include: | a. If the school will offer gifted/talented instruction |
| | b. How the school will identify advanced and/or gifted and talented students |
| | c. Strategies and programs the school will use within the general education classrooms and in other settings to accelerate learning |
| | d. Specific programs, services, and supports |
| Discuss the school's methods and strategies for identifying and serving students who are struggling academically and at risk of academic failure: | a. How the school will determine and identify which students are struggling within the context of a Response to Intervention (RTI) program |
| | b. Clearly define the term "struggling student" as it would be applied in the school |
| | c. The strategies, programs, supports, resources, and personnel the school will devote to assisting struggling students within the general education setting |
| | d. Any research or evidence that supports the appropriateness and effectiveness of the proposed approach |
| | e. The process the school will use to evaluate the efficacy of the program |
| | f. The system the school will use to monitor the demographic data of the students identified as struggling students and the approach that will be taken if data suggests disproportionate or over identification of any subgroup |
| Discuss the school's methods and strategies for identifying and serving students with exceptionalities in compliance with all federal laws and regulations without regurgitation of the law and include: | a. The process for identifying students with disabilities (child find), within the context of the school's RTI process |
| | b. The resources, personnel (including administrative responsibilities), and direct and related services the school is likely to provide both within general education classrooms and in other settings (e.g., collaborative team teaching ("CTT"), Special Education Teacher Support Services ("SETSS"), speech therapy, physical therapy, occupational therapy, counseling, planning time, instructional materials, technology, professional development, staff and consultants, etc.) |
| | c. Any research or evidence that supports the appropriateness of the school's approach to serving students with disabilities |
| | d. The process for coordination between general education teachers and special education teachers or service providers |
| | e. The process that will be used to monitor the achievement and progress of students with disabilities |
| | f. Specific professional development for identifying, supporting, and evaluating the progress of special education students including the implementation of RTI and behavioral intervention plans ("BIPs") in the classroom |
| | g. The process that will be used to evaluate the efficacy of the program and ensure that the needs of these students are being met |
| | h. The system the school will use to monitor the demographic data of the students identified as students with exceptionalities and the approach that will be taken if data suggests disproportionate or over-identification of any sub group |

## Pre-Opening:

Pre-Opening Requirements are a set of primarily compliance-based actions that a school must complete prior to opening its doors and starting instruction. These tasks, once completed, will assist charter schools in coming into general compliance with applicable laws and regulations and will facilitate effective and responsible management of school operations. Although charter school operators will likely identify additional tasks that they will need to complete during the critical time between charter authorization and the opening of the school, the tasks included in the Pre-Opening List alert school founders to those tasks which may not be directly related to the school's education program but are nonetheless essential to school operations.

With regards to students with disabilities, the Pre-Opening checklist details policies, procedures, and assessments to be developed and adopted prior to receiving students.

| COMPONENT | RESOURCES OR REQUIRED TEMPLATES |
|---|---|
| Special Education Program Plan | NOLA PS will work with schools to update the Program Description Template. This template will be used as the Special Education Plan within the Pre-Opening Checklist. |
| 504 Policy | NOLA PS will work with schools to develop a Section 504/Student Rights and Grievance Procedures template. |
| Special Education Policy: Federal law mandates that schools offer a free appropriate public education (FAPE) to all students with disabilities. The handbook should outline all components necessary to locate, identify, evaluate, and serve students suspected of being disabled and to provide FAPE to students with disabilities. Special Education Policies and Procedures must include:<br><br>• **Special Education Program Description**<br>• **Child Find Process**<br>• **Discipline Policies for Students with Disabilities**<br>• **Disability Discrimination Complaint Procedures** | |
| School Leader Attestation | Special Education Program Description Distribution<br>Undocumented Suspension Guidance<br>Enrollment Discrimination Guidance<br>School Master Plan for Discipline<br>Child Find Written Guidance<br>Disability Discrimination Complaint Procedures Distribution |

## Length of Charter Contract:

The Charter Operating Agreement between the Orleans Parish School Board and the school charter board includes sections concerning the educational programming and transfer of records for students with disabilities. Specifically, the agreement requires that:

- **Charter Operators shall comply with all applicable requirements of federal and state law and regulations concerning the education of students with disabilities, including, but not limited to, the requirements of the Individual with Disabilities Education Act, Section 504 of the Rehabilitation Act of 1973, the Americans with Disabilities Act**
- **Special education services, related services, and accommodations for students who are eligible under the Individuals with Disabilities Education Act ("IDEA"), Section 504 of the Rehabilitation Act of 1973 ("Section 504"), the Americans with Disabilities Act ("ADA"), or any applicable provisions of state law, shall be provided as follows:**
    - Charter School shall have an educational model for the delivery of special education services and/or accommodations for students with disabilities that complies with federal and state law and regulations.
    - Charter School shall have a special education coordinator who shall be responsible for monitoring individual case management of all students with disabilities, arranging the provision of services and/or accommodations required by their Individualized Education Program ("IEP") and/or 504 Plan, and ensuring Charter School is complying with all obligations regarding students

- with disabilities. Charter School shall maintain documentation of its compliance with legal requirements regarding students with disabilities.
  - Charter Operator shall promptly report to OPSB any lawsuits, due process requests, or complaints relating to the IDEA, Section 504, the ADA, or state law and regulations.
- Charter Operator shall provide for the transfer of the education records in accordance with the provisions of La. R.S. § 17:112, including special education records, of any student who was enrolled at the school upon the written request of any authorized person on behalf of an educational facility within or outside of the state of Louisiana, where the student has become enrolled or is seeking enrollment.

# Yearly Oversight and Monitoring Activities

## Annual Site Visit (SPLC II (B)(3)):

The district's Office of Accountability carries out oversight activities specified in the charter operating agreement to ensure the district understands whether schools and organizations are compliant with academic, legal, and contractual expectations and obligations. The district commits to carrying out these activities in a transparent and streamlined way.

For yearly oversight, the annual site visit provides the district with an opportunity to review day-to-day school practices and documentation housed at the school. Members of the Office of Accountability lead the annual site visit. The school visit includes a robust conversation with school leadership concerning present performance and needs; a review of compliance-based performance items; and a tour of classrooms with school leaders. The classroom visits provide the district with a look into the school's daily schedule, instruction, and environment (SPLC I (B)(3)). The length and content of the visit is differentiated based on the school's academic performance and compliance concerns. This information is recorded and, along with all of the information and observations from the visit, communicated to the school-level contact during a site visit debrief meeting.

During the Special Education Review, a predetermined sample of student files are selected for review, utilizing a standardized file review checklist (linked here). NOLA PS coordinated with the LDE IDEA Monitoring Team to align our checklists for file reviews. An LEA must exhibit a file compliance rate of 80% or more. If the LEA is 80% or more compliant, but has student specific instances of non-compliance, evidence of correction must be submitted within 2 weeks of the annual site visit debrief meeting.

If files are identified as having systemic non-compliance (as evidenced by less than 80% of files found compliant), the NOLA PS Director of Accountability will conduct a follow-up visit. The follow up site visit occurs three weeks from the date of the annual site debrief meeting. In a process similar to the annual site visit, a predetermined sample of files are selected for review using the same rubric. If continued systemic non-compliance is found, a notice of non-compliance may be issued. Notification includes time-bound steps to remedy non-compliance and determined deficiencies could lead to various required remedies, including corrective actions, performance improvement plans, and charter revocation. The district posts Level 2 Notice Non-Compliance letters on the OPSB website and shares updates at monthly School Board Accountability Committee meetings. The district also reserves the right to communicate directly with the families and guardians of the school's students to inform them of such non-compliance concerns.

## Reporting Calendar Requirements:

The yearly Charter School Reporting Calendar details items that schools must submit for review as specified in the Charter Operating Agreement. Related specifically to students with disabilities, schools are required to submit their Student and Family Handbook each year (SPLC). In effort to ensure implementation of policies and procedures to support students with disabilities and to be transparent with requirements of schools, the SPLC Charter School Leader Requirements Attestations and Submissions will be incorporated into the reporting calendar beginning in school year 2022-23 (SPLC IV (C)(3)). The following will also be included:

- Special Education Program Description Updates and Distribution
- Maintain Disability Discrimination Complaint Procedures Attestation
- Maintain Disability Discrimination Complaint Procedures and Distribution Attestation
- Maintain Special Education Discipline Policies and Procedures Attestation
- School Master Plan for Discipline
- Undocumented Suspension Guidance Attestation
- Enrollment Discrimination Guidance Attestation
- Child Find Written Guidance Attestation
- Section 504/Student Rights and Grievance Procedures Attestation

## Receipt and Assessment of Family and Community Concerns: (SPLC V (A)(2))

The Accountability Team responds to school and student compliance concerns that are communicated to NOLA PS through various methods, including the receipt of parent phone calls and emails. As a component of responding to concerns related to special education issues, NOLA PS consults with both our OPSB legal counsel and Special Education legal counsel to provide guidance on law, policy, and contractual obligations and feedback should a Notice of Non-Compliance be warranted and remediation steps be deemed necessary. Additionally, the Charter Operating Agreement specifies that charter operators promptly report to OPSB any lawsuits, due process requests, or complaints relating to the IDEA, Section 504, the ADA, or state law and regulations.

## Disability Complaint Procedures:

Charter School Level Complaint Procedures - Each LEA maintains internal complaint procedures, as outlined in the charter contract. Section 3.2.3 of the charter contract outlines that charter schools shall implement and maintain a complaint policy to receive and handle complaints brought against Charter School and/or Charter Operator. The Complaint Policy shall be included in Charter School's Student Handbook. The complaints process implemented by Charter School shall be consistent with applicable law and due process. In addition, all NOLA PS authorized LEAs have adopted the SPLC Disability Discrimination Compliant Procedures and have developed distribution plans to ensure access for all families.

Authorizer-Level Complaint Procedures – Section 3.2.3 of the charter contract specifies that OPSB shall implement and maintain a complaint process that ensures that complaints are directed to Charter School for resolution in accordance with Charter School's complaint policy prior to being considered by OPSB. In the event that a complaint is subsequently submitted to OPSB, OPSB may request and Charter School shall provide information regarding Charter School's actions in responding to such complaints. The OPSB employs a formal process for all parent complaints. All parent complaints for parents of students with disabilities and without disabilities (in statutorily independent LEAs) are managed by the Accountability Team, unless the complaint is alleged against an LEA school. LEA school complaints for parents of students with disabilities are managed by the ECS Team, utilizing the NOLA PS LEA Disability Discrimination Procedures.

Under the Parents tab on the NOLA PS website (https://nolapublicschools.com/families/parents-resources/questions), under Questions or Concerns, parents and/or community members are provided detailed instructions on how to raise school-level concerns. This includes enrollment-related complaints and complaints specific to students with disabilities.

## Notification of Non-compliance:

We inform schools of non-compliance through tiered notifications, which increase in severity, based upon the level of concern and required remedy. NOLA PS may require a school to remediate approaches and/or undertake corrective actions to be resolved within a specific timeframe. Depending on the issue to be addressed, the school/CMO may be placed into increased oversight in addition to issuing a Notice of Non-Compliance. Level 2 Notifications of Non-compliance are publicly accessible on the NOLA PS website.

| TYPE OF NOTIFICATION | DESCRIPTION OF THE NOTIFICATION | TYPICAL METHOD BY WHICH CONCERNS/ NON-COMPLIANCE MAY BE RESOLVED |
|---|---|---|
| Compliance Inquiry Emails | • Email to School/CMO Leader to inquire about an issue that may arise based upon ongoing oversight activities | • School may provide an explanation and documentation addressing the concern in the inquiry or by taking actions in response to the inquiry.<br>• Inquiry email may lead to a Notice of Non-Compliance in the case that it is not resolved through an explanation or any of the school's actions. |
| Level 1 Non-Compliance | • Notice of compliance deficiency, less severe in nature, for issues that are non-recurring, non-intentional, and do not cause harm to students<br>• May be issued if school fails to respond to an inquiry email<br>• Notification to be sent in a letter via email, to School/CMO Leader and Charter Board Chair | |

Chart continued on next page

| TYPE OF NOTIFICATION | DESCRIPTION OF THE NOTIFICATION | TYPICAL METHOD BY WHICH CONCERNS/ NON-COMPLIANCE MAY BE RESOLVED |
|---|---|---|
| Level 2 Non-Compliance | • Notice of compliance deficiency, more severe in nature, such as a Level 1 issue that goes un-addressed or reoccurs, or an issue that is determined to be intentional or represents potential or real harm to students' well-being, educational rights, or safety<br>• Notification to be sent in a letter via email, to School/CMO Leader and Charter Board Chair | • Notification includes time-bound steps to remedy non-compliance.<br>• Deficiencies could lead to various required remedies, corrective actions, Performance Improvement Plans, third-party support consultants, and/or revocation.<br>• The district posts all Level 2 Non-Compliance Notices on the OPSB website and shares at monthly Accountability Committee meetings.<br>• The district reserves the right to communicate directly with the families and guardians of the school's students to inform them of such non-compliance concerns. |

# Enrollment, Data, and Family Engagement

### Enrollment Profiles (SPLC IV (B)(1)(2)):

NOLA PS is committed to supporting families through the enrollment process. Included on the EnrollNOLA website are several resources to help families understand and navigate the enrollment process to ensure families are making an informed decision when choosing a school for their child. For each school authorized by NOLA PS, there is a profile page that includes general information, types of services offered, special education model information, and a direct link to each LEAs' individual webpage. There is also a link to the Louisiana Department of Education's School Finder tool which details academic performance and a breakdown of student group performance inclusive of students with disabilities. Child Search (IEP and gifted) testing information is linked on the website as well as the NOLA PS specialized programming guide for programs in NOLA PS authorized schools. Additionally, there are three family resource centers staffed dedicated school choice advisors that assist families with any enrollment questions.

### Transfer Requests:

Per the unified enrollment procedures, families seeking to have their child(ren) transfer schools after October 1 follow an established hardship transfer process. When a hardship transfer request is submitted to the portfolio operations teams, the request, including supporting documentation, is reviewed to determine the reason for the request. If the request is made on behalf of a student with a disability, the enrollment manager contacts exceptional children services. The hardship team reviews requests and works with Exceptional Children's Services before any requests are approved.

### Family Engagement (SPLC IV (B)(3)-(4)):

Beginning in the fall of 2019, NOLA PS has a dedicated staff member who serves acts as the advocacy outreach and coordination liaison for students with disabilities, including those who may benefit from specialized programming. In this role, the staff member coordinates with OPSB staff in the Family Resource Centers to inform families of students with IEPs about available services and highly specialized programming in the school system. Additionally, this staff member acts as a source of information for families of students with IEPs, from birth to 22 years of age, who participate in the OneApp process and have questions about available services and highly specialized programming for their children. This staff member also delivers professional development to build Family Resource Center staff understanding about special education programming and the rights of students.

### Family Support:

NOLA PS has developed a Memorandum of Understanding (MOU) with Families Helping Families (FHF) to develop the Care Coordination and Advocacy to Restore Expectations (C-CARE) Program. Through the C-CARE Program, FHF provides Education Advocates to serve as Care Coordinators for the NOLA PS Child Search Program. This ensures that families of children with disabilities, ages 3-5, are connected to advocacy, support, training, and resources at the onset of identification.

# Support Framework (SPLC III (B)(1) and III (C)(1)-(2)

While Exceptional Children's Services (ECS) Team is responsible for oversight and support of special education programming in NOLA-PS LEA Schools; multidisciplinary evaluations for children ages 3-5 who are not enrollment in schools; and multidisciplinary evaluations and special education services for eligible students in non-public schools, there are also dedicated school support personnel.

Compliance, oversight, and accountability alone will not promote and maintain the changes that are needed in the educational landscape for students with disabilities, as outlined in the Independent Monitor's recommendation in the October 20, 2020 Status Report,

> "To address the systemic concerns outlined in the current IM report, the OPSB (NOLA PS) should continue their proactive efforts to provide all NOLA PS/OPSB Charter LEAs with ongoing training and technical assistance required for addressing ongoing compliance with IDEA mandates and regulations. In addition, as recommended in previous updates, the IMs continue to strongly recommend that LDOE and OPSB (NOLA PS) school officials conduct focused trainings targeted at improving the compliance rates for specific IDEA mandates that are consistently observed to reflect systemic non-compliance (i.e. writing meaningful and measurable PLAAFP statements, measurable annual/short term goals/objectives, accurately documenting related service provisions, properly conducting/documenting SBLC meetings, and consistently providing required positive behavioral support, etc.)."

In support of these recommendations, the ECS Team has developed support resources, in collaboration with the LDE, and in alignment with national best practice. These resources are deployed to schools annually through our Training Collaborative and are utilized through our support framework. While several divisions touch the work of diverse learners in different capacities the overarching theory of action for support are anchored within the four strands: a) Early and Accurate Identification; b) Specially Designed Instruction; c) Specialized Supports and Related Services; and d) Coordinated and Effective Transitions.

NOLA PS has structured its special education and student support into a framework based upon areas or tiers of need: Universal, Targeted, and Intensive. In addition to providing direct connections and support to special education and student support leaders and teachers, ECS engages with other teams, such as Portfolio Innovation and Accountability and Portfolio Operations on school and system needs within NOLA PS to ensure alignment with accountability and need areas. Support staff also regularly connects with national and state technical support centers and resources to stay abreast of emerging needs and priority areas and to build our internal capacity and share best practices with schools.

The tiered support framework is designed to be both proactive and responsive by offering multiple levels of varying intensity of support to improve access for organizations to build knowledge and capacity as well as having an immediate response mechanism should schools be identified as having compliance needs. Across the levels of support, there is an embedded strategy for technical assistance, partnership connections, convenings of teachers and coordinators, and resources for the development and implementation of a full continuum of services. Support is available through several different modes: professional learning, onsite support, exemplar templates and forms, virtual meetings, webinars, phone calls, and email.

The primary purpose of Universal Support is to provide access to tools, resources, and opportunities that promote knowledge, capacity building, and implementation of evidence-based practices. Universal supports are intended to help teachers, support staff, and leaders learn important knowledge and skills that promote improved student results. The focus of universal supports will be in areas of appropriate identification practices, specially designed instruction and support, as well as transition planning. Resources and self-assessment tools, including SPLC monitoring protocols for child find, related services, and discipline, will be made available for use. Universal support will include multiple platforms of access and options for school leaders and practitioners. This level of support is open to all school sites and CMOs. There will be open access to any convening or training offered, with a specific collaborative established for Special Education/Student Support Directors to participate in on a regular basis.

Targeted support addresses the root cause of an issue as soon as possible in efforts to reduce the likelihood of the problem continuing and to address the adverse effects. Targeted supports are short-term, problem-specific, or crisis-targeted. Support can be accessed by request or based on predetermined indicators of need, such as new school site, SPLC corrective action plans, and LDOE designations (e.g., disproportionate in identification practices or discipline, subgroup performance).

Intensive supports require frequent and purposeful contact and on-site support to resolve some issues. Intensive supports can be accessed based on predetermined indicators of need such as a Level 2 Notice of Non-compliance, parent/family complaints, systemic issues with special education services and delivery, or placement in an Intensive Corrective Action Plan (ICAP) by the LDOE. These supports can also be accessed by school request.

In instances where schools fail to meet renewal requirements or face closure for other reasons, these schools are provided additional support. Facilitating educational opportunities and benefit for students with disabilities and those identified as diverse learners is of the utmost importance. Support for schools in these instances is intensive to ensure the timely completion and continuation of services for students with disabilities. This level of support will enable families and students to have comprehensive and current information available, so that the transition to a new school will be seamless.

Lastly, in collaboration with the school community, NOLA PS will refine the NOLA PS diverse learner support framework by committing to the creation of a blueprint for special education excellence in order to clarify expectations for schools and develop

a corresponding toolkit aligned to national, state, and local best practices to increase compliance and improve service delivery to students with exceptionalities and to the development of a comprehensive catalogue of existing special education resources to support improved programming for students with low incidence disabilities.

| AREA OF FOCUS | LEVEL OF SUPPORT | SUPPORT NEED INDICATORS | SUPPORT PROVISION |
|---|---|---|---|
| Early and Accurate Identification (Child Find)<br><br>Specially Designed Instruction (Discipline and Enrollment)<br><br>Specialized Supports and Related Services (Enrollment)<br><br>Coordinated and Effective Transitions (Related Services and Discipline) | Universal | General Support Requests | Annual All-Schools Training<br><br>Exemplar Forms and Templates<br><br>Office Hours<br><br>Help Desk<br><br>Quarterly Special Education Leaders Meetings<br><br>Training Opportunities<br><br>LDOE Liaison |
|  | Targeted Intensive | LEA Determination<br><br>LDOE Monitoring Results<br><br>NOLA PS Hearing Office Data<br><br>LEA Mobility Rates<br><br>UIR Subgroup Indicators<br><br>Annual Site Visit Review<br><br>Renewal | Approved Vendor List (New Orleans vendors across areas of focus)<br><br>Self-Assessment Tools<br><br>Site Specific Support for New Coordinators<br><br>Technical Assistance for Identified Issues |
|  |  | Level 2 Notice of Non-compliance<br><br>CAP/ICAP<br><br>Parent Complaints<br><br>Pending Litigation<br><br>Mediation<br><br>Due Process<br><br>Disproportionality | Coaching/Onsite Technical Assistance<br><br>Support for Implementation of CAP/ICAP<br><br>Supporting Connections with Content Area Experts<br><br>Approved Vendor List (New Orleans vendors across areas of focus) |

# Centralized Student Supports and Services

## Systemwide Needs Program:

In the spring of 2019, through an Act of the Louisiana State Legislature, the Systemwide Needs Program (SWNP) was established. The purpose of the program is to support initiatives that will result in districtwide improvements in areas that can be more efficiently and effectively addressed at the system level than at the school level, while recognizing the need for differentiated supports that address our unique charter system.

To help better address and fund system-wide needs at central level and in response to current needs among our city's schools and feedback from stakeholders, NOLA Public Schools has identified two focus areas to systemwide investment. Within each area of focus there are particular strategies identified to help address the current needs. The focus areas are revisited every 3 years, in collaboration with schools. Specifically, the two areas of focus for the first three years are:

## 1) Teacher Talent

- Growing, diversifying, and sustaining the teacher pipeline to ensure diverse talent is available to fill vacancies and increasing the number of certified teachers in high-need areas each year. Specifically:
  - Incentivizing undergraduates from local university programs to conduct teacher residencies in NOLA PS;
  - Incentivizing current teachers to attain certification in high-needs areas and National Board Certification;
  - Supporting local innovative programs designed to recruit teachers to teach in NOLA PS; and;
  - Securing the recruitment and training for new teachers through existing pipeline programs, such as those funded by the federal Supporting Effective Educator Development (SEED) grant.
- Ensuring new teachers have the necessary support through mentor teacher programming to be successful in their first years of teaching, positively impacting overall retention, while also increasing leadership opportunities for existing teachers. Specifically:
  - Offering citywide training and support for existing to teachers to gain state-required Mentor Teacher Certification in order to support new teachers.

- ## Specialized Student Programming and Supports
- Increasing students' access to mental and behavioral supports through specialized programming. Specifically:
  - Devoting resources to sustain and grow restorative programming for middle school students.
- Supporting school-based staff through professional development on servicing a specific student population in need. Specifically:
  - Offering training and support to school-based staff on therapeutic crisis management to better equip them to support students across a continuum of needs, inclusive of trauma and those in crisis.

## Shared Services Cooperative

The ECS Team has developed a Shared Services Cooperative for charter schools operating as independent LEAs, creating economies of scale and consistency of process and results that come with more centralized models, while maintaining school autonomy.

## Educational Diagnostician and School Psychologist Internship Programs

NOLA Public Schools has developed internship programs, in collaboration with university partners, to attract and build the capacity of high-quality support and appraisal team members. These programs have attracted quality Educational Diagnosticians and School Psychologists needed to fulfill child find obligations across our system of schools.

## Child Search and Early Intervention

NOLA Public Schools maintains the obligation to locate, identify, and evaluate children, ages 3-5 years, in Orleans Parish, who are not enrolled in school. NOLA Public Schools operates two Child Search Program locations to ensure access for families across the city. The Child Search Program is also the central agency responsibility for transitioning students from IDEA Part C to B, in collaboration with the Early Steps Program. If it is determined that a child needs special education services, the services and supports are coordinated by the Early Intervention Program through the development of an IEP.

## Office of Student Support and Attendance (OSSA)

The Office of Student Support and Attendance (OSSA) works to improve academic outcomes by partnering with school communities to serve the highest needs students, so they may remain enrolled and engaged in NOLA Public Schools. OSSA provides a variety of services and supports within four focus areas: (1) Attendance, (2) Behavioral Health, (3) Student Discipline, and (4) Homeless/ Foster Care. OSSA's case management services include assessment, service planning, facilitation, case coordination, evaluation, and advocacy to meet the comprehensive needs of students and their families. Under student discipline, the Student Hearing Office thoroughly examines all submitted Manifestation Determination Reviews (MDR) prior to any disciplinary conferences and expulsion hearings, in order to ensure that all required procedural protocols have been followed and documented in regards to an MDR team's determination of students' behaviors and relationships to any disabilities.

## Travis Hill School

Travis Hill Schools (THS) creates a transformative learning environment by providing instructional programming and wrap-around services to students held in secure settings, including providing a therapeutic setting and direct support to students with disabilities.

The mission at the THS is to provide the individualized support needed for students to become positive, contributing members of their community when they are released.

## Non-Public Schools Support and Coordination

NOLA Public Schools maintains the obligation under the IDEA to consult with non-public schools of parentally placed private school children with disabilities on the design and development of special education and related services, ensuring access to benefits from IDEA. These responsibilities include locating, identifying, and evaluating students with disabilities in non-public schools, and spending a proportionate amount of IDEA federal funds to provide equitable services to this group of children.

## Specialized Programming

NOLA Public Schools made an investment starting in 2019, with a plan to revisit in 2023, in the launch, expansion, and/or sustainability of specialized programming for students with significant cognitive and behavioral disabilities. Program eligibility criteria were developed in collaboration with schools. Program eligibility requirements include: differentiated and specialized instruction; evidence-based tiered behavioral framework; coordinated transition planning; integrated and explicit adaptive skills support; accessible devices, instructional materials, and environmental supports; functional communication support; systems to measure students' academic and behavioral present levels of performance, progress, engagement, and program outcomes; safe, secure, and clean facility with current fire, health, and safety licenses to serve a minimum of twenty (20) students at a time, in compliance with the current ADA standards and regulations; transportation provided to student that fully meets the requirements of OPSB Policy HA, BESE Bulletin 119 Louisiana School Transportation Specifications and Procedures, and the student's IEP; and a sound nutrition program that provides clean and nutritious meals to students who are eligible for free or reduced-price meals.

## The Bridge

The Bridge program serves students in 7th and 8th grade who have been expelled through the Student Hearing Office disciplinary process or referred to the program for other defined reasons. Students serve the length of their placement term at The Bridge where restorative and therapeutic practices are used to have students participate in intensive behavioral, social, and academic support to build skills that will help them transition successfully back to their home school.

## Center for Resilience

The Center for Resilience provides daily education and related therapeutic services to children with diagnosed moderate to severe behavior health disabilities in kindergarten through high school for a small percentage of students that require additional therapeutic support during the school day that is that is beyond what traditional school environments provide.



**NOLA PUBLIC SCHOOLS**

**2021-2022 Special Education Compliance Review Rubric**

| School: | | NOLA-PS Representative: | |
|---|---|---|---|
| Date: | | School Representative: | |

| Student: | | Grade Level: | | Exceptionality: | |
|---|---|---|---|---|---|
| State ID: | | IEP Date: | | Evaluation Date: | |

| | Special Education Compliance | Acceptable Documentation (To be provided by LEA) | Status at Review | Considerations for Review: |
|---|---|---|---|---|
| 1. | Initial Evaluation and/or Reevaluation | Evaluation or reevaluation dated within 3 years | ☐ In Compliance<br>☐ Not in Compliance | |
| 2. | IEP Compliance with Evaluation | Student exceptionality and related services on the evaluation align with the IEP | ☐ In Compliance<br>☐ Not in Compliance | |
| 3. | IEP Meeting Participants | IEP is signed by all required parties (first and last pages) | ☐ In Compliance<br>☐ Not in Compliance | |
| 4. | Parental Contact Logs and Notification Letters | Prior Written Notice and log of all parental/guardian contact | ☐ In Compliance<br>☐ Not in Compliance | |
| 5. | IEP Participant Excusal Form (when applicable) | Prior Written Notice with excusal requests included or excusal form is present | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |
| 6. | Evidence of Services | Evidence is present of all direct and related services as outlined on the IEP | ☐ In Compliance<br>☐ Not in Compliance | |
| 7. | Progress Reports | Two most recent progress reports are present in the folder and are signed by the service provider | ☐ In Compliance<br>☐ Not in Compliance | |
| 8. | Discipline Reports | Discipline Reports are available (if applicable) including any documentation of in-school or out-of-school suspensions | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |

**NOLA PUBLIC SCHOOLS**

2021-2022 Special Education Compliance Review Rubric

For items 9-11:

Applicable based on Discipline Report and/or IEP (if a student has an exceptionality of Emotional Disturbance or Other Health Impairment (OHI) due to behavioral concerns, a Functional Behavioral Assessment (FBA) and Behavior Intervention Plan (BIP) are required).

| Special Education Compliance | Acceptable Documentation (To be provided by LEA) | Status at Review | Considerations for Review |
|---|---|---|---|
| 9. Functional Behavioral Assessment (FBA) | A copy of the student's current FBA | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |
| 10. Behavior Intervention Plan (BIP) | A copy of the student's current BIP | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |
| 11. Manifestation Determination Review (MDR) & Results of disciplinary hearing indicating number of days assigned to discipline center with start/end dates | Evidence of an MDR prior to any Student Hearing Office recommendations and results of any recommendations | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |

2

NOLA PUBLIC SCHOOLS

2021-2022 Special Education Compliance Review Rubric

Items 12-14 are applicable for High School and 8th Grade Only:

| Special Education Compliance | Acceptable Documentation (To be provided by LEA) | Status at Review | Considerations for Review |
|---|---|---|---|
| 12. Transition Agency Invitation Letters and Transition Assessment Results | A letter from a transition agency and evidence of collaboration with the agency | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |
| 13. Documentation used to determine if the student met the eligibility criteria for an alternative pathway to promotion or graduation per Act 833 (2014) | Test data used to determine Act 833 eligibility | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | |
| 14. Goals and objectives for specific courses (high school) or content areas (K-8) where individual performance criteria for an alternate pathway to promotion or graduation are applies | The IEP should identify the course(s) where Act 833 is applied, as well as goals and objectives aligned to the course. | ☐ In Compliance<br>☐ Not in Compliance<br>☐ Not Applicable | - |

3