UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA BERRY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-4049 |
| JOHN WHITE, ET AL. | SECTION A(4) |

### MINUTE ENTRY (JS-10: 50)

On October 27, 2021, the Court held a status conference by telephone with the following counsel in attendance: Neil Ranu, Lauren Winkler, Sophia Mire Hill; Susan Fijman, and April Winder for Plaintiffs; Maree Sneed, Joan Ellen Hunt, Chris Fruge, and Parris Taylor for the LDOE; Wayne Stewart for Orleans Parish School Board. The Court scheduled the conference call at the request of Defendants.

The parties have exchanged their proposals, as ordered in the October 1, 2020 minute entry (Rec. Doc. 412), as to how proactivity versus reactivity can be achieved after the Consent Judgment is terminated.

The Court explained its continuing concerns with an appropriate exit strategy from the Consent Judgment.

The Court scheduled a follow-up telephone conference with counsel for November 16, 2021, but that date will be moved to December at the request of the parties. Prior to the conference counsel shall confer with their clients and each other to discuss the Consent Judgment exit strategy, including the Court's suggestion of a probationary period without active involvement of the Independent Monitor. The Court will email the call in information to counsel for the parties.

* * * * * * *