UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.                                    CIVIL ACTION

VERSUS                                                     NO. 10-4049

CADE BRUMLEY, ET AL.                                       SECTION "A"(4)

**ORDER SETTING TELEPHONE CONFERENCE**

**IT IS ORDERED** that a status conference BY TELEPHONE with counsel and the Court is set for **Monday, February 7, 2022, at 3:00 p.m. (central)**. The Court will provide the call-in information to counsel via email.

December 16, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE