UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.                     CIVIL ACTION

VERSUS                                      NO. 10-4049

JOHN WHITE, ET AL.                          SECTION A(4)

**MINUTE ENTRY (JS-10: 56)**

On February 7, 2022, the Court held a status conference by telephone with the following counsel in attendance: Neil Ranu, Lauren Winkler, Sophia Mire Hill, and Susan Fijman for Plaintiffs; Maree Sneed, Joan Ellen Hunt, and Parris Taylor for the LDOE; Wayne Stewart for the OPSB. The Court scheduled the conference call as a follow-up to the conference call held on October 27, 2021 (Rec. Doc. 435).

The Court stated its concerns regarding the findings in the Independent Monitor Report dated 1/27/2022 (Rec. Doc. 439).

The Court explained its continuing concerns with an appropriate exit strategy from the Consent Judgment.

The Court suggested the following approach going forward: The Independent Monitor will continue with the current monitoring activities under the Consent Judgment through at least the spring 2022 semester. After the spring 2022 semester, given that both LDOE and OPSB have provided their proposals (Rec. Docs. 433 and 434, respectively) regarding how proactivity versus reactivity can be achieved after the Consent Judgment is terminated, and given that the Court finds these proposals to be promising, the Independent Monitor could be asked to evaluate how LDOE and OPSB are complying with their respective proposals. This latter evaluation would be in lieu of the monitoring that the

2

Independent Monitor performs in accordance with the Consent Judgment, and would provide a "probationary period" without monitoring by the Independent Monitor, the outcome of which may either militate in favor of or against granting an anticipated motion to terminate the Consent Judgment.

Counsel for Defendants shall confer with their clients and Plaintiffs' counsel to discuss the Court's suggestion of a probationary period without active involvement of the Independent Monitor, as outlined above. The parties will notify the Court in writing (within 10 days of entry of this Minute Entry) whether they wish to move forward in this manner.

* * * * * * * *

*[signature: Jay C. Zainey]*