# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs;<br><br>v.<br><br>CADE BRUMLEY, *et al.*,<br>Defendants. | Civil Case No. 2:10-cv-04049<br>Section A<br>Judge Jay C. Zainey<br>Magistrate Judge Karen Wells Roby |

## MOTION FOR LEAVE TO FILE PLAINTIFFS' OBJECTION TO REC. DOC. 440

Plaintiffs respectfully move the Court for Leave to file Plaintiffs' objection to Rec. Doc. 440 in the record.

This Motion is supported by a Memorandum in Support of Motion for Leave to File Plaintiffs' Objection to Rec. Doc. 440, which Plaintiffs have filed concurrently with this Motion.

Plaintiffs emailed Defendants Louisiana Department of Education (LDOE) and Orleans Parish School Board (OPSB) asking whether either party would like to join in this motion. OPSB opposes this motion. LDOE did not respond to join or oppose this motion.

Plaintiffs therefore request that their objection to Rec. Doc. 440 be filed in the record. Respectfully submitted,

/s/ Lauren A. Winkler
Lauren A. Winkler, LA Bar No. 39062 (T.A.)
Sophia Mire Hill, LA Bar No. 36912
**Southern Poverty Law Center**
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 486-8982
Facsimile: (504) 486-8947
lauren.winkler@splcenter.org
sophia.mire.hill@splcenter.org

2

        Neil S. Ranu, LA Bar No. 34873
        111 Veterans Boulevard, Suite 350A
        Metairie, LA 70005
        Phone: (504) 327-5300
        nranu@hotmail.com

        ***Counsel for Plaintiffs and Settlement Class***