# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs; | ) ) ) ) | Civil Case No. 2:10-cv-04049<br>Section A<br>Judge Jay C. Zainey |
| v. | ) ) | Magistrate Judge Karen Wells Roby |
| CADE BRUMLEY, *et al.*, Defendants. | ) ) ) ) | |

## **ORDER**

Considering the foregoing Motion for Leave to File Plaintiffs' Objection to Rec. Doc. 440,

IT IS HEREBY ORDERED that the motion is GRANTED, and that Plaintiffs' Objection to Rec. Doc. 440 will be filed on the record.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE