### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| P.B., by and through his next friend, Cassandra Berry, *et al.*, Plaintiffs; <br><br> v. <br><br> CADE BRUMLEY, *et al.*, <br> Defendants. | Civil Case No. 2:10-cv-04049 <br> Section A <br> Judge Jay C. Zainey <br> Magistrate Judge Karen Wells Roby |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Leave to File Objection to Rec. Doc. 440 is hereby set for submission before District Judge Jay C. Zainey on March 30, 2022.

/s/ Lauren A. Winkler
Lauren A. Winkler, LA Bar No. 39062 (T.A.)
Sophia Mire Hill, LA Bar No. 36912
**Southern Poverty Law Center**
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 486-8982
Facsimile: (504) 486-8947
lauren.winkler@splcenter.org
sophia.mire.hill@splcenter.org

Neil S. Ranu, LA Bar No. 34873
111 Veterans Boulevard, Suite 350A
Metairie, LA 70005
Phone: (504) 327-5300
nranu@hotmail.com

***Counsel for Plaintiffs and Settlement Class***