UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA BERRY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-4049 |
| CADE BRUMLEY, ET AL. | SECTION "A"(4) |

### ORDER

The Court, having considered the **Motion for Leave to File (Rec. Doc. 441)** filed by Plaintiffs, is persuaded that the motion should be **DENIED**. The parties in this matter know that the Court is always inclined to err on the side of transparency, but Plaintiffs' four-page "objection" goes far beyond the scope of what the Court requested in its Minute Entry (Rec. Doc. 440, ME020722). The Court did not invite the parties to prepare formal briefing to be filed into the record—the intent was to provide an informal written confirmation or objection for the Court's use—so it would be unfair to the other parties to allow Plaintiffs to file their extensive document. Moreover, the Court fails to see how transparency is promoted by allowing Plaintiffs to file their memorandum into the record of this matter.

March 31, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE