**Office of the Independent Monitors**
**Berry et al. v. Brumley et al. (Civil Case No. 2:10-cv-04049)**
**Final Status Report to the Parties**

**May 27, 2022**

## I.      INTRODUCTION

Pursuant to Section V(9) on page 16 of the Consent Judgment (CJ) filed with the Court

on March 25, 2015, the Independent Monitors shall file with the Court and provide the Parties

with reports describing the steps taken by the State Defendants and the Defendant-Intervenor

to implement the Agreement and evaluate the extent to which the State Defendants and the

Defendant-Intervenor have complied with each substantive provision of the Agreement.

Pursuant to Section V(9)(a), the Monitor shall issue a status report every 120 days after the

first year of implementation of the Agreement. The reports shall be provided to the Parties in

draft form for comment at least 14 days prior to their issuance. The Monitor shall consider the

Parties' responses and make appropriate changes, if any, before issuing the report. These

reports shall be written with due regard for the privacy interests of the students. Pursuant to

Section V(9)(b) of the CJ, the Independent Monitors shall evaluate the state of compliance for

each relevant provision of the Agreement using the following standards: (1) Substantial

Compliance and (2) Noncompliance. In order to assess compliance, the Monitor shall review

a sufficient number of pertinent documents to accurately assess compliance and interview any

necessary staff or personnel. The Monitor shall also be responsible for independently

verifying representations from the State Defendants or Defendant-Intervenor regarding

progress toward compliance and examining supporting documentation. Each Monitor report

shall describe the steps taken by the Monitor to assess compliance, including documents

reviewed and individuals interviewed, and the factual basis for each of the Monitor's findings.

Pursuant to Section V(10) of the CJ, reports issued by the Monitor shall not be admissible against the State Defendants and the Defendant-Intervenor in any proceeding other than a proceeding related to the enforcement of this Agreement initiated and handled exclusively by the State Defendants, the Defendant- Intervenor, or the Plaintiff's counsel.

The current IM Draft status report addresses activities completed by the State Defendants during the spring semester of the 2019-2020 school year. First, the IMs provide a summary of findings resulting from targeted, on-site follow-up monitoring activities completed during the spring 2020 semester. These follow-up monitoring visits were conducted for LEAs required to implement corrective action plans (i.e., CAPs and/or ICAPs) during the spring (2018-2019) school term and throughout the 2019-2020 school year to address areas of previously identified systemic noncompliance in the areas of Child Find, Related Services and Enrollment Stability. Second, the IMs provide a summary of "Substantial Compliance" or "Noncompliance" decisions as related to specific follow-up monitoring activities undertaken by the LDOE (e.g., student selections, completion of staff interviews and student file reviews, development and dissemination of Monitoring Reports, IDEA Results summaries and development and dissemination of Corrective Action Plans (CAPs or ICAPs), when applicable). The sequence of information in this IM status report follows the general structure of the CJ. Language from each substantive provision of the Agreement or Addendum A (i.e., monitoring protocols) outlined in the CJ is incorporated into the IM status report, when appropriate.

## II. TARGETED FOLLOW-UP MONITORING ACTIVITIES FOR NOLA PS CHARTER SCHOOLS

The LDOE engaged in targeted, on-site follow-up monitoring activities for five NOLA PS charter schools that were required to implement Corrective Action Plans (CAPs) or

Intensive Corrective Action Plans (ICAPs) during the spring (2018-2019) semester and the 2019-2020 school year to address previously observed findings of systemic noncompliance as reported in 2018-2019 LDOE Monitoring Reports and 2018-2019 IDEA Findings summaries. The IMs report here summarizes the activities conducted and decisions made by the LDOE as related to the required on-site, follow-up monitoring activities for each relevant provision of the CJ.

All NOLA PS charter schools required to undergo follow-up targeted monitoring were sent a notification email from LDOE Director of State-wide Monitoring on January 15, 2020 (see the Appendix for a copy of each email). This notification provided an overview of the requirements for follow-up, on-site targeted monitoring pursuant to the CJ, the specific areas in which the charter school was being monitored, methods of monitoring (e.g., student file selection, staff interviews, student file reviews, etc.), LDOE contact personnel, the specific date of interviews with staff, instructions for the on-site monitoring visit, and copies of the staff interview questions and relevant protocols to be utilized during student file reviews.

LDOE monitoring personnel submitted the targeted, on-site follow-up monitoring schedule and the rosters of randomly selected student files for the spring 2019-2020 school term to the IMs on January 31, 2020. LDOE monitoring personnel and the IMs conducted on-site staff interviews and student file reviews from February 4-6, 2020, using the monitoring protocol documents required by the CJ. The IMs and LDOE monitoring personnel evaluated all student files independently and reconciled any scoring differences during the on-site monitoring visits and/or during subsequent conference calls. As mentioned in previous IM status reports, based on agreements among the Parties during a meeting held on September 22, 2016, compliance determinations for individual students shall be consistent

with the 100% compliance standard outlined in the IDEA. As such, during targeted monitoring activities, any single finding of noncompliance observed for any specific IDEA regulation being assessed for an individual student was judged to reflect noncompliance and required immediate individual corrective action (i.e., student-specific findings noncompliance outlined in the IDEA Monitoring Summary and/or individual corrective actions included in the charter schools' CAP or ICAP). Similarly, all parties agreed that systemic noncompliance would be determined when less than 80% of the student sample failed to meet the 100% individual student compliance standard for any IDEA regulation evaluated using the CJ protocols. As such, any observed systemic noncompliance for any IDEA mandate assessed would require the charter school in question to undergo mandatory systemic corrective actions (i.e., CAP or ICAP) to address all areas of observed systemic noncompliance for IDEA mandates.

The LDOE monitoring personnel completed the draft monitoring reports for each NOLA PS charter school participating the spring (2019-2020) follow-up monitoring and submitted draft reports to the IMs on June 25, 2020, for review and feedback. The IMs submitted recommended edits to the draft monitoring reports on July 1, 2020. All LDOE Monitoring Reports were submitted to NOLA PS charter schools participating in the spring (2019-2020) follow-up targeted monitoring on July 21, 2020. These documents are the Appendix for review by all parties.

The required CAPs and/or ICAPs for NOLA PS charter schools requiring corrective actions during the spring (2018-2019) and 2019-2020 school years were developed by LDOE personnel and submitted to NOLA charter school officials during March and April 2019. Technical Assistance (TA) meetings were held with all NOLA PS charter schools requiring corrective actions on March 26, 2019, and April 11, 2019. These TA meetings included an

4

overview of all required CAP/ICAP activities along with review of various resources to assist NOLA PS charter school staff with effectively completing all corrective action activities (see Appendix for a review of CAP/ICAP resources).

Subsequently, throughout the spring 2018-2019 and 2019-2020 school year LDOE monitoring staff gathered, reviewed, and verified the receipt of required documentation of CAP or ICAP activities submitted by each NOLA PS charter school undergoing corrective actions during the spring 2018-2019 and 2019-2020 school years. LDOE staff reviewed all corrective action documentation submitted and provided feedback and/or additional technical assistance to school personnel, as needed, based on each charter school's ongoing progress with CAP and/or ICAP implementation (e.g., weekly email correspondence, weekly or bi-weekly telephone conferences, face-to-face meetings with school personnel at school sites and/or at the LDOE building) to address topics such as appropriate Child Find activities (e.g., procedures to follow within the SBLC process) and appropriate Related Service provisions and IEP compliance (e.g. writing compliant IEP goals and PLAAF statements, appropriate provision and documentation of related services; appropriate documentation of student progress monitoring results and maintaining updated service logs, etc.).

The IMs review of compliance with the targeted, on-site follow-up monitoring provisions of the CJ for the spring (2019-2020) school year consisted of an evaluation of two components of the LDOE's monitoring activities. Specifically, the components assessed for compliance included: (1) Completion of targeted monitoring activities by the LDOE as required under the CJ and Addendum A to the CJ (e.g., conducting staff interviews, appropriate selection of student files, assessing student files using the approved CJ monitoring protocols, and correct identification of systemic or individual compliance and/or

noncompliance) and (2) the development of appropriate corrective actions "sufficient to remedy the noncompliance and to reasonably ensure that such noncompliance does not reoccur." (pp. 7, 9, 11, 14 of CJ), if warranted. As such, the current IM status report provides a review of monitoring activities and findings for each NOLA PS requiring targeted follow-up monitoring along with the IMs determinations regarding the status of compliance with the monitoring provisions required under the CJ. An overall summary regarding targeted, on-site follow-up monitoring activities and professional recommendations are provided at the conclusion of this report.

**A. CHILD FIND**

1. <u>Targeted Follow-Up Monitoring Activities for the Child Find Provisions</u>

One NOLA PS charter school was required to undergo targeted, on-site follow-up monitoring during the spring semester of the 2019-2020 school year to assess compliance for IDEA and Bulletin 1508 Child Find regulations. Walter L. Cohen College Preparatory Academy represented the single NOLA PS charter school requiring targeted, on-site follow-up monitoring in the area of Child Find. A review of the follow-up monitoring findings for this NOLA PS charter school is presented below.

   a. *Walter L. Cohen College Preparatory Academy*

The on-site targeted follow-up monitoring visit occurred on February 5, 2020. Two LDOE representatives and two IMs conducted staff interviews and reviewed student files. The staff interview was conducted with staff members using a standard bank of questions consistent with requirements outlined in sections 4(a) and 4(b) on page 2 of Addendum A of the CJ. The specific staff members who participated in the interview process are reported on page 3 of the LDOE Monitoring Report. Walter L. Cohen College Preparatory Academy

faculty members participating in the interview clearly articulated their responses regarding the Child Find process in relation to MTSS/RTI and demonstrated comprehensive knowledge of state and federal policies, regulations and procedures required for completing IDEA and 504 evaluations. However, potential concerns were indicated with regard to appropriate School Building Level Committee (SBLC) procedures (i.e., limited evidence of team-based collaboration; limited parental involvement). A detailed summary of staff responses is presented on pages 3-4 of the LDOE monitoring report located in the Appendix.

A representative sample of eleven (11) student files were reviewed by LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section 2(a) on page 1 of Addendum A of the CJ. Specifically, the sample consisted of five students (46% of the sample) who had current Section 504 Accommodation Plans, three students (27% of the sample) who were Under Consideration by the SBLC and had recently undergone IDEA evaluations and three students (27% of the sample) who were participating in the Response to Intervention (RTI)/Multi-Tiered System of Supports (MTSS) process.

Student file reviews were conducted by LDOE monitoring personnel and IMs in a manner consistent with the requirements outlined in section 3(a) on page 2 of Addendum A of the CJ using the required Child Find protocol. Please refer to page 4 of the LDOE Monitoring Report for Walter L. Cohen Preparatory Academy in the Appendix for a list of items that were reviewed to complete the Child Find protocol for the sample of students.

A review of student records revealed that 11 of 12 (92%) IDEA Child Find regulations assessed reflected <u>no</u> student-specific and/or systemic issues of noncompliance under the IDEA, Part B program. However, in relation to the Child Find regulation outlined in §*303- B. LA Bulletin 1508* requiring the SBLC to be comprised of appropriate team members (i.e.,

minimum of a classroom teacher, the referring staff member and school administrator or designee), the findings of the spring 2019-2020 follow-up monitoring review indicated that seven of nine (78%) applicable student files reviewed were observed to reflect noncompliance for this Child Find regulation. As such, this reflects continued systemic noncompliance in this regard. All student-specific and systemic concerns observed during the spring 2019-2020 follow-up monitoring visit are detailed in the 2019-2020 LDOE IDEA Results Summary for Walter L. Cohen Preparatory Academy located in the Appendix.

    2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

    As required, LDOE staff developed an ICAP to address continued noncompliance for Child Find regulations and sent notice of continued corrective actions to Walter L. Cohen Preparatory Academy officials via email on July 21, 2020. The prescribed intensive corrective actions for this NOLA PS charter school included the following activities for addressing continued noncompliance observed for §*303- B. LA Bulletin 1508* (SBLC team members; parental involvement):

- 1.1 Correct all student specific citations identified in the Results Summary report. *NOTE: This activity represents an individual corrective action plan for providing remedies for all student specific IDEA citations.*

- 1.2 SBLC forms will be filled out in their entirety including the required components below:

    (a) All required participants name, title, and signature (required participants are: principal or designee, SBLC chairperson, parent, referring person/agency, classroom teacher(s) of student).

    (b) Referral concern(s).

(c) Team meeting date.

(d) Data/documents reviewed for student (ex: screeners, assessment scores, behavior checklist, behavior referrals, grades, attendance, academic checklist, etc.).

(e) Summary of the team decisions/actions taken.

(f) If placed in MTSS/RTI, specify the Tier student is placed, the type(s) of intervention(s) (must be research based), time/frequency of intervention(s) and length of time the student will participate in intervention(s) (e.g., 6 weeks, 8 weeks, etc.).

Please refer to the Appendix for a detailed description of ICAP activities required by Walter L. Cohen Preparatory Academy for addressing identified student-specific concerns and systemic noncompliance with federal and/or state Child Find mandates.

The ICAP developed for Walter L. Cohen Preparatory Academy was reviewed by the IMs and found to include corrective actions that are consistent with requirements outlined on page 2 of *Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring Procedures)* and outlined in section IV(A)(3) on page 7 of the CJ. In relation, the IMs judged these corrective actions/activities to be sufficient for addressing the single systemic Child Find violation observed during the spring 2019-2020 on site follow-up targeted monitoring review.

  3. Status of LDOE Compliance

After participating in the targeted, follow-up monitoring visits for Walter L. Cohen Preparatory Academy and reviewing documentation submitted by the LDOE monitoring personnel (e.g., follow-up monitoring notification, 2019-2020 LDOE Monitoring Report,

2019-2020 IDEA Monitoring Results Summary, Intensive Corrective Action Plan (ICAP), technical assistance meetings and follow-up technical assistance), and discussing the follow-up targeted monitoring findings for this NOLA PS charter school with LDOE monitoring personnel during conference calls and/or on-site meetings throughout the spring 2019-2020 semester, the LDOE is judged to be in **Substantial Compliance** with Section IV(A)(3)(a-b) and Sections A(1)(a-c) through 5(a) of Addendum A of the CJ for the follow-up targeted monitoring conducted during the spring semester of the 2019-2020 school year.

### B. RELATED SERVICES

1. Targeted Monitoring Activities for the Related Service Provisions

Three NOLA PS charter schools were required to participate in the targeted, on-site follow-up monitoring during the spring semester of the 2019-2020 school year to assess compliance for IDEA Related Service provisions. The NOLA PS Charter schools requiring targeted follow-up monitoring during the spring 2019-2020 semester included Lusher Charter School, James Singleton Charter School, and Audubon Charter School. A review of findings for each charter school is presented below.

*a. Lusher Charter School*

The targeted, on-site monitoring visit occurred on February 6, 2020. One LDOE representative and two IMs conducted the staff interview and reviewed selected student files. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in sections B(4)(a) and B (4)(b) on page 3-4 of Addendum A of the CJ. The specific staff members who participated in the interview process are reported on page 3 of the LDOE monitoring report. Lusher Charter School faculty members responded to all interview questions satisfactorily and clearly indicated their

understanding of federal and state regulations required for Related Service provisions. A detailed summary of staff responses is presented on pages 3-4 of the 2019-2020 LDOE Monitoring Report.

A representative sample of ten (10) student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. Specifically, the sample consisted of three students (30% of the sample) with an exceptionality of Autism (AU), one student (10% of the sample) with an exceptionality of Orthopedic Impairment (OI), two students (20% of the sample) with an exceptionality of Emotional Disability (EMD), two students (20% of the sample) with an exceptionality of Other Health Impaired (OHI), one student (10% of the sample) with an exceptionality of Intellectually Disabled (ID) and one student (10% of the sample) with an exceptionality of Developmentally Delayed (DD). The documented Related Service provisions reviewed included Speech Therapy (seven students), Counseling Services (three students), Social Work Services (three students), Occupational Therapy (six students) and Medical Services (one student).

Student file reviews were conducted by LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(3)(a) on page 3 of Addendum A of the CJ using the required Related Service protocol. Please refer to page 4 of the LDOE monitoring report for Lusher Charter School in the Appendix for a list of items that were reviewed to complete the Related Service protocol for the sample of students.

A review of student records revealed that eight of eight (100%) of IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under IDEA, Part B program. However, there were student- specific concerns of noncompliance observed for

IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements (two students) and IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals (one student). All student-specific findings of noncompliance are listed on page 2 of the 2019-2020 IDEA Monitoring Results Summary for Lusher Charter School located in the Appendix.

     *b. James Singleton Charter School*

     The targeted, on-site monitoring visit occurred on February 5, 2020. Three LDOE representatives and three IMs conducted the staff interview and reviewed student files. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section B(4)(a) and B(4)(b) of page 3 of Addendum A of the CJ. The specific staff members who participated in the interview process are reported on page 3 of the LDOE 2019-2020 Monitoring Report. James Singleton faculty members demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress for all applicable students. A summary of staff responses is presented on page 3 of the LDOE monitoring report located in the Appendix.

     A sample of ten student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. Specifically, the sample consisted of two students (20% of the sample) with an exceptionality of Autism (AU), five students (50% of the sample) with an exceptionality of Intellectually Disability (ID), one student (10% of the sample) with an exceptionality of Multiple Disabilities (MD), one student (10% of the sample) with an

exceptionality of Other Health Impaired (OHI) and one student (10% of the sample) with an exceptionality of Developmentally Delayed (DD). The Related Service provisions reviewed included Speech (10 students), Occupational Therapy (five students), Adaptive PE (two students), Orientation/Mobility services (one student), Assistive Technology (one student).

Targeted file reviews were conducted by LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(3)(a) on page 3 of Addendum A of the CJ using the required Related Service protocol. Please refer to page 4 of the 2019-2020 LDOE Monitoring Report for James Singleton Charter School in the Appendix for a list of items that were reviewed to complete the Related Service protocol for the sample of student files.

A review of student records revealed that eight of eight (100%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, there were student- specific concerns of noncompliance observed for IDEA §300.321(a)-(b)-IEP Team Members (one student), IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements (two students) and IDEA §300.320. (a)(2) and IDEA 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals (two students). All student-specific findings of noncompliance are listed on page 2 of the 2019-2020 IDEA Monitoring Results Summary for James Singleton Charter School located in the Appendix.

  *c. Audubon Charter School*

The targeted, on-site monitoring visit occurred on February 6, 2020. Two LDOE representatives and one IM were present during the entire on-site visit to conduct staff interviews and review student files. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in sections B(4)(a) and

13

B(4)(b) on page 4-5 of Addendum A of the CJ. The specific staff members who participated in the interview process are reported on page 3 of the LDOE monitoring report. Staff members for Audubon Charter School participating in the interview process clearly articulated the charter school's procedures for Related Service provisions for students with disabilities and demonstrated adequate knowledge of such provisions as required under the IDEA. A summary of staff responses is presented on pages 3-4 of the 2019-2020 LDOE Monitoring Report for Audubon Charter School.

A representative sample of ten student files were reviewed by the LDOE monitoring personnel and the IM in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. The sample consisted of three students (30% of the sample) with an exceptionality of Autism (AU), two students (20% of the sample) with an exceptionality of Visually Impaired (VI), four student (40% of the sample) with an exceptionality of Language/Speech Impaired (LS) and one student (10% of the sample) with an exceptionality of Hearing Impaired (HI). The Related Service provisions reviewed included Occupational Therapy (three students), Speech Therapy (eight students), Social Work Services (one student) and Adaptive PE (one student).

Targeted file reviews were conducted by LDOE monitoring personnel and the IM in a manner consistent with the requirements outlined in section B(3)(a) on page 3 of Addendum A of the CJ using the required Related Service protocol. Please refer to page 4 of the LDOE monitoring report for Audubon Charter School in the Appendix for a list of items that were reviewed to complete the Related Service protocol for the sample of students.

A review of student records revealed that eight of eight (100%) IDEA Related Services regulations assessed reflected no systemic issues of noncompliance under the IDEA, Part B

program. However, there were student-specific concerns of noncompliance observed for IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements (two students) and IDEA §300.320. (a)(2) and IDEA 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals (two students). All student-specific findings of noncompliance are listed on page 2 of the 2019-2020 IDEA Monitoring Results Summary for Audubon Charter School located in the Appendix.

    2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

A previously reported, all NOLA charter schools participating in the required spring 2019-2020 follow-up targeted monitoring activities demonstrated <u>systemic compliance</u> for 100% of the IDEA Related Services regulations reviewed. As such, no formal corrective actions were warranted. However, as previously noted, there were student-specific IDEA Related Service violations observed across all NOLA PS charter schools participating in the spring 2019-2020 follow-up monitoring reviews. As required under the IDEA, all student-specific findings of IDEA noncompliance were corrected within 30 days of the issuance of the 2019-2020 LDOE Monitoring Report.

After observing the current status of the abovementioned NOLA PS charter school's demonstration of systemic compliance with IDEA Related Services regulations, verifying that all student-specific violations were corrected in a timely fashion and verifying that all CAP activities were successfully completed, the LDOE issued a "Notice of CAP Closure" to charter management officials via email on July 9, 2020 (Audubon Charter School) and September 8-14, 2020 indicating that no further corrective actions were warranted for Lusher Charter School, James Singleton Charter and Audubon Charter School in the area of Related Services at this time.  (See the Appendix for a copy of CAP or ICAP closure notifications).

3. <u>Status of LDOE Compliance</u>

After participating in the monitoring visits for the NOLA PS charter schools requiring follow-up targeted follow-up monitoring in the area of Related Services and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, 2019-2020 LDOE Monitoring Reports and 2019-2020 IDEA Monitoring Results summaries, technical assistance notifications, documentation of CAP and/or ICAP activities, Technical Assistance meeting, follow-up technical assistance) and discussing the targeted monitoring activities with LDOE monitoring personnel during conference calls and on-site meetings during throughout the spring semester of the 2019-2020 school year, the LDOE is judged to be in **Substantial Compliance** with Section IV(B)(2)(a-b) of the CJ and Sections B(1)(a-c) through 5(a) of Addendum A of the CJ for the spring semester of the 2019-2020 school year.

## C.   DISCIPLINE

1. <u>Targeted Monitoring Activities for the Discipline Provisions</u>

There were no NOLA PS charter schools required to undergo targeted, on-site follow-up monitoring during the spring of the 2019-2020 school year.

## D.   ENROLLMENT STABILITY

1.   <u>Targeted Monitoring Activities for the Enrollment Stability Provisions</u>

 Encore Academy represented the single NOLA PS charter school required to participate in the targeted, follow-up monitoring conducted during the spring semester of the 2019-2020 school year to assess IDEA compliance in the area of Enrollment Stability (Related Services. A review of the follow-up monitoring findings for Encore Academy is presented below.

*(a) Encore Academy School*

The targeted, on-site monitoring visit occurred on February 4, 2020. Two LDOE representatives and two IMs conducted the staff interview and reviewed student files. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in sections B(4)(a) and B (4)(b) on page 3-4 of Addendum A of the CJ. The specific staff members who participated in the interview process are reported on page 3 of the LDOE monitoring report. The Encore Academy faculty members participating in the interview process responded to all questions satisfactorily and clearly demonstrated adequate knowledge of IDEA regulations required for Related Service provisions. A detailed summary of staff responses is presented on pages 3-4 of the 2019-2020 LDOE monitoring report.

A representative sample of ten student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. Specifically, the sample consisted of five students (50% of the sample) with an exceptionality of Autism (AU), one student (10% of the sample) with an exceptionality of Emotional Disability (EMD) and four students (40% of the sample) with an exceptionality of Intellectually Disabled (ID).  Related Service provisions included Speech Therapy (eight students), Adaptive PE (three students), Occupational Therapy (six students) and Social Work Services (seven students.)

Student file reviews were conducted by LDOE monitoring personnel and IMs in a manner consistent with the requirements outlined in section B(4)(a) and B(4)(b) on pages 3-4 of Addendum A of the CJ. Please refer to page 4 of the LDOE monitoring report for Encore Academy in the Appendix for a list of items that were reviewed to complete the Related Service protocol for the sample of students.

A review of student records revealed that eight of eight (100%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under IDEA, Part B program. However, there was a student-specific concerns of noncompliance observed for a single student related to IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements and IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals (one student). This student-specific finding of noncompliance is listed on page 2 of the 2019-2020 IDEA Monitoring Results Summary for Encore Academy located in the Appendix.

  2.  <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

The findings of the spring 2019-2020 follow-up monitoring review for Encore Academy indicated systemic compliance for 100% of the IDEA Related Services regulations reviewed. As such, no formal corrective actions were warranted. However, as previously noted, there were student-specific IDEA Related Services violations observed for a single student. As required under the IDEA, these student- specific findings of IDEA noncompliance were corrected within 30 days of the issuance of the 2019-2020 LDOE Monitoring Report.

After observing the current status of Encore Academy's systemic compliance with all assessed IDEA Related Services regulations, verifying the single student-specific violations were corrected in a timely fashion and verifying that all CAP activities were successfully completed, the LDOE issued a "Notice of CAP Closure" charter management officials via email on September 14, 2020 indicating that no further corrective actions were warranted for Encore Academy School in the area of Enrollment Stability (Related Services) at this time (see the Appendix for a copy of CAP closure notification).

3. Status of LDOE Compliance

After participating in the monitoring visits for the NOLA PS charter schools requiring follow-up targeted follow-up monitoring in the area of Enrollment (Related Services) and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, 2019-2020 LDOE Monitoring Reports and 2019-2020 IDEA Monitoring Results summaries, technical assistance notifications, documentation of required CAP activities, Technical Assistance meeting, follow-up technical assistance) and discussing the targeted monitoring activities with LDOE monitoring personnel during conference calls and on-site meetings during throughout the spring semester of the 2019-2020 school year, the LDOE is judged to be in **Substantial Compliance** with Section IV(D)(7)(a-b) of the CJ and Sections D(1)(a-c) and D(2)(a-c) of Addendum A of the CJ for the spring semester of the 2019-2020 school year.

**SUMMARY**

A total of five NOLA PS charter schools were required to undergo follow-up targeted monitoring during the spring 2019-2020 school year to assess their status of IDEA after completing corrective actions (i.e., CAP and/or ICAPs) during the spring 2018 and 2019-2020 school years to address previously observed findings of systemic noncompliance in the areas of Child Find (one site), Related Services (three sites) and Enrollment Stability (one site).

The findings of the spring 2019-2020 follow-up targeted monitoring visits indicated, with the exception of student-specific IDEA violations, that all NOLA PS charter schools requiring follow-up reviews demonstrated systemic compliance for all IDEA Related Services and Enrollment Stability (i.e., Related Services) assessed. However, the single NOLA PS Charter School required to participate in the spring 2019-2020 follow-up review in the area of

Child Find (i.e., Walter L. Cohen Preparatory Academy) was observed to demonstrate continued <u>systemic noncompliance</u> for a single Child Find regulation under §*303- B. LA Bulletin 1508* (SBLC procedures; parental involvement). As such, Walter L. Cohen Preparatory Academy was required to undergo intensive corrective actions (ICAP) during the spring 2019-2020 and 2020-2021 school years to address the abovementioned findings of noncompliance in the area of Child Find.

The findings here indicate that one of five (20%) NOLA PS charter schools required to participate in spring 2019-2020 follow-up monitoring reviews evidenced continued systemic noncompliance for regulations outlined under the IDEA and/or *LA Bulletin 1508.* These findings are consistent with the spring 2018-2019 follow-up reviews where two of ten (20%) of NOLA PS charter schools were found to demonstrate continued systemic noncompliance for IDEA and/or *LA Bulletin 1508* regulations.

As reported in previous IM updates, although 20% of NOLA PS charter school have demonstrated continued systemic noncompliance after implementing corrective actions during the spring 2018-2019 and 2019-2020 school years, the primary concern is the continued prevalence of systemic issues of noncompliance observed during initial targeted monitoring reviews. That is, a total of 33% and 42% of targeted NOLA PS charter schools were observed to demonstrate some level of systemic noncompliance for IDEA and/or *LA Bulletin 1508* regulations during the fall 2018 and fall 2019 initial monitoring reviews, respectively. As such, as a proactive measure, the IMs continue to recommend that NOLA PS and LDOE officials collaborate and provide targeted trainings for staff in all NOLA PS and independent charter schools that focus on the most frequently observed areas of noncompliance to date (i.e., developing meaningful and measurable PLAAFP statements and annual goals; appropriately

documenting the provision of Related Services, etc.). In relation, it is also strongly recommended that NOLA PS charter school officials implement internal strategies (i.e., frequent compliance monitoring) to ensure compliance for all IDEA regulations.