Wednesday, January 15, 2020

Dear ███████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school.  The school had findings in the area of Related Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Audubon Charter School**

**Enrollment Services**
·      Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness);
·      Student files may be randomly selected if the school does not have at least ten (10) students with one or more of the above low incidence disabilities; and
·      Staff interview required.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact me via email at angela.randall@la.gov.
Sincerely,


Angela Randall, Executive Director
Division of Program Monitoring
1201 North Third Street
Baton Rouge, LA 70802



LOUISIANA DEPARTMENT OF EDUCATION

July 21, 2020

███████

Charter Management Operator
Audubon Charter School
1111 Milan Street
New Orleans, LA 70115

Dear ███████:

The purpose of this correspondence is to provide your school with results from the 2019-2020 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) that was conducted on February 6, 2020. The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The follow-up monitoring visit revealed there was <u>no evidence of continuing non-compliance</u> in the area of Related Services. Please note, that although there is no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring that includes a general summary of the visit. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented.

## Louisiana Believes

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ████████████████ email at ████████████████

Sincerely,

Angela Randall, Executive Director
Program Monitoring

c:   ████████, Board President
     ████████, Director of Student Support Services

AR:tww

Attachments

## Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

## LDOE Monitoring Report - SPLC

### 2019-2020

## Audubon Charter School

███████████, Charter Management Operator

███████, Board President

## Targeted Area of Monitoring

Related Services

## Date of On-Site Monitoring

February 6, 2020

## On-Site Monitoring Team

█████████ LDOE

█████████████LDOE

███████, Independent Monitor

**CONTENTS**



I.      General Overview…………………………………………………………………………………3

II.     School Staff Interview………. ……………………………………………………………………3

III.    Strategies, Activities, and Methods of Monitoring………………………………………4

IV.     Summary of Findings …………………………………………………………………………………4

Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2019-2020 school term, Audubon Charter School was targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 5 Follow-up SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.    School Staff  Interview

On February 6, 2020, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: special education director, principals, general education teacher, and special education teacher.

Results of this interview process revealed no concerns on how the school determines a student requires related service. Staff outlined their general process for identifying the related service needs of their students and arranging for the provision of required services. The Student Assistance Team (SAT)  considers referral concerns from teacher observation, parent concerns, evaluations, behavior data, academic data, during the evaluation process to address related service assistance. For students who are determined eligible for IDEA related services, the SAT begins the process to secure a credentialed service provider. Once a provider has been secured, the services provider along with the teacher reviews the specified related services prescribed in the student's Individualized Education Plan (IEP) to ensure students are not pulled from core classes.  School staffed described the use of various service delivery models, but not limited to push-in and pull-out, wrap-around, and individualized instruction. In most instances, students will begin receiving related services within 2 to 3 days. Staff reported that compensatory services are afforded to all students as required when service minutes are missed. Special Education Director stated there are multiple opportunities for the regular education teacher, special education teachers, service

providers, and other staff to collaborate regarding the impact of related services to student's functional performance and academic achievement. Progress monitoring data, report cards, standardized test data, service logs, and classroom data are reportedly used during the collaboration with IEP team and service providers. In sum, Audubon Charter School staff respondents clearly articulate the LEAs procedures for determining when a student requires related services and any other factors considered to ensure that all students are provided with a free appropriate public education (FAPE).

## Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Audubon Charter School was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with Five (5) school site personnel, including administrators, general educators, special educators, and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Audubon Charter School, there  were no identified  areas  of systemic under  the IDEA,  Part  B  program. Audubon Charter School  is to be commended for the work they are doing to educate students with disabilities. While no findings of systemic noncompliance were observed student's specific findings were observed as part of the student file review process and should be

Louisiana Believes

corrected by school personnel at Audubon Charter School within thirty (30) business days.    If you have any questions or concerns, please contact ███████████ via email at ███████████ ███████████ or (225) 342-3673.


Attachments


DEPARTMENT of
EDUCATION
Louisiana Believes

# 2019-2020 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION | Audubon Charter School |
| DATE(S) OF COMPLIANCE REVIEW | February 6, 2020 |
| SERVICES MONITORED | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2019-2020 SPLC Monitoring | | | A review of ten (10) student records with supporting documentation and an interview conducted for Audubon Charter School.<br><br>Although no findings of systemic noncompliance in the area of Related Service were observed during the on-site monitoring visit, there were student-specific IDEA concerns observed for four (4) students. These specific areas of IDEA noncompliance are addressed below. |



## Student-Specific Findings of Non-Compliance
## Audubon Charter School

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | The Present Level of Academic Achievement and Functional Performance (PLAAFP) statement (communication) does not include baseline measure of academic achievement for communication. |
| | The IEP (communication goal) does not include a measurable standard-based goal (e.g., duration, frequency, measurable terms, skills, or target behavior). |
| | The PLAAFP statement (communication) does not include a baseline measure of academic achievement for communication. |
| | The IEP does not include a measurable standard-based goal for communication (e.g., duration, frequency, measurable terms, skills, or target behavior). |
| | The PLAAFP statement (adaptive physical education and orientation/mobility) does not include:<br>• baseline measure of academic achievement for adaptive physical education/orientation/mobility<br>• how the student's disability affects involvement and progress in the general education curriculum (e.g., statement of functional performance) |

2

July 9, 2020

Dear Ms. Latoye Brown,

The Louisiana Department of Education, Division of Program Monitoring, acknowledges receipt of final evidence of corrective action in fulfillment of the approved Corrective Action Plan (CAP) for the SPLC monitoring in the area of Related Services at Audubon Charter School.  After a review the final documentation submitted on part of the school's required corrective action activities, it is evident that the LEA has sufficiently addressed each of the IDEA program findings identified in the monitoring report.

This correspondence validates that the findings of non-compliance are resolved in accordance with the February 2020 follow-up on-site monitoring visit. No further action is necessary with regard to this matter.  If further assistance is needed, please contact Tamika ▮▮▮▮▮▮▮▮ via email at ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ .

Sincerely,


Angela Randall, Executive Director

Program Monitoring

Dear ██████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school.  The school had findings in the area of Related Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Audubon Charter School**

**Enrollment Services**
· 	Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness);
· 	Student files may be randomly selected if the school does not have at least ten (10) students with one or more of the above low incidence disabilities; and
· 	Staff interview required.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact me via email at angela.randall@la.gov.
Sincerely,


Angela Randall, Executive Director
Division of Program Monitoring
1201 North Third Street
Baton Rouge, LA 70802



# LOUISIANA DEPARTMENT OF EDUCATION

**LDOE Monitoring Report - SPLC**

**2019-2020**

## Cohen College Preparatory Academy –

## New Orleans College Preparatory Academies



█████████, Charter Management Operator

█████████, School Leader

### Targeted Area of Monitoring

Child Find

### Date of On-Site Monitoring

February 5, 2020

### On-Site Monitoring Team

█████████, LDOE

█████████, LDOE

█████████, Independent Monitor

█████████, Independent Monitor



Louisiana Believes

**CONTENTS**

I.      General Overview.................................................................................................3

II.     School Staff Interview..........................................................................................3

III.    Strategies, Activities, and Methods of Monitoring...............................................4

IV.     Summary of Findings ..........................................................................................5

Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2019-2020 school term, Cohen College Preparatory Academy – New Orleans Preparatory Academies was targeted for monitoring in the area of Child Find. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 2 Follow-up monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.    School Staff Interview

On February 5, 2020, LDOE monitoring staff and the Court Approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included the following: director of student services, school psychologist, Response to Intervention (RTI) coordinator, social worker, principal, assistant principal, special education coordinator, and general education teacher.

Results of this interview indicated non-compliance in the area of Child Find. During the interview, it was evident that the school building level committee (SBLC)/RTI team held several meetings without having made sufficient attempts to involve parents. Staff reported RTI meetings were conducted on an as needed basis for students that are struggling academically or behaviorally. They listed a number of staff members who are typically involved in those meetings; however, the records review revealed little evidence of collaborative team participation in meetings. Most files had the signature of only one person and some lacked any signatures. Staff described a newly implemented procedure and early warning system that has helped the school identify students possibly in need of support. They additionally reported efforts to modify their RTI procedures. Consultants have been hired to assist with this process. The process that staff described, contained most of the essential components of a multi-tiered system of support, it includes: universal screening, a review of data, progress monitoring, and the provision of intervention or other supports. They reported having adopted standard forms provided by the NOLA Public

**Louisiana Believes**

School System. The 300R Form will be used to document SBLC activities. This new SBLC process was described as an update from the previous year. Staff described the intervention support offered through RTI.  This support begins with interventions in the classroom and increases in intensity and duration depending on student need.   Staff discussed their procedures for advancing students to Section 504 or special education evaluations when warranted.  The school psychologist and speech pathologist generally serve as the lead on evaluation referrals.  While parent involvement was mentioned again, a review of records did not support claims that parents are appropriately involved in SBLC decisions concerning their children.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Cohen College Preparatory Academy – New Orleans College Preparatory Academies was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest Child Find rate for students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Ten (10) student records;
- Student documentation: Individualized Education Programs (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs;
- Child find guidelines (if applicable);
- RTI procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with eight (8) school site personnel, including school administrators, general educators, special educators, and SPED director/coordinator.

Louisiana Believes

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Cohen College Preparatory Academy – New Orleans College Preparatory Academies, there were identified areas of systemic and student-specific non-compliance under the IDEA, Part B program and Section 504 of the Rehabilitation Act of 1973 in the following area(s):

- **§303. School Building Level Committee –** The SBLC is a general education, data driven, decision-making committee whose standing members consist of at least the principal/designee, a classroom teacher, and the referring teacher... the student' s parent or guardian is an invited participant. The SBLC shall review and analyze all screening data, including RTI results, to determine the most beneficial option for the student.

Cohen College Preparatory Academy – New Orleans College Preparatory Academies must immediately begin correcting areas of non-compliance as indicated on the Summary of Findings attachment. A 2020 - 2021 Corrective Action Plan (CAP) has been developed by the Louisiana Department of Education to address the area of identified non-compliance listed on this report and the results summary. The plan addresses the activities the LEA should implement to correct all findings as rapidly as possible, and in no case longer than one year from the date of this letter. The CAP will be emailed to your special education contact person within twenty (20) days of receiving this report. If you have any questions or concerns, please contact ▮▮▮▮▮▮▮ via email at ▮▮▮▮▮▮▮ or (225)342-0223.

Attachments

**Note: The Student-Specific Findings of Non-Compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.**

IDEA PART B INTENSIVE CORRECTIVE ACTION PLAN

SPLC 2020-2021

LEA: Walter Cohen

DATE OF MONITORING:  February 5, 2020

AREA OF FINDING: CHILD FIND

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DOCUMENTATION DUE DATE | DOCUMENT STATUS |
|---|---|---|---|---|---|
| 1.1.  Correct all student specific citations identified in the Results Summary report.<br><br>NOTE:  This activity represents an individual corrective action plan for providing remedies for all student specific IDEA citations. | Sept 2020 | Charter Director<br><br>Special Education Staff<br><br>School Principal or Designee | Copies of SBLC forms documenting SBLC meeting were reconvened to address findings and copies of any other documentation denoting findings were addressed appropriately. | October 2020 | |
| 1.2  SBLC forms will be filled out in their entirety including the required components below:<br><br>• All required participants name, title and signature (required participants are: principal or designee, SBLC chairperson, parent, referring person/agency, classroom teacher(s) of student)<br>• Referral concern(s)<br>• Team meeting date<br>• Data/documents reviewed for student (ex: screeners, assessment scores, behavior checklist, behavior referrals, grades, attendance, academic checklist, etc.)<br>• Decision of team/actions taken by team<br>• If placed in RTI, Tier student placed in; type of intervention (must be research based); time/frequency of intervention; length of time student will be in intervention (6wk, 8wk, et.) | Sept 2020 | Charter Director<br><br>Special Education Staff<br><br>School Principal or Designee | 5% sample of SBLC forms submitted to LDOE on monthly basis (if 10 or less SBLC forms send all forms) | October 30<br><br>November 30<br><br>December 18<br><br>January 29<br><br>February 26<br><br>March 31<br><br>April 30<br><br>May 28 | |



# 2019-2020 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION | New Orleans College Preparatory Academies – Cohen College Prep Academy |
|---|---|
| DATE(S) OF COMPLIANCE REVIEW | February 5, 2020 |
| SERVICES MONITORED | Child Find |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2019-2020 SPLC Monitoring | §303 School Building Level Committee (SBLC) | The SBLC is a general education, data driven, decision-making committee whose standing members consist of at least the principal/designee, a classroom teacher, and the referring teacher. The student's parent(s) or guardian(s) is an invited participant. The SBLC shall review and analyze all screening data, including RTI results, to determine the most beneficial option for the student. | A review of eleven student records with supporting documentation and staff interviews was conducted for Cohen College Preparatory Academy.

Seven of eleven records reviewed (64%) of the total sample) contained issues of noncompliance. |

1



## Student-Specific Findings of Non-Compliance
## Cohen College Preparatory Academy

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | There was insufficient School Building Level Committee (SBLC) documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |
| | There was insufficient SBLC documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |
| | There was insufficient SBLC documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |
| | There was insufficient SBLC documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |
| | There was insufficient SBLC documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |
| | There was insufficient SBLC documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |
| | There was insufficient SBLC documentation to indicate all required participants met to discuss the student's academic needs (e.g., missing classroom teacher, referring teacher, principal or designee, and efforts to involve parents). |

Wednesday, January 15, 2020

Dear ██████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school.  The school had findings in the area of Related Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

**Audubon Charter School**

**Enrollment Services**
·      Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness);
·      Student files may be randomly selected if the school does not have at least ten (10) students with one or more of the above low incidence disabilities; and
·      Staff interview required.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact me via email at angela.randall@la.gov.
Sincerely,


Angela Randall, Executive Director
Division of Program Monitoring
1201 North Third Street
Baton Rouge, LA 70802



# LOUISIANA DEPARTMENT OF EDUCATION

**LDOE Monitoring Report - SPLC**

**2019-2020**

## Encore Academy



█████████, Charter Management Operator

█████████████, Board President

## Targeted Area of Monitoring

Enrollment

## Date of On-Site Monitoring

February 4, 2020

## On-Site Monitoring Team

█████████, LDOE

████████████, LDOE

███████, Independent Monitor

████████, Independent Monitor



## CONTENTS

I.      General Overview……………………………………………………………………………………………3

II.     School Staff Interview……………………………………………………………………………………3

III.    Strategies, Activities, and Methods of Monitoring……………………………………………4

IV.    Summary of Findings ……………………………………………………………………………………4

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2019-2020 school term, Encore Academy was targeted for monitoring in the area of Enrollment. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 6 SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.   School Staff Interview

On February 4, 2020, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school.  This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Enrollment. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included the following:  special education director, special education social worker, founder & CEO and special education teacher.

Results of this interview process indicated general compliance in the area of Enrollment.  The school staff did an awesome job explaining how their school determines whether a student requires related services in order to provide students with a free and appropriate public education (FAPE).  After students enroll in the school, the student assistance team (SAT) reviews data and determines the student needs related services.  If it is suspected the student is in need of related services, the team reviews the student's classroom and behavior data to assist with making a decision on what services are needed.   Students at Encore Academy has a support team that includes approximately four social workers and three behavior interventionist when reviewing behavior data.  Behavior data is checked weekly.  There are several tools the school uses for all areas of the screening process. When academic screening is conducted, the school uses universal screenings and there are several tier interventions that are conducted weekly. The school indicated related services teams are large and makes it easier to provide services to students.   School staff noted that services are provided to students during enrichment times where it doesn't interfere with core academic subjects.   It was later shared that student process is reported using progress reports. The school follows the academic calendar of regular reports

Louisiana Believes

cards and sends the IEP progress reports home for parental review. The school staff noted that their numbers has increased with student population this school year and they work hard to ensure that students with disabilities received all of their related services.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Encore Academy was to ensure that students are receiving a FAPE. The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest enrollment rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**
- Ten (10) student records
- Individualized education plans (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report Cards; service provider logs
- Child find guidelines (if applicable)
- Response to intervention (RTI) procedures (if applicable)
- Special education policies and procedures guidelines and forms currently in use
- Interviews with four (4) school site personnel, including administrators, general educators, special educators, and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Encore Academy, there  were no areas of systemic noncompliance under IDEA, Part B program.  Although no findings of systemic noncompliance were indicated, student specific findings were observed as part of the students file review process and should be corrected by school personnel at Encore Academy within thirty (30) business days.  Encore Academy is to be commended for the work they are doing to educate students with disabilities.  If you have any questions or concerns, please contact ▮▮▮▮▮▮▮▮ by email at ▮▮▮▮▮▮▮▮▮▮▮▮ or by telephone at ▮▮▮▮▮▮▮ .

Attachments

**Note: The Student-Specific Findings of Non-Compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.**



# 2019-2020  IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION | Encore Academy |
| --- | --- |
| DATE(S) OF COMPLIANCE REVIEW | February 4, 2020 |
| SERVICES MONITORED | Enrollment |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
| --- | --- | --- | --- |
| 2019-2020  SPLC Monitoring | | | A review of ten student records with supporting documentation and staff interviews was conducted for Encore Academy.<br><br>Although no findings of systemic noncompliance in the area of Enrollment were observed during the on-site monitoring visit, there were IDEA concerns observed for one student. The student-specific areas of noncompliance are addressed below. |

1



## Student-Specific Findings of Non-Compliance

### Encore Academy

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | The Present Level of Academic Achievement and Functional Performance (PLAAFP) statement for communication - language, motor - APE writing readiness, OT and PT - safe touch does not include: |
| | ○ the student's academic strengths and weakness baseline measures of academic achievement; and |
| | ○ how the student's disability affects their involvement and progress in the general education curriculum (e.g., statement of functional performance). |
| | The IEP does not include: |
| | ○ measurable standard-based goals for communication - language, motor skills (APE writing readiness), OT and PT - safe touch; and |
| | ○ no evidence of benchmarks or short term objectives aligned to alternate achievement standards which should be included for students who participate in alternate assessments. |

2

September 14, 2020

Dear ███████ :

The Louisiana Department of Education, Division of Program Monitoring, acknowledges receipt of final evidence of corrective action in fulfillment of the approved Intensive Corrective Action Plan (ICAP)  for SPLC monitoring in the area of Enrollment  at Encore Academy.  After review of final documentation submitted on part of the school's required corrective action activities, it is evident that the LEA has sufficiently addressed each of the IDEA program findings identified in the monitoring report.

This correspondence validates that the findings of non-compliance are resolved in accordance with the February 4, 2020  follow-up on-site monitoring visit.   No further action is necessary with regard to this matter.  If further assistance is needed, please feel free to contact ██████ ███████ via email at ███████████████████ .

 Sincerely,


Angela Randall, Executive Director

Division of Program Monitoring

 LOUISIANA DEPARTMENT OF EDUCATION

July 21, 2020

████████

Encore Charter School
2518 Arts Street
New Orleans, LA 70117

Dear ████████ :

The purpose of this correspondence is to provide your school with results from the 2019-2020 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) that was conducted on February 4, 2020. The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The follow-up monitoring visit revealed there was <u>no evidence of continuing non-compliance</u> in the area of enrollment . Please note, that although there is no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring that includes a general summary of the visit. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented.

Louisiana Believes

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future. If you have any questions, feel free to contact ██████████ via email at ████████████████

Sincerely,

██████████, Executive Director
Division of Program Monitoring

C: ████████████, Board President
   ████████████, Special Education Director

AR:js

Attachments

## Louisiana Believes

Wednesday, January 15, 2020

Dear ███████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school.  The school had findings in the area of Related Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

 Lusher Charter School

 Related Services

·      Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness);

·      Student files may be randomly selected if the school does not have at least ten (10) students with one or more of the above low incidence disabilities; and

·      Staff interview required.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact me at angela.randall@la.gov.

Sincerely,


Angela Randall, Executive Director
Division of Program Monitoring

 LOUISIANA DEPARTMENT OF EDUCATION

July 21, 2020

███████████████, School Leader
Lusher Charter School
7315 Willow Street
New Orleans, LA 70118

Dear ██████████:

The purpose of this correspondence is to provide your school with results from the 2019-2020 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) that was conducted on February 6, 2020. The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The follow-up monitoring visit revealed there was <u>no evidence of continuing non-compliance</u> in the area of related services. Please note, that although there is no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring that includes a general summary of the visit. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented.

*Louisiana Believes*

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ████████████ via email at ████████████

Sincerely,

*Angela Randall*

Angela Randall, Executive Director
Division of Program Monitoring

c:    ████████████, Board President
      ████████████, Director of Student Support Services

AR:js

Attachments

## Louisiana Believes

 LOUISIANA DEPARTMENT OF EDUCATION

July 21, 2020

████████████████
Encore Charter School
2518 Arts Street
New Orleans, LA 70117

Dear ████████ :

The purpose of this correspondence is to provide your school with results from the 2019-2020 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) that was conducted on February 4, 2020. The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The follow-up monitoring visit revealed there was <u>no evidence of continuing non-compliance</u> in the area of enrollment . Please note, that although there is no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring that includes a general summary of the visit. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented.

Louisiana Believes

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future. If you have any questions, feel free to contact ███████████ via email at ████████████████

Sincerely,

███████████████, Executive Director
Division of Program Monitoring

C: ████████████, Board President
   ████████████████, Special Education Director

AR:js

Attachments

Wednesday, January 15, 2020

Dear ████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school. The school had findings in the area of Related Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

Lusher Charter School

Related Services

· Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness);

· Student files may be randomly selected if the school does not have at least ten (10) students with one or more of the above low incidence disabilities; and

· Staff interview required.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process. If you have questions, please feel free to contact me at angela.randall@la.gov.

Sincerely,


Angela Randall, Executive Director
Division of Program Monitoring

1201 North Third Street
Baton Rouge, LA 70802



# LOUISIANA DEPARTMENT OF EDUCATION

## LDOE Monitoring Report - SPLC

## 2019-2020

### Lusher Charter School



███████████████, Charter Management Operator

███████████, Board President

### Targeted Area of Monitoring

Related Services

### Date of On-Site Monitoring

February 6, 2020

### On-Site Monitoring Team

██████████, LDOE

████████████, Independent Monitor

███████████, Independent Monitor



## Louisiana Believes

## CONTENTS

I.      General Overview...............................................................................3

II.     School Staff Interview.........................................................................3

III.    Strategies, Activities, and Methods of Monitoring...........................4

IV.     Summary of Findings ........................................................................4

## Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2019-2020 school term, Lusher Charter School was targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the Year 6  SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.    School Staff Interview

On February 10,2020, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: student support coordinator, regular education teacher, middle school social worker, middle school special education teacher, middle school principal, high school social worker, speech therapist, director of student support .

Results of this interview process are briefly described in this summary report.  The school provided a well stated process of how they determine if a student requires related services in order to provide a particular student a free and appropriate public education (FAPE).  They stated that they make their determination through evaluations.  If the school has been informed that a student requires special education services, the student will be placed on an interim IEP.  The school stated the school has a checklist that has been developed to assist with the screening process aligned with Bulletin 1508 pupil appraisal guidelines.   The school noted they use a variety of standardized instruments when screening and evaluating students.

Louisiana Believes

If a student enrolls at Lusher from another LEA, staff reviews transfer records to determine the services the student's needs.  If students require related services, staff will recommend that the student be evaluated for new academic or behavioral concerns.   Students are screen regularly by using norm reference test.   The school staff shared with the interview team that several of their related service personnel are contracted.  It was shared that most parents want their child to receive related services.  Students are not pulled out of core academic subjects for related services. The school staff shared there were a gap only in OT services this year; however, they are doing an excellent job with students with disabilities at their school and providing FAPE along with the students requiring related services.

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring Lusher Charter School  was to ensure that students are receiving a FAPE. The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with eight (8)  school site personnel, including administrators, general educators, special educators, and SPED director/coordinator.

Louisiana Believes

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Lusher Charter School, there  were no areas of systemic noncompliance under IDEA, Part B program.  Although no findings of systemic noncompliance were observed,  student specific findings were observed as part of the students file review process and should be corrected by school personnel within thirty (30) business days.  Lusher Charter School is to be commended for the work they are doing to educate students with disabilities.  If you have any questions or concerns, please contact ▮▮▮▮▮▮▮ by email at ▮▮▮▮▮▮▮▮▮ or by telephone at (225)342-1129.

Attachments

Louisiana Believes



# 2019-2020 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION | Lusher Charter School |
| DATE(S) OF COMPLIANCE REVIEW | February 6, 2020 |
| SERVICES MONITORED | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| 2019-2020 SPLC Monitoring | | | A review of ten student records with supporting documentation and staff interviews was conducted for Lusher Charter School.<br><br>Although no findings of systemic noncompliance in the area of Related Services were observed during the on-site monitoring visit, there were student specific IDEA concerns observed for three students. These specific areas of IDEA noncompliance are addressed below. |

1



## Student-Specific Findings of Non-Compliance
## Lusher Charter School

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | The Present Level of Academic Achievement and Functional Performance (PLAAFP) statement does not include baseline measures of academic achievement for academic/reading and communication - language. |
| | The PLAAFP statement does not include baseline measures of academic achievement for communication - language, social skills, and motor goals. |
| | The PLAAFP statement for motor - sensory processing and social skills - behavior goals do not include: <br> ○ the student's academic strengths and weaknesses baseline measures of academic achievement; and <br> ○ how the student's disability affects their involvement and progress in the general education curriculum (e.g., statement of functional performance). |

September 8, 2020

Dear ███████████,

The Louisiana Department of Education, Division of Program Monitoring, acknowledges receipt of final evidence of corrective action in fulfillment of the approved Corrective Action Plan (CAP) for the SPLC monitoring in the area of <u>Related Services</u> at Lusher Charter School. After a review of the final documentation submitted on part of the school's required corrective action activities, it is evident that the LEA has sufficiently addressed each of the IDEA program findings identified in the monitoring report.

This correspondence validates that the findings of non-compliance are resolved in accordance with the February 2020 follow-up on-site monitoring visit. No further action is necessary with regard to this matter. If further assistance is needed, please contact ████████████████ via email at ███████████████████████.

Sincerely,


Angela Randall, Executive Director

Division of Program Monitoring

1201 North Third Street

Baton Rouge, LA 70802

Wednesday, January 15, 2020

Dear ████████████████ :

Pursuant to a settlement agreement between the Southern Poverty Law Center (SPLC) and the Louisiana Department of Education (LDOE), the Office of Statewide Monitoring will conduct a review of special education programs at your charter school.  The school had findings in the area of Related Services. A Corrective Action Plan (CAP) was developed to address the findings listed in the monitoring report. This monitoring is a separate and mandatory requirement of a consent judgment between specific charter schools located within Orleans parish and the LDOE. The purpose of the review is to ensure the provision of special education and related services are in compliance with the Individual with Disabilities Education Act (IDEA).

Only programs under the Individuals with Disabilities Education Act (IDEA) will be monitored. For each of the targeted monitoring categories, student files will be reviewed and a staff interview will be conducted. This effort will be conducted through an onsite monitoring visit. The area(s) which will be monitored and type of monitoring event which will occur at your school is outlined below:

 James Singleton Charter School

Related Services

·      Onsite review of student files from one or more of the following disability categories - low incidence disabilities (deaf-blindness, deafness, hearing impairment, intellectual disability, multiple disabilities, orthopedic impairment, traumatic brain injury, autism, or visual impairment including blindness);

·      Student files may be randomly selected if the school does not have at least ten (10) students with one or more of the above low incidence disabilities; and

·      Staff interview required.

Attached to this email are the monitoring protocols and staff interview questions that will be used to facilitate the monitoring activities. A subsequent email will be sent to the designated lead contact person outlining the logistics of the monitoring visit and the information needed to facilitate the monitoring process.

The Department looks forward to supporting you and your staff during this process.  If you have questions, please feel free to contact me at angela.randall@la.gov.

Sincerely,

Angela Randall, Executive Director
Division of Program Monitoring
1201 North Third Street
Baton Rouge, LA 70802

 LOUISIANA DEPARTMENT OF EDUCATION

July 21, 2020

█████████████

James Singleton Charter School
2220 Oretha Castle Haley
New Orleans, LA 70113

Dear ████████ :

The purpose of this correspondence is to provide your school with results from the 2019-2 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) that was conducted on February 5, 2020. The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The follow-up monitoring visit revealed there was <u>no evidence of continuing non-compliance</u> in the area of related services. Please note, that although there is no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

LDOE monitoring staff have compiled the results of the school's monitoring activities and prepared information relative to this monitoring that includes a general summary of the visit. The enclosed documents include the following:

- IDEA Monitoring Report
- IDEA Monitoring Results Summary

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate methods of correction are implemented.

Louisiana Believes



# LOUISIANA DEPARTMENT OF EDUCATION

## LDOE Monitoring Report - SPLC

## 2019-2020

### James Singleton Charter School



### Targeted Area of Monitoring

Related Services

### Date of On-Site Monitoring

February 5, 2020

### On-Site Monitoring Team

██████████, LDOE

██████████████, LDOE

████████████, LDOE

█████████, Independent Monitor

████████████, Independent Monitor

███████████ Independent Monitor

## Louisiana Believes

## CONTENTS

I.      General Overview.................................................................................3

II.     School Staff Interview..........................................................................3

III.    Strategies, Activities, and Methods of Monitoring...........................4

IV.     Summary of Findings ..........................................................................4

Louisiana Believes

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2019-2020 school term, James Singleton Charter School  was targeted for monitoring in the area of Related Services. This  monitoring  report provides  a comprehensive review of all activities which occurred in fulfillment of the Year 5  SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.


## II.    School Staff  Interview

On February 5, 2020, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to  probe  responses  in  the  identified  area(s)  of  interests.  A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of special education , principal, special education teacher, ESL/504 coordinator, 3-5 grade science teacher, two (2) special education teacher, .

Results of this interview process are briefly described in this summary report.  The school staff provided a thorough explanation within Bulletin 1530 where students are screened for social and emotional concerns.  In correlation with the forms developed by Orleans Parish School System, the school uses the forms for the referral process.  Staff stated students receive related services during non-academic core subjects.  The mask majority of related services personnel are independent contractors;  however,  staff  indicated  some  service  providers  are  employed  by  the  charter organization.  Staff also indicated if compensatory services are warranted for students, the school has a well devised compensatory plan. The school uses the inclusion model and teachers provide a great deal of support academically in the general education class.

## Louisiana Believes

## III.   Strategies, Activities, and Methods of Monitoring

The purpose for monitoring James Singleton Charter School  was to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an onsite review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**The following items were reviewed during the onsite visit:**

- Ten (10)  student records;
- Student documentation: Individualized Evaluation Plans (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report cards; service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with seven (7) school site personnel, including administrators, general educators, special educators, and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at James M. Singleton Charter School , there  were no areas of systemic noncompliance under  IDEA, Part  B program.  Although no findings of systemic noncompliance were indicated, there were student's specific findings observed as part of the students file review process and should be corrected by school personnel at James Singleton Charter School within thirty (30) business days.  James M. Singleton Charter School is to be commended for the work they are doing to educate students with disabilities.  If you have any questions or concerns, please contact ██████████ by email at ███████████████ or by telephone at (225) 342-1129.

Attachments

## Louisiana Believes

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Your cooperation and assistance with this process is most appreciated. Thank you for your dedication to the students in your schools. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact via email at

Sincerely,

Angela Randall, Executive Director
Division of Program Monitoring

c:

AR:js

Attachments

## Louisiana Believes



# 2019-2020 IDEA MONITORING RESULTS

| LEA/CHARTER/ORGANIZATION | James Singleton Charter School |
| --- | --- |
| DATE(S) OF COMPLIANCE REVIEW | February 5, 2020 |
| SERVICES MONITORED | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
| --- | --- | --- | --- |
| 2019-2020 SPLC Monitoring | | | A review of ten student records with supporting documentation and staff interviews was conducted for James Singleton Charter School.<br><br>Although no findings of systemic noncompliance in the area of Related Service were observed during the on-site monitoring visit, there were student-specific IDEA concerns observed for three students. These specific areas of IDEA noncompliance are addressed below. |



## Student-Specific Findings of Non-Compliance
### James Singleton Charter School

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | The Present Level of Academic and Achievement and Functional Performance (PLAAFP) (math and self-help skills) statement does not include: <br><br> ○ the student's academic strengths and weaknesses baseline measures of academic achievement for math; and <br><br> ○ how the student's disability affects their involvement and progress in the general education curriculum (e.g. statement of functional performance). <br><br> The IEP does not include: <br><br> ○ a measurable standard-based goals for math and self-help (e.g., duration, frequency, measurable terms, kills or target behavior); and <br><br> ○ evidence of benchmarks or short term objectives aligned to alternate achievement standards which should be included for students who participate in alternate assessment. |
| | The IEP does not include: <br><br> ○ a measurable standard-based goal for written expression (e.g., duration, frequency, measurable terms, skills or target behavior); <br><br> ○ evidence of benchmarks or short term objectives aligned to alternate achievement standards which should be included for students who participate in alternate assessments; <br><br> ○ evidence that indicates related services are being provided to the student in the types and frequency specified in the student's IEP; and <br><br> ○ signatures to support appropriate team members who were present at the IEP team meeting. |

2



# Student-Specific Findings of Non-Compliance
## James Singleton Charter School

The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public.

| PII Number | Issue Area |
|---|---|
| | The PLAAFP statement for reading does not include:<br>○ a measurable standard-based goal for reading (e.g. duration, frequency measurable terms, skill, or target behavior); and<br>○ evidence of benchmarks or short term objectives aligned to alternate achievement standards which should be included for students who participate in alternative assessment. |

3

September 14, 2020

Dear ███████ :

The Louisiana Department of Education, Division of Program Monitoring, acknowledges receipt of final evidence of corrective action in fulfillment of the approved Intensive Corrective Action Plan (ICAP)  for SPLC monitoring in the area of Related Services at James M. Singleton Charter School.  After review of final documentation submitted on part of the school's required corrective action activities, it is evident that the LEA has sufficiently addressed each of the IDEA program findings identified in the monitoring report.

This correspondence validates that the findings of non-compliance are resolved in accordance with the February 5, 2020  follow-up on-site monitoring visit.   No further action is necessary with regard to this matter.  If further assistance is needed, please feel free to contact ███████ ███████ via email at ███████████████ v.

Sincerely,


Angela Randall, Executive Director

Division of Program Monitoring

**Components of a Related Services Log**

**Demographic Information:**

Provider's name

Related service area

School

Current school year

**Documentation of Services:**

List all students servicing

Session type – individual, group, inclusion (if inclusion need to include the class providing push-in services and regular education teacher)

Student attendance for session – indicate with present or absent (if absent provide make-up session)

Date service was provided

Skill(s) working on related to IEP goal

Student progress on the skill(s)- (Evaluation of Performance)

Therapy Notes – include any additional information from the session

Time session began/ended

# GENERAL STUDENT INFORMATION (GSI)

**GENERAL STUDENT INFORMATION**
- ✓ Give a general description of the student
- ✓ Examples include, but are not limited to:
  - ➢ Age and grade
  - ➢ Current placement
  - ➢ Retentions, if applicable
  - ➢ Any pertinent information not indicated in another section of General Student Information that would aid in providing instructional or behavior supports
  - ➢ Number of years student received special education services

**STRENGTHS**
- ✓ List student's strengths (what the student is capable of doing independently)
- ✓ Make sure strengths are not listed as academic, developmental or functional needs or as evaluation priorities—that they do not conflict.

**PARENT CONCERNS**
- ✓ Interview the parent by phone, questionnaire, in person, etc. about their concerns regarding the education of their child.
- ✓ Never put "There are no concerns at this time".

**EVALUATION RESULTS**
- ✓ Indicate date of last evaluation
- ✓ Indicate the areas of concerns noted in the most recent evaluation (priorities, diagnosed impairments, etc.)
- ✓ Indicate if this is a reevaluation/IEP conference
- ✓ Make sure these concerns are not listed as strengths on the IEP
- ✓ Indicate services the student qualifies for (Example:  speech, APE, OT, PT, SWS, health, etc.)

**ACADEMIC, DEVELOPMENTAL, AND FUNCTIONAL NEEDS**
- ✓ List areas of the general curriculum student is having difficulty with.
- ✓ Indicate the most relevant areas of the general curriculum for the student to master.
- ✓ List the student's academic needs (weaknesses).
- ✓ Indicate where the student is functioning developmentally, if applicable (Pre-k and K)
- ✓ Indicate the student's functional needs (motor, behavior, social, communication, etc.)
- ✓ If the student's functional needs are being addressed through a related service, indicate this in this section.
- ✓ Preschool only – as appropriate, indicate how the disability affects the student's participation in appropriate activities.

**STATEWIDE ASSESSMENT RESULTS**
- ✓ Indicate type of Statewide Assessment student participated in, date, and results (results must be current).
- ✓ If student did not participate in the latest Statewide Assessment, explain and list results of latest Statewide Assessment available

<div style="border:1px solid black; padding:5px;">

**PROGRESS/LACK OF EXPECTED PROGRESS IN GENERAL EDUCATION CURRICULUM**

✓ Indicate how the student is receiving access to the general education curriculum.
- ➢ The general curriculum is the full range of courses, activities, lessons and materials routinely used by the general population of a school.  (This can be addressed in regular and/or ESS classes).
- ➢ Indicate how access to general education curriculum is being provided and who is providing it (through GLEs, State benchmarks, State Standards, Comprehensive Curriculum, District Curriculum, Common Core Curriculum, Extended Standards, etc.)
- ➢ If student is testing LAA1/Louisiana Connectors, indicate that he/she is receiving instruction using Extended Standards
- ➢ Indicate any regular classes the student is participating in.

✓ Indicate how the student's disability affects his/her involvement and progress in the general curriculum.  Explain.

✓ If the student is not making progress (failing 1 or more core subjects or not successfully addressing annual goals), indicate what interventions are being implemented to address the student's lack of progress.

Indicate if the student needs core and/or supplemental instructional materials in alternate format.
Examples:  digitized text books, Braille text books, text modified to present content through a primary graphic/pictorial mode, etc.  If the student qualifies for AIM, indicate in this section and explain.

</div>

### Consideration of Special Factors

The IEP team must also consider the following special factors and include, if needed, a statement addressing these issues on the IEP.

**Note:  Only address topics below, if applicable to the student.  If not applicable, put N/A in each blank.**

<div style="border:1px solid black; padding:5px;">

**BEHAVIOR**

✓ Use this section if the student's behavior impedes his/her learning or that of others.
✓ List inappropriate behaviors.
✓ List positive behavioral intervention strategies and other strategies being used to address the behavior(s).
✓ Indicate if student has a FBA or BIP.  If student does not have a FBA or BIP, explain.
✓ If the student receives social work services, indicate.
✓ Behaviors indicated in this section should also be addressed in the behavior/social instructional plan page, the FBA, and in the Behavior Intervention Plan.

**LIMITED ENGLISH PROFICIENT**

✓ Use only if student has limited English proficiency
✓ Indicate the language needs of the student as they relate to the IEP

**COMMUNICATION NEEDS OF CHILD**

✓ Address if student has language and communication needs (Speech Therapy Services).
✓ Address if student is deaf or hard of hearing. (Hearing Impaired Services).
- ➢ Indicate student's language and communication needs
- ➢ Indicate the student's opportunities for direct  communications with peers and professional personnel in the student's language and communication mode, academic level, and full range of needs
- ➢ Indicate the opportunities for direct instruction in the student's language and communication mode

✓ Indicate why student is receiving services (weaknesses or impairments from evaluation).
✓ If the student receives speech therapy or hearing impaired services, the service provider will address in collaboration with the IEP team
✓ Do not indicate time and minutes of service(s) in this section.

</div>

| |
|---|
| ✓   If the student is non-verbal and/or has trouble communicating, indicate how they communicate and give specific details about their augmentative alternative communication system.  **Note:  Never use the brand name of a program/methodology.** |

**INSTRUCTION IN AND USE OF BRAILLE**

✓   Address for blind or visually impaired students.
  ➢   If evaluation indicates student needs instruction in Braille, indicate this and indicate how the student will receive that instruction
  ➢   If evaluation indicates Braille is not appropriate for the student, indicate that the use of Braille is not appropriate for the student and why.
  ➢   Visually Impaired teacher will address this section.

**ASSISTIVE TECHNOLOGY SERVICES/DEVICES**

✓   If the student requires any assistive technology devices and services, indicate here.  (AT assessment/evaluation required).
✓   If the student uses a calculator as an accommodation, calculator must be indicated in this section.
✓   Any AT listed in this section should also be listed as an accommodation under AT on the Accommodations page of the IEP.
✓   If the student receives AIM, indicate in this section and explain what type of alternate format(s) he/she is accessing.
✓   If the student has been referred for AIM, indicate the status of the referral

**HEALTH NEEDS**

✓   Address if the student has any health problems.
✓   Indicate the health problems and needs to be met during the school day.
✓   Indicate if the student is on medication and the type of medication.
✓   If student is on medication at home or at school, a current health plan (for current school year) signed by the school nurse must be attached to the IEP.

Include such medical conditions as asthma, diabetes, seizures, or other diseases/disorders that may require lifting and positioning, diapering, assistance with meals, special diets, or other health needs.

| |
|---|
| **INSTRUCTION IN AND USE OF BRAILLE** |
| ✓ Address for blind or visually impaired students. |
| ➢ If evaluation indicates student needs instruction in Braille, indicate this and indicate how the student will receive that instruction |
| ➢ If evaluation indicates Braille is not appropriate for the student, indicate that the use of Braille is not appropriate for the student and why. |
| ➢ Visually Impaired teacher will address this section. |
| **ASSISTIVE TECHNOLOGY SERVICES/DEVICES** |
| ✓ If the student requires any assistive technology devices and services, indicate here.  (AT assessment/evaluation required). |
| ✓ If the student uses a calculator as an accommodation, calculator must be indicated in this section. |
| ✓ Any AT listed in this section should also be listed as an accommodation under AT on the Accommodations page of the IEP. |
| ✓ If the student receives AIM, indicate in this section and explain what type of alternate format(s) he/she is accessing. |
| ✓ If the student has been referred for AIM, indicate the status of the referral |
| **HEALTH NEEDS** |
| ✓ Address if the student has any health problems. |
| ✓ Indicate the health problems and needs to be met during the school day. |
| ✓ Indicate if the student is on medication and the type of medication. |
| ✓ If student is on medication at home or at school, a current health plan (for current school year) signed by the school nurse must be attached to the IEP. |
| Include such medical conditions as asthma, diabetes, seizures, or other diseases/disorders that may require lifting and positioning, diapering, assistance with meals, special diets, or other health needs. |

**After consideration by the IEP team, there are no special factors that need to be addressed at this time.**

Check this box only if there are no special factors to be addressed.  It is not necessary to enter N/A in every narrative box and check this statement also.

# GSI Template

## GENERAL INFORMATION ABOUT THE STUDENT

_____ is a ___ year old ___ grade student who has been receiving special education services for the past ___ years. _____ is currently placed in a _____ classroom setting. _____ has repeated _____ grade(s) **OR** has never repeated a grade.

## STRENGTHS

The _____ (assessment used) results include strengths in _____. Strengths are also in _____.

## PARENTAL CONCERNS

Parental concerns are _____.

## EVALUATIONS/REEVALUATION RESULTS

### _Initial Evaluations- Please use this statement_

The initial evaluation was conducted on _____ and priorities included_____. List all areas from evaluation student qualifies for special education services. (Ex: Reading, Math, OT, PT, APE, Social Work Services, etc.)

### _Review IEP (not a triennial reevaluation) – Please use these statement_

The last evaluation was conducted on _____ and priorities included _____.

### _For the triennial reevaluation – Use this statement_

This is an IEP Reevaluation. _____ continues to qualify for ___ and priorities include _____.

## ACADEMIC/DEVELOPMENTAL AND FUNCTIONAL NEEDS

_____'s disability of _____ and impairments in _____ impede/impact his/her involvement and progress in the general curriculum. Support needs are in _____. According to the _____(list assessment), the student learns best through _____.

The _____(list assessment) showed weaknesses in _____. Access to the general curriculum can be achieved can be achieved through adaptations in these areas.

If applicable, use:

_____ is not making progress towards his/her _____ goals based _____ on. New goals, objectives, and accommodations/modifications are being considered during this meeting.

**For Preschool students:**

_____ has a disability of ___ and his/her disability impedes his/her participation in _____.

**STATEWIDE ASSESSMENT RESULTS**

___participated in the _____(LEAP/iLEAP/EOC/LAA 1(Louisiana Connectors)/PARCC) Statewide Assessment on _____ and results are: Reading_____, Language___, Mathematics___ English_____, Science_____, and Social Studies_____.

Type "N/A" in this textbook for preschool-2nd grade and 12th grade students who have completed all components of the EOC/LAA1 (Louisiana Connectors).

**PROGRESS OR LACK OF EXPECTED PROGRESS IN THE GENERAL CURRICULUM**

Access to the general curriculum was provided by using Common Core State Standards, comprehensive curriculum, state benchmarks and standards. _____ did/did not make satisfactory progress in the general curriculum because _____. _____ is having difficulty with _____ areas of the general curriculum. A review of the IEP indicated that _____ achieved ___/_____ goals in _____.

**BEHAVIOR**

**If there are behavior concerns:**

_____'s behavior is inappropriate and interferes with _____'s educational performance. Inappropriate behaviors are _____. The following positive behavior

strategies and supports are being implemented. _____ has a Functional Behavior Assessment (FBA) and a Behavior Intervention Plan (BIP) in effect.

**If no behavior concerns:**

_____'s behavior is appropriate and does not interfere with his/her educational performance.

## COMMUNICATION NEEDS

_____ receives speech therapy for ____ deficits _____ minutes _____ a week.

## ASSISTIVE TECHNOLOGY

Because of _____'s present levels of performance in_____, he/she will be allowed to use (list AT device) _____ during testing and in class.

## HEALTH NEEDS

Glasses/Hearing aids have/have not been prescribed. ____ has a medical diagnosis of ____ and takes the following medication: _____. A health plan is attached.

## GOALS

Must be measureable and include:
1. Who
2. Behavior
3. Criteria
4. Conditions (adaptations)
5. Time frame (Terminal point of Review)

## OBJECTIVES

Each objective must include:
Adaptation
Criteria
Method of Measurement
Terminal Point of Review

## LAA1 (Louisiana Connectors) JUSTIFICATION STATEMENTS

LAA1 (Louisiana Connectors) -why the student cannot participate in regular assessment, use one of the two below, if applicable:

_____ has significant delays in the developmental skills of _____ (list impairments from evaluation). _____ requires extensive modified instruction to acquire, maintain, and generalize skills; therefore, his/her assessment needs should be aligned with the way he/she acquires knowledge.

Or

_____ continues to have significant delays in the developmental skills areas of (physical, self-help, social, communication, intellectual, adaptive behavior). Academically, he/she does not have the reading, writing, and math skills needed to be successfully assessed by the regular LEAP test even when given numerous accommodations and modifications.

**LAA1 (Louisiana Connectors)** – why the assessment selected is appropriate, use one of the two below, if applicable:

_____requires extensive modified instruction aligned with the Louisiana Connectors to acquire, maintain, and generalize skills. The regular statewide general education assessment will not be an inappropriate assessment because it does not provide and accurate appraisal of _____'s educational progress.

Or

_____requires extensive modified instruction aligned with the Louisiana Connectors to acquire, maintain, and maintain, and generalize skills. The IEP committee agrees that _____ continues to qualify for Alternative Assessment because the statewide general education assessment will not provide an accurate appraisal of his educational progress.

**SUPPORTS NEEDED BY SCHOOL PERSONNEL** (use if no supports are needed, if applicable)

There are no additional supports needed by personnel that would not be met through the use of district mandated collaboration between disciplines or ongoing district sponsored professional development.

Collaboration between the regular education and special education teacher will occur daily/weekly/as needed to progress monitor the student's academic deficits.

**IEP EVALUATION RUBRIC**

| | Present Level of Academic Achievement and Functional Performance | YES | NO |
|---|---|---|---|
| 1. | The PLAAF quantitatively states: The current assessment measure administered to the student. | ☐ | ☐ |
| 2. | The PLAAF quantitatively states: The learner's present level of performance on the assessment administered from item above. | ☐ | ☐ |
| 3. | The PLAAF includes a statement of the child's strengths. | ☐ | ☐ |
| 4. | The PLAFF includes a needs statement. | ☐ | ☐ |
| 5. | The PLAAF describes how the student's needs affect participation in the general curriculum. | ☐ | ☐ |
| | **GOALS** | **YES** | **NO** |
| 6. | Needs identified in the PLAAF statement are addressed in the goal that corresponds with the PLAAF | ☐ | ☐ |
| 7. | Goals are measurable in quantifiable terms (ex: 80%, ¾, etc.). | ☐ | ☐ |
| 8. | The goal includes the timeframe. | ☐ | ☐ |
| 9. | The goal includes the behavior. | ☐ | ☐ |
| 10 | The goal includes the criterion for performance. | ☐ | ☐ |
| 11 | **High School Only** – At least one goal is checked "Targeted for Transition". | ☐ | ☐ |
| | **OBJECTIVES** | **YES** | **NO** |
| 12 | Objectives or benchmarks are related to the goal. | ☐ | ☐ |
| 13 | Objectives are measurable. | ☐ | ☐ |

_____ School

**Offer of Compensatory Education Services**

Date:

Dear Parents/Guardians:

Your child was a student at (enter school name) during a time when monitors with the Louisiana Department of Education found that some services that should have been provided under the Individuals with Disabilities Education Act (IDEA) were not sufficient or were not in accordance with state and federal requirements.

The school system apologizes for failing to provide necessary services and is offering to reconvene the IEP committee to discuss possible ways that services might be provided which would make up for lost time and opportunities for this student.  It is very important for your family to participate in this IEP meeting to assist in determining what compensatory education would be appropriate and would best meet the needs of this student.

The compensatory education will be offered at the school site. Transportation will be provided.

The school system is offering to conduct an IEP meeting to discuss these concerns at the following date, time, and location:

Date: _____
Time: _____
Location: _____

If the arrangements above are not convenient for your family, please provide us with information about when and where you would prefer to have the IEP meeting held.  Please contact me or _____as soon as possible at_____ to make new arrangements.

Please sign and return this communication in the enclosed self-addressed stamped envelope and I look forward to meeting with you to discuss your child's educational needs.

Sincerely,

_____
Director of Special Education

_____I agree to meet with the representative of the school system at the date, time and location above.

_____          _____
**Parent's/Guardian's Signature**                              **Date**

_____
**Student's Name**

**PARENT ACCEPTANCE/REFUSAL OF COMPENSATORY EDUCATION SERVICES**

To Whom It May Concern:

I _____ parent of _____ after discussing my child's right to participate in the compensatory education program:

_____ agree to have my child participate in the compensatory education program that has been offered.

_____ am not interested in my child taking advantage of the compensatory education services that are available from the school.

_____          _____
Parent/Guardian Signature                                              Date

**Present Level of Academic Achievement and Functional Performance (PLAAPF)**

Describe the student's present levels of academic achievement and functional performance in the educational need area for which special educational services are recommended. All data must be current (within the last month and the date administered, except for behavior – which should reflect data from the whole year.)

**The PLAAFP should:**
• Provide measurable baseline data for IEP goals; otherwise, FAPE cannot be provided
• Develop a "link" between present levels and goals
• Relate information from the most recent evaluation data as well as the current classroom data
• Address all areas pertinent to the student's needs
• Show documentation (which must be more extensive than a test score or grade level equivalency)
• Contain information related to the disability (i.e. If John has a reading disability then this area must be addressed)
• Address any other educational needs that result from the child's disability

**This section must include:**

| | |
|---|---|
| What is level of student? | Student's current academic and functional levels |
| Where did level (above) come from? | Assessment results using what instrument (TABE, CBM, Brigance, MAP, etc.) |
| When was assessment administered? | Date assessment was given (i.e., fall of 2013) |
| What can the student do and what skills does he have difficulty with? | Strengths/Emerging skills <u>and</u> support needs |
| How does the student best learn? | Based on teacher observation, the student learns best through (**visual, auditory, tactile, kinesthetic, multi**) strategies. |
| What impact does the child's disability have on his/her involvement and progress in the general curriculum? | Describe the impact of disability on the student's performance in general education curriculum |

**Measurable Academic/Functional Goal**

Write an annual measurable academic and functional goal based on the student's present  levels of academic achievement and functional performance (PLAAFP – see above.)

- The goals and objectives must be measurable and address baseline data from present levels of performance in order to provide FAPE.
- Vague goals and objectives which use terms such as "will increase" or "will improve"  are unacceptable.  Here are a few more examples:

| Not Measurable | Measurable |
| --- | --- |
| Demonstrate | Read orally |
| Improve | Say |
| Seek | Retell |
| Feel | List |
| Develop | Label |
| Appropriate | Draw |
| Understand | Match |
| Distinguish | Write |
| Apply | State |

- Goals and objectives should naturally flow from the PLAAFP.
- IEP goals and objectives MUST be measurable, clear, specific, and complete.
  - Measurable = must be able to determine progress or lack of progress from data
  - Clear = written so that all members (including parents) of the IEP Team can understand it; explain acronyms or education jargon/verbiage
  - Specific = not vague or subject to various meanings
  - Complete = addresses all significant areas of students' educational need

NOTE: Goals (and objectives) should be SMART:
  - S = Specific (Criteria)
  - M = Measurable (Method of Measurement)
  - A = Achievable/Action (Realistic and related to the most critical needs)
  - R = Results Oriented (Developed with a standards-outcome in mind)
  - T = Time Bound (Terminal Point of Review)

**Present Level of Performance Template**

- According to __ (progress monitoring tool administered on certain date), student can ___ (strength) with ___score. According to __ (list same progress monitoring tool for strengths), student has support needs in ___ (list areas of support).  Based on teacher observation, the student learns best through **(visual, auditory, tactile, kinesthetic, multi)** strategies. The student's exceptionality of _____ (list it) has impacted the student's  performance in the general education curriculum.

**How to Write a Smart Goal**

| Condition | Behavior | Criteria | Timeframe |
|---|---|---|---|
| Given a 4th grade story  or writing prompt | TSW write | A narrative using correct grammar components, descriptive words/phrases, and sequencing with fewer than 8 errors | In an IEP school year. |
| Given small group instruction | TSW read and comprehend | 3rd grade level text with 85% accuracy | In an IEP school year. |
| Given 3rd grade math problems | TSW compute | 2 and 3 digit math problems using addition, subtraction, multiplication and division with 90% accuracy | In an IEP school year. |

# SPEECH GOALS EXAMPLES

**IEP Goal/Objective Template:**
From a baseline of  ___, the student will....

- perform a specific skill
- a specified number of times
- under specified conditions
- at a specified level of achievement
- for a specific length of time.

**For example:** From a baseline of 55% at the single word level,  Joey will...

- correctly produce /s/ in the initial position
- of 25 words from his classroom curriculum
- after highlighting those sounds as a visual reminder

- in 8 of 10 trials (80% accuracy)
- for three consecutive therapy sessions.

## Checklist for Compliance of IEP Related Services

Date:                              Service Provider:

| Checklist Item | Yes/ No | Comments |
|---|---|---|
| The appropriate service provider is providing services as indicated on the IEP | | |
| The services are happening at the appropriate time intervals as indicated on the IEP | | |
| The services are provided in the appropriate setting as indicated on the IEP | | |
| The skills addressed match those listed on the IEP | | |
| Service provider logs available | | |
| Service provider logs included skills/goals working for each session | | |
| Student progress in skill areas documented | | |
| Logs contain number of students working with and date/time of services for each session | | |

Corrective Actions:

Results of Corrective Actions: