**Office of the Independent Monitors**
**Berry et al. v. Brumley et al. (Civil Case No. 2:10-cv-04049)**

Fluency Plus, LLC
215 N. Bolivar Ave
Cleveland, MS 38732
www.fluencyplus.com
fluencyplusinfo@gmail.com
(662) 843-2322

| | |
|---|---|
| TO: | Joan Hunt, Chris Fruge, Maree Sneed, Paris Taylor |
| | *Louisiana Department of Education (LDOE)* |
| | |
| | Wayne T. Stewart |
| | *Orleans Parish School Board (OPSB)* |
| | |
| | Lauren Winkler, Neil Ranu, Christine Bischoff, Sophia Mire Hill |
| | *Counsel for Plaintiff Class* |
| FROM: | Dale Bailey, Ken Swindol, William Swindol |
| | *Independent Monitors* |
| DATE: | May 27, 2022 |
| RE: | Final Report - spring 2020 follow-up monitoring report |

Please find the final version of the Independent Monitor Status Report dated May 27, 2022 attached for your review. Following a brief introduction, the IMs provide a comprehensive review of the targeted monitoring activities and corrective actions for the LEAs that required follow-up, on-site targeted monitoring visits during the spring 2020 semester followed by status of compliance judgments and recommendations. The Appendix includes all necessary targeted monitoring documents from the follow-up visit.