**Office of the Independent Monitors**
**Berry et al. v. Brumley et al. (Civil Case No. 2:10-cv-04049)**
**Final Status Report to the Parties**

**February 10, 2023**

## I.        INTRODUCTION

Pursuant to Section V(9) on page 16 of the Consent Judgment (CJ) filed with the Court on March 25, 2015, the Independent Monitors shall file with the Court and provide the Parties with reports describing the steps taken by the State Defendants and the Defendant- Intervenor to implement the Agreement and evaluate the extent to which the State Defendants and the Defendant-Intervenor have complied with each substantive provision of the Agreement. Pursuant to Section V(9)(a), the Monitor shall issue a status report every 120 days after the first year of implementation of the Agreement. The reports shall be provided to the Parties in draft form for comment at least 14 days prior to their issuance. The Monitor shall consider the Parties' responses and make appropriate changes, if any, before issuing the report. These reports shall be written with due regard for the privacy interests of the students. Pursuant to Section V(9)(b) of the CJ, the Independent Monitors shall evaluate the state of compliance for each relevant provision of the Agreement using the following standards: (1) Substantial Compliance and (2) Noncompliance. To assess compliance, the Monitor shall review a sufficient number of pertinent documents to accurately assess compliance and interview any necessary staff or personnel. The Monitor shall also be responsible for independently verifying representations from the State Defendants or Defendant-Intervenor regarding progress toward compliance and examining supporting documentation. Each Monitor report shall describe the steps taken by the Monitor to assess compliance, including documents reviewed and individuals interviewed, and the factual basis for each of the Monitor's findings. Pursuant to Section V(10) of the CJ, reports issued by

the Monitor shall not be admissible against the State Defendants and the Defendant-Intervenor in any proceeding other than a proceeding related to the enforcement of this Agreement initiated and handled exclusively by the State Defendants, the Defendant- Intervenor, or the Plaintiff's counsel.

The current IM Draft status report addresses follow-up monitoring activities completed by the State Defendants during the spring semester of the 2020-2021 school year. First, the IMs provide a summary of findings resulting from targeted, follow-up monitoring activities completed during the spring semester of the 2020-2021 school term, These follow-up monitoring reviews were conducted for NOLA PS charter schools required to implement corrective action plans (i.e., CAPs and/or ICAPs) during the spring (2019-2020) school term and throughout the 2020-2021 school year to address areas of previously identified systemic noncompliance in the areas of Child Find, Related Services, Discipline and Enrollment Stability. Second, the IMs provide a summary of "Substantial Compliance" or "Noncompliance" decisions as related to specific <u>follow-up</u> monitoring activities undertaken by the LDOE (e.g., student selections, completion of staff interviews and student file reviews, development and dissemination of Monitoring Reports, IDEA Results summaries and development and dissemination of Corrective Action Plans (CAPs or ICAPs), when applicable). The sequence of information in this IM status report follows the general structure of the CJ. Language from each substantive provision of the Agreement or Addendum A (i.e., monitoring protocols) outlined in the CJ is incorporated into the IM status report, when appropriate.


## II. COMPLETION OF CJ ACTIVITIES DURING THE COVID-19 PANDEMIC

As noted in the previous (August 2022) IM update, beginning in the spring 2019-2020

school term, the initial effects of the COVID-19 pandemic presented unique challenges for all U.S. educational facilities (i.e., periodic school closures, hybrid instructional models (i.e., variable in-person and virtual learning format and numerous student and staff quarantines). However, with the increases in COVID-19 cases, all NOLA PS charter schools, along with most U.S. public schools, began the 2020-2021 school term with all students participating in a virtual learning format (i.e., computer-based instruction and remediation, Zoom classrooms). Although all school staff and administrators experienced significant challenges with meeting the educational needs of all students, there were other unique challenges presented to school officials with regard to educating students with disabilities who required additional resources and supports (e.g., related service provisions, specialized instruction). As such, per federal and state guidance, NOLA PS officials adopted and implemented numerous policies and procedures to ensure that all students with disabilities were afforded with the resources and supports as outlined in their Individual Education Program (IEP) to the extent possible during the period of mandated school closures (See Appendix B). For example, students with disabilities were provided academic/functional instruction and related services via virtual formats (group/individual Zoom classrooms, telehealth sessions, etc.). All students with disabilities who missed instruction and/or related service provisions were each afforded with an opportunity for compensatory services. In relation to child find activities, RTI/MTSS interventions were provided to students via computer-based remedial instruction. Similarly, IEP and/or SBLC meetings were held virtually (i.e., Zoom meetings, teleconferences) during the extended period of school closures. Despite these safeguards, many students and particularly students with disabilities, likely experienced numerous negative effects resulting from the educational challenges stemming from the COVID-19 pandemic. These detrimental effects likely included a

decline in student's reading/math performance, reduced graduation rates and decreases in provisions of RTI/MTSS and IDEA identification rates, to name a few. For more information see Evie Blad, *Special Education During the Pandemic, in Charts*, EdWeek (Oct. 17, 2022), available at https://www.edweek.org/teaching-learning/special-education-during-the-pandemic-in-charts/2022/10. With this in mind, please note that our review of Child Find, Discipline and Related Service provisions here includes only an analysis Child Find, Discipline and Related Service provisions provided/offered for the randomly selected group of students who participated in the spring 2021 follow-up monitoring reviews.

Traditionally, follow-up targeted monitoring under the CJ has been completed on-site at each targeted NOLA PS charter school site during the spring semester of each school term. However, due to a high prevalence rate of COVID-19, the follow-up targeted monitoring activities (i.e., staff interviews, student file reviews) required for the 2020-2021 school year were conducted via teleconference and remote desk audit reviews, respectively.

## III. TARGETED FOLLOW-UP MONITORING ACTIVITIES FOR NOLA PS CHARTER SCHOOLS

The LDOE engaged in targeted, follow-up monitoring activities for twelve NOLA PS charter schools that were required to implement Corrective Action Plans (CAPs) or Intensive Corrective Action Plans (ICAPs) during the spring (2019-2020) semester and throughout the 2020-2021 school year to address previously observed findings of systemic noncompliance as reported in the *2019-2020 LDOE Monitoring Reports* and *2019-2020 IDEA Results Summaries* for each applicable NOLA PS charter school. The current IMs Draft report summarizes the activities conducted and decisions made by the LDOE as related to the required follow-up monitoring activities for each relevant provision of the CJ.

All NOLA PS charter schools required to undergo follow-up targeted monitoring were sent a notification email from LDOE Director of State-wide Monitoring on March 2, 2021 (see the Appendix for a copy of each email). This notification provided an overview of the requirements for follow-up, targeted monitoring pursuant to the CJ, the specific areas in which the charter school was being monitored, methods of monitoring (e.g., student file selection, staff interviews, student file reviews, etc.), LDOE contact personnel, the specific date of interviews with staff, instructions for the monitoring activities, and copies of the staff interview questions and relevant protocols to be utilized during student file reviews.

LDOE monitoring personnel submitted the follow-up (desk audit) monitoring schedule and the rosters of randomly selected student files for the spring 2020-2021 monitoring reviews to the IMs on April 13, 2021. LDOE monitoring personnel and the IMs conducted staff interviews via teleconference on May 3-12, 2021. The desk audits of student file reviews were conducted from May 3-13, 2021, using the monitoring protocol documents required by the CJ. The IMs and LDOE monitoring personnel evaluated all student files independently and reconciled any scoring differences at the end of each desk audit and/or during subsequent conference calls. As mentioned in previous IM status reports, based on agreements among the Parties during a meeting held on September 22, 2016, compliance determinations for individual students shall be consistent with the 100% compliance standard outlined in the IDEA. As such, during targeted monitoring activities, any single finding of noncompliance observed for any specific IDEA regulation being assessed for an individual student was judged to reflect noncompliance and required immediate individual corrective action (i.e., student-specific findings noncompliance outlined in the IDEA Monitoring Summary and/or individual corrective actions included in the charter schools' CAP or ICAP). Similarly, all parties agreed that systemic noncompliance would be determined when less than 80% of the student sample failed to meet the 100% individual

student compliance standard for any IDEA regulation evaluated using the CJ protocols. As such, any observed systemic noncompliance for any IDEA mandate assessed would require the charter school in question to undergo mandatory systemic corrective actions (i.e., CAP or ICAP) to address all areas of observed systemic noncompliance for IDEA mandates.

The LDOE monitoring personnel completed the draft monitoring reports for each NOLA PS charter school participating the spring (2020-2021) follow-up monitoring and submitted draft reports to the IMs on September 7, 2021, for review and feedback. The IMs submitted recommended edits to the draft monitoring reports from September 10-30, 2021. All LDOE Monitoring Reports were submitted to NOLA PS charter schools participating in the spring (2020-2021) follow-up targeted monitoring on October 5-6, 2021. These documents are the Appendix for review by all parties.

In addition to completing the targeted, monitoring follow-up (desk audit) reviews and monitoring reports, the LDOE gathered, reviewed, and verified the receipt of required documentation of CAP or ICAP activities submitted by each NOLA PS charter school undergoing corrective actions during the spring 2019-2020 and 2020-2021 school years. LDOE staff reviewed all corrective action documentation submitted and provided feedback and/or additional technical assistance to school personnel, as needed, based on each charter school's ongoing progress with CAP and/or ICAP implementation. In relation, LDOE monitoring staff held technical assistance meetings during March 2020 for all NOLA PS charter schools requiring corrective actions during the spring 2019-2020 and 2020-2021 school years. LDOE monitoring staff also provided additional ongoing technical assistance throughout the 2019-2020 (spring) and 2020-2021 school terms via various forms of service delivery (e.g., weekly email correspondence, weekly or bi-weekly telephone conferences, face-to-face meetings with school

personnel at school sites and/or at the LDOE building) to address appropriate Child Find, Discipline and Related Services provisions and related CAP and/or ICAP activities.

The IMs review of compliance with the targeted, follow-up monitoring provisions of the CJ for the spring 2020-2021 school year consisted of an evaluation of two components of the LDOE's monitoring activities. Specifically, the required components assessed for compliance included: (1) Completion of targeted monitoring activities by the LDOE as required under the CJ and Addendum A to the CJ (e.g., conducting staff interviews, appropriate selection of student files, assessing student files using the approved CJ monitoring protocols, and correct identification of systemic or individual compliance and/or noncompliance) and (2) the development of appropriate corrective actions "sufficient to remedy the noncompliance and to reasonably ensure that such noncompliance does not reoccur." (pp. 7, 9, 11, 14 of CJ), if warranted. As such, the current IM status report provides a review of monitoring activities and findings for each NOLA PS requiring targeted follow-up monitoring along with the IMs determinations regarding the status of compliance with the monitoring provisions required under the CJ. An overall summary regarding targeted, follow-up monitoring activities and professional recommendations are provided at the conclusion of this report.

**A.  CHILD FIND**

    1.<u>Targeted Follow-Up Monitoring Activities for the Child Find Provisions</u>

Two NOLA PS charter schools were required to undergo targeted, follow-up monitoring during the spring semester of the 2020-2021 school year to assess compliance for IDEA and Bulletin 1508 Child Find regulations. NOLA PS charter schools required to undergo follow-up monitoring in the area of Child Find included *Walter L. Cohen College Preparatory Academy* and *KIPP Central City Academy.*

Child Find monitoring activities were conducted from May 3-13, 2021. An LDOE and IM representative conducted staff interviews for each NOLA PS charter school via teleconference. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section A(4)(a) and A(4)(b) on page 2 of Addendum A of the CJ.  All student files were selected based on the mandated requirements outlined in section A2(a) on page 1 of Addendum A of the CJ. Similarly, all student file reviews (desk audits) were completed independently by an IM and LDOE monitoring staff member using the approved Child Find monitoring protocol outlined in Addendum A of the CJ. All student files were reviewed by LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section A(2) and A(3) on page 2 of Addendum A of the CJ. A summary of findings for each NOLA PS charter school is presented below.

*(a) Walter L. Cohen College Preparatory Academy*

The follow-up monitoring (desk audit) review was conducted May 12-13, 2021. The faculty members participating in the interview via teleconference clearly articulated their responses regarding the Child Find process in relation to MTSS/RTI and demonstrated comprehensive knowledge of state/federal policies, regulations and procedures required for completing IDEA and 504 evaluations.  A detailed summary of staff responses is presented on pages 3-4 of the LDOE Monitoring Report for *Walter L. College Preparatory Academy* located in the Appendix.

A representative sample of ten (10) student (Child Find) files were reviewed during the desk audit. Specifically, the sample consisted of six students (60% of the sample) with active 504 Accommodation Plans who were also Under Consideration by the School Level Building Committee (SBLC), two students (20% of the sample) who were participating in the Response to

Intervention/Multi-Tiered System of Supports (RTI/MTSS) process, one student (10% of the sample) who was failing two or more subjects and one student (10% of the sample) who had recently undergone and IDEA evaluation.

A review of Child Find records across all student files reviewed indicated that 11 of 12 (92%) IDEA and *LA Bulletin 1508* Child Find regulations assessed reflected <u>no</u> student-specific and/or systemic issues of noncompliance under the IDEA, Part B program. However, a single finding of <u>systemic</u> noncompliance was observed in relation to the Child Find regulation outlined in §*303- B. LA Bulletin 1508* requiring the SBLC to be comprised of appropriate team members (i.e., minimum of a classroom teacher, the referring staff member and school administrator or designee). A summary of all monitoring activities along with student-specific and systemic concerns observed during the spring 2020-2021 follow-up monitoring review are detailed in the 2021-2022 LDOE Monitoring Report and 2021-2022 IDEA Results Summary for *Walter L. Cohen Preparatory Academy* located in the Appendix.

> *(b). KIPP Central City Academy*

The targeted, follow-up monitoring (desk audit) review was conducted on May 3-4, 2021. The faculty members participating in the teleconference interview clearly articulated their responses regarding the Child Find process in relation to MTSS/RTI. Staff members also demonstrated comprehensive knowledge of state and federal Child Find policies as well as the regulations and procedures required for completing appropriate IDEA and 504 evaluations. A detailed summary of staff responses is presented on pages 3-4 of the LDOE monitoring report *for KIPP Central City Academy* located in the Appendix.

A representative sample of eleven (11) student (Child Find) files were reviewed during the desk audit. Specifically, the sample consisted of two students (18% of the sample) with

active 504 Accommodation Plans, two students (18% of the sample) who were participating in the RTI/MTSS process, one student (9% of the sample) who was participating in the RTI/MTSS and was also Under Consideration by the SBLC, one student (9% of the sample) with an active 504 Accommodation Plan who was also participating in the RTI/MTSS process, two students (18% of the sample) who were Under Consideration by the SBLC, one student (9% of the sample) who was failing two or more subjects and also Under Consideration by the SBLC and one student (9% of the sample) who had recently undergone an IDEA evaluation.

A review of Child Find records across all student files reviewed revealed that 12 of 12 (100%) IDEA and *LA Bulletin 1508* Child Find regulations assessed reflected no student-specific and/or systemic issues of noncompliance under the IDEA, Part B program. As such, these findings reflected <u>systemic compliance</u> for all IDEA and. *LA Bulletin 1508* Child Find regulations assessed during the 2020-2021 monitoring review. A summary of monitoring findings are detailed in the 2021-2022 LDOE IDEA Monitoring Report for *KIPP Central City Academy* located in the Appendix.

2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

The findings of the spring 2020-2021 follow-up monitoring review for *KIPP Central City Academy* indicated systemic <u>compliance</u> for 100% of the IDEA and state level Child Find reviewed. As such, no formal corrective actions were warranted. Therefore, after observing the current status of systemic compliance with all assessed Child Find regulations, and verifying that all CAP activities were successfully completed, the LDOE issued a "Notice of CAP Closure" to *KIPP Central City Academy* management officials indicating that no further corrective actions were warranted for the charter school in the area of Child Find.

However, the findings of the 2020-2021 follow-up Child Find monitoring reviews did

reveal continued concerns of systemic noncompliance for *Walter L. Cohen Preparatory Academy* with regard to *LA Bulletin 1508-§303- B* regulations. More specifically, the issues of continued <u>systemic</u> noncompliance observed were primarily related to charter official's failure to provide documentation of appropriate staff participation in the SBLC process during the period all NOLA PS charter schools were closed due to the COVID-19 pandemic and students and staff were participating in school instructional activities via a virtual learning format. Therefore, as required under the CJ, LDOE staff developed an extended ICAP to address this charter school's ongoing noncompliance for Child Find regulations and sent notice of continued corrective actions to *Walter L. Cohen Preparatory Academy* officials via email on October 5, 2021. The prescribed extended ICAP included specific activities for addressing the continued noncompliance observed for *LA Bulletin 1508-§303- B* (SBLC team members). Please refer to the Appendix A for a detailed description of extended ICAP activities required by *Walter L. Cohen Preparatory Academy* for addressing identified student-specific concerns and systemic noncompliance with state Child Find mandates.

The extended ICAP developed for *Walter L. Cohen Preparatory Academy* was reviewed by the IMs and found to include corrective actions that are consistent with requirements outlined on page 2 of *Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring Procedures)* and outlined in section G (2) (a-e) on pages 7-8 of Addendum A to the CJ. In relation, the IMs judged these corrective actions/activities to be sufficient for addressing the single systemic Child Find violation observed during the spring 2020-2021 follow-up targeted monitoring review.

3. <u>Status of LDOE Compliance</u>

After participating in the targeted, follow-up monitoring reviews for *Walter L. Cohen*

*Preparatory Academy* and *KIPP Central City Academy* and reviewing documentation submitted by the LDOE monitoring personnel (e.g., follow-up monitoring notification, 2020-2021 LDOE Monitoring Reports, 2020-2021 IDEA Monitoring Results Summaries,  Notification of ICAP, development of Extended Intensive Corrective Action Plan (ICAP) and technical assistance meetings) and discussing the follow-up (Child Find) monitoring findings with LDOE monitoring personnel during conference calls and/or on-site meetings throughout the spring 2020-2021 and fall 2021-2022 school semesters, the LDOE is judged to be in **Substantial Compliance** with Section IV(A)(3)(a-b) of the CJ and Sections A(1)(a-c) through 5(a) of Addendum A of the CJ for the follow-up targeted monitoring conducted during the spring semester of the 2020-2021 school year.

**B. RELATED SERVICES**

1. Targeted Monitoring Activities for the Related Service Provisions

Five NOLA PS charter schools were required to participate in the targeted, follow-up monitoring cycle during the spring semester of the 2020-2021 school year to assess compliance for IDEA Related Service provisions. The NOLA PS Charter schools requiring targeted follow-up monitoring included *Fredrick Douglas High School, John F. Kennedy High School, Lake Forest Elementary, New Orleans Charter Math and Science High School* and *New Orleans Accelerated High School*.

Related Services monitoring activities were conducted from May 3-13, 2021. A single IM and a LDOE representative conducted staff interviews for each NOLA PS charter school via teleconference. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section B(4) and B(4)(b) on pages 3 and 4 of Addendum A to the CJ.  Similarly, student file reviews (desk audits) were completed

independently by the IMs and LDOE monitoring staff using the approved Related Services monitoring protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. A summary of findings for each NOLA PS charter school is presented below.

*(a). Fredrick Douglas High School*

The targeted monitoring (desk audit) review was conducted on May 5-6, 2021. *Fredrick Douglas High School* faculty members responded to all interview questions satisfactorily and clearly indicated their understanding of federal and state regulations required for Related Service provisions. Staff members also reported a situation that involved a change in service providers that resulted in a short lapse of services for numerous students. However, a review of student files revealed that all students were afforded documented compensatory services. A detailed summary of staff responses is presented on pages 3-4 of the 2019-2020 LDOE Monitoring Report.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit.  Specifically, the sample consisted of three students (30% of the sample) with an exceptionality of Autism (AU), two students (20% of the sample) with an exceptionality of Other Health Impaired, three students (30% of the sample) with an exceptionality of Multiple Disabilities (MD) and two students (20% of the sample) with an exceptionality of Intellectually Disabled (ID).  The documented Related Service provisions reviewed included Speech/Fluency Therapy (one student), Language Therapy (six students), Counseling Services (one student), Social Work Services (five students), Occupational Therapy (four students), Adaptive Physical Education (three students) and Physical Therapy (two students).

A review of student records revealed that seven of nine (78%) of IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under IDEA, Part B program. However, there were <u>systemic</u> concerns of noncompliance observed for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

- IDEA §300.320. (a)(2) - Definition of Individualized Education Program- A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

A review of monitoring results along with student-specific and systemic findings of noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *Fredrick Douglas High School* located in the Appendix A.

*(b). John F. Kennedy High School*

The targeted monitoring (desk audit) was conducted on May 12-13, 2021. *John F. Kennedy* representatives participating in the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress

for all applicable students. A summary of staff responses is presented on page 3-4 of the 2020-2021 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of one student (10% of the sample) with an exceptionality of Autism (AU), one student (10% of the sample) with an exceptionality of Hearing Impaired (HI), three students (30% of the sample with an exceptionality of Multiple Disabilities (MD), four students (40% of the sample) with an exceptionality of Intellectual Disability (ID) and one student (10% of the sample) with an exceptionality of Orthopedic Impairment (OI). The documented Related Service provisions reviewed included Speech/Language Therapy (eight students), Occupational Therapy (three students), Adaptive PE (three students), Counseling Services (one student), Physical Therapy (two students).

A review of student records revealed that eight of nine (89%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, continued <u>systemic</u> <u>noncompliance</u> was observed for the following IDEA mandate:

- §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

In addition, a single student-specific finding of noncompliance was observed for the following IDEA mandate:

- IDEA §300.320. (a)(2) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet

the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

A review of monitoring results along with systemic and student-specific findings of noncompliance are summarized in the LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *John F. Kennedy High School* located in the Appendix.

*(c) Lake Forest Elementary School*

The targeted monitoring (desk audit) review was conducted on May 10-11, 2021. *Lake Forest Elementary School* staff members participating in the interview process demonstrated a thorough knowledge of the requirements of related services provisions as required under the IDEA. In addition, school officials clearly described the school's procedures for identifying students requiring related service provisions, processes for securing qualified service providers and various methods for delivering/documenting the provision of related services. A summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for Lake Forest Elementary School located in the Appendix A.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of one student (10% of the sample) with an exceptionality of Autism (AU), seven students (70% of the sample) with an exceptionality of Other Health Impaired (OHI) and two students (20% of the sample) with an exceptionality of Hearing Impaired (HI). The documented Related Service provisions reviewed included Speech/Language Therapy (six students), Occupational Therapy (four students), Adaptive PE (two students), Counseling Services (two students), Physical Therapy (two students) and Medical/Nursing Services (two students).

A review of student records indicated that six of nine (67%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, <u>systemic</u> noncompliance was observed for the following IDEA mandates:

- §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

- IDEA §300.320. (a)(2), - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability

- IDEA §300.320(a)(4 )(7)- IEP includes date for beginning of services, modifications, and anticipated frequency, location and duration of services and modifications (e.g. updated related service logs).

A review of monitoring results along with all student-specific and systemic findings of noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *Lake Forest Elementary School* located in the Appendix.

*(d). New Orleans Charter Math and Science High School*

The targeted monitoring (desk audit) was conducted on May 10-11, 2021. The faculty members representing *New Orleans Charter Math and Science High School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions. School staff clearly summarized the charter school's

procedures for identifying students requiring related services, methods of service provisions, processes for documenting service delivery and procedures for assessing ongoing student progress. A summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of four students (40% of the sample) with an exceptionality of Autism (AU), two students (20% of the sample) with an exceptionality of Intellectual Disability (ID), one student (10% of the sample) with an exceptionality of Other Health Impaired (OHI), and three students (30% of the sample) with an exceptionality of Emotional Disability (EMD).  The documented Related Service provisions reviewed included Speech/Language Therapy (eight students), Counseling Services (two students) and Social Work Services (two students).

A review of student records revealed that six of nine (67%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, continued <u>systemic</u> noncompliance was observed for the following IDEA mandates:

- §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

- IDEA §300.320. (a)(2) - Definition of Individualized Education Program- A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and

make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

- IDEA §300.320(a)-(b)- Definition of Individualized Education Program - Appropriate team members present at the IEP team meeting (i.e., signatures provided at IEP Team meetings).

In addition, a single student-specific finding was observed for the following IDEA mandate:

- §300.322(a). IDEA - Parent Participation - The LEA must ensure parents are afforded an opportunity to participate in IEP team decisions.

A review of monitoring results along with all student-specific and systemic findings of noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *New Orleans Charter Math and Science High School* located in the Appendix A.

### *(e). New Orleans Accelerated High School*

The targeted monitoring (desk audit) was conducted on May 5-6, 2021. The faculty members representing *New Orleans Accelerated High School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress for all applicable students. A summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for this charter school located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed

during the desk audit. Specifically, the sample consisted of three students (30% of the sample) with an exceptionality of Autism (AU), two students (20% of the sample) with an exceptionality of Intellectual Disability (ID), two students (20% of the sample) with an exceptionality of Other Health Impaired (OHI), one student (10% of the sample) with an exceptionality of Emotional Disability (EMD) and two students (20% of the sample) with an exceptionality of Multiple Disabilities (MD). The documented Related Service provisions reviewed included Speech/Language Therapy (four students), Counseling Services (five students), Occupational Therapy (five students), Physical Therapy (two students), Adaptive PE (five students) and Psychological Services (one student).

A review of student records revealed that eight of nine (89%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, continued <u>systemic</u> noncompliance was observed for the following IDEA mandate:

- §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

In addition, a single student specific finding of noncompliance was observed for the following IDEA mandates:

- IDEA§300.320. (a)(2) 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the

child's other educational needs that result from the child's disability.

- §300.321 (a)-(b) - Definition of Individualized Education Program- The appropriate team members must be present at the IEP team meeting (signature provided at the IEP team meeting).

A review of monitoring results along with all student-specific and systemic findings of noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *New Orleans Accelerated High School* located in the Appendix.

2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

The findings of the spring 2020-2021 Related Services follow-up monitoring reviews revealed varying degrees of continued <u>systemic</u> noncompliance across each of the five NOLA PS charter schools reviewed. More specifically, continued systemic noncompliance was observed for IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements (100% of NOLA PS charter sites reviewed), IDEA 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals (60% of NOLA PS charter school sites reviewed) and IDEA §300.321(a)-(b)-Appropriate IEP Team Members (20% of NOLA PS charter school sites reviewed).

Therefore, as required under the provisions of the CJ, the LDOE developed Intensive Corrective Action Plans (ICAP) to address the abovementioned NOLA PS charter school's continued noncompliance for IDEA Related Services provisions and sent notice of continued corrective actions to charter school officials on October 5-6, 2021.

The ICAPs developed for each of abovementioned NOLA PS charter schools included a range of corrective activities for addressing all identified student-specific and systemic findings of noncompliance for IDEA Related Services provisions. A copy of the ICAPs for addressing

systemic and student-specific noncompliance for Related Service provisions observed for NOLA PS charter schools during the spring 2020-2021 follow-up monitoring reviews are available in the Appendix A for review by the parties. The IMs review of the ICAPs developed for the abovementioned NOLA PS charter schools revealed that the documents include corrective actions consistent with requirements outlined on page 2 of *Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring Procedures)* and in section G(2)(a-e) on pages 7-8 of Addendum A to the CJ. In relation, the IMs judged these corrective activities for remedy to be sufficient for addressing the student-specific and systemic noncompliance for IDEA Related Services provisions observed during the spring 2020-2021 follow-up targeted monitoring reviews.

3. Status of LDOE Compliance

After participating in the monitoring reviews for the NOLA PS charter schools requiring follow-up targeted follow-up monitoring in the area of Related Services and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, 2020-2021 LDOE Monitoring Reports and 2020-2021 IDEA Monitoring Results summaries, technical assistance notifications, development of ICAPs, technical assistance provisions, documentation of CAP and/or ICAP activities, etc.) and discussing the targeted monitoring activities with LDOE monitoring personnel during conference calls and on-site meetings during the spring 2020-2021 and 2021-2022 school years, the LDOE is judged to be in **Substantial Compliance** with Section IV(B)(2)(a-b) of the CJ and Sections B(1)(a-c) through 5(a) of Addendum A to the CJ for the spring semester of the 2020-2021 school year.

**C. DISCIPLINE**

1. Targeted Monitoring Activities for the Discipline Provisions

Mildred Osborne Charter School represented the singe NOLA PS charter school required to participate in the targeted, follow-up monitoring cycle during the spring semester of the 2020-2021 school year to assess compliance for IDEA Discipline provisions. Discipline monitoring activities were conducted on May 3-4, 2021.  An IM and LDOE representative conducted staff interviews for each NOLA PS charter school via teleconference. All staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section C(4)(a) and C(4)(b) of pages 5-6 of Addendum A of the CJ.  Similarly, student file reviews (desk audits) were completed independently by the IMs and LDOE monitoring staff using the approved CJ Discipline monitoring protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section IV(C)(5)(a-b) on page 11 of the CJ and Section C(2)(a) and C(2)(b) on page 5 of Addendum A of the CJ. A summary of findings for Mildred Osborne Charter School is presented below.

(a) Mildred Osborne Charter School

The targeted monitoring (desk audit) was conducted on May 3-4, 2021. The faculty members representing *Mildred Osborne Charter School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding Discipline provisions for students with disabilities. School staff clearly described the charter school's primary prevention program (i.e., Positive Behavior Interventions and Supports-PBIS) and procedures for quickly identifying and responding to students requiring behavioral supports. Procedures and alternative methods of discipline that are designed to minimize disciplinary removals were also discussed.  A summary of staff responses is presented on page 3 of the 2020-2021 LDOE Monitoring Report for this charter school located in the Appendix A.

A representative sample of ten (10) student (Discipline) files were reviewed during the desk audit. Specifically, the sample consisted of three students (30% of the sample) with an exceptionality of Other Health Impaired (OHI), three students (30% of the sample) with an exceptionality of Intellectual Disability (ID), two students (20% of the sample) with an exceptionality of Emotional Disability (EMD), one student (10% of the sample) with an exceptionality of Specific Learning Disability (SLD) and one student (10% of the sample) with an exceptionality of Autism (AU). It is important to report there were no students in the sample reviewed whose discipline status resulted in change of placement requiring a mandated Manifestation Determination Review (MDR).

A review of student records revealed that eight of eight (100%) IDEA Discipline regulations assessed reflected <u>systemic compliance</u> for *Mildred Osborne Charter School* with regard to all applicable provisions of IDEA Discipline procedures assessed during the spring 2020-2021 follow-up monitoring reviews.  A complete review of monitoring results are detailed in the 2020-2021 LDOE Monitoring Report for *Mildred Osborne Charter School l*ocated in Appendix A.

2.  Corrective Actions to Address Identified Areas of Noncompliance

 The findings of the spring 2020-2021 Related Services follow-up monitoring reviews revealed no student-specific and/or systemic issues of noncompliance for *Mildred Osborne Charter School* with regard to IDEA Discipline provisions. Therefore, no further corrective actions were warranted. After observing the current status of systemic compliance with all IDEA Discipline regulations assessed and verifying that all CAP activities were successfully completed, the LDOE issued a "Notice of CAP Closure" to *Mildred Osborne Charter School* officials indicating that no further corrective actions were warranted for the charter school in the

area of Discipline.

     3. Status of LDOE Compliance

     After participating in the monitoring reviews for the NOLA PS charter schools requiring follow-up targeted follow-up monitoring in the area of Discipline and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, 2020-2021 LDOE Monitoring Reports and 2020-2021 IDEA Monitoring Results summaries, technical assistance notifications, development of CAP,  documentation of  CAP activities, etc.) and discussing the targeted monitoring activities with LDOE monitoring personnel during conference calls and on-site meetings during the spring 2020-2021 and 2021-2022 school years, the LDOE is judged to be in **Substantial Compliance** with Section IV(C)(5)(a-b) of the CJ and Sections C(1)(a-c) through 5(a) of Addendum A of the CJ for the spring semester of the 2020-2021 school year.

**D. ENROLLMENT STABILITY**

     1. Targeted Monitoring Activities for the Enrollment Stability

     Four NOLA PS charter schools were required to participate in the targeted, follow-monitoring cycle during the spring semester of the 2020-2021 school year to assess compliance for IDEA Related Service (Enrollment) provisions. The NOLA PS Charter schools requiring targeted follow-up monitoring included *Success Preparatory Academy at Thurgood Marshall, Martin Luther King Charter School, Einstein Charter School at Village de l'Est Mary D. Coghill Elementary School.* Enrollment (Related Services) monitoring activities were conducted from May 3-13, 2021. An LDOE and IM representative conducted staff interviews for each NOLA PS charter school via teleconference. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section B(4)(a) and B(4)(b) of page 3 of Addendum A of the CJ.  Similarly, student file reviews (desk audits) were

completed independently by the IMs and LDOE monitoring staff using the approved Related Services protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section D(2)(a) and D(2)(b) on page 6 of Addendum A of the CJ. A summary of findings for each NOLA PS charter school is presented below.

*(a) Success Preparatory Academy at Thurgood Marshall (Success Prep Academy)*

The targeted monitoring (desk audit) was conducted on May 3-4, 2021. The staff members representing *Success Preparatory Academy* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for documenting service delivery and assessing student progress. A summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of four students (40% of the sample) with an exceptionality of Autism (AU), one student (10% of the sample) with an exceptionality of Hearing Impaired (HI), four students (40% of the sample) with an exceptionality of Intellectual Disability (ID) and one student (10% of the sample) with an exceptionality of Orthopedic Impairment (OI). The documented Related Service reviewed included Speech/Language Therapy (ten students), Occupational Therapy (five students), Adaptive PE (three students), Counseling Services (two students), Physical Therapy (two students) and Medical/Nursing Services (one student).

A review of student records revealed that six of nine (67%) IDEA Related Services

regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, continued <u>systemic</u> <u>noncompliance</u> was observed for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

  - IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

  - IDEA §300.320(a)(5) - Definition of Individual Education Program - The IEP contains an explanation of the extent, if any, to which the student will not participate with nondisabled students in the general education class and the LEA ensured that to the maximum extent possible the student was educated with nondisabled students. In relation, a single student-specific finding of IDEA noncompliance was observed for the following IDEA mandates:

  - §300.321(a)-(b) - IEP Team - IEP team must include not less than one regular education teacher, special education teacher or special education provider of the child.

  - IDEA §300.320(a)(4) and (7) - Definition of an Individualized Education Program - IEP include data for beginning of services, modifications, and anticipated frequency, location,

and duration of services and modifications.

A review of monitoring results along with all student-specific and systemic findings of noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *Success Preparatory Academy* located in the Appendix A.

   *(b) Martin Luther King Charter School*

   The targeted monitoring (desk audit) was conducted on May 12-13, 2021. The staff members representing *Martin Luther King Charter School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly described the charter school's procedures for identifying students requiring related services, methods of service delivery, procedures for documenting the provisions of services and assessing progress for all applicable students. A summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of three students (30% of the sample) with an exceptionality of Autism (AU), six students (60% of the sample) with an exceptionality of Intellectual Disability (ID) and one student (10% of the sample) with an exceptionality of Emotional Disability (EMD). The documented Related Service reviewed included Speech/Language Therapy (eight students), Occupational Therapy (one students), Adaptive PE (one student) and Social Work Services (three students).

A review of student records revealed that seven of nine (78%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B

program. However, continued <u>systemic</u> <u>noncompliance</u> was observed for following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

  Additionally, two student student-specific findings of IDEA noncompliance were observed for the following IDEA mandate:

- IDEA §300.320(a)(4) and (7) - Definition of an Individualized Education Program - IEP includes data for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications.

A review of monitoring results and student-specific and systemic findings of noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *Martin Luther King Charter School* located in the Appendix.

(c) *Einstein Charter School at Village de l'Est*

The targeted monitoring (desk audit) was conducted on May 10-11, 2021. The staff members representing *Einstein Charter School at Village de l'Est* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress for all applicable students. A summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for this LEA located in the Appendix A.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of two students (20% of the sample) with an exceptionality of Autism (AU), six students (60% of the sample) with an exceptionality of Developmental Delay (DD), one student (10% of the sample) with an exceptionality of Language Impaired (LI) and one student (10% of the sample) with an exceptionality of Other Health Impaired (OHI). The documented Related Service reviewed included Speech/Language Therapy (ten students), Adaptive PE (two students) and Social Work Services (one student).

A review of student records revealed that seven of nine (78%) IDEA Related Services regulations assessed reflected no systemic issues of noncompliance under the IDEA, Part B program. However, continued systemic noncompliance was observed for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's

disability affects the child's involvement and progress in the general education curriculum.

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

All systemic findings of systemic noncompliance are summarized in the 2020-2021 IDEA Monitoring Results Summary for *Einstein Charter School at Village de l'Est l*ocated in the Appendix A.

(d) *Mary Coghill Elementary School*

The targeted monitoring (desk audit) was conducted on May 5-6, 2021. The staff members representing *Mary Coghill Elementary School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions. Staff members also clearly described the charter school's procedures for identifying students requiring related services, methods of service delivery, documentation of service provisions and procedures for monitoring student progress. A detailed summary of staff responses is presented on pages 3-4 of the 2020-2021 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the desk audit. Specifically, the sample consisted of four students (40% of the sample) with an exceptionality of Autism (AU), one student (10% of the sample) with an exceptionality of

Orthopedically Impaired (OI), two students (20% of the sample) with an exceptionality of Intellectual Disability (ID) and three students (30% of the sample) with an exceptionality of Multiple Disabilities (MD). The documented Related Service reviewed included Speech/Language Therapy (ten students), Occupational Therapy (five students), Adaptive PE (six students), Counseling Services (two students) and Physical Therapy (five students)

A review of student records revealed that three of nine (100%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, there were three student-specific instances of IDEA noncompliance observed for the following IDEA mandates:

- §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum and

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

A review of monitoring results and student-specific findings of IDEA noncompliance are summarized in the 2020-2021 LDOE Monitoring Report and 2020-2021 IDEA Monitoring Results Summary for *Mary Coghill Elementary School* located in the Appendix.

2.  Corrective Actions to Address Identified Areas of Noncompliance

The findings of the spring 2020-2021 follow-up monitoring review for Mary D. Coghill Elementary indicated systemic compliance for 100% of the IDEA Related Services regulations reviewed. However, as previously noted, there were student-specific IDEA Related Services violations observed three students. As required under the IDEA, these student- specific findings of IDEA noncompliance were corrected within 30 days of the issuance of the 2020-2021 LDOE Monitoring Report.

After observing the current status of systemic compliance with all assessed IDEA Related Services regulations, verifying the student-specific violations were corrected in a timely fashion and verifying that all CAP activities were successfully completed, the LDOE issued a "Notice of CAP Closure" to Mary D. Coghill Elementary School charter management officials indicating that no further corrective actions were warranted for the LEA in the area of Enrollment Stability (Related Services).

However, the findings of the spring 2020-2021 Enrollment follow-up monitoring reviews also revealed varying degrees of continued systemic noncompliance for IDEA Related Services provisions across three of four (75%) NOLA PS charter schools reviewed. More specifically, continued systemic noncompliance was observed for IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements (75% of NOLA PS charter sites reviewed), IDEA 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals (75% of NOLA PS charter school sites reviewed and IDEA §300.320(a)(5) - Definition of Individual Education Program – Participation with nondisabled peers (25% of NOLA PS charter sites reviewed).

Therefore, as required under the provisions of the CJ, the LDOE developed Intensive Corrective Action Plans (ICAP) to address all areas of identified systemic and student-specific

noncompliance for IDEA Related Services provisions outlined in the 2020-2021 LDOE

Monitoring Reports and 2020-2021 IDEA Monitoring Summaries for *Success Preparatory*

*Academy at Thurgood Marshall, Martin Luther King Charter School, and Einstein Charter*

*School at Village de l'Est.* The ICAPs developed for each of abovementioned NOLA PS charter

schools included a wide range of corrective activities for addressing all identified student-

specific and systemic findings of noncompliance observed.

   A copy of the ICAPs developed for addressing the systemic and student-specific

noncompliance observed during the spring 2021-2022 follow-up monitoring of Enrollment

(Related Service) provisions are available in the Appendix A for review by the parties. The IMs

review of the ICAPs developed for the abovementioned NOLA PS charter schools revealed that

the documents include corrective actions consistent with requirements outlined on page 2 of

*Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring*

*Procedures)* and in G(2)(a-e) on pages 7-8 of Addendum A to the CJ.  In relation, the IMs

judged these corrective activities for remedy to be sufficient for addressing the student-specific

and systemic noncompliance for IDEA Enrollment (Related Services) provisions observed

during the spring 2020-2021 follow-up targeted monitoring reviews.

   3. Status of LDOE Compliance

   After participating in the monitoring reviews for the NOLA PS charter schools

requiring follow-up targeted follow-up monitoring in the area of Enrollment (Related Services)

and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring

notifications, 2020-2021 LDOE Monitoring Reports and 2020-2021 IDEA Monitoring Results

Summaries, technical assistance notifications,  development of ICAPs, documentation of

required ICAP activities) and discussing the targeted monitoring activities with LDOE

34

monitoring personnel during conference calls and on-site meetings during throughout the spring semester of the 2020-2021 and 2021-2022 school year, the LDOE is judged to be in **Substantial Compliance** with Section IV(D)(7)(a-b) of the CJ and Sections D(1)(a-c) and D(2)(a-c) of Addendum A to the CJ for the spring semester of the 2019-2020 school year.

**SUMMARY AND RECOMMENDATIONS**

A total of twelve NOLA PS charter schools were required to undergo follow-up targeted monitoring during the spring 2020-2021 school year to assess their status of compliance with IDEA and Bulletin 1508 Child Find regulations, IDEA Discipline and IDEA Related Services provisions for students with disabilities. The findings of the 2020-2021 follow-up targeted monitoring (desk audit) reviews indicated that one of two (50%) of NOLA PS charter schools reviewed in the area of Child Find demonstrated 100% compliance for all IDEA regulations assessed. Regarding IDEA Discipline regulations, the single NOLA PS participating in the spring 2020-2021 follow-up review (Mildred Osborne Charter School) demonstrated 100% compliance with all applicable Discipline regulations assessed. Regarding Related Services provisions, five of five (100%) of NOLA PS charter schools reviewed demonstrated some measure of systemic noncompliance across IDEA regulations assessed. Similarly, in the area of Enrollment Stability (i.e., assessment of IDEA Related Service provisions), some measure of systemic noncompliance was also observed for three of four (75%) of NOLA PS charter schools participating in the 2020-2021 targeted (Enrollment) monitoring reviews.

With specific regard to the IDEA Related Services provisions assessed, eight of nine (89%) NOLA PS charter schools participating in the 2020-2021 follow-up monitoring reviews demonstrated some measure of continued systemic noncompliance. More specifically, as reported in previous IM updates, the primary issues of systemic noncompliance for IDEA

Related Services provisions observed during the spring 2020-2021 follow-up monitoring reviews included violations of IDEA 300.320(a)(1)(i)(2)(i) - Definition of an Individualized Education Program-IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum (89% of NOLA PS charter school sites reviewed) and IDEA §300.320(a)(2) - Definition of Individualized Education Program- The IEP must include a statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability (66% of NOLA PS charter school sites reviewed).

As previously recommended, the IMs encourage NOLA PS and LDOE officials to continue collaborating to provide targeted trainings for staff in all NOLA PS charter schools that focus on addressing the most frequently observed areas of systemic noncompliance to date (i.e., developing meaningful and measurable PLAAFP statements and annual measurable goals, appropriately documenting the provision of Related Services, etc.). These targeted trainings should also focus on providing all participants with detailed knowledge of the approved CJ protocols, IEP rubrics and how these tools are utilized by the LDOE and IMs to assess compliance rates during initial and/or follow-up targeted monitoring reviews.

In relation, it is also strongly recommended that NOLA PS charter school officials continue implement internal strategies (i.e., frequent compliance monitoring) to ensure compliance for all IDEA regulations.