**Office of the Independent Monitors**
**Berry et al v. Pastorek et al (Civil Case No. 2:10-cv-04049)**
**Final Status Report**

**June 29, 2023**

## I. INTRODUCTION

Pursuant to Section V(9) on page 16 of the Consent Judgment (CJ) filed with the Court on March 25, 2015, the Independent Monitors shall file with the Court and provide the Parties with reports describing the steps taken by the State Defendants and the Defendant- Intervenor to implement the Agreement and evaluate the extent to which the State Defendants and the Defendant-Intervenor have complied with each substantive provision of the Agreement. Pursuant to Section V(9)(a), the Monitor shall issue a status report every 120 days after the first year of implementation of the Agreement. The reports shall be provided to the Parties in draft form for comment at least 14 days prior to their issuance. The Monitor shall consider the Parties' responses and make appropriate changes, if any, before issuing the report. These reports shall be written with due regard for the privacy interests of the students. Pursuant to Section V(9)(b) of the CJ, the Independent Monitors shall evaluate the state of compliance for each relevant provision of the Agreement using the following standards: (1) Substantial Compliance and (2) Noncompliance. To assess compliance, the Monitor shall review a sufficient number of pertinent documents to accurately assess compliance and interview any necessary staff or personnel. The Monitor shall also be responsible for independently verifying representations from the State Defendants or Defendant-Intervenor regarding progress toward compliance and examining supporting documentation. Each Monitor report shall describe the steps taken by the Monitor to assess compliance, including documents reviewed and individuals interviewed, and the factual basis for each of the Monitor's findings. Pursuant to Section V(10) of the CJ, reports issued by

1

the Monitor shall not be admissible against the State Defendants and the Defendant-Intervenor in any proceeding other than a proceeding related to the enforcement of this Agreement initiated and handled exclusively by the State Defendants, the Defendant- Intervenor, or the Plaintiff's counsel.

The current IM status report addresses initial monitoring activities completed by the State Defendants during the spring semester of the 2021-2022 school year. First, the IMs provide a summary of findings resulting from targeted, initial monitoring activities completed during the spring semester of the 2021-2022 school term for NOLA PS charter schools meeting the annual school selection criteria for each monitoring area outlined in Addendum A of the CJ. Second, the IMs provide a summary of "Substantial Compliance" or "Noncompliance" decisions as related to specific initial monitoring activities undertaken by the LDOE (e.g., appropriate charter school selections, random student selections, completion of staff interviews and student file reviews, development and dissemination of Monitoring Reports, IDEA Results summaries and development and dissemination of Corrective Action Plans (CAPs), when applicable). The sequence of information in the current IM status report follows the general structure of the CJ and the language from each substantive provision of the Agreement and/or Addendum A outlined in the CJ is incorporated into the IM status report, when appropriate.

## II. TARGETED INITIAL MONITORING ACTIVITIES FOR NOLA PS CHARTER SCHOOLS

The LDOE engaged in targeted, initial monitoring activities for twelve NOLA PS charter schools during the spring semester of the 2021-2022 school term. The current IMs report summarizes the activities conducted and decisions made by the LDOE as related to the required initial monitoring activities for each relevant provision of the CJ.

All NOLA PS charter schools required to undergo initial targeted monitoring were sent a notification email from LDOE Director of State-wide Monitoring on March 10, 2022 (see the Appendix for a copy of each notification email). This notification provided an overview of the requirements for initial, targeted monitoring pursuant to the CJ, the specific areas in which the charter school was being monitored, methods of monitoring (e.g., student file selections, staff interviews, student file reviews, etc.), LDOE contact personnel, the specific date of interviews with staff, instructions for the monitoring activities, copies of the staff interview questions and relevant protocols to be utilized during student file reviews.

LDOE monitoring personnel submitted the initial monitoring schedule and the rosters of randomly selected student files for the spring 2021-2022 monitoring reviews to the IMs on May 4, 2022. LDOE monitoring personnel and the IMs conducted onsite staff interviews and student reviews from May 16-20, 2022, using the monitoring protocol documents required by the CJ. The IMs and LDOE monitoring personnel evaluated all student files independently and reconciled any scoring differences at the end of each on-site file review and/or during subsequent conference calls. As mentioned in previous IM status reports, based on agreements among the Parties during a meeting held on September 22, 2016, compliance determinations for individual students shall be consistent with the 100% compliance standard outlined in the IDEA. As such, during targeted monitoring activities, <u>any single finding</u> of noncompliance observed for <u>any</u> specific IDEA regulation being assessed for an individual student was judged to reflect noncompliance and required immediate individual corrective action (i.e., student-specific findings noncompliance outlined in the IDEA Monitoring Summary and/or individual corrective actions included in the charter schools' CAP or ICAP). Similarly, all parties agreed that <u>systemic noncompliance</u> would be determined when less than 80% of the student sample failed to meet the 100% individual student compliance standard for any IDEA regulation evaluated using the

CJ protocols. As such, any observed systemic noncompliance for any IDEA mandate assessed would require the charter school in question to undergo mandatory systemic corrective actions (i.e., CAP or ICAP) to address all areas of observed systemic noncompliance for IDEA mandates.

LDOE monitoring personnel completed the draft monitoring reports for each NOLA PS charter school participating the spring (2021-2022) initial monitoring and submitted draft reports to the IMs from June 14-29, 2022, for review and feedback. The IMs submitted recommended edits to the draft monitoring reports to LDOE officials from June 15-30, 2022. All LDOE Monitoring Reports were submitted to NOLA PS charter schools participating in the spring (2021-2022) initial targeted monitoring on June 7-July 7, 2022. These documents are located in the Appendix for review by all parties.

In addition to completing the targeted, initial monitoring, reviews, and monitoring reports, the LDOE developed Corrective Action Plans (CAPs), when applicable, and held technical assistance meetings on September 29, 2022, and October 3, 2022, for NOLA PS school sites requiring corrective actions for addressing systemic noncompliance for IDEA mandates.

The IMs review of compliance with the targeted, initial monitoring provisions of the CJ for the spring 2021-2022 school year consisted of an evaluation of two components of the LDOE's monitoring activities. Specifically, the required components assessed for compliance included: (1) completion of targeted monitoring activities by the LDOE as required under the CJ and Addendum A to the CJ (e.g., appropriate school selections, conducting staff interviews, appropriate selection of student files, assessing student files using the approved CJ monitoring protocols, and correct identification of systemic or individual compliance and/or noncompliance) and (2) the development of appropriate corrective actions "sufficient to remedy the

noncompliance and to reasonably ensure that such noncompliance does not reoccur." (pp. 7, 9, 11, 14 of CJ), when warranted. As such, the current IM status report provides a review of monitoring activities and findings for each NOLA PS requiring targeted initial monitoring along with the IMs determinations regarding the status of compliance with the monitoring provisions required under the CJ. An overall summary regarding targeted, initial monitoring activities and professional recommendations are provided at the conclusion of this report.

### A.    CHILD FIND

1.    Targeted Initial Monitoring Activities for the Child Find Provisions

Three NOLA PS charter schools were required to undergo targeted, initial monitoring during the spring semester of the 2021-2022 school year to assess compliance for IDEA and Bulletin 1508 Child Find regulations. NOLA PS charter schools required to undergo initial monitoring in the area of Child Find included *Success Preparatory Academy, McDonogh 42 Charter School* and *G.W. Carver Charter High School.*

Child Find monitoring activities were conducted from May 16-18, 2022. A minimum of one LDOE representative and one IM conducted staff interviews for each NOLA PS charter participating in the initial targeted monitoring visits. All staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section A(4)(a) and A(4)(b) on page 2 of Addendum A of the CJ.  Additionally, all student files were selected based on the requirements outlined in section A2(a) on page 1 of Addendum A of the CJ. Finally, all student file reviews were completed independently by an IM and LDOE monitoring staff member using the approved Child Find monitoring protocol outlined in Addendum A of the CJ. Student files were reviewed by LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section A(2) and A(3) on page 2 of

5

Addendum A of the CJ. A summary of findings for each NOLA PS charter school is presented below:

*(a) Success Preparatory Academy*

The targeted, initial monitoring visit was conducted on May 18, 2022. Faculty members participating in the staff interview clearly articulated their responses regarding the Child Find process in relation to MTSS/RTI and demonstrated knowledge of state/federal policies, regulations and procedures required for completing IDEA and 504 evaluations.  A detailed summary of staff responses is presented on page 3 of the LDOE Monitoring Report for *Success Preparatory Academy* located in the Appendix.

A representative sample of ten student (Child Find) files were reviewed during the monitoring visit. Specifically, the sample was comprised of students representing the following Child Find categories:

- Students with Active 504 Accommodation Plans- two students

- Participation in the Response to Intervention/MTSS process- two students

- Failing Two or Greater Academic Subjects-two students

- Recent IDEA evaluation-one student

- Under Consideration by the School Building Level Committee (SBLC)-two students

- Ten or Greater Days of Suspension-one student

A review of Child Find records across all student files reviewed revealed that 12 of 12 (100%) IDEA and *LA Bulletin 1508* Child Find activities reviewed reflected no student-specific and/or systemic issues of noncompliance under the IDEA, Part B program. As such, these findings reflected systemic compliance for all IDEA and *LA Bulletin 1508* Child Find regulations assessed during the spring 2021-2022 initial monitoring review. A summary of all monitoring

6

activities observed during the spring 2021-2022 initial monitoring review are detailed in the 2021-2022 LDOE Monitoring Report for *Success Preparatory Academy* located in the Appendix.

(b) *McDonogh 42 Charter School*

The targeted, initial monitoring review was conducted on May 16, 2022. Faculty members participating in staff interview clearly articulated their responses regarding the Child Find process in relation to MTSS/RTI. Staff members also demonstrated comprehensive knowledge of state and federal Child Find policies as well as the regulations and procedures required for completing appropriate IDEA and 504 evaluations.  A detailed summary of staff responses is presented on pages 3-4 of the LDOE Monitoring Report for *McDonogh 42 Charter School* located in the Appendix.

A representative sample of twelve student (Child Find) files were reviewed during the monitoring visit. The sample was comprised of students representing the following Child Find categories:

- Students with Active 504 Accommodation Plans- three students

- Participation in the Response to Intervention/MTSS process- two students

- Failing Two or Greater Academic Subjects-three students

- Under Consideration by the School Building Level Committee (SBLC)-four students

A review of Child Find records across all student files reviewed revealed that 12 of 12 (100%) IDEA and *LA Bulletin 1508* Child Find activities reviewed reflected no student-specific and/or systemic issues of noncompliance under the IDEA, Part B program. As such, these findings reflected <u>systemic compliance</u> for all IDEA and *LA Bulletin 1508* Child Find regulations assessed during the spring 2021-2022 initial monitoring review. A summary of

monitoring findings are detailed in the 2021-2022 LDOE IDEA Monitoring Report for *McDonogh 42 Charter School* located in the Appendix.

*(c) G. W. Carver Charter High School*

The targeted, initial monitoring review was conducted on May 17, 2022. Faculty members participating in staff interview clearly articulated their responses regarding the school's Child Find process in relation to MTSS/RTI. Staff members also demonstrated comprehensive knowledge of state and federal Child Find policies and procedures required for completing appropriate and compliant IDEA and 504 evaluations. A detailed summary of staff responses is presented on pages 3-4 of the LDOE Monitoring Report for *G. W. Carver Charter High School* located in the Appendix.

A representative sample of eleven student (Child Find) files were reviewed during the monitoring visit.

Specifically, the sample was comprised of students in the representing the following Child Find categories:

- Students with Active 504 Accommodation Plans- one student

- Participation in the Response to Intervention/MTSS process- two students

- Failing Two or Greater Academic Subjects-three students

- Recent IDEA evaluation-one student

- Under Consideration by the School Building Level Committee (SBLC)-two students

- Ten or Greater Days of Suspension-two students

A review of Child Find records across all student files reviewed revealed that 12 of 12 (100%) IDEA and *LA Bulletin 1508* Child Find activities reviewed reflected no student-specific and/or systemic issues of noncompliance under the IDEA, Part B program. As such, these

8

findings reflected <u>systemic compliance</u> for all IDEA and *LA Bulletin 1508* Child Find regulations assessed during the spring 2021-2022 initial monitoring review. A summary of monitoring findings are detailed in the 2021-2022 LDOE IDEA Monitoring Report for *G. W. Carver Charter High School* located in the Appendix.

2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

The findings of the spring 2021-2022 targeted, initial monitoring reviews in the area of Child Find indicated systemic <u>compliance</u> for 100% of the applicable IDEA and LA Bulletin 1508 regulations reviewed for *Success Preparatory Academy, McDonogh 42 Charter School* and *G. W. Carver Charter High School*.  As such, no formal corrective actions were warranted.

3. <u>Status of LDOE Compliance</u>

After participating in the targeted, initial monitoring reviews for *Success Preparatory Academy, McDonogh 42 Charter School* and *G. W. Carver Charter High School* and reviewing documentation submitted by the LDOE monitoring personnel (e.g., appropriate school and student selections, initial monitoring notifications, 2021-2022 LDOE Monitoring Reports), the LDOE is judged to be in **Substantial Compliance** with Section IV(A)(3)(a-b) of the CJ and Sections A(1)(a-c) through 5(a) of Addendum A of the CJ for the targeted, initial monitoring activities conducted during the spring semester of the 2021-2022 school year.

**B. RELATED SERVICES**

1. <u>Targeted Monitoring Activities for the Related Service Provisions</u>

Three NOLA-PS charter schools were selected to participate in the targeted, initial monitoring cycle during the spring semester of the 2021-2022 school year to assess compliance for IDEA Related Service provisions. The NOLA PS Charter schools required to undergo initial monitoring included *Fannie C. Williams Charter School, Einstein Charter High School at Sarah*

*Towles Reed and KIPP Central City Primary Charter School.*

Related Services monitoring activities were conducted from May 16-19, 2022. A minimum of one LDOE representative and one IM conducted on-site staff interviews for each selected NOLA-PS charter school. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section B(4) and B(4)(b) on pages 3 and 4 of Addendum A to the CJ.  Similarly, student file reviews were completed independently by the IMs and LDOE monitoring staff using the approved Related Services monitoring protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. A summary of findings for each participating NOLA-PS charter school is presented below.

*(a) Fannie C. Williams Charter School*

The targeted monitoring review was conducted on May 18, 2022. Faculty members participating in the staff interview clearly summarized their current practices for identifying students requiring related service provisions, including how service providers are secured, methods of service provisions that minimize missed instructional time, processes for monitoring student progress and procedures for providing compensatory services, if required. All staff responses were consistent with federal and state regulations required for appropriate related service provisions. A detailed summary of staff responses is presented on pages 3-4 of the 2019-2020 LDOE Monitoring Report.

A representative sample of ten (10) student (Related Services) files were reviewed during the on-site targeted monitoring visit. Specifically, the sample was comprised of students representing the following IDEA exceptionalities:

- Intellectual Disability (ID) - three students

- Autism (AU) – four students

- Other Health Impaired (OHI) – three students

A review of student records revealed that nine of nine (100%) IDEA Related Services regulations assessed reflected no systemic issues of noncompliance under IDEA, Part B program. As such, this reflected systemic compliance for all IDEA Related Service regulations assessed during the spring 2021-2022 targeted, initial monitoring review. A review of monitoring results are summarized in the 2021-2022 LDOE Monitoring Report for *Fannie C. Williams Charter School* located in the Appendix.

*(b). Einstein Charter High School at Sarah Towles Reed*

The targeted monitoring was conducted on May 16, 2022. Faculty representatives participating in the staff interview demonstrated a comprehensive knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress for all applicable students. A summary of staff responses is presented on page 3-4 of the 2021-2022 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the monitoring visit. The sample was comprised of students representing the following IDEA exceptionalities:

- Autism – four students

- Intellectual Disability (ID) – one student

- Emotional Disability (EmD) – two students

- Other Health Impaired (OHI) – three students

The documented Related Service provisions reviewed included Speech/Language Therapy (five students), Adaptive Physical Education (two students), Counseling Services (three students) and Social Work Services (three students).

A review of student records revealed that nine of nine (100%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. This reflects <u>systemic</u> <u>compliance</u> for all IDEA Related Service regulations assessed. A review of monitoring results are summarized in the 2021-2022 LDOE Monitoring Report for *Einstein Charter High School at Sarah Towles Reed* located in the Appendix.

*(c) KIPP Central City Primary Charter School*

The targeted monitoring review was conducted on May 19, 2021. Staff members participating in the interview process demonstrated a thorough knowledge of the requirements of related services provisions as required under the IDEA. In addition, school officials clearly described the school's procedures for identifying students requiring related service provisions, processes for securing qualified service providers and various methods for delivering and documenting the provision of related services. A summary of staff responses is presented on pages 3-4 of the 2021-2022 LDOE Monitoring Report for *KIPP Central City Primary Charter* located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the monitoring visit.  Specifically, the sample was comprised of students representing the following IDEA exceptionalities:

- Autism (AU) – two students

- Intellectual Disability (ID) - three students

- Visually Impaired (VI) – one student

- Emotional Disability (EmD) – two students

- Orthopedically Impaired (OI)-one student

- Traumatic Brain Injury (TBI)- one student

The documented Related Service provisions reviewed included Speech/Language Therapy (four students), Occupational Therapy (five students), Adaptive PE (three students), Social Work Services (five students), Adaptive Physical Education (three students) and Physical Therapy (one student).

A review of student records indicated that seven of nine (78%) IDEA Related Services regulations assessed reflected no systemic issues of noncompliance under the IDEA, Part B program. However, systemic noncompliance was observed for the following IDEA mandates:

- §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum; and

- IDEA §300.320. (a)(2), - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

13

A review of monitoring results along with all student-specific and systemic findings of noncompliance are summarized in the 2021-2022 LDOE Monitoring Report and 2021-2022 IDEA Monitoring Results Summary for *KIPP Central City Charter School* located in the Appendix.

2.  <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

As reported previously, the findings of the spring 2021-2022 targeted, initial monitoring reviews revealed <u>systemic</u> <u>compliance</u> for all IDEA Related Service regulations reviewed for *Fannie C. Williams Charter School and Einstein Charter High School at Sarah Towles Reed.* However, issues of <u>systemic</u> <u>noncompliance</u> were observed for *KIPP Central City Primary Charter School* with regard to requirements under IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements and IDEA 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals. Therefore, as required under the provisions of the CJ, the LDOE developed a Corrective Action Plan (CAP) to address the systemic issues of IDEA noncompliance observed for *KIPP Central City Charter School* and sent notice of required corrective actions to KIPP charter school officials on July 7, 2022.

The IMs review of the CAP developed for *KIPP Central City Primary Charter School* indicated the document included corrective actions consistent with requirements outlined on page 2 of *Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring Procedures)* and in section G(2)(a-e) on pages 7-8 of Addendum A to the CJ. In relation, the IMs judged the corrective activities for remedy to be appropriate and sufficient for addressing the issues of noncompliance for IDEA Related Services regulations identified during the spring 2021-2022 targeted, initial monitoring reviews. A copy of the CAP developed for *KIPP Central City Charter School* is available in the Appendix for review by the parties.

3. <u>Status of LDOE Compliance</u>

After participating in the monitoring reviews for the NOLA PS charter schools requiring initial targeted initial monitoring in the area of Related Services and reviewing documentation submitted by the LDOE monitoring personnel (e.g., initial monitoring notifications, 2021-2022 LDOE Monitoring Reports and 2021-2022 IDEA Monitoring Results Summary, development of CAP, technical assistance notification), the LDOE is judged to be in **Substantial Compliance** with Section IV(B)(2)(a-b) of the CJ and Sections B(1)(a-c) through 5(a) of Addendum A to the CJ for the spring semester of the 2021-2022 school year.

### C. DISCIPLINE

1.  <u>Targeted Monitoring Activities for the Discipline Provisions</u>

*KIPP Central City Primary Charter School, KIPP Believe Charter School and Harriet Tubman Charter School* were selected to participate in the targeted, initial monitoring cycle during the spring semester of the 2021-2022 school year to assess compliance for IDEA Discipline provisions. Discipline monitoring activities were conducted on May 18-19, 2022. A minimum of one LDOE representative and one IM conducted the on-site staff interviews for each participating NOLA-PS charter school. Staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section C(4)(a) and C(4)(b) of pages 5-6 of Addendum A of the CJ.  Similarly, student file reviews were completed independently by the IMs and LDOE monitoring staff using the approved CJ Discipline monitoring protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section IV(C)(5)(a-b) on page 11 of the CJ and Section C(2)(a) and

15

C(2)(b) on page 5 of Addendum A of the CJ. A summary of findings for each participating NOLA-PS charter school is presented below:

(a) *KIPP Central City Primary*

The targeted monitoring was conducted on May 19, 2022. Faculty members representing *KIPP Central City Primary Charter School* during the staff interview demonstrated a comprehensive knowledge and understanding of IDEA regulations regarding Discipline provisions for students with disabilities. School staff also clearly described the charter school's MTSS programs and procedures for quickly identifying and responding to students requiring formal behavioral supports, including parental collaboration and communication.  A summary of staff responses is presented on page 3-4 of the 2021-2022 LDOE Monitoring Report for this charter school located in the Appendix.

A representative sample of ten (10) student (Discipline) files were reviewed during the monitoring visit. Specifically, the sample was comprised of students representing the following IDEA exceptionalities:

- Specific Learning Disability (SLD)- eight students

- Language Impaired – one student

- Emotional Disability (EmD) – one student

Cumulative exclusionary discipline removals for the student sample ranged from 3-7 days across the student sample. It is important to report there were <u>no </u>students in the sample reviewed whose discipline status required a mandated Manifestation Determination Review (MDR) as the result of a change in educational placement.

A review of student records revealed that eight of eight (100%) IDEA Discipline regulations assessed *for KIPP Central City Primary* reflected <u>systemic compliance</u> for all

applicable provisions of IDEA Discipline procedures reviewed. Although no systemic concerns were observed, there were two student-specific findings of noncompliance identified in relation to the following IDEA discipline regulation:

- §300.324 (a)(2)(i)(3)(i)- In the case of a child whose behavior impedes the child's learning or that of others, consider the use of positive behavioral interventions and supports, and other strategies, to address that behavior.

A complete review of monitoring results are detailed in the 2021-2022 LDOE Monitoring Report and 2021-2022 IDEA Summary Report for KIPP Central City Primary located in the Appendix.

(b) *KIPP Believe Charter School*

The targeted monitoring was conducted on May 19, 2022. All faculty members representing *KIPP Believe Charter* during the staff interview demonstrated a thorough knowledge and understanding of IDEA regulations regarding Discipline provisions for students with disabilities. School staff clearly described the charter school's MTTS program and procedures for quickly identifying and responding to students requiring formal behavioral supports. A summary of staff responses is presented on page 3-4 of the 2021-2022 LDOE Monitoring Report for this charter school located in the Appendix.

A representative sample of ten (10) student (Discipline) files were reviewed during the monitoring visit. Specifically, the sample consisted of students representing the following IDEA exceptionalities:

- Specific Learning Disability (SLD) – four students

- Other Health Impaired (OHI) – two students

- Emotional Disability (EmD) – one student

17

- Developmental Delay (DD) – one student

- Autism (AU) – two students

Cumulative exclusionary discipline removals ranged from 3-9 days across the student sample. The sample reviewed included one student whose discipline status resulted in a mandated Manifestation Determination Review (MDR) as the result of a change in educational placement.

A review of student records revealed that eight of eight (100%) IDEA Discipline regulations assessed for *KIPP Believe Charter School* indicated <u>systemic compliance</u> for all applicable provisions of IDEA Discipline procedures reviewed with no student-specific IDEA violations being observed. A complete review of monitoring results are detailed in the 2021-2022 LDOE Monitoring Report for this charter school located in the Appendix.

(c) *Harriet Tubman Charter School*

The targeted monitoring was conducted on May 18, 2022. Faculty members representing *Harriet Tubman Charter School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding Discipline provisions for students with disabilities. School staff clearly described the charter school's primary prevention program (i.e., Restorative Practices) and MTSS processes for providing behaviorally "at-risk" students with formal behavioral supports as required under the IDEA. Staff also summarizing the charter school's process for monitoring student's behavioral progress and commitment to school and home collaboration. A summary of staff responses is presented on page 3-4 of the 2021-2022 LDOE Monitoring Report for this charter school located in the Appendix.

A representative sample of ten (10) student (Discipline) files were reviewed during the

monitoring visit. Specifically, the sample consisted of students representing the following IDEA exceptionalities:

- Other Health Impaired (OHI) – four students

- Intellectual Disability (ID) – one student

- Specific Learning Disability (SLD) – three students

- Emotional Disability (EmD)- two students

The cumulative exclusionary discipline removals ranged from 3-12 days across the student sample with a single student whose discipline status resulted in a mandated Manifestation Determination Review (MDR) as the result of a change in educational placement.

A review of student records revealed that eight of eight (100%) IDEA Discipline regulations assessed for *Harriet Tubman Charter School* indicated systemic compliance for all applicable provisions of IDEA Discipline procedures reviewed with no student-specific IDEA violations being observed. A complete review of monitoring results are detailed in the 2021-2022 LDOE Monitoring Report for this charter school located in the Appendix.

2.  Corrective Actions to Address Identified Areas of Noncompliance

The findings of the spring 2021-2022 Related Services initial monitoring reviews revealed systemic compliance for *KIPP Central City Primary, KIPP Believe Charter School* and *Harriet Tubman Charter School.* There were, however, two instances of student-specific findings of IDEA noncompliance observed for *KIPP Central City Primary*. These student-specific findings were addressed in a timely fashion by revising each applicable students' IEP to include provisions of positive behavioral interventions and supports. No other corrective actions were warranted among the NOLA PS charter schools participating in the spring 2021-2022 initial monitoring reviews in the area of IDEA Discipline regulations.

3. Status of LDOE Compliance

After participating in the on-site monitoring reviews for the NOLA PS charter schools requiring initial targeted initial monitoring in the area of Discipline and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, 2021-2022 LDOE Monitoring Reports and 2021-2022 IDEA Monitoring Results summaries), the LDOE is judged to be in **Substantial Compliance** with Section IV(C)(5)(a-b) of the CJ and Sections C(1)(a-c) through 5(a) of Addendum A of the CJ for the spring semester of the 2021-2022 school year.

**D. ENROLLMENT STABILITY**

1.    Targeted Monitoring Activities for the Enrollment Stability

Three NOLA-PS charter schools were required to participate in the targeted, initial monitoring cycle during the spring semester of the 2021-2022 school year to assess compliance for IDEA Related Service (Enrollment) provisions. These charter schools included *KIPP Morial Charter, Noble Minds Charter School* and *FirstLine Live Oak Charter School*. The Enrollment (Related Services) monitoring activities were conducted from May 16-19, 2022. A minimum of one LDOE representative and one IM conducted on-site staff interviews for each NOLA PS charter school. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section B(4)(a) and B(4)(b) of page 3 of Addendum A of the CJ.  Similarly, student file reviews were completed independently by the IMs and LDOE monitoring staff using the approved Related Services protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section D(2)(a) and D(2)(b) on page 6 of Addendum A of the CJ. A summary of findings for each NOLA PS charter school is

20

presented below.

*(a) KIPP Morial Charter School*

The targeted monitoring was conducted on May 19, 2022. Staff members representing *KIPP Morial Charter School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for documenting service delivery and assessing student progress. A summary of staff responses is presented on pages 3-4 of the 2021-2022 LDOE Monitoring Report for this charter school located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the monitoring visit. Specifically, the sample was comprised of students representing the following IDEA exceptionalities:

- Intellectual Disability (ID) - one student

- Emotional Disability (EmD)- three students

- Autism - three students

- Other Health Impaired (OHI)- one student

- Orthopedically Impaired (OI)-one student

- Multiple Disabilities (MD) – one student

The documented Related Service reviewed included Speech/Language Therapy (six students), Occupational Therapy (two students), Adaptive PE (four students), Counseling Services (four students), Physical Therapy (two students) and Social Work Services (three students).

A review of student records revealed that six of nine (67%) IDEA Related Services

21

regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B

program. However, <u>systemic</u> <u>noncompliance</u> was observed for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum.

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability; and

- §300.321(a)-(b) - IEP Team - IEP team must include not less than one regular education teacher, special education teacher or special education provider of the child.
  In addition, a student-specific findings was also observed for a single student in relation to the following IDEA Related Services regulation:

- IDEA §300.320(a)(4) and (7) - Definition of an Individualized Education Program - IEP include data for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications.

A review of monitoring results along with all student-specific and systemic findings of noncompliance are summarized in the 2021-2022 LDOE Monitoring Report and 2021-2022 IDEA Monitoring Results Summary for *KIPP Morial Charter School* located in the Appendix.

22

*(b) Noble Minds Charter School*

The targeted monitoring was conducted on May 17, 2022. Faculty members representing *Noble Minds Charter School* during the staff interview demonstrated a comprehensive knowledge and understanding of IDEA regulations regarding related services provisions and clearly summarized the charter school's procedures for identifying students requiring related services, methods of service delivery, procedures for documenting the provisions of services and assessing progress for all applicable students. A summary of staff responses is presented on page 3 of the 2021-2022 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the monitoring visit. Specifically, the sample was comprised of students representing the following IDEA exceptionalities:

- Autism – three students

- Intellectual Disability (ID) - three students

- Other Health Impaired (OHI) – three students

- Orthopedically Impaired (OI)-one student

The documented Related Service reviewed included Speech/Language Therapy (eight students), Occupational Therapy (four students), Adaptive PE (four students), Physical Therapy (one student), Counseling Services (two students) and Social Work Services (two students).

A review of student records revealed that nine of nine (100%) IDEA Related Services regulations assessed reflected <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, a single student-specific finding of noncompliance was observed for

23

following IDEA mandate:

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability.

A review of monitoring results and student-specific and systemic findings of noncompliance are summarized in the 2021-2022 LDOE Monitoring Report and 2021-2022 IDEA Monitoring Results Summary and the 2021-2022 IDEA Results Summary for Noble Minds Charter *School* located in the Appendix.

(c) *FirstLine Live Oak Charter*

The targeted monitoring was conducted on May 16, 2022. Staff members representing *FirstLine Live Oak Charter School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions. Staff clearly summarized the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress for all applicable students. A summary of staff responses is presented on page 3 of the 2021-2022 LDOE Monitoring Report for this LEA located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the monitoring visit. The sample was comprised of students representing the following IDEA exceptionalities:

- Intellectual Disability (ID) - three students

- Emotional Disability (EmD)-one student

- Specific Learning Disability-two students

- Other Health Impaired (OHI)-two students

- Orthopedically Impaired (OI)-one student

- Developmental Delayed (DD)-one student

The documented Related Service reviewed included Speech/Language Therapy (eight students), Adaptive PE (two students), Counseling Services (two students), Social Work Services (one student), Occupational Therapy (two students) and Physical Therapy (two students).

A review of student records revealed that nine of nine (100%) IDEA Related Services regulations assessed reflected no systemic issues of noncompliance under the IDEA, Part B program. However, there were student-specific findings of noncompliance for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum (two students);

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability (two students); and

25

- §300.321(a)-(b) - IEP Team - IEP team must include not less than one regular education teacher, special education teacher or special education provider of the child (one student).

All systemic findings of systemic noncompliance are summarized in the 2021-2022 LDOE Monitoring Report and 2021-2022 IDEA Monitoring Results Summary for *FristLine Live Oak Charter School* located in the Appendix.

   2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

As noted previously, issues of <u>systemic</u> <u>noncompliance</u> were observed for *KIPP Morial Charter School* with regard to requirements under IDEA §300.320(a)(1)(i)(2)(i)-PLAAFP statements, IDEA 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-Measurable Goals and §300.321(a)-(b) - IEP Team members. Therefore, as required under the provisions of the CJ, the LDOE developed a Corrective Action Plan (CAP) to address the systemic issues of IDEA noncompliance observed for *KIPP Morial Charter School* and sent notice of required corrective actions to KIPP charter school officials on July 7, 2022.

The IMs review of the CAP developed for *KIPP Central City Charter School* indicated the document included corrective actions consistent with requirements outlined on page 2 of *Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring Procedures)* and in section G(2)(a-e) on pages 7-8 of Addendum A to the CJ. In relation, the IMs judged the corrective activities for remedy to be appropriate and sufficient for addressing the issues of noncompliance for IDEA Related Services regulations identified during the spring 2021-2022 targeted, initial monitoring reviews. A copy of the CAP developed for *KIPP Morial Charter School* for addressing all areas of <u>systemic</u> and <u>student-specific</u> findings of IDEA

noncompliance is available in the Appendix for review by the parties.

The findings of the spring 2021-2022 initial monitoring review for *Noble Minds Charter School* and *FristLine Live Oak Charter School* indicated systemic <u>compliance</u> for 100% of the IDEA Related Services regulations reviewed. However, as previously reported, there were <u>student-specific</u> IDEA (Related Services) violations observed for each of these NOLA PS charter schools. Therefore, as required under the IDEA, these student- specific findings of IDEA noncompliance were required to be corrected within 30 days of the issuance of the LDOE 2021-2022 LDOE Monitoring Reports for these NOLA PS charter schools.

3. <u>Status of LDOE Compliance</u>

After participating in the monitoring reviews for the NOLA PS charter schools requiring initial targeted initial monitoring in the area of Enrollment (Related Services) and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, 2021-2022 LDOE Monitoring Reports and 2021-2022 IDEA Monitoring Results Summaries, development of CAPs and verifying that all student-specific findings were corrected in a timely manner), the LDOE is judged to be in **Substantial Compliance** with Section IV(D)(7)(a-b) of the CJ and Sections D(1)(a-c) and D(2)(a-c) of Addendum A to the CJ for the spring semester of the 2021-2022 school year.

**SUMMARY AND RECOMMENDATIONS**

A total of twelve NOLA PS charter schools were required to undergo initial, targeted monitoring during the spring 2021-2022 school year to assess their status of compliance with IDEA and Bulletin 1508 Child Find regulations, IDEA Discipline and IDEA Related Services provisions for students with disabilities. The findings of the 2021-2022 targeted, initial

monitoring reviews indicated that all three (100% of the sample) of NOLA PS charter schools reviewed in the area of Child Find demonstrated compliance for all IDEA regulations assessed. Similarly, with regard to IDEA Discipline regulations, all three (100% of the sample) NOLA PS participating in the spring 2021-2022 initial monitoring review demonstrated 100% compliance with all applicable Discipline regulations assessed. However, in relation to Related Service provisions, two of three (67%) of the NOLA PS charter schools participating in the initial targeted monitoring review demonstrated compliance for all IDEA Related Services mandates assessed. Similarly, with regard to Enrollment Stability (i.e., assessment of IDEA Related Service provisions), two of three (67%) of the NOLA PS Charter schools also demonstrated compliance for all IDEA Enrollment (Related Services) provisions assessed.

With specific regard to the areas assessed with the Related Services protocol during the onsite initial monitoring reviews, two of six NOLA PS Charter schools (33% of the sample across Related Services and Enrollment Stability) demonstrated some measure of systemic noncompliance.  As reported in previous IM updates, issues of ongoing systemic noncompliance continued during the spring 2021-2022 initial monitoring reviews for IDEA 300.320(a)(1)(i)(2)(i) - Definition of an Individualized Education Program-IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum (two of six (33%) of  NOLA PS charter school sites reviewed);  IDEA §300.320(a)(2) - Definition of Individualized Education Program- The IEP must include a statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other

educational needs that result from the child's disability (two of six (33%) of NOLA PS charter school sites reviewed) and IDEA §300.320(a)(4) and (7) - Definition of an Individualized Education Program - IEP must include data for beginning of services, modifications, and anticipated frequency, location, and duration of services and modifications (one of six (17%) NOLA PS Charter schools reviewed).

As previously recommended, the IMs encourage NOLA PS and LDOE officials to continue collaborating to provide targeted trainings for staff in all NOLA PS charter schools that focus on addressing the most frequently observed areas of systemic noncompliance to date (i.e., development of meaningful and measurable PLAAFP statements and measurable annual goals, documentation of service provisions). These targeted trainings should also focus on providing all participants with detailed knowledge of the approved CJ protocols, IEP rubrics and how these tools are utilized by the LDOE and IMs to assess compliance rates during initial and/or follow-up targeted monitoring reviews. In relation, it is also strongly recommended that NOLA PS charter school officials continue to implement internal strategies (i.e., frequent compliance monitoring) to ensure compliance for all IDEA regulations across all NOLA PS Charter Schools.