UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA BERRY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-4049 |
| CADE BRUMLEY, ET AL. | SECTION "A"(4) |

## MINUTE ENTRY (JS-10: 23)

On December 12, 2023, the Court convened a follow-up status conference by telephone. The participants are listed on the attached Conference Attendance Record.[1]

Prior to the last status conference (held on November 2, 2023), NOLA-PS circulated a "Foundation Draft for [a] Joint Motion." The LDOE and Plaintiffs were instructed to produce their own documents of a similar nature, and they have done so.

NOLA-PS is currently working to provide feedback to Plaintiffs' November 28, 2023 response to the defendants' proposals. Progress is being made toward the confection of a joint motion to dismiss, and all parties will meet next week as part of their ongoing efforts to achieve that goal.

A follow-up status conference with the Court is set for **Tuesday, February 6, 2024, at 10:30 a.m. (central)** BY TELEPHONE. The call-in information will be provided to counsel via email.

\* \* \* \* \* \*

*[Signature: Jay C. Zainey]*

---

[1] The attached Conference Attendance Record was created at the August 22, 2023 status conference and has been edited by the Court.

# BY TELEPHONE

## CONFERENCE ATTENDANCE RECORD

DATE: 12/12/23

CASE NAME: Cassandra Berry, et al. v. Cade Brumley, et al.

CASE NUMBER: 10-4049          (CIVIL)   CRIMINAL

TYPE OF CONFERENCE: PRE-TRIAL   SETTLEMENT   (STATUS)

ATTORNEYS PRESENT (Please PRINT your name, telephone number and the party you represent):

| Name | Phone | Party |
|---|---|---|
| Robert Christopher Fruge | 225-342-3572 | Dept. of Ed. |
| Wayne T. Stewart | 2259233462 | NOLA/OPSB |
| Avis Williams | | NOLA PS |
| Sheyla Hilaire | | NOLA PS |
| Kathy Moss | | NOLA PS |
| Susan Fisman - Paralegal | 601 260-4130 | Plaintiffs |
| Ashley Dalton | 504-377-8060 | P/s |
| Nell Franci | 504-300-4261 | Plaintiffs |

Sophia Hill                                       Plaintiffs
Lauren Winkler                                    Plaintiffs