Office of the Independent Monitors

Berry et al. v. Brumley et al (Civil Case No. 2:10-cv-04049)F

Final Status Report to the Parties

November 14, 2024

## I. INTRODUCTION

Pursuant to Section V(9) on page 16 of the Consent Judgment (CJ) filed with the Court on March 25, 2015, the Independent Monitor shall file with the Court and provide the Parties with reports describing the steps taken by the State Defendants and the Defendant-Intervenor to implement the Agreement and evaluate the extent to which the State Defendants and the Defendant-Intervenor have complied with each substantive provision of the Agreement.

The reports shall be provided to the Parties in draft form for comment at least 14 days prior to their issuance. The Monitor shall consider the Parties' responses and make appropriate changes, if any, before issuing the final report. Pursuant to Section V(9)(b) of the CJ, the Independent Monitor shall evaluate the status of compliance for each relevant provision of the Agreement using the following standards: (1) Substantial Compliance and (2) Noncompliance. The IM shall review a sufficient number of pertinent documents to accurately assess compliance. In relation, the IM shall be responsible for independently verifying representations from the State Defendants or Defendant-Intervenor regarding progress toward compliance and examining supporting documentation. The Independent Monitor report shall describe the steps taken by the IM to assess compliance, including documents reviewed and the factual basis for each of the IM's findings. Pursuant to Section V(10) of the CJ, reports issued by the IM shall not be admissible against the State

Defendants and the Defendant-Intervenor in any proceeding other than a proceeding related to the enforcement of this Agreement initiated and handled exclusively by the State Defendants, the Defendant- Intervenor, or the Plaintiff's counsel.

The current IM bi-annual status report addresses activities completed by the State Defendants and Defendant-Intervenor during the 2022-2023 school term as required by the CJ. Specifically, the IMs provide a review and update regarding decisions of "Substantial Compliance" or "Noncompliance" as related to the annual development and dissemination of document and/or policy requirements outlined in the CJ as well as the provision of required professional development and technical assistance from the State Defendants, Defendant-Intervenor and/or approved consultants as outlined in the CJ. Finally, based on our review of the documentation provided by the State Defendants and Defendant-Intervenor, the IMs provide recommendations.

## II. DEVELOPMENT AND ADOPTION OF CJ MODEL DOCUMENTS AND RELATED DISSEMINATION REQUIREMENTS

1. <u>Activities Required of State Defendants</u>

As reported in previous IM reports, the LDOE and/or NOLA-PS officials previously developed the following model documents designed to meet the specific requirements of the CJ:

- *Child Find Written Guidance*
- *Special Education Program Description*
- *Procedural Safeguards Checklist – Disciplinary Removal of Students with Disabilities Discipline Policy for Students with Disabilities*
- *Undocumented Suspension Guidance*

2

- *Parent FAQs: Special Education in Charter Schools*

- *Enrollment Discrimination Policy Guidance*

- *Disability Discrimination Complaint Procedures* model template).

The CJ requires that all Charter LEAs, whether under the direct jurisdiction of NOLA-PS or LDOE (i.e. BESE-authorized charter schools), to provide evidence (i.e. administrator or school leader attestations) verifying these documents were reviewed and, when relevant, disseminated to staff and parents annually.

The LDOE submitted updated model documents, required website links (i.e. 2022-2023 *Special Education Program Descriptions)* and signed attestations from school leaders/administrators acknowledging their review of required model documents and other related documents (e.g., LEA Student Codes of Conduct, LEA Parent Handbooks, LEA Student Handbooks) for six charter schools to the IMs for review from April 22, 2022, to June 25, 2022.

In addition to evidence related to the development, adoption and dissemination requirements outlined in the CJ, LDOE legal counsel also submitted a Power Point presentation entitled "Discipline of Students with Disabilities" designed to address the discipline professional development requirements outlined in (C)(3) of the CJ to the IMs for review on September 7, 2022. The mandatory annual discipline training was presented by LDOE legal staff on October 31, 2022. In relation, LDOE legal counsel submitted participant rosters and signatures of the BESE-authorized charter school staff attending the discipline training to the IMs for review on November 1, 2022.

2. Activities Required of the Defendant-Intervenor

As required under the development and dissemination requirements of the CJ, NOLAS-PS officials submitted required documents (e.g., 2022-2023 attestations for the review and/or dissemination of model documents by school leaders or administrators, *2022-2023 Special Education Program Descriptions*, school website links, etc.) for seventy-five charter schools and/or direct-run schools under the jurisdiction of NOLA-PS to the IMs for review on June 30, 2022. In relation, NOLA-PS legal counsel also submitted a Power Point presentation entitled "SPLC Mandatory Discipline Training" to address professional development requirements outlined in (C)(4) of the CJ to the IMs for review on August 2, 2022. NOLA-PS officials provided the required discipline training to all NOLA-PS Charter school leaders on September 8, 2022, and September 19, 2022. Additionally, NOLA-PS officials submitted attendance rosters for participants attending the 2022-2023 mandated Discipline training the IMs for review on September 30, 2022.

**III. Status of Compliance**

The following sections provide a review of compliance status for the State Defendants (LDOE) and Defendant-Intervenor (NOLA-PS).

1. Status Update for the State Defendants

a. *Child Find Provisions (pp. 6-8 of the CJ)*

As reported previous IM Status Reports submitted to the Court, the LDOE has been previously judged to be in **Substantial Compliance** with Section IV (A)(1) (a-c) of the CJ for the 2015-2016 through the 2021-2022 school terms based on the IMs annual review of the completed template entitled, *PB v White – Child Find Written Guidance*. Similarly, after the IMs review and verification that all required components were included in the

4

*2022-2023 PB v White – Child Find Written Guidance* document, the LDOE is also judged to be in **Substantial Compliance** for this CJ provision for the 2022-2023 school term.

In relation, the LDOE has been previously judged to be in **Substantial Compliance** with Section IV(A)(2) for the 2015- 2016 through the 2021-2022 school terms as all BESE-authorized charter schools provided descriptions, through the *Special Education Program Description* template, of each BESE-authorized charter school's staff and/or outside contractors providing pupil appraisal services. Furthermore, based on completion of the 2021-2022 S*pecial Education Program Description* template by all BESE-authorized charter schools, the LDOE is also judged to be in **Substantial Compliance** with Section IV (A)(2) of the CJ for the 2022-2023 school term.

Finally, in relation to the dissemination requirements for the *PB v White - Child Find Written Guidance* document under Section IV(A)(4)(a-e) of the CJ, the LDOE has been previously judged to be in **Substantial Compliance** for the 2015-2016 through the 2021-2022 school terms. Similarly, based on the receipt of signed attestations from each BESE-authorized charter school verifying that each school leader or school administrator reviewed the *PB v White – Child Find Written Guidance* document and acknowledged their understanding of the legal requirements of the policy, the LDOE is also judged to be in **Substantial Compliance** with Section IV (A)(4)(a-e) for the 2022-2023 school term.

    b.   *Related Services Provisions (pp. 8-9 of the CJ)*

The LDOE, based on the annual submission of updated *Special Education Program Description* templates describing a full array of related service offerings across all BESE-authorized charter schools, has been previously judged to be in **Substantial Compliance** with Section IV(B)(1)(a-b) of the CJ for the 2015-2016 through the 2021-2022 school terms.

In relation, based on the LDOE's submission of the updated *Special Education Program Description* templates to the IMs and placement of the templates on the required websites, the LDOE is also judged to be in **Substantial Compliance** with Section IV(B)(1)(a-b) of the CJ for the 2022-2023 school term.

    c. *Discipline Provisions (pp. 9-11 of the CJ)*

As reported in previous IM updates, the LDOE has been judged to be in **Substantia**l **Compliance** with the discipline provisions outlined in Section IV(C)(1)(a)(i-ii) of the CJ for the 2016-2017 through the 2021-2022 school terms. Similarly, based on the submission of the required documentation related to discipline regulations and safeguards for students with disabilities (i.e., signed attestations regarding approved discipline policies for the 2022-2023 school term, Student Handbooks and policies related to school-wide and tiered positive behavior support provisions, etc.) the LDOE is also judged to be in **Substantial Compliance** with Section IV(C)(1)(a)(i-ii) for the 2022-2023 school term.

In relation, as reported in previous IM updates, the LDOE has been judged to be in **Substantial Compliance** with Technical Assistance provisions of Section IV (C)(3)(a-b) for the CJ for the 2015-16 through the 2021-2022 school terms based on the IMs annual review of related technical assistance material including the *PB v White – Undocumented Suspension Guidance* template, the *Parent FAQs: Special Education in Charter Schools* template, and verification documents (e.g., signed attestations of dissemination of these documents) provided by each BESE-authorized charter school. Furthermore, based on the IMs review of the above-mentioned documents submitted by LDOE legal counsel, the LDOE is also judged to be in **Substantial Compliance** with the provisions outlined in Section IV (C)(3)(a-b) for the 2022-2023 school term.

In addition, with regard to the required annual training on IDEA Discipline regulations, the LDOE has been previously judged to be in **Substantial Compliance** with the technical assistance and annual professional development activities required in Section IV(C)(3)(a-b) of the CJ for the 2016-2017 through the 2021-2022 school terms. Similarly, based on the evidence submitted to the IMs verifying signed attestations from all school principals or school leaders for the *PB v White– Undocumented Suspension Guidance* and *Parent FAQs: Special Education in Charter Schools* and verification that representatives from each BESE-authorized charter school attended the mandated discipline professional development training, the LDOE is also judged to be in **Substantial Compliance** with the technical assistance and annual professional development activities required in Section IV(C)(3)(a-b) of the CJ for the 2022-2023 school term.

    d. *Enrollment Provisions (pp. 11-15 of the CJ)*

As previously reported, based on the annual submission of signed attestations (i.e. *Attestation of Review of Enrollment Discrimination Policy Guidance*) as outlined in Section IV(D)(1)(a-b) of the CJ, the LDOE has been judged to be in **Substantial Compliance** with the completion of this implementation activity regarding the Enrollment Discrimination requirements under Section IV (D)(1)(a-b) of the CJ for the 2016- 2017 through the 2021-2022 school terms. In relation, based on the IMs review and verification of signed attestations indicating that each school leader or school administrator reviewed the *2022-2023 Enrollment Discrimination Policy Guidance* document, the LDOE is also judged to be in **Substantial Compliance** with Section IV(D)(1)(a-b) of the CJ for the 2022-2023 school term.

As indicated in previous IM updates to the Court, the LDOE has been previously judged to be in **Substantial Compliance** with dissemination requirements outlined in Section IV(D)(3) of the CJ for the 2016-2017 through 2021-2022 school terms for submitting the revised, if applicable, PB *v White – Special Education Program Description* template for review and ensuring that all BESE-authorized charter schools submitted completed program descriptions as required under the CJ. Similarly, based on the submission of required documentation and all BESE-authorized charter school's adherence to the dissemination requirements outlined in this section of the CJ, the LDOE is also judged to be in **Substantial Compliance** with the requirements of Section IV(D)(3) of the CJ for the 2022-2023 school term.

In addition, the LDOE has also been previously judged to be in **Substantial Compliance** with the adoption of *[LEA] Disability Discrimination Complaint Procedures* and related dissemination requirements as outlined in Section IV(D)(5)(a-b) of the CJ for the 2015-2016 through the 2021-2022 school terms. As such, LDOE is also judged to be in **Substantial Compliance** with Section IV(D)(5)(a-b) of the CJ for the 2022-2023 school term.

2. Status Update for the Defendant-Intervenor

*a. Child Find Provisions (pp. 6-8 of the CJ)*

As previously reported in IM updates to the Court, based on the receipt of signed attestations from all NOLA-PS school principals or school leaders indicating their review of the *PB v White - Child Find Written Guidance* document, NOLA-PS has been previously judged to be in **Substantial Compliance** with Section IV (A) (1) (a-c) of the CJ for the 2016-2017 through 2021-2022 school terms. Similarly, based on the IMs review of signed

attestations indicating the *2022-2023 Child Find Written Guidance* document was reviewed by all charter schools under its jurisdiction, NOLA-PS is also judged to be in **Substantial Compliance** for this CJ provision for the 2022-2023 school term.

Similarly, with regard to the development and dissemination requirements under the CJ related *Special Education Program Descriptions,* NOLA-PS has been previously judged to be in **Substantial Compliance** with IV(A)(2) of the CJ for the 2016-2017 through the 2021-2022 school terms. In relation, based on a review of the *2022-2023 Special Education Program Description* documents for each charter school under the jurisdiction of NOLA-PS and verification that all NOLA-PS-authorized charter schools established a website link to their respective *2022-2023 Special Education Program Description* documents, NOLA-PS is also judged to be in **Substantial Compliance** with CJ requirement for the 2022-2023 school term.

Finally, based on the IMs review and verification of signed attestations from NOLA-PS Charter principals or school leaders indicating the dissemination of the *PB v White Child Find Written Guidance* document, NOLA-PS has been previously judged to be in **Substantial Compliance** with Section IV (A) (4) (a-e) of the CJ for the 2016-2017 through the 2021-2022 school terms. Similarly, based on the IMs review of required documentation (e.g., signed attestations from each school leader or school principal acknowledging their understanding of the legal and dissemination requirements of the *2022-2023 Child Find Written Guidance document*), NOLA-PS is also judged to be in **Substantial Compliance** with this provision of the CJ for the 2022-2023 School term.

    *(b)*    *Related Services Provisions (pp. 8-9 of the CJ)*

9

As reported in previous IM updates, NOLA-PS has been previously judged by the IMs to be in **Substantial Compliance** with the *Special Education Program Description* requirements as outlined Section IV(B)(1)(a-b) of the CJ for the 2015-2016 through 2021-2022 school terms. In relation, based on the IMs review of the completion of the required sections of the *2022-2023 Special Education Program Description* template describing the wide range of related services available across all NOLA-PS Charter schools and verifying the placement of this document on each NOLA-PS charter school's website, NOLA-PS is also judged to be in **Substantial Compliance** Section IV(B)(1)(a-b) of the CJ for the 2022-2023 school term.

*(c)   Discipline Provisions (pp. 9-11 of the CJ)*

As reported in previous updates, NOLA-PS has been previously judged to be in **Substantial Compliance** for the 2016-2017 through the 2021-2022 school terms for for Section IV (C) (2)(a)(i-ii) of the CJ that requires each NOLA-PS charter school to develop written descriptions of the IDEA's disciplinary procedural protections and procedural safeguards for students with disabilities, and their plan for supporting school behavior and discipline in compliance with the requirements of La. Rev. Stat. § 17:251-252 (p. 10 of CJ). Similarly, based on the continued adoption of the LDOE *Discipline Policy & Procedures of Students with Disabilities* policy document and the IM's receipt of required documentation (e.g., signed attestations from all charter school principals under NOLA-PS jurisdiction, submission of the Student Assistant Team Handbook, Student Codes of Conduct, etc.), NOLA-PS is also judged to be in **Substantial Compliance** with Section IV (C) (2)(a)(i-ii) of the CJ for the 2022-2023 school term.

In relation, NOLA-PS has been previously judged to be in **Substantial**

**Compliance** with the technical assistance and professional development requirements concerning discipline for students with disabilities outlined in Section IV (C) (4)(a-b) of the CJ for the 2016-2017 through the 2021-2022 school terms. Furthermore, based on the IMs verification that representatives from each NOLA-PS charter school attended the mandatory annual discipline training (i.e. attendance rosters) and reviewing the required documents submitted by NOLA-PS officials (e.g., signed attestations regarding the dissemination of the *2022-2023 Parent FAQs: Special Education in Charter Schools* document. *2022-2023 PB v White – Undocumented Suspension Guidance* document, PBIS documents, etc.), NOLA-PS is also currently judged to be in **Substantial Compliance** with the technical assistance/professional development provisions and other discipline requirements outlined in Section IV (C) (4)(a-b) of the CJ for the 2022-2023 school term.

*d. Enrollment Provisions (pp. 11-15 of the CJ)*

As reported in previous IM updates, NOLA-PS has been previously judged to be in **Substantial Compliance** with the attestation requirements related to the *LDOE Enrollment Discrimination Policy Guidance* document outlined under Section IV(D)(2)(a-b) of the CJ for the 2016-2017 through 2021-2022 school terms. Similarly, based on the IMs receipt of require documentation (e.g., signed attestations from each school administrator verifying receipt and review of the *Enrollment Discrimination Policy Guidance* document) NOLA-PS is also currently judged to be in **Substantial Compliance** with Section IV(D)(2)(a-b) of the CJ for the 2022-2023 school term.

In relation, NOLA-PS has been previously judged to be in **Substantial Compliance** for the development and annual completion requirements of the *Special Education Program*

11

*Description* templates as outlined in Section IV (D) (4) of the CJ for the 2015-2016 through 2021-2022 school terms. Similarly, after the IMs receipt and review of all *Special Education Program Description* templates across all NOLA-PS charter schools and verifying the inclusion of all required components and appropriate descriptions of service provisions for students with disabilities, NOLA-PS is also currently judged to be in **Substantial Compliance** with the requirements outlined in Section IV(D)(4) of the CJ for the 2022-2023 school term. Additionally, with regard to the dissemination requirement outlined in Section IV(D)(4) of the CJ, NOLA-PS has also been previously judged to be in **Substantial Compliance** with this provision of the CJ for the 2016-2017 through the 2021-2022 school terms. Similarly, after verifying that all Charter schools under NOLA-PS's jurisdiction successfully established the required website link to the updated version of *2022-2023 NOLA-PS Special Education Program Description* template, NOLA-PS is also currently judged to be in **Substantial Compliance** with this requirement under IV(D)(4) of the CJ for the 2022-2023 school term.

Finally, as reported in previous IM updates, NOLA-PS has also been judged to be in **Substantial Compliance** with fulfilling the required implementation activities as outlined in Section IV(D)(6) of the CJ related to the development, adoption and dissemination of discrimination complaint procedures for students with disabilities for the 2016-2017 through the 2021-2022 school terms. Similarly, based on the IMs receipt and verification of the continued adoption of NOLA-PS *2022-2023 Disability Discrimination Complaint Procedures* policy document across all NOLA-PS charter schools, as well as, verification of the required dissemination requirements (e.g., continued establishment of the required website link to the document across all NOLA-PS charter school sites), NOLA-PS is also judged to be in **Substantial Compliance** with the requirements outlined in Section IV(D)(6)

of the CJ for the 2022-2023 school term.

IV.     **Summary and Recommendations**

As reported in the current update, the LDOE has previously achieved **Substantial Compliance** for all substantive provisions outlined in the CJ regarding the development, adoption and dissemination of model documents, as well as the required technical assistance/professional development provisions for the 2016-2017 through the 2022-2023 school terms. This reflects an initial school year of establishing substantial compliance in 2016-2017 followed by a total of six consecutive years of maintaining substantial compliance for each of the development, adoption and dissemination and professional development/training requirements outlined in the CJ.

Similarly, as noted in the current update, NOLA-PS has also achieved **Substantial Compliance** with all the abovementioned substantive provisions in the CJ for which they have assigned responsibility for the 2016-2017 through 2022-2023 school terms. This also reflects an initial year of establishing substantial compliance in 2016-2017 followed by a total of six consecutive years of maintaining substantial compliance for each of the development, adoption, and dissemination of model documents and professional development/training requirements outlined in the CJ.

The following recommendations pertain to the development, adoption, and dissemination of model documents and the required professional development outlined in the CJ:

The IMs initially recommend that LDOE and NOLA-PS continue to submit revisions to any of the approved CJ model documents (e.g., *Child Find Written Guidance* model template, *Special Education Program Description* model template, *Procedural*

13

*Safeguards Checklist – Disciplinary Removal of Students with Disabilities* model template, model *Discipline Policy for Students with Disabilities*, *Undocumented Suspension Guidance* model template, *Parent FAQs: Special Education in Charter Schools* model template, *Enrollment Discrimination Policy Guidance* model template, *Disability Discrimination Complaint Procedures* model template) to the IMs for review annually for the duration of the CJ. The IMs will continue to verify that the content of these documents is consistent with the requirements outlined in the CJ.

Second, the IMs recommend that LDOE and NOLA-PS charter school officials continue to disseminate the required documents to Charter schools/LEAs annually and require administrators (e.g., school leaders, school principals) to continue submitting the required documentation (e.g., signed attestations for the review of model documents, annual updates to all sections of the *Special Education Program Description* model template, website links to verify placement of required documents on charter school websites, updates to model positive behavior support and discipline policies including Codes of Conduct and Student Handbooks, etc.) annually for the duration of the CJ. The IMs will continue to verify that all BESE-authorized and NOLA-PS charter schools have adhered to the guidelines established in the CJ and have submitted any revisions to model documents to the IMs for review prior to final adoption and/or placement on school-based websites.

Third, LDOE and NOLA-PS officials should continue providing technical assistance and annual professional development activities required in Section V(C)(3) (a-b) of the CJ, as well as, continuing to submit evidence of the provision of professional development and technical assistance (e.g., training materials, attendance rosters) as required under Section IV(C)(4)(a-b) of the CJ to the IMs annually for the duration of the agreement. The IMs will

continue to verify that the provision of technical assistance and annual professional development is consistent with the requirements of the CJ.

Finally, the LDOE should continue to adhere to the requirements outlined in Section IV(D)(5)(b) for addressing formal disability discrimination complaints and provide updates to the IMs regarding the filing of any formal complaints annually for the duration of the CJ. The IMs will continue to monitor formal disability enrollment discrimination complaints filed with the LDOE each school term to verify compliance with this section of the CJ and report these findings in future status updates.