UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| P.B., by and through his next friend, Cassandra Berry, et al., Plaintiffs; | * * * | Civil Case No. 2:10-cv-04049 |
| | * | Section A |
| v. | * * | Judge Jay C. Zainey |
| CADE BRUMLEY, et al., Defendants | * * * | Magistrate Judge Karen Wells Roby |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR RELEASE OF STATE DEFENDANTS
AND DEFENDANT-INTERVENOR FROM THE OBLIGATIONS
OF CONSENT JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, come movants State Defendants ("State Superintendent, Louisiana Department of Education and Louisiana Department of Education") and Defendant-Intervenor ("Orleans Parish School Board") (collectively "Defendants"), who respectfully move this Honorable Court to grant the Defendants' motion, for the reasons more fully presented in the associated memorandum in support of this Motion.

Defendants have complied with the requirements of the Consent Judgment for many years beyond the criterion of two years of substantial compliance (*see* Rec. Doc. 296 at 18) (regarding criteria for each defendant's dismissal). Further, Defendants have and continue to implement robust approaches to monitoring, accountability, and support of schools and their students.

WHEREFORE, PREMISES CONSIDERED, movants, State Defendants and the Orleans Parish School Board, respectfully request that this Motion be granted, that the Defendants' obligations under the Consent Judgment be deemed fulfilled and accordingly Defendants' dismissed.

Respectfully submitted,

 s/Wayne T. Stewart

**WAYNE T. STEWART** (La. Bar No. 30964)
HAMMONDS, SILLS, ADKINS, GUICE,
NOAH, & PERKINS, LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, Louisiana 70808
Telephone: (225) 923-3462
Facsimile: (225) 923-0315
Email: wstewart@hamsil.com
*Attorney for Defendant-Intervenor,*
*Orleans Parish School Board*

 s/Christopher Fruge
**R. CHRISTOPHER FRUGE** (La. Bar No. 25056)
Louisiana Department of Education
1201 North Third Street
Baton Rouge, LA 70802
Telephone: 225-342-3572
Facsimile:  225-342-1197
E-mail: chris.fruge@la.gov
*Attorney for State Defendants*


 s/Maree Sneed
**MAREE SNEED**
Education Lawyer LLC
7405 River Falls Dr.
Potomac, MD 20854
202-256-6417
Email: mareesneed@comsast.net
*Attorney for State Defendants*
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing **MOTION** was filed electronically with the Clerk of Court by use of the CM/ECF system, which will serve parties' attorneys registered with the Court for receipt of pleadings by email.

**BATON ROUGE, LOUISIANA**, this the 12th day of February 2025.

>         *s/ Wayne T. Stewart*
>         WAYNE T. STEWART