UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL. | CIVIL ACTION

VERSUS | NO. 10-4049

CADE BRUMLEY, ET AL. | SECTION "A"(4)

## ORDER

Counsel are advised that there will be no proceedings held on the April 2, 2025 submission date in conjunction with the defendants' pending motion for release from the consent judgment (Rec. Doc. 466).

March 27, 2025

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE