UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CASSANDRA BERRY, ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-4049 |
| CADE BRUMLEY, ET AL. | SECTION "A" (4) |

## ORDER SETTING CONFERENCE

**IT IS ORDERED** that a status conference with the Court and counsel is set for **Monday, June 23, 2025, at 10:00 a.m.** in chambers.

April 3, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE