UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA BERRY, ET AL.                                CIVIL ACTION

VERSUS                                                 NO. 10-4049

CADE BRUMLEY, ET AL.                                   SECTION "A"(4)

### MINUTE ENTRY (JS-10: 60)

On June 23, 2025, the Court held a status conference at the request of the defendants. The participants are listed on the attached Conference Attendance Record.

The Court and the parties discussed the logistics of acting on the Joint Motion for Release From the Obligations of Consent Judgment (Rec. Doc. 466).

The Court scheduled an informal hearing for November 12-13, 2025, at 9:00 a.m. at which members of the class will be allowed to address the Court to express their concerns. The Ombudsman will we present at the hearing.

The Court directed (with agreement from the parties) that the Independent Monitor will not conduct any new initial monitoring.

There are currently four schools on CAPs and follow-up monitoring for those schools will take place in September/October 2025.

The Court will contact the Independent Monitor to request that schools being placed on CAP for the 2025-2026 school year have those CAPS in place by the end of September 2025.

The Court will contact the Independent Monitor to request that the next report(s) be finalized and delivered by mid-October 2025.

\* \* \* \* \* \*

## CONFERENCE ATTENDANCE RECORD

DATE: 6-23-25         TIME: 10:00

CASE NAME: Borry

CASE NUMBER: 10-4049     (CIVIL)   CRIMINAL

TYPE OF CONFERENCE: (STATUS)   PRE-TRIAL   SETTLEMENT

ATTORNEYS PRESENT (Please PRINT your name, telephone number and the party you represent):

| Name | Phone | Party |
|---|---|---|
| MAREE SNEED | 202-256-6417 | LDOE |
| CHRIS FRUGE | 225-342-3572 | LDOE |
| Wayne T Stewart | 225-923-3462 | OPSB/NOLA |
| Lauren Winkler | 504-342-1165 | SPLC |
| Susan Fjiman, Paralegal | 601-260-4130 | SPLC |
| Nell Ray | 504-300-4261 | SPLC |
| Shayla Hbaire | 337-302-0078 | NOLA PS |
| Adam Hmo | 504-400-4461 | NOLA-PS |