Office of the Independent Monitors
Berry et al. v. Brumley et al. (Civil Case No. 2:10-cv-04049)

Final Status Report to the Parties

August 15, 2025

I.  INTRODUCTION

Pursuant to Section V (9) on page 16 of the Consent Judgment (CJ) filed with the United State District Court for the Eastern District of Louisiana on March 25, 2015, the Independent Monitors shall file with the Court and provide the Parties with reports describing the steps taken by the State Defendants and the Defendant-Intervenor to implement the Agreement and evaluate the extent to which the State Defendants and the Defendant-Intervenor have complied with each substantive provision of the Agreement. Pursuant to Section V (9) (a), the Monitors shall issue a status report every 120 days after the first year of implementation of the Agreement. The reports shall be provided to the Parties in draft form for comment at least 14 days prior to their issuance. The Monitors shall consider the Parties' responses and make appropriate changes, if any, before issuing the report. These reports shall be written with due regard for the privacy interests of the students. Pursuant to Section V (9) (b) of the CJ, the Independent Monitors shall evaluate the state of compliance for each relevant provision of the Agreement using the following standards: (1) Substantial Compliance and (2) Noncompliance. In order to assess compliance, the Monitors shall review a sufficient number of pertinent documents to accurately assess compliance and interview any necessary staff or personnel. The Monitors shall also be responsible for independently verifying representations from the State Defendants or Defendant-Intervenor regarding progress toward compliance and examining supporting documentation. Each Monitors report

shall describe the steps taken by the Monitors to assess compliance, including documents reviewed and individuals interviewed, and the factual basis for each of the Monitors findings. Pursuant to Section V (10) of the CJ, reports issued by the Monitors shall not be admissible against the State Defendants and the Defendant-Intervenor in any proceeding other than a proceeding related to the enforcement of this Agreement initiated and handled exclusively by the State Defendants, the Defendant- Intervenor, or the Plaintiff's counsel.

The current IM Final status report addresses on-site follow-up monitoring activities completed by the State Defendants during the spring semester of the 2023-2024 school year. First, the IMs provide a summary of findings resulting from targeted, follow-up monitoring activities completed during June 2024. These on-site follow-up monitoring reviews were conducted for NOLA PS charter schools required to implement corrective action plans (i.e., CAPs and/or ICAPs) during the spring (2022-2023) school term and throughout the 2023-2024 school year to address areas of previously identified systemic noncompliance in the areas of Related Services and Enrollment Stability. Second, the IMs provide a summary of "Substantial Compliance" or "Noncompliance" decisions as related to specific <u>follow-up</u> monitoring activities undertaken by the LDOE (e.g., student selections, completion of staff interviews and student file reviews, development and dissemination of Monitoring Reports, IDEA Results summaries and development and dissemination of Corrective Action Plans (when applicable). The sequence of information in this IM status report follows the general structure of the CJ. Language from each substantive provision of the Agreement or Addendum A (i.e., monitoring protocols) outlined in the CJ is incorporated into the IM status report, where appropriate.

## II. TARGETED FOLLOW-UP MONITORING ACTIVITIES FOR NOLA PS CHARTER SCHOOLS

The LDOE engaged in targeted, follow-up monitoring activities for a total of three (3) NOLA PS charter schools that were required to implement Corrective Action Plans (CAPs) or Intensive Corrective Action Plans (ICAPs) during the spring semester (2022-2023) and throughout the 2023-2024 school year to address previously observed findings of systemic noncompliance as reported in the *2022-2023 LDOE Monitoring Reports* and *2022-2023 IDEA Results Summaries* for each applicable NOLA PS charter school. The IMs current Final report summarizes the activities conducted and decisions made by the LDOE as related to the required follow-up monitoring activities for each relevant provision of the CJ.

All NOLA PS charter schools required to undergo follow-up targeted monitoring were sent a notification email from LDOE Director of State-wide Monitoring on April 4, 2024 (see the Appendix for a redacted copy of the email correspondence). This notification provided an overview of the requirements for follow-up, targeted monitoring pursuant to the CJ, the specific area(s) in which the charter school was being monitored, methods of monitoring (e.g. student file selection, staff interviews, student file reviews, etc.), LDOE contact personnel, the specific date of interviews with staff, instructions for the monitoring activities, and copies of the staff interview questions and relevant protocols to be utilized during student file reviews.

LDOE monitoring personnel submitted the follow-up monitoring schedule and the rosters of randomly selected student files for the spring 2023-2024 follow-up monitoring reviews to the IMs on June 5, 2024. The follow-up reviews were conducted on June 13, 2024 using the monitoring protocol documents required by the CJ. The IMs and LDOE monitoring

personnel evaluated all student files independently and reconciled any scoring differences at the end of each monitoring visit and/or during subsequent conference calls. As mentioned in previous IM status reports, based on agreements among the Parties during a meeting held on September 22, 2016, compliance determinations for individual students shall be consistent with the 100% compliance standard outlined in the IDEA. As such, during targeted monitoring activities, <u>any single finding</u> of noncompliance observed for <u>any</u> specific IDEA regulation being assessed for an individual student was judged to reflect noncompliance and required immediate individual corrective action (i.e., student-specific findings noncompliance outlined in the IDEA Monitoring Summary and/or individual corrective actions included in the charter schools' CAP or ICAP). Similarly, all parties agreed that <u>systemic noncompliance</u> would be determined when less than 80% of the student sample failed to meet the 100% individual student compliance standard for any IDEA regulation evaluated using the CJ protocols. As such, any observed systemic noncompliance for any IDEA mandate assessed would require the charter school in question to undergo mandatory systemic corrective actions (i.e., CAP or ICAP) to address all areas of observed systemic noncompliance for IDEA mandates.

  The LDOE monitoring personnel completed the draft monitoring reports for each NOLA PS charter school participating the spring, 2024 follow-up monitoring and submitted the draft reports to the IMs on September 19-23, 2024 for review and feedback. Final LDOE monitoring reports and IDEA summaries were submitted to NOLA PS charter schools participating in the June 2024 follow-up targeting monitoring on October 15, 2024. These documents are the Appendix for review by all parties.

  In relation, LDOE monitoring staff previously held a technical assistance meeting on October 3, 2022, for the NOLA PS charter schools required to undergo corrective actions during the spring 2022-2023 and/or 2023-2024 school years. In addition to completing the

targeted monitoring follow-up reviews and monitoring reports, the LDOE gathered, reviewed and verified the receipt of required documentation of CAP or ICAP activities submitted by each NOLA PS charter school undergoing corrective actions during the spring semester of the 2022-2023 and throughout the 2023-2024 school year. LDOE staff reviewed all corrective action documentation submitted and provided feedback and/or additional technical assistance to school personnel, as needed, based on each charter school's ongoing progress with CAP and/or ICAP implementation. Additionally, LDOE monitoring staff also provided additional ongoing technical assistance via various forms of service delivery (e.g., bi-monthly email correspondence, monthly or bi-monthly telephone conferences, and in-person meetings with school personnel at school sites and/or at the LDOE building) to address appropriate Related Services provisions and related CAP and/or ICAP activities.

In addition to reviewing the abovementioned activities, the IMs review of compliance with the targeted, follow-up monitoring provisions of the CJ during the spring semester of the 2023-2024 school year also consisted of an evaluation of two components of the LDOE's monitoring activities. Specifically, the required components assessed for compliance included: (1) completion of targeted monitoring activities by the LDOE as required under the CJ and Addendum A to the CJ (e.g., conducting staff interviews, appropriate selection of student files, assessing student files using the approved CJ monitoring protocols, and correct identification of systemic or individual compliance and/or noncompliance) and (2) development of appropriate corrective actions "sufficient to remedy the noncompliance and to reasonably ensure that such noncompliance does not reoccur." (pp. 7, 9, 11, 14 of CJ), if warranted. As such, the current IM draft status report provides a review of monitoring activities and findings for each NOLA PS requiring targeted follow-up monitoring along with the IMs determinations

regarding the status of compliance with the monitoring provisions required under the CJ. An overall summary regarding targeted, follow-up monitoring activities and professional recommendations is provided at the conclusion of this report.

**A. RELATED SERVICES**

1. <u>Targeted Monitoring Activities for the Related Service Provisions</u>

Two NOLA PS charter schools were required to participate in the targeted, follow-up monitoring cycle during the spring semester of the 2023-2024 school year to assess compliance for IDEA Related Service provisions. The NOLA PS Charter schools requiring targeted follow-up monitoring included *KIPP Frederick Douglass High School and KIPP Central City Academy.*

All Related Services follow-up monitoring activities were conducted on June 13, 2024. An IM and LDOE representative(s) conducted staff interviews for each NOLA PS charter school. The staff interviews were conducted using a standard bank of questions with staff members consistent with requirements outlined in section B(4) and B(4)(b) on pages 3 and 4 of Addendum A to the CJ. Similarly, student file reviews were completed independently by the IMs and LDOE monitoring staff using the approved Related Services monitoring protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section B(2)(a) and B(2)(b) on page 3 of Addendum A of the CJ. A summary of findings for each NOLA PS charter school is presented below.

*(a). KIPP Frederick Douglass High School*

Faculty members representing *KIPP Frederick Douglass High School* during the staff interview clearly indicated a comprehensive understanding of federal and state regulations

6

required for ensuring that Related Services are appropriately afforded to students with disabilities. The team also clearly explained the school's policies and procedures that are implemented to identify students requiring Related Services, methods of service delivery, data collected to evaluate student progress and procedures for securing services when an additional provider is required. A detailed summary of staff responses is presented on pages 3-5 of the 2023-2024 *LDOE Monitoring Report* for *KIPP Frederick Douglass High School* located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the follow-up monitoring visit. Specifically, the sample consisted of students with the following IDEA exceptionalities: Autism (4), Intellectually Disability (4), Hearing Impaired (1) and Other Health Impaired (1). The student files reviewed included the following documented Related Service provisions: Language/Speech Therapy (8 students), Counseling Services (3 students), Social Work Services (4 students), Occupational Therapy (one student) and Adapted Physical Education (one student).

A review of student records revealed that nine of nine (100%) IDEA Related Services regulations assessed revealed <u>no</u> systemic issues of noncompliance under IDEA, Part B program. However, although not reflecting systemic concerns, there were <u>student-specific</u> findings of noncompliance observed for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum (one student) and

7

- IDEA §300.320. (a)(2) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability (two students).

A review of monitoring results detailing the observed findings of systemic and student-specific findings of IDEA noncompliance are summarized in the *2023-2024 LDOE Monitoring Report* and the *2023-2024 IDEA Monitoring Results Summary* for *KIPP Frederick Douglass High School* located in the Appendix.

(b). KIPP Central City Academy

*KIPP Central City Academy* representatives participating in the staff interview clearly demonstrated knowledge and understanding of IDEA regulations regarding Related Services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for monitoring the service delivery and progress for all applicable students. A summary of staff responses is presented on page 3-4 of the *2023-2024 LDOE Monitoring Report* for *KIPP Central City Academy* located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the follow-up monitoring visit. Specifically, the sample consisted of students with the following IDEA exceptionalities: Emotional Disability (1), Other Health Impaired (1), Intellectual Disability (4), Autism (3) and Hearing Impaired (1). The student files reviewed included the following documented Related Service provisions: Speech/Language Therapy (seven students), Occupational Therapy (seven students), Counseling Services (three students),

Adapted Physical Education (two students) and Social Work Services (one student).

A review of student records revealed that nine of nine (100%) IDEA Related Services regulations assessed revealed <u>no</u> findings of systemic noncompliance under the IDEA, Part B program. However, although not reflecting systemic concerns, a single student-specific finding of noncompliance was observed for the following IDEA regulation:

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability (one student).

A review of follow-up monitoring results along with student-specific findings are summarized in the *2023-2024 LDOE Monitoring Report* and *2023-2024 IDEA Monitoring Results Summary* for *KIPP Central City Academy* located in the Appendix.

2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

The findings of the spring 2023-2024 follow-up monitoring reviews revealed systemic <u>compliance</u> for 100% of the IDEA Related Services regulations reviewed for both *KIPP Frederick Douglass High School* and *KIPP Central City Academy*. However, although demonstrating <u>systemic compliance</u> for all IDEA Related Service regulations formally reviewed, there were student-specific findings of IDEA Related Services violations observed for the abovementioned NOLA PS charter schools for IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) and IDEA §300.320. (a)(2) and IDEA §300.160(5a) (b2ii) (c-9) - Definition of Individualized Education

9

Program-Measureable Goals. Therefore, as required under the IDEA, each of these NOLA PS charter schools were required to correct all student-specific findings of IDEA noncompliance within 30 business days of the issuance of their respective 2023-2024 LDOE Monitoring Reports.

After observing the current status of systemic compliance with all assessed IDEA Related Services regulations, verifying that all required CAP activities were successfully completed and verifying that all recently observed student-specific violations were corrected in a timely manner, the LDOE submitted a "Notice of CAP Closure" to *KIPP Frederick Douglass High School* and *KIPP Central City Academy* charter management officials on November 18, 2024 indicating that no further corrective actions were warranted in the area of Related Service provisions.

   3. Status of LDOE Compliance

After participating in the monitoring reviews for the NOLA PS charter schools requiring follow-up targeted follow-up monitoring in the area of Related Services and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, *2023-2024 LDOE Monitoring Reports* and *2023-2024 IDEA Monitoring Results Summary Reports*, development of CAPS/ICAPs, technical assistance notification, technical assistance provisions, documentation of CAP and/or ICAP activities and verifying that all student-findings of noncompliance were corrected in a timely manner, etc.) and discussing the targeted monitoring activities with LDOE monitoring personnel during conference calls and on-site meetings during the spring 2022-2023 and 2023-2024 school years, the LDOE is judged to be in **Substantial Compliance** with Section IV(B)(2)(a-b) of the CJ and Sections

B(1)(a-c) through 5(a) of Addendum A to the CJ for the 2023-2024 follow-up monitoring cycle.

**ENROLLMENT STABILITY**

1. <u>Targeted Monitoring Activities for the Enrollment Stability</u>

*KIPP Morial Charter School* represented the single NOLA PS charter school required to participate in the targeted, follow-monitoring cycle during the spring semester of the 2023-2024 school year to assess compliance for IDEA Enrollment (Related Services) provisions. The follow-up monitoring was conducted on June 13, 2024. A single IM and two LDOE representatives conducted the staff interview for *KIPP Morial Charter School* using a standard bank of questions with staff members consistent with requirements outlined in section B(4)(a) and B(4)(b) of page 3 of Addendum A of the CJ. Similarly, student file reviews were completed independently by an IM and LDOE monitoring staff using the approved Related Services protocol outlined in Addendum A of the CJ. All student files were reviewed by the LDOE monitoring personnel and the IMs in a manner consistent with the requirements outlined in section D(2)(a) and D(2)(b) on page 6 of Addendum A of the CJ. A summary of findings for the follow-up monitoring visit conducted for KIPP Morial Charter School is presented below.

*(a) KIPP Morial Charter School*

The staff members representing *KIPP Morial Charter School* during the staff interview demonstrated an adequate knowledge and understanding of IDEA regulations regarding related services provisions and clearly articulated the charter school's procedures for identifying students requiring related services, methods of service provisions and procedures for documenting service delivery and assessing student progress. A summary of staff responses is

presented on pages 3-4 of the *2023-2024 LDOE Monitoring Report* for *KIPP Morial Charter School* located in the Appendix.

A representative sample of ten (10) student (Related Services) files were reviewed during the monitoring visit. Specifically, the sample consisted of students with the following IDEA exceptionalities: Autism (4), Intellectual Disability (4) and Emotional Disability (2). The student files reviewed included the following documented Related Service provisions: Speech/Language Therapy (seven students), Occupational Therapy (four students), Adapted Physical Education (three students), Counseling Services (two students), School Health and Nursing Services (one student) and Social Work Services (three students).

A review of student records revealed that eight of nine (89%) IDEA Related Services regulations assessed revealed <u>no</u> systemic issues of noncompliance under the IDEA, Part B program. However, systemic issues of IDEA noncompliance were observed for the following IDEA mandate:

- §300.320(a) (4) and (7) – Related services are provided to student(s) in the types and frequency specified in the student's IEP.

In addition, although not reflecting systemic issues, there were also <u>student-specific</u> findings of noncompliance observed for *KIPP Morial Charter School* for the following IDEA mandates:

- IDEA §300.320(a)(1)(i)(2)(i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP) - IEP must include a statement of the child's present levels of academic achievement and functional performance, including how the child's disability affects the child's involvement and progress in the general education curriculum (two students);

- IDEA §300.320. (a)(2) and 300.160(5a) (b2ii)(c-9) - Definition of Individualized Education Program-A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that result from the child's disability (two students) and

- IDEA §300.320(a)(3)(i-ii) - Definition of an Individualized Education Program - IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided (one student).

The findings of the follow-up monitoring outlining the systemic and student-specific findings of IDEA noncompliance are summarized in the *2023-2024 LDOE Monitoring Report* and *2023-2024 IDEA Monitoring Results Summary* for *KIPP Morial Charter School* located in the Appendix.

2. <u>Corrective Actions to Address Identified Areas of Noncompliance</u>

The findings of the spring 2023-2024 follow-up (Enrollment/Related Services) monitoring review for *KIPP Morial Charter School* revealed <u>systemic noncompliance</u> for IDEA §300.320(a) (4) and (7) – Related services are provided to student(s) in the types and frequency specified in the student's IEP. In addition, although not reflecting systemic concerns, there were also student-specific findings observed for two students in relation to IDEA §300.320(a) (1) (i) (2) (i)-Statements of students Present Levels of Academic and Functional Performance (PLAAFP), IDEA §300.320. (a)(2) and §300.160(5a) (b2ii) (c-9) – Definition of individualized Education Program-Measureable Goals and §300.320(a) (3) (i-ii) –

13

Definition of an Individualized Education Program-IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided. Therefore, as required, LDOE officials developed an extended ICAP for *KIPP Morial Charter School* for addressing continued noncompliance for IDEA Related Services (Enrollment Stability) provisions. The ICAP for addressing continued systemic noncompliance for IDEA Enrollment (Related Services) mandates was submitted to *KIPP Morial Charter School* management officials on October 29, 2024 during an ICAP technical assistance training.

The ICAP developed for *KIPP Morial Charter School* included a range of corrective activities for addressing all identified systemic and student-specific findings of noncompliance for IDEA Related Services provisions observed during the spring 2023-2024 follow-up monitoring visit. The IMs review of the ICAP developed for *KIPP Morial Charter School* revealed that the document include corrective actions consistent with requirements outlined on page 2 of *Bulletin 1922 (Louisiana Administrative Code March 2017 Part XCI. Compliance Monitoring Procedures)* and in section G (2) (a-e) on pages 7-8 of Addendum A to the CJ. In relation, the IMs judged these corrective activities to be sufficient for addressing the issues of student-specific and systemic noncompliance observed for IDEA Related Services provisions during the spring 2023-2024 follow-up targeted monitoring review for *KIPP Morial Charter School*. A copy of the ICAP for addressing continued systemic and student-specific noncompliance for IDEA Related Services (Enrollment Stability) provisions is available in the Appendix for review by the parties.

    3. <u>Status of LDOE Compliance</u>

After participating in the monitoring reviews for the NOLA PS charter schools

requiring follow-up targeted monitoring in the area of Enrollment (Related Services) and reviewing documentation submitted by the LDOE monitoring personnel (e.g., monitoring notifications, *2023-2024 LDOE Monitoring Report* and *2023-2024 IDEA Monitoring Results Summary* for *KIPP Morial Charter School*, development of ICAP, technical assistance notifications, technical assistance provisions, documentation of required previous CAP activities, verification that all previous and current student-specific findings of noncompliance were corrected in a timely manner, etc.) and discussing the targeted monitoring activities with LDOE monitoring personnel during conference calls and on-site meetings during throughout the spring semester of the 2022-2023 and 2023-2024 school years, the LDOE is judged to be in **Substantial Compliance** with Section IV(D)(7)(a-b) of the CJ and Sections D(1)(a-c) and D(2)(a-c) of Addendum A to the CJ for the spring semester of the 2023-2024 school year.

### III.    SUMMARY AND RECOMMENDATIONS

A total of three NOLA PS charter schools were required to undergo follow-up targeted monitoring during the spring semester of the 2023-2024 school year to assess their status of compliance with IDEA Related Services provisions for students with disabilities.

The findings of the June 2024 on-site follow-up targeted monitoring reviews indicated, with the exception of observed student-specific findings of noncompliance, that two of three NOLA PS charter schools reviewed (*KIPP Frederick Douglass High School and KIPP Central City Academy*) demonstrated systemic compliance for 100% of the IDEA Related Services regulations assessed. However, a single NOLA PS charter school (*KIPP Morial Charter School*) demonstrated continued systemic noncompliance for IDEA §300.320(a) (4) and (7) – Related services are provided to student(s) in the types and frequency specified in the student's IEP) along with student-specific findings of noncompliance for IDEA Related Services

(Enrollment) regulations evaluated.

As previously recommended, the IMs again encourage NOLA PS and LDOE officials to continue collaborating to provide targeted trainings for staff in all NOLA PS charter schools that focus on proactively addressing the most frequently observed areas of systemic noncompliance to date (i.e., developing meaningful and measurable PLAAFP statements and annual measurable goals, appropriately documenting the provision of Related Services, etc.). These targeted trainings should also focus on providing all participants with detailed knowledge of the approved CJ protocols, IEP rubrics and how these tools are utilized by the LDOE and IMs to assess compliance rates during initial and/or follow-up targeted monitoring reviews. In relation, it is again strongly recommended that NOLA PS charter school officials continue implement internal strategies (i.e., frequent compliance monitoring) to ensure compliance for all IDEA regulations.