**LOUISIANA DEPARTMENT OF EDUCATION**

## 2023-2024 IDEA SPLC MONIOTORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | InspireNOLA Charter Schools - Alice M. Harte Charter School |
|---|---|
| DATE OF MONITORING | June 11, 2024 |
| SERVICES MONITORED | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| SY 2023-2024 SPLC MONITORING | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Related Services** mandates reviewed. There were no systemic and/or student-specific IDEA violations noted. |

LOUISIANA DEPARTMENT OF
**EDUCATION**

# Louisiana Department of Education

# Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### InspireNOLA Charter Schools - Alice M. Harte Charter School

, **Chief Executive Officer**

**████████████, Board President**

### Targeted Area of Monitoring

**Related Services**

### Date of On-Site Monitoring

**June 11, 2024**

### On-Site Monitoring Team

, **LDOE**

**████████████, LDOE**

**████████, Independent Monitor**

# TABLE OF CONTENTS

I.   General Overview.................................................................................................3

II.  School Staff Interview..........................................................................................3

III. Strategies, Activities and Methods of Monitoring................................................4

IV.  Summary of Findings ..........................................................................................5

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, InspireNOLA Charter Schools - Alice M. Harte Charter School is targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.   School Staff Interview

On June 11, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following:  administrator, special education teacher, regular education teacher, director of exceptional student services, and speech pathologist.

Results of this interview process are briefly described in this summary report.  Alice M. Harte Charter School staff stated the initial and reevaluation process. Staff stated the Student Assistance Team considers all available data in order to determine which evaluation components are warranted.  An individual evaluation is completed within 60 business days and eligibility for all services, including related services, is determined. Once a student is determined eligible for services, related services are provided by appropriate therapists, specialists and staff (e.g., school social worker, occupational therapist, school nurse, adapted physical educator, etc.).  Related service time and location is determined by the IEP team.  If a service provider is unavailable to provide service, compensatory time will be provided to the student.

During the 2023-2024 school year at Alice M. Harte Charter School, the speech pathologist did not return after the Thanksgiving break. Consequently, from December 2023 through February 2024, scholars did not receive speech services. Parents were notified and a memorandum of understanding was sent to parents. The school provided speech services by a contracted speech and language pathologist. The contractor, Speech by Designs, resumed services and provided compensatory time for missed minutes.

Upon enrollment of a new student at Alice M. Harte Charter School, the teacher of record notifies the network personnel of all related services noted in the student's IEP (or evaluation if the student does not already have an IEP) so that appropriate related service providers can be assigned. The student services begin immediately upon enrollment.

All teachers, specialists and staff members involved with the student are provided with pertinent data regarding functional performance and academic achievement on a routine basis (e.g., IEP, progress reports and progress monitoring data). All students are provided a free and appropriate public education (FAPE). In addition, Least Restrictive Environment (LRE) considerations are made on an individual basis. When the IEP team determines that pullout service time is appropriate for related services, the IEP team will first consider providing those services during electives or times of day other than core content instructional periods.

## III.  Strategies, Activities and Methods of Monitoring

The purpose for monitoring Alice M. Harte Charter School is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:

- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.  Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Alice M. Harte Charter School, there were no identified areas of systemic or student-specific non-compliance under the IDEA, Part B program and Section 504 of the Rehabilitation Act of 1973. Alice M. Harte Charter School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please ███████████████████████████████████
███████████████

Attachments



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

███████████████
Chief Executive Officer
InspireNOLA Charter Schools - Alice M. Harte Charter School
2401 Westbend Parkway, Suite 4040
New Orleans, Louisiana 70114

Dear ██████████:

The purpose of this correspondence is to provide your school with the results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 11, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools.

The initial monitoring visit revealed there was **no identified areas of systemic or student-specific non-compliance** in the area of Related Services. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ████████████
███████████████



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

 xecutive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: ██████████, Board President
   ████████████ Executive Director of Exceptional Student Services

Docusign Envelope ID: 713466F4-A84C-4B22-BBD6-7256513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

Chief Executive Officer
InspireNOLA Charter Schools - Andrew H. Wilson Charter School
3617 General Pershing Street
New Orleans, Louisiana 70125

Dear ▮▮▮▮▮▮:

The purpose of this correspondence is to provide your school with the preliminary results from the 2023-2024 Louisiana Department of Education (LDOE) monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 11, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools. The LDOE's preliminary results will become final 30 days after receipt.

The monitoring visit revealed there were **no identified areas of systemic non-compliance** in the area(s) of **Related Services**. Please note, that although there was no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent to a FAPE violation determination made by an administrative law judge or LDOE complaint investigator. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

Docusign Envelope ID: 713486F4-A84C-4B22-BBD6-7256513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**student-specific findings**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ███████████ ███████████

Sincerely,

███████████████████████████

███████████ Executive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: ███████████ Board President
███████████ Executive Director of Exceptional Student Services



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### InspireNOLA Charter Schools - Andrew H. Wilson Charter School

███████████, **Chief Executive Officer**

███████████, **Board President**

### Targeted Area of Monitoring

**Related Services**

### Date of On-Site Monitoring

**June 11, 2024**

### On-Site Monitoring Team

███████████, **LDOE**

███████████, **LDOE**

███████████, **Independent Monitor**

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

# TABLE OF CONTENTS

I.    General Overview……………………………………………………………………………3

II.   School Staff Interview………………………………………………………………………3

III.  Strategies, Activities and Methods of Monitoring…………………………………………4

IV.   Summary of Findings ………………………………………………………………………4

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.  General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, InspireNOLA Charter Schools - Andrew H. Wilson Charter School is targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.  School Staff Interview

On June 11, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: executive director of exceptional student services, school administrator, special education (SPED) teacher, regular education teacher, instructional support supervisor and the speech pathologist.

Andrew H. Wilson Charter School's staff clearly articulated the individualized education program (IEP) team determines related service time and location. Personnel is determined based on enrollment. All related services are rendered promptly by qualified staff.  If a service provider is unavailable, the staff can secure a provider from within the organization of schools. There was only one instance this school year when a related service provider was unavailable. Staff reported a speech therapist was secured from another school until a full-time speech therapist was hired. Upon a new student's enrollment, the teacher of record notifies network personnel of all related services on the student's IEP (or evaluation if the student still needs an in-state IEP).  Student services will begin immediately, demonstrating the school's commitment to providing timely support once appropriate related service providers are assigned. The progress monitoring data, progress reports and data from all screening assessments are available to IEP teams and parents regarding individual students' functional performance and academic achievement. In summary, to minimize the impact of students' removal from the general education class, the staff indicated all students are provided with a free, appropriate public education (FAPE). In addition, least restrictive environment (LRE) considerations are made on individual basis. If the IEP team determines that pull-out services are needed for related services, the team will first consider providing those services during electives or times of day other than core content classes.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## III.  Strategies, Activities and Methods of Monitoring

The purpose of monitoring Andrew H. Wilson Charter School is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards, and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures, guidelines and forms currently in use; and
- Interviews with five (5) school site personnel: administrators, general educators, special educators and SPED director/coordinator.

## IV.  Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of Andrew H. Wilson Charter School, there were **no identified areas of systemic non-compliance** under the IDEA, Part B program. While no findings of systemic non-compliance were observed, student-specific findings were observed as part of the student file review process and should be corrected by school personnel at Andrew H. Wilson Charter School within thirty (30) business days. The LDOE's preliminary results will become final thirty (30) days after receipt. Andrew H. Wilson Charter School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ██████████████████████████ ████████████████████████

Attachments

**Note**: The student-specific findings of non-compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

Notice of Closure (Student-Specific Findings)

Dear ███████████:

The Louisiana Department of Education, Division of Statewide Monitoring, acknowledges receipt of the student-specific corrections for IDEA SPLC monitoring in the area of **Related Services** at Andrew H. Wilson Charter School. After a review of the documentation submitted, it is evident that the LEA has sufficiently addressed each of the student-specific findings identified in the monitoring report.

This correspondence validates that the student-specific findings of non-compliance are resolved. No further action is necessary with regard to this matter. If further assistance is needed, please contact ███████████████████████

Sincerely,

███████████████ xecutive Director

Division of Statewide Monitoring



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

████████████████ .
Chief Management Operator
Booker T. Washington High School
1055 St. Charles Avenue, Ste. 400
New Orleans, Louisiana 70130

Dear ████████████ :

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 12, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there was **no identified areas of systemic or student-specific non-compliance** in the area of Discipline. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ██████████
████████████

Sincerely,

████████████████████████
████████████████████████
████████████████████████
████████████████████████

Division of Statewide Monitoring

AR:ch

Enclosures

c: ████████████, Board President
   ████████████████, Director of Student Support Services



# Louisiana Department of Education

# Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Booker T. Washington High School



███████████, Chief Management Officer

███████████, Board President

### Targeted Area of Monitoring

**Discipline**

### Date of On-Site Monitoring

**June 12, 2024**

### On-Site Monitoring Team



███████, LDOE

███████████, LDOE

███████████, Independent Monitor

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

# TABLE OF CONTENTS

I.    General Overview………………………………………………………………………….…...3

II.   School Staff Interview…………………………..………………………………………….3

III.  Strategies, Activities and Methods of Monitoring…..……………………..……………………...4

IV.   Summary of Findings ………………………………………………..……………………...5

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

I.    **General Overview**

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Booker T. Washington High School is targeted for monitoring in the area of Discipline. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

II.    **School Staff Interview**

On June 12, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Discipline. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: high school director of special education, director of special education K-8, director of mental health services and school leader.

Results of this interview process are briefly described in this summary report. Booker T. Washington staff was very knowledgeable and described in detail the KIPP schools discipline policies and procedures. The school implements a school-wide behavior management system taught to students throughout the year. Students with disabilities participate in the school-wide systems and may have additional supports as indicated in their behavior intervention plans (BIP). Discipline data is monitored using the merit and demerit system located in the software program called dean's list. Dean's list is the discipline system utilized by the local education agency to record all discipline data, including in and out of school suspensions and time spent out of class.  The system synchronizes with their student information system, which allows the school to extract reports to review data regularly.  Staff reported that members of administration would contact parents to pick up students in the event that students had been involved in a major safety incident. For example, a fight, weapon, drugs, etc.  These major incidents are recorded as an out of school suspension.  When recommending a student for a suspension and/or expulsion, school personnel conducts an

investigation of the incident.   If a parent wishes to appeal a suspension, they can contact the school leader, KIPP regional team or file an appeal through the New Orleans Public School System (NOLA PS) Hearing Office.  School staff was able to describe in detail how manifestation determination reviews are conducted, participating staff, all relevant information considered and the outcome. School staff personnel described how the school uses functional behavior assessments (FBA) and behavior intervention plans (BIP).  Booker T. Washington measures the effectiveness of the BIP and document its effectiveness by measuring the student's outcomes. After the initial BIP is disseminated, the school conducts another meeting approximately four to six weeks to determine its effectiveness.

## III.   Strategies, Activities and Methods of Monitoring

The purpose for monitoring Booker T. Washington High school is to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file.

The selection method was approved in the consent agreement addendum. This method used to select files for monitoring included a review of files for students with disabilities who received six (6) or more office discipline referrals or three (3) or more suspensions (in or out-of-school) in a school year.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064



The following items were reviewed during the on-site visit:

- Ten (10) student records;
- Student documentation: Individualized evaluation plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs'
- Child find guidelines (if applicable);
- Response to intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with three (3) school site personnel, including administrators, general educators, special educators (SPED) and SPED director/coordinator.

## IV.    Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of Booker T. Washington High School, there were <u>no identified areas of systemic non-compliance</u> under the IDEA, Part B program. Booker T. Washington High School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ██████████████████████████████ ██████████████████████.

Attachments

**LOUISIANA DEPARTMENT OF EDUCATION**

| 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY | |
|---|---|
| LEA/CHARTER/ORGANIZATION | Booker T. Washington High School |
| DATE OF MONITORING | June 12, 2024 |
| SERVICES MONITORED | Discipline |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| **SY 2023-2024 SPLC MONITORING** | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Discipline** mandates reviewed.  There were no systemic and/or student-specific IDEA violations noted. |

**LOUISIANA DEPARTMENT OF EDUCATION**

# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Martin Luther King Charter School

████████████████, Chief Executive Office

████████████████, Board President

### Targeted Area of Monitoring

**Discipline**

### Date of On-Site Monitoring

**June 14, 2024**

### On-Site Monitoring Team

████████ LDOE

████████████, LDOE

████████████, Independent Monitor

# CONTENTS

I.    General Overview…………………………………………………………………………3

II.   School Staff Interview……………………………….…………………………………3

III.  Strategies, Activities and Methods of Monitoring……………………………4

IV.   Summary of Findings …………………………………………………………….…5

**Louisiana Department of Education**
doe.louisiana.gov  | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I. General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Dr. Martin Luther King Charter School is targeted for monitoring in the area of Discipline. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) follow-up SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II. School Staff Interview

On June 10, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Discipline. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: principal, testing coordinator, teacher, principal, assistant principal, regular education middle school teacher, regular education high school teacher, special education teacher, special education teacher, ELA middle school teacher, lower grade chair, district coordinator, special education (SPED) teacher, and the attendance clerk.

Results of this interview are briefly described in this summary report. Dr. Martin Luther King's staff were able to describe, in general, how the school determines what factors are considered for discipline in order to provide a free, appropriate public education (FAPE).  Staff described their school-wide behavior management program.  Dr. Martin Luther King school-wide behavior management program is called the King Positive Behavior Interventions and Support (KPSBIS), which is implemented to assist students in reinforcing positive, appropriate behaviors that align with school-wide behavior expectations.  An incentive program is in place for all grade levels to reward and reinforce positive behaviors. J Campus is used to record and maintain disciplinary data. This program captures all student data and documents all student behavior.

The school has an open line of communication with parents. However, if an incident warrants parents to pick their child or children up early, it is then documented as an out-of-school suspension. If it is upheld, the automatic system will notify the parent with a call containing the offense, suspension, required parental conference meeting date, student's return to school date and information on the parent's/guardian's right to contest the suspension within five days.

Furthermore, the staff stated that while all students may be disciplined, the placement of students with disabilities can't change when the offense is directly related to his or her disability, including when the IEP or Section 504 plan is not implemented. There are exceptions in the case of emergency circumstances such as drugs, weapons and serious bodily injury. Extra legal protection is given to students with disabilities and it constitutes a change of placement in which a meeting has to be held and an amendment IEP completed. When a student exhibits a pattern of behavior, the school conducts a functional behavior assessment (FBA) and develops a behavior intervention plan (BIP). This assessment involves collecting data from various sources, such as parents, teachers and student surveys, record reviews and intervention data.

In conclusion, it is the Dr. Martin L. King Charter School's practice to regularly meet to monitor and evaluate BIPS school-wide, track students' progress and make necessary adjustments as needed. Staff stated, they collaborate and keep an open line of communication with all team members. If a BIP is implemented, the student will have one or more requirements, including daily logs, behavior contracts, tracking sheets, social worker logs, direct observation and teacher interviews. The student's progress monitoring allows for decision-making regarding the continuation or modification of the plan. The school provided a wealth of knowledge and is to be commended for how they implement behavior strategies school-wide.

## III.    Strategies, Activities and Methods of Monitoring

The purpose for monitoring Dr. Martin Luther King Charter School is to ensure that students are receiving a free, appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file.

The selection method was approved in the consent agreement addendum. This method used to select files for monitoring included a review of files for students with disabilities who received six (6) or more office discipline referrals or three (3) or more suspensions (in or out-of-school) in a school year.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized evaluation plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs'
- Child find guidelines (if applicable);
- Response to intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with seventeen (17) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.    Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of Dr. Martin Luther King Charter School, there were **no identified areas of systemic non-compliance** under the IDEA, Part B program. While no findings of systemic non-compliance were observed, student-specific findings were observed as part of the student file review process and should be corrected by school personnel at Dr. Martin Luther King Charter School within thirty (30) business days.  The LDOE's preliminary results will become final thirty (30) days after receipt.  Dr. Martin Luther King Charter School is to be commended for the work they are doing to educate students with disabilities.  If you have any questions or concerns, please contact ███████████████████████████████████████ ███████████ .

Attachments

**Note**:   The student-specific findings of non-compliance pages enclosed within this report        contain confidential information and should be deleted from the report when copies        are    made    for    the general public.



# 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | Dr. Martin Luther King Charter School |
| --- | --- |
| DATE OF MONITORING | June 14, 2024 |
| SERVICES MONITORED | Discipline |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
| --- | --- | --- | --- |
| **SY 2023-2024 SPLC MONITORING** | | | A review of ten (10) student records with supporting documentation and an interview was conducted for Dr. Martin Luther King Charter School. There were two (2) out of ten (10) student records (20% of the total sample) reviewed that contained issues of non-compliance regarding **Discipline** procedures and/or other IDEA requirements.<br><br>Although no findings of systemic non-compliance in the area of Discipline were observed during the on-site monitoring visit, there were student-specific IDEA concerns observed for two (2) students.<br><br>These specific areas of IDEA non-compliance are addressed below. |

**LOUISIANA DEPARTMENT OF**
**EDUCATION**

| STUDENT-SPECIFIC FINDINGS OF NON-COMPLIANCE |
|---|
| **Dr. Martin Luther King Charter School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| ███████ | The IEP team must reconvened to consider special factors in the case of a child whose behavior impedes the child's learning or that of others and consider the use of positive behavioral interventions and supports and other strategies, to address that behavior. |
| ███████ | The IEP team must reconvened to consider special factors in the case of a child whose behavior impedes the child's learning or that of others, consider the use of positive behavioral interventions and supports and other strategies, to address that behavior. |

Docusign Envelope ID: 713466F4-A84C-4B22-BBD6-7256513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

Ms. ███████
Chief Executive Officer
Dr. Martin Luther King Charter School
1617 Fats Domino Avenue
New Orleans, Louisiana 70117

Dear ███████:

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) which was conducted on June 14, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there were **no identified areas of systemic non-compliance** in the area(s) of **Discipline**. Please note, that although there was no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent of a free appropriate public education (FAPE) violation determination made by an administrative law judge or LDOE complaint investigator. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

Docusign Envelope ID: 713466F4-A84C-4B22-BBD6-7256513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**student-specific findings**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ████████

Sincerely,



████████ Executive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c:      Board President
        District Special Education Coordinator



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

██████████
Chief Executive Officer
InspireNOLA Charter Schools - Edna Karr High School
2401 Westbend Parkway, Suite 4040
New Orleans, Louisiana 70114

Dear ████████ :

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) which was conducted on June 14, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there was **no identified areas of systemic or student-specific non-compliance** in the area of Child Find. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ███████████ ███████████████████████.

███████████████████████████████

███████████████, Executive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: ███████████, Board President
███████████ Executive Director of Exceptional Student Services



# Louisiana Department of Education

# Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### InspireNOLA Charter Schools - Edna Karr High School



█████████████, **Chief Executive Officer**

████████████, **Board President**

### Targeted Area of Monitoring

### Child Find

### Date of On-Site Monitoring

**June 14, 2024**

### On-Site Monitoring Team

███████████, **LDOE**

███████████, **LDOE**

█████████████, **Independent Monitor**

# TABLE OF CONTENTS

I.    General Overview.................................................................................................................3

II.   School Staff Interview...........................................................................................................3

III.  Strategies, Activities and Methods of Monitoring.................................................................4

IV.   Summary of Findings ...........................................................................................................5

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.   General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, InspireNOLA Charter Schools - Edna Karr High School is targeted for monitoring in the area of Child Find. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.   School Staff Interview

On June 14, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Child Find. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of special education, pupil appraisal, special education coordinator, exceptional student services compliance, senior manager, 504/sat coordinator and principal.

Results of this interview are briefly described in this summary report. Staff indicated students take a universal screener and are identified as possible MTSS candidates.  A faculty member can submit a 300R to the School Building Leadership Committee (SBLC) for consideration or a parent can submit a request for consideration.  The SBLC team considers universal screeners, historical grades, teacher observations, parent input, medical documentation if provided and student voice. After the SBLC meeting, the school goes forward with either interventions, recommendation for a 504 evaluation or referral to the appraisal team.  In some cases, there is no further action and the file is closed or monitored periodically.

Page | 3

At Edna Karr, a student in the multi-tiered system of support (MTSS) is monitored by the MTSS team leader who will review the student's progress periodically, along with the SBLC team.  Teachers monitor progress of targeted goals, provide feedback and attend SBLC meetings.  Administrators ensure that the process is being done with fidelity and help to supply needed resources to support the intervention process.  RTI/MTSS begins with the Academic and Behavioral Universal screenings.  Once completed, students are then placed in Tier I, II or III based on screening scores.  These tiers illustrate the student's ability to handle curriculum in the general education classrooms. Students with behavior concerns, the MTSS team monitors these tiers and provide information if any social/emotional barriers a student may have.  Intervention feedback is immediately charted and reviewed. Progress monitoring is done every 4 weeks in Tier II and every 2 weeks for Tier III.

Staff reported that special education evaluations are initiated through SBLC.  If target interventions fail after six weeks, the student may be referred for an evaluation or new interventions are implemented.  Once a student is referred to the appraisal team, the evaluation is then the responsibility of the evaluation coordinator, who follows procedures outlined in Bulletin 1508.

In regard to parental requests for an initial evaluation, any staff member receiving a parental request submits a 300R with the parent's concern.  The SBLC reviews the request and if the data does not warrant an evaluation, a letter explaining the reason for the decision is sent to the parent. If the student will be evaluated, the parent is notified and the evaluation process proceeds.  Once the parent's permission to evaluate is obtained, the appraisal team reviews screenings, makes appropriate component requests and collects all data to complete the evaluation process.  A meeting is then scheduled to discuss the evaluation results with the parent.  Staff further explained that a student who has gone through at least 6 weeks of intervention and has shown minimal to no growth might receive an IDEA evaluation or an individualized accommodation plan (IAP).

When an initial evaluation is in process and a scholar is no longer enrolled at Karr, the evaluation process continues as outlined in *Bulletin 1508*.  The evaluation coordinator who opened the evaluation will contact the evaluation coordinator of the receiving school to schedule observations, parent interviews, etc. If the evaluation coordinator who opened the evaluation wishes to complete the initial evaluation, all current protocols used by the sending school will be shared with the appropriate personnel at the receiving school.

**Louisiana Department of Education**
doe.louisiana.gov  |  P.O. Box 94064 •  Baton Rouge, LA •  70804-9064

## III. Strategies, Activities and Methods of Monitoring

The purpose for monitoring Edna Karr High School is to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:

- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with seven (7) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Edna Karr High School, there were no identified areas of systemic or student-specific non-compliance under the IDEA, Part B program and Section 504 of the Rehabilitation Act of 1973. Edna Karr High School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ██████████████████████████████████████

Attachments

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

LOUISIANA DEPARTMENT OF
**EDUCATION**

| 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY | |
|---|---|
| **LEA/CHARTER/ORGANIZATION** | InspireNOLA Charter Schools - Edna Karr High School |
| **DATE OF MONITORING** | June 14, 2024 |
| **SERVICES MONITORED** | Child Find |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| **SY2023-2024 SPLC MONITORING** | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Child Find** mandates reviewed.  There were no systemic and/or student-specific IDEA violations noted. |



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

████████████████
Chief Executive Officer
Einstein Charter Schools - Sherwood Forest Elementary School
4801 Maid Marion Drive
New Orleans, Louisiana 70128

Dear ████████████:

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA), which was conducted on June 11, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there was **no identified areas of systemic or student-specific non-compliance** in the area of Child Find. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact █████████

█████████

──9F148C43A841447──

█████████ Executive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: █████████, Board President



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Einstein Charter Schools - Sherwood Forest Elementary School



███████████ – Chief Executive Officer

███████████ – Board President

### Targeted Area of Monitoring

**Child Find**

### Date of On-Site Monitoring

**June 11, 2024**

### On-Site Monitoring Team



███████████, LDOE

███████████, LDOE

███████████, Independent Monitor

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

# TABLE OF CONTENTS

I.   General Overview................................................................................................................3

II.  School Staff Interview.........................................................................................................3

III.  Strategies, Activities and Methods of Monitoring.............................................................4

IV.  Summary of Findings .........................................................................................................5

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.  General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Einstein Charter Schools - Sherwood Forest Elementary School is targeted for monitoring in the area(s) of Child Find. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document, which outlines any areas of non-compliance.

## II.  School Staff Interview

On June 11, 2024, LDOE monitoring staff and the Court Approved Independent Monitor (IM) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included the following:  principal, assistant principal, 504/RTI coordinator, social worker and dean of students.

Results of this interview are briefly described in this summary report. Sherwood Forest Elementary School staff sufficiently described the Child Find process.  Sherwood Forest Elementary School conducts school building level committee (SBLC) meetings quarterly and weekly, depending on student progress.  The committee considers the following data during meetings: report cards, progress reports, IReady data, Dibels data and speech logs.  All school stakeholders are eligible to participate in the referral process, with employees using the 300R form with supporting student data, student work analysis and other pertinent student evidence.  Parents may request, in writing, that their child be brought to the SBLC team for screening and possible additional supportive measures. The SBLC team consists of the SBLC chairperson, principal, assistant principal, lead teachers, parents, social worker, Dean of Culture, special education (SPED) coordinator and speech pathologist.

The team collaborates to determine academic and behavior interventions.  Student progress monitoring varies depending on the nature of the 504 prescription.  Students

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

referred for clinical services are monitored weekly or monthly and plans are revisited for supportive measures. Academically, students are progress monitored using beginning, middle, end of year standardized assessment data, quarterly interim assessments and report cards every nine weeks.

Special education evaluations are referred to the SBLC team using the 300R form. Sherwood Forest Elementary School staff consist of the following when determining pertinent data, determining next steps for the students and the student's evaluation: school's educational diagnostician, school psychologist, social worker and principal. Within ten business days of receiving parental requests, parents are notified in writing that their request for service has been received and the RTI process initiation begins. Parents are provided a copy of their rights and responsibilities. Once parental consent is received in writing, the evaluation process begins with an investigation into the student's history, current academic or behavioral communications of their findings and recommendations. Parents are members of the SBLC team and are provided updates throughout the RTI process, from the initial evaluation to incremental benchmark progress towards goals.

Professionals at Einstein Charter Schools conduct assessments in all areas of concern. Assessment results give a detailed account of the student's strengths, challenges and needs, along with recommendations for support and services. The evaluation includes observations of the student in school, an interview with the student and formal and informal assessments. Qualified examiners include: educational diagnostician, school psychologist, school social worker, school nurse and certified academic administrators. Throughout the evaluation process, parents are provided with evaluation results and recommendations for applying accommodations for interventions, academic, medical, or behavioral support as applicable. While only required once per year, Sherwood Forest Elementary School monitors students' quarterly report cards, attendance records, interim assessment data and standardized assessment data for quality assurance.

Students who are no longer enrolled in Einstein Charter Schools - Sherwood Forest Elementary School cooperates with the receiving LEA to ensure all confidential materials are safely transported, securely released to the new LEA and the relevant professionals provide supportive measures for the student's transition.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## III.  Strategies, Activities and Methods of Monitoring

The purpose for monitoring Einstein Charter Schools - Sherwood Forest Elementary School is to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.  Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Einstein Charter Schools - Sherwood Forest Elementary, there were **no identified areas of systemic or student-specific non-compliance** under the IDEA, Part B program and Section 504 of the Rehabilitation Act of 1973. Einstein Charter Schools - Sherwood Forest Elementary is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ████

████████████████████████████████████████████████████

Attachments

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

Ms. ███████████
Chief Executive Officer
Einstein Charter Schools - Sarah T. Reed High School
4801 Maid Marion Drive
New Orleans, Louisiana 70128

Dear ███████████ :

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA), which was conducted on June 10, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there was **no identified areas of systemic or student-specific non-compliance** in the area of Enrollment. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ███████ via email ███████la.gov.

Sincerely,

███████
████████xecutive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: ███████, Board President

**LOUISIANA DEPARTMENT OF EDUCATION**

## 2023-2024 IDEA SPLC MONIOTORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | Einstein Charter Schools - Sarah T. Reed High School |
|---|---|
| DATE OF MONITORING | June 10, 2024 |
| SERVICES MONITORED | Enrollment |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| SY 2023-2024 SPLC MONITORING | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Enrollment** mandates reviewed. There were no systemic and/or student-specific IDEA violations noted. |

**LOUISIANA DEPARTMENT OF**
**EDUCATION**

# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Einstein Charter Schools - Sarah T. Reed High School

██████████, **Chief Executive Officer**

██████████████, **Board President**

### Targeted Area of Monitoring

**Enrollment**

### Date of On-Site Monitoring

**June 10, 2024**

### On-Site Monitoring Team

████████████, **LDOE**

██████████████████, **LDOE**

████████████, **Independent Monitor**

# TABLE OF CONTENTS

I.    General Overview.................................................................................................3

II.   School Staff Interview..........................................................................................3

III.  Strategies, Activities and Methods of Monitoring...............................................4

IV.   Summary of Findings ..........................................................................................5

## I.  General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Einstein Charter Schools - Sarah T. Reed High School is targeted for monitoring in the area of Enrollment. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.  School Staff Interview

On June 10, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Enrollment. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included the following: executive director of exceptional student services, school administrator, special education teacher, regular education teacher, instructional support supervisor and speech pathologist. The results of this interview process revealed no concerns about how the school determines a student requires related services.  Sarah T. Reed High School staff, clearly articulated the LEAs processes and procedures for determining if a student requires related services in order to provide a particular student with a free appropriate public education (FAPE).  Sarah T. Reed High School uses a range of evaluation data, including cognitive, fine/gross motor, communication and socialization results, to determine if a student qualifies for related services. Once eligibility is established, we provide a personalized approach, with students receiving related services through a mix of individual and group sessions. The school staff reported that some related services are provided through contracts, such as Hubbard & Tennyson for speech pathologists, occupational and physical therapists, which are provided through Procare.  Related

services are scheduled into the academic day to reflect the elective classes. In cases of provider unavailability, we contact other qualifying agencies to secure services. However, staff further indicated that compensatory services are offered to compensate for missed minutes when services are delayed.   Upon enrollment, records are provided or requested within three to five days. Once related services have been determined, the special education coordinator contacts the related services provider to secure services immediately. A variety of current instructional data, report cards and progress monitoring data are available to IEP teams as it relates to the impact of related services on an individual student's academic achievement and functional performance. In summary, students are not removed from core classes to receive related services.

## III.  Strategies, Activities and Methods of Monitoring

The purpose of monitoring Einstein Charter Schools - Sarah T. Reed High School is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards, and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures, guidelines and forms currently in use; and
- Interviews with five (5) school site personnel: administrators, general educators, special educators (SPED) and SPED director/coordinator.

## IV.     Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at Einstein Charter Schools - Sarah T. Reed High School, there were **no identified areas of systemic or student-specific non-compliance** under the IDEA, Part B program. Einstein Charter Schools - Sarah T. Reed High School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ██████████████████ ████████████████████████████

Attachments

Docusign Envelope ID: 713466F4-A84C-4B22-BBD6-7256513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

███████████

Chief Management Operator
KIPP: Frederick A. Douglass High School
1055 St. Charles Avenue, Suite 400
New Orleans, Louisiana 70130

Dear ███████████:

The purpose of this correspondence is to provide your school with the preliminary results from the 2023-2024 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 13, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools. The LDOE's preliminary results will become final 30 days after receipt.

The follow-up monitoring visit revealed there were **no identified areas of systemic non-compliance** in the area(s) of **Related Services**. Please note, that although there was no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent to a free appropriate public education (FAPE) violation determination made by an administrative law judge or LDOE complaint investigator. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

Docusign Envelope ID: 713468F4-A84C-4B22-B8D6-7256513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**student-specific findings**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ███████████

███████████

Sincerely,



Division of Statewide Monitoring

AR:ch

Enclosures

c:  ███████████  ard President
                 Director of Student Support Services

# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Knowledge is Power Program (KIPP): Frederick A. Douglass High School

, Chief Management Officer

_____, Board President

### Targeted Area of Monitoring

**Related Services**

### Date of On-Site Monitoring

**June 13, 2024**

### On-Site Monitoring Team

_____, LDOE

_____, LDOE

, Independent Monitor

# CONTENTS

I.    General Overview……………………………………………………………………………3

II.    School Staff Interview………………………………..…………………………………3

III.    Strategies, Activities and Methods of Monitoring……………………………4

IV.    Summary of Findings ………………………………………………………………..5

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Knowledge is Power Program (KIPP): Frederick A. Douglass High School is targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) follow-up SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.    School Staff Interview

On June 13, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of special education (SPED), director of clinical services, director of mental health, dean of student support and the school leader.

Results of this interview are briefly described in this summary report.  Fredrick A. Douglass School's staff clearly articulated how the school determines what factors are considered if a student requires related services in order to provide a free, appropriate public education (FAPE). Staff indicated when the need for related services are identified, the evaluation coordinator ensures appropriate related service providers are a part of the evaluation process and eligibility is determined according to *Bulletin 1508*. Frederick A. Douglass' staff outlined their general processes for arranging the provision of required services.

Staff also discussed how related services are provided to students at school, including how they are scheduled into the academic day and how the school provides services in cases of provider unavailability.  Frederick A. Douglass' staff reported that service providers are staffed at each campus and hold those positions full-time. Some providers are contracted and may service several campuses. Related services are provided to the students by utilizing non-instructional time in special settings. Typically, students are seen either individually, small group or depending on their specific goal area and class schedule.  In the case of vacancies of service providers, services are contracted. Any missed sessions are logged and a compensatory plan is put into place once the position is filled.  Staff reported that a physical therapist position was not filled for the 2023-2024 school year and all efforts were exhausted to hire someone even part-time. The job was posted to the talent search as well as local university boards and a signing bonus was added since the position was difficult to fill. Candidates pursuing the position were looking for full-time positions only.

Douglass' staff explained the process by which school staff secures related service providers upon enrollment of new students with specific needs. Staff also stated the school runs new students in the enhanced special education reporting (eSER) system to determine if students have related services and then adds them to the caseload tracker. The special education leader contacts the service provider who will immediately add them to their schedule.

Staff provided appropriate responses on how information is available to IEP teams related to the impact of related services on an individual student's functional performance and academic achievement. Related service providers are given access to evaluation information as well as a full record review to assist in the development of the IEP process. Training is also provided to assist in the development of the present level of performance and goal writing.

Lastly, Frederick A. Douglass' staff described steps taken to minimize the impact of students' removal from general education activities for the receipt of related services. Staff explained how service providers will consider providing those services during electives rather than core academic content instructional periods.

## III.    Strategies, Activities and Methods of Monitoring

The purpose for monitoring Frederick A. Douglass High School is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist is used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of KIPP: Frederick A. Douglass High School, there were **no identified areas of systemic non-compliance** under the IDEA, Part B program. While no findings of systemic non-compliance were observed, student-specific findings were observed as part of the student file review process and should be corrected by school personnel at Frederick A. Douglass High School within thirty (30) business days. The Louisiana Department of Education's preliminary results will become final thirty (30) days after receipt. Frederick A. Douglass High School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ████████████████████████████████████████ ███████████████

Attachments

**Note**:  The student-specific findings of non-compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.



# 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | Knowledge is Power Program (KIPP): Frederick A. Douglass High School |
|---|---|
| **DATE OF MONITORING** | June 13, 2024 |
| **SERVICES MONITORED** | Related Services |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| **SY 2023-2024 SPLC MONITORING** | | | A review of ten (10) student records with supporting documentation and an interview was conducted for KIPP: Frederick Douglass High School. There were two (2) out of ten (10) student records (20% of the total sample) reviewed that contained issues of noncompliance regarding the provision of **Related Services**. |
| | | | Ten (10) of ten (10) student files (100% of the sample) reviewed indicated students received Related Services to support the student's primary disability. |
| | | | Although no findings of systemic non-compliance in the area of Related Services were observed during the on-site monitoring visit, there were student-specific IDEA concerns observed for two (2) students. |
| | | | These specific areas of IDEA non-compliance are addressed below. |

LOUISIANA DEPARTMENT OF
EDUCATION

| STUDENT-SPECIFIC FINDINGS OF NON-COMPLIANCE | |
|---|---|
| **Frederick Douglass High School** | |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. | |
| **PII Number** | **Issue Area** |
| ██████████ | 1. The present level of academic achievement and functional performance (PLAAFP) statement for social work services does not include how the student's disability affects involvement and progress in the general education curriculum (e.g., statement of functional performance).<br><br>2. The IEP does not include a measurable standard-based goal for social work services (e.g., timeframe, condition, quantifiable, measureable terms, a criterion of performance, skill or target behavior). |
| ██████████ | The IEP does not include a measurable standard-based goal for behavior (e.g., timeframe, condition, quantifiable, measureable terms, a criterion of performance, skill or target behavior). |

**Subject:** KIPP Central City and Frederick Douglass High School - SY 2023-2024 IDEA/SPLC Notice of Closure (Student-Specific Findings)

Dear█████████████:

The Louisiana Department of Education, Division of Statewide Monitoring, acknowledges receipt of the student-specific corrections for IDEA SPLC monitoring in the area of **Related Services** at KIPP Central City and Frederick Douglass High School. After a review of the documentation submitted, it is evident that the LEA has sufficiently addressed each of the student-specific findings identified in the monitoring report.

This correspondence validates that the student-specific findings of non-compliance are resolved. No further action is necessary with regard to this matter. If further assistance is needed, please contact ████████████████████████

Sincerely,

Division of Statewide Monitoring

Docusign Envelope ID: 71346F4-A84C-4B22-B6D6-7266513F5A7F



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

Ms. Rhonda Kalifey-Aluise.
Chief Management Operator
Knowledge is Power Program (KIPP): Central City
1055 St. Charles Avenue, Suite 400
New Orleans, Louisiana 70130

Dear Ms. Kalifey-Aluise:

The purpose of this correspondence is to provide your school with the preliminary results from the 2023-2024 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 13, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit in evidence by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools. The LDOE's preliminary results will become final 30 days after receipt.

The follow-up monitoring visit revealed there were **no identified areas of systemic non-compliance** in the area(s) of **Related Services**. Please note, that although there was no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30) days of receiving this letter. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent to a free appropriate public education (FAPE) violation determination made by an administrative law judge or LDOE complaint investigator. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**student-specific findings**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact Cindy Hilton at cindy.hilton@la.gov.

Sincerely,

*Angela Randall*
DocuSigned by:
9F16EC65AB41447

Angela Randall, Executive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: Larry Washington, Board President
   Dr. Alicia Henderson, Director of Student Support Services

# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Knowledge is Power Program (KIPP): Central City

, **Chief Management Officer**

███████████, **Board President**

### Targeted Area of Monitoring

**Related Services**

### Date of On-Site Monitoring

**June 13, 2024**

### On-Site Monitoring Team



███████████, **LDOE**

███████████, **LDOE**

███████████, **Independent Monitor**

*Louisiana Department of Education*
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

# TABLE OF CONTENTS

I.    General Overview………………………………………………………………..…3

II.   School Staff Interview…………………………………………..……………………3

III.  Strategies, Activities and Methods of Monitoring…………………………4

IV.   Summary of Findings ……………………………………………………………..…5

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I. General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Knowledge is Power Program (KIPP): Central City is targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) follow-up SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II. School Staff Interview

On June 13, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of special education (SPED), director of clinical services, director of mental health, dean of student support and the school leader.

Results of this interview are briefly described in this summary report. KIPP: Central City's staff were able to describe in general how the school determines what factors are considered if a student requires related services in order to provide a free, appropriate public education (FAPE). Staff indicated when the need for related services are identified, the evaluation coordinator ensures that appropriate related service providers are a part of the evaluation process and eligibility is determined according to *Bulletin 1508*. KIPP: Central City School's staff outlined their general process for determining if a student requires related services and arranging for the provision of required services.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

Central City's staff discussed how related services are provided to students at school, including how they are scheduled into the academic day and how the school provides services in cases of provider unavailability.  Staff reported that service providers are staffed at each campus and hold those positions full-time. Some providers are contracted and may service several campuses. Related services are provided to the student by utilizing non-instructional time in special settings. Typically, students are seen either individually, small group or depending on their specific goal area and class schedule.  In the case of vacancies of service providers, services are contracted. Any missed sessions are logged and a compensatory plan is put into place once the position is filled.  Staff reported that a physical therapist position was not filled for the 2023-2024 school year and all efforts were exhausted to hire someone even part-time. The job was posted to the talent search as well as local university boards and a signing bonus was added since the position was difficult to fill. Candidates pursuing the position were looking for full-time positions only.

Central City's staff explained the process by which school staff secures related service providers upon enrollment of new students with specific needs. Staff also stated the school runs new students in the enhanced special education reporting (eSER) system to determine if students have related services and then adds the students to the caseload tracker.  The special education leader contacts the service provider who will immediately add the student to their schedule.

School staff provided appropriate responses on how information is available to individualized education plan (IEP) teams related to the impact of related services on an individual student's functional performance and academic achievement. Related service providers are given access to evaluation information as well as a full record review to assist in the development of the IEP process. Training is also provided to assist in the development of the present level of performance and goal writing.

Lastly, Central City's staff described steps taken to minimize the impact of students' removal from general education activities for the receipt of related services. Staff also explained how service providers will consider providing those services during electives rather than core academic content instructional periods.

## III.    Strategies, Activities and Methods of Monitoring

The purpose for monitoring KIPP: Central City is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

<u>The following items were reviewed during the on-site visit:</u>
- Ten (10) student records;
- Student documentation: IEPs, behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.  Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of KIPP: Central City, there were **no identified areas of systemic non-compliance** under the IDEA, Part B program. While no findings of systemic non-compliance were observed, student-specific findings were observed as part of the student file review process and should be corrected by school personnel at KIPP: Central City within thirty (30) business days. The Louisiana Department of Education's preliminary results will become final thirty (30) days after receipt. KIPP: Central City is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ███████████████████████████████████ ██████████████ .

Attachments

**Note**:  The student-specific findings of non-compliance pages enclosed within this       report contain confidential information and should be deleted from the report    when  copies  are  made for the general public.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

**LOUISIANA DEPARTMENT OF EDUCATION**

## 2023-2024 IDEA SPLC
## CORRECTIVE ACTION PLAN

| LEA/CHARTER/ORGANIZATION: KIPP East | DATE OF MONITORING: June 12, 2024 |
|---|---|

**AREA OF FINDING: Child Find**

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSON(S) RESPONSIBLE | DOCUMENTATION TO BE SUBMITTED TO LDOE | DOCUMENT DUE DATE | DOCUMENT STATUS |
|---|---|---|---|---|---|
| 1.1. Correct all student specific citations identified in the Results Summary report.<br><br>NOTE: This activity represents an individual corrective action plan for providing remedies to address all student specific IDEA citations. | 10/11/2024 | ███████ | Copies of SBLC forms documenting SBLC meeting were reconvened to address findings and copies of any other documentation denoting findings were addressed appropriately. | November 25, 2024 | |
| 1.2 SBLC forms will be filled out in their entirety including the required components below:<br>• All required participants name, title and signature (required participants are: principal or designee, SBLC chairperson, parent, referring person/agency, classroom teacher(s) of student);<br>• Referral concern(s);<br>• Team meeting date;<br>• Data/documents reviewed for student (ex: screeners, assessment scores, behavior checklist, behavior referrals, academic checklist, etc.);<br>• Decision of team/actions taken by team; | 10/11/2024 | SBLC Chairperson ███████ | 5% sample of SBLC forms submitted to LDOE on bi-monthly basis (if 10 or less SBLC forms send all forms) | November 29 December 20 January 31, 2025 February 28, 2025 March 31, 2025 April 30, 2025 | |

**LOUISIANA DEPARTMENT OF EDUCATION**

| | | | | | |
|---|---|---|---|---|---|
| • If placed in RTI, Tier student placed in; type of intervention (**must be research based);** time/frequency of intervention; length of time student will be in intervention (6wk, 8wk, et.). | | | | | |
| 1.3 School will revise SBLC forms to include SBLC meeting request form and Tier II/III form to document interventions. If school has a form in place, the form must contain all criteria listed above. | | SBLC Chairperson ▮▮▮▮▮▮▮ | Revised SBLC Forms | January 2025 | |

Docusign Envelope ID: EB523DA4-2F34-49C6-A7AD-092AD29E2EE8



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

Ms. ███████████
Chief Management Operator
Knowledge is Power Program (KIPP): East
1055 St. Charles Avenue, Suite 400
New Orleans, Louisiana 70130

Dear ███████████:

The purpose of this correspondence is to provide your school with the preliminary results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 12, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools. The LDOE's preliminary results will become final 30 days after receipt.

The initial monitoring visit revealed there were **identified areas of systemic and student-specific non-compliance** in the area(s) of Child Find. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent to a free, appropriate public education (FAPE) violation determination made by an administrative law judge or LDOE complaint investigator. In keeping with its general supervision responsibilities under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the Department requires the school to implement a Corrective Action Plan (CAP) to address the citations issued to the school. The CAP has been developed by the LDOE and will be sent to your special education contact person within twenty (20) days of receiving this report. Please note you must immediately correct the student-specific findings of non-compliance.

Docusign Envelope ID: EB523DA4-2F34-49C6-A7AD-092AD29E2EE8



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**findings with citations**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact

Sincerely,

Division of Statewide Monitoring

AR:ch

Enclosures

c:                          ard President
                          Director of Student Support Services



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Knowledge is Power Program (KIPP): East



████████████████, Chief Management Officer

████████████, Board President

### Targeted Area of Monitoring

**Child Find**

### Date of On-Site Monitoring

**June 12, 2024**

### On-Site Monitoring Team



██████████, LDOE

██████████, LDOE

████████████, Independent Monitor

# TABLE OF CONTENTS

I.       General Overview……………………………………………………………………3

II.     School Staff Interview…………………………………………………………………3

III.    Strategies, Activities and Methods of Monitoring……………………………………5

IV.    Summary of Findings ……………………………………………………………………6

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I. General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Knowledge is Power Program (KIPP): East Charter School is targeted for monitoring in the area of Child Find. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC Child Find monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II. School Staff Interview

On June 12, 2024, LDOE monitoring staff and the Court Approved Independent Monitor (IM) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Child Find. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included the following:  managing director of student services, director of clinical services, lead school psychologist, dean of student services, principal and the lead speech pathologist.

Results of this interview are briefly described in this summary report. KIPP: East's staff sufficiently described the Child Find process.  Staff reported that the School Building Level Committee (SBLC) is a general education, data-driven decision-making committee that meets weekly. The SBLC meetings follow an established protocol, reviewing student information, data and referrals from teachers or parents and discussing individual students to determine next steps. The SBLC team is composed of a school leader or designee, MTSS/SBLC coordinator, a general education teacher, referring teacher, a school counselor/social worker, a school psychologist, a speech-language pathologist and others deemed necessary as needed (school nurse, etc.).  Parents received invitations to attend the SBLC meetings and are provided documentation notes from the meeting, recommendations and quarterly updates on results of any interventions.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

Staff members reported the following data is considered during committee meetings: grades, benchmark data, DIBELS, attendance, progress monitoring data, behavior referrals/incidents and outside medical/behavioral health records. According to staff, there are seven (7) possible SBLC outcomes. Those outcomes are: continue interventions and progress monitoring, conduct additional Tier 2 or 3 interventions through the Response to Intervention (RTI) process, conduct additional screenings, refer the student to outside supports as appropriate, refer the student for Section 504, refer the student to pupil appraisal for an evaluation if an exceptionality is suspected, or conduct no further action. At KIPP: East, staff noted that students are referred to SBLC after a review of the student's universal screening/benchmark data becomes available. This data includes grades, progress monitoring data, attendance and behavior. Students at KIPP: East are referred by teachers at the school to the MTSS/SBLC team utilizing a referral form and by parents for support or an evaluation request. The members of the SBLC at KIPP: East had approximately 20 students referred this school year, most recently in April 2024.

KIPP: East staff members reported that the MTSS Coordinator serves as the SBLC coordinator and oversees referrals to the SBLC. The school leader or designee approves intervention programs available for use at the school level, provides necessary intervention resources, participates in SBLC meetings, holds staff accountable for all documentation and approves all referrals for initial evaluations. Regular education teachers provides information and context for curriculum and academic expectations, while providing information regarding a student's strengths and needs. Special education teachers provide information regarding SPED support and may refer students with new additional concerns to the SBLC when deemed necessary. School psychologists, speech-language pathologists, and school counselors/social workers provide consultation and guidance to the committee.

In describing the Response to Intervention (RTI) process at KIPP: East, staff indicated relevant data is reviewed to identify a student's specific area of need and the area that should be targeted for tiered intervention. For students who attend KIPP: East, interventions are based on the identified needs that should be targeted, roles and responsibilities for implementation. When a student requires progress monitoring, a plan is developed for the student's time and area of need. Staff noted that a student individual information form is completed when conducting meetings during the RTI process for each student. This form documents what has transpired during the meetings indicates the data reviewed, decisions made from meetings, indicate the roles and responsibilities for implementation for the student, provide data collection procedures and plans for assessment of the effectiveness of the plan/intervention. Staff stated student's data on average are reviewed, every 4-6 weeks in order to assess the student's progress.

Staff members explained that students considered for evaluation referral when sufficient progress towards skill attainment has been made after using documented scientifically research-based interventions. A referring teacher to ensure all areas of concerns are identified for evaluation procedures completes a pre-referral screening packet. An evaluation referral and planning meeting is conducted with the SBLC team, evaluation coordinator and parent to discuss concerns, present referral for evaluation to the parent, and to request parent permission to evaluate. Students suspected of low incidence disabilities are referred by to SBLC for an evaluation and screenings and any needed interventions are conducted concurrently with the evaluation.

At KIPP East, when a parent requests an initial evaluation, a letter is sent to the parent acknowledging the request and a meeting is scheduled with the team, parent, and the student's teachers. At the meeting, the team discusses concerns from the parent and teachers, the student's strengths and needs, and available data. Parents are provided a written response including the team's decision and data used to make the decision. Following referral for evaluation and permission to evaluate from parents, the evaluation coordinator begins the evaluation process. The evaluation coordinator notifies all related service providers of the need for assessment, based on identified areas of need. Formal assessments are conducted and evaluation components are consolidated into a comprehensive evaluation report from teachers, parents and any outside provider for the school.

The multidisciplinary team determines eligibility, recommendations and the evaluation results are disseminated to the DSS and family. When a student changes schools during the course of an evaluation, the receiving LEA is responsible for the completion of the in-process evaluation. Typically, the SBLC coordinator will reach out to the receiving school in order to send records directly and to discuss where the multidisciplinary team is in the evaluation process. Staff indicated that KIPP: New Orleans expects schools to navigate these unique circumstances with clear communication with families, sending school and receiving school.

## III.    Strategies, Activities and Methods of Monitoring

The purpose for monitoring KIPP: East is to ensure that students are receiving free and appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.  Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of KIPP: East, there were **identified areas of systemic and student-specific non-compliance** under the IDEA, Part B program. KIPP: East must immediately begin correcting areas of **systemic and student-specific non-compliance** as indicated on the Summary of Findings attachment. The LDOE preliminary results will become final 30 days after receipt. A corrective action plan (CAP) has been developed by the LDOE to address each area of identified non-compliance listed on this report and the results summary. The plan addresses the activities the LEA should implement to correct all findings as rapidly as possible and in no case longer than one year from the date of this letter. The CAP will be emailed to your special education contact person within twenty (20) days of receiving this report. If you have any questions or ████████████████████████████████████
████████████████████████████████████

Attachments

**Note**: The student-specific findings of non-compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### KIPP: East

**████████████, Chief Management Officer**

**████████████, Board President**

### Targeted Area of Monitoring

**Related Services**

### Date of On-Site Monitoring

**June 12, 2024**

### On-Site Monitoring Team

**████████████████, LDOE**

**████████████, LDOE**

**████████████, Independent Monitor**

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

# TABLE OF CONTENTS

I.  General Overview……………………………………………………………………………………………………3

II.  School Staff Interview……………………………………………………………………………………..….3

III.  Strategies, Activities and Methods of Monitoring…………………………………………………4

IV.  Summary of Findings …………………………………………………………………………………..4

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.    General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, KIPP: East is targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.    School Staff Interview

On June 12, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of exceptional student services, director of clinical services, director of mental health, dean of student support and school leader.

The results of this interview process revealed no concerns about how the school determines if a student requires related services. KIPP: East staff outlined their general process of identifying the related services needs of their students and arranging for the provision of required services. The scheduling of services occurs with the least interruption of students from the general education curriculum for receipt of related services. Service providers are staffed at each campus full-time; other providers are contracted and may service several campuses within organizations. In the case of provider unavailability, the school will work to secure a contracted service provider or one of the other clinicians with the capacity to prevent a lapse in service. Upon enrollment of new students with specific related service needs, the special education director at KIPP: East secures the provider and services begin immediately, demonstrating the school's efficiency in addressing the student's needs. Various data sources regarding the individual student's functional performance and academic achievement are available to IEP teams and related service

providers. In sum, KIPP: East staff clearly articulated the LEA's procedures for determining when a student requires related services and other factors to ensure that all students are provided with a free appropriate public education (FAPE).

## III.   Strategies, Activities and Methods of Monitoring

The purpose of monitoring KIPP: East is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards, and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures, guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## IV.    Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at KIPP: East, there were <u>no identified areas of systemic or student-specific non-compliance</u> under the IDEA, Part B program. KIPP: East is to be commended for the work they are doing to educate students with disabilities. The report validates that the prior finding(s) of systemic non-compliance have been resolved and no further action is necessary with regards to this matter.  If you have any questions or concerns, please contact ████████████████████ ███████████████████████████████████████████

Attachments

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064



LOUISIANA DEPARTMENT OF EDUCATION

## 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | Knowledge is Power Program (KIPP): East |
|---|---|
| DATE OF MONITORING | June 12, 2024 |
| SERVICES MONITORED | Child Find |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| SY 2023-2024 SPLC MONITORING | *Bulletin 1508* §303 – School Building Level Committee (SBLC) | The School Building Level Committee (SBLC) is a general education, data driven, decision-making committee whose standing members consist of a least the principal/designee, a classroom teacher, and the referring teacher…the student's parent or guardian is an invited participant. | A review of ten (10) student records with supporting documentation and an interview was conducted for KIPP: East.  There were two (2) out of ten (10) student records (20% of the total sample) reviewed that contained issues of non-compliance regarding **Child Find** procedures which received a score of zero.  These IDEA/*Bulletin 1508* student-specific areas of non-compliance are addressed below. |



| STUDENT-SPECIFIC FINDINGS OF NON-COMPLIANCE |
|---|
| **KIPP: East** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue area |
|---|---|
| <br>████████ | The School Building Level Committee ("SBLC") that discussed the student's academic needs was not comprised of at least a classroom teacher, the teacher who referred the student to the SBLC and the principal or a designee of the principal. |
| <br>████████ | The School Building Level Committee ("SBLC") that discussed the student's academic needs was not comprised of at least a classroom teacher, the teacher who referred the student to the SBLC and the principal or a designee of the principal. |



| 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY | | | |
|---|---|---|---|
| **LEA/CHARTER/ORGANIZATION** | KIPP: East | | |
| **DATE OF MONITORING** | June 12, 2024 | | |
| **SERVICES MONITORED** | Related Services | | |
| **Review Period** | **Regulation Reference # - IDEA** | **CITATIONS** | **DESCRIPTION OF FINDINGS** |
| **SY 2023-2024 SPLC MONITORING** | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Related Services** mandates reviewed. There were no systemic and/or student-specific IDEA violations noted. |

Docusign Envelope ID: B7B3930B-1A47-4D02-9BC4-EDBDD862EF84



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

Ms. ███████████.
Chief Management Operator
Knowledge is Power Program (KIPP): Morial
1055 St. Charles Avenue, Suite 400
New Orleans, Louisiana 70130

Dear Ms. ████████:

The purpose of this correspondence is to provide your school with the preliminary results from the 2023-2024 Louisiana Department of Education (LDOE) follow-up monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 13, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools. The LDOE's preliminary results will become final 30 days after receipt.

The follow-up monitoring visit revealed there were **identified areas of systemic and student-specific non-compliance** in the area(s) of Enrollment. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent to a FAPE violation determination made by an administrative law judge or LDOE complaint investigator. In keeping with its general supervision responsibilities under the IDEA and the settlement agreement, the Department requires the school to implement a Corrective Action Plan (CAP) to address the citations issued to the school. The CAP has been developed by the LDOE and will be sent to your special education contact person within twenty (20) days of receiving this report. Please note you must immediately correct the student-specific findings of non-compliance.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**findings with citiations**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact █████████████

Sincerely,

█████████████████████████

Division of Statewide Monitoring

AR:ch

Enclosures

c: ███████████ rd President
   ███████████ Director of Student Support Services

**DEPARTMENT of EDUCATION**
*louisiana Believes*

| 2023-2024 IDEA SPLC | |
|:---:|:---:|
| **INTENSIVE CORRECTIVE ACTION PLAN (ICAP)** | |
| **LEA/CHARTER/ORGANIZATION: KIPP Morial** | **DATE OF MONITORING: June 13, 2024** |

**REGULATION REFERENCE(S):** §300.320(a)(1)(i)(2)(i); § 300.320(a)(2); §300.320(a)(4) and (7); §300.320(a)(3)(i-ii)

| AREA OF FINDING(S): Enrollment | ICAP DUE DATE: November 11, 2024 |
|---|---|

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| Correct all student-specific citations identified in the Summary of Findings report.<br><br>NOTE: This activity represents an individual corrective action plan for providing remedies for all student-specific IDEA citations. | 10/11/2024 | Director of Special Education Ebony London | Email notifying LDOE staff the IEP instructional plans for the non-compliant students have been amended in SER. The LDOE staff will review the IEPs to ensure they are compliant. | November 22, 2024 | |

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| 1.1 Provide training to special education staff (SPED teachers and related service providers) on writing compliant IEPs to include the following topics:<br>• utilizing student data to create effective IEP instructional and functional results. Special emphasis will be placed on ensuring that specific supports and strategies are addressed in the documentation;<br>• writing subject-specific goals that are measurable, aligned with the student standards and specifically address the impairment(s) that are listed on the evaluation or re-evaluation;<br>• writing data-driven Present Level of Academic Achievement Functional Performance (PLAAFP) statements;<br>• writing measureable objectives linked to the goal;<br>• documenting student progress using progress reports;<br><br>Train staff on forms created by LDOE. Training will consist of using the following correctly: IEP evaluation rubric, IEP goal and PLAAFP templates and IEP checklist. The training will also focus on | | Director of Special Education Ebony London | Agenda Sign-In sheets Handouts PowerPoint Presentation | Submission of training materials to LDOE staff for review and feedback: December 20th<br><br>Documentation of training: February 1 | |

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| **1.1 (continued)** <br> ensuring that special education services are documented where students will receive special education services under the appropriate location (regular class, community or special class) and reflect the actual number of minutes per day and the number of sessions per week that the special education student will receive. <br><br> **The content of the training must be submitted to LDOE staff for review and feedback prior to delivery of the training by the LEA.** <br><br> SPED staff will be required to use the rubric and IEP checklist when reviewing and writing IEPs. | | | Agenda <br> Sign-In sheets <br> Handouts <br> PowerPoint Presentation | Submission of training materials to LDOE staff for review and feedback: December 20th <br><br> Documentation of training: March 2024 | |
| 1.2 Provide training to related service providers on how to properly document provision of services to students. The training will include completing services logs, documenting student progress on logs and documenting delivery of services. The training will also focus on ensuring that special education services are documented under the appropriate location (regular, community and special class) and reflect the actual number of minutes per day and the number of sessions per week that the student will receive. <br><br> **The content of the training must be submitted to the LDOE staff for review and feedback prior to delivery of the training by the LEA.** <br><br> The school will use the components of service logs provided by LDOE to document provision of related services and the services log checklist provided by LDOE to document log reviews. | | Director of Clinical Services Cassandra Sanchez | Agenda <br> Sign-In sheets <br> Handouts <br> PowerPoint Presentation | Submission of Training Materials to LDOE for review and feedback: December 20th <br><br> Documentation of Training: March 2024 | |

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| 1.3 LEA will provide ongoing job-embedded mandatory training and support in the following areas: IEP writing (e.g., measurable goals and PLAAFP statements), provision and documentation of accommodations, documenting special education services, progress monitoring of student data, student academic intervention needs, IEP revisions and data driven decision making (reviewing LEAP scores, class grades/report cards/progress reports, class schedules and evaluation results to help make appropriate instructional, services, placement, and program decisions to ensure students are provided services in the LRE).<br><br>**The content of the training must be submitted to LDOE staff for review and feedback prior to delivery of the training by the LEA.** | | Director of Special Education Ebony London | Agenda Sign-In sheets Handouts PowerPoint Presentation | Submission of training materials to LDOE staff for review and feedback:<br><br>December 20th<br><br>Documentation of Training:<br><br>January 2024 March 2024 April 2024 | |

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| 1.4 The SPED director or lead teacher will perform monthly consistency checks to ensure IEP fidelity by internally monitoring all IEPs before the IEP is submitted to SER to make it official with a focus on:<br>• goals/objectives and PLAAFP statements using the IEP evaluation rubric;<br>• IEP components (general student information (GSI), accommodations, program services and services/placement) using the IEP checklist; and<br>• reviewing student's IEP folders to ensure prior notice letters are provided to parents for IEP meetings and documentation of excusal letters for staff not participating in IEP meetings.<br><br>**LDOE staff will randomly select students bi-monthly (October 1, December 20, February 3, April 1 and June 1) in SER to determine if the IEP's annual review date is within the two most current review months. LDOE staff will use the checklists (IEP evaluation rubric and IEP checklist) provided to the LEA to complete reviews and provide feedback. An action plan will be sent by LDOE staff if there are any issues found during the review with a required response to those actions within a week timeframe.** | November 2024 | Director of Special Education Ebony London | Summary of monthly reviews **must** include:<br><br>• number of IEPs reviewed;<br>• number of IEPs with goal(s) issues;<br>• number of IEPs with objectives issues;<br>• number of IEPs with PLAAFP issues;<br>• number of IEPs with IEP component issue (specify the component area and issue);<br>• number of IEPs with prior notice and/or excusal notice issues;<br>• actions taken to ensure staff makes corrections; and<br>• results of those actions. | November 2024<br>December 2024<br>January 2025<br>February 2025<br>March 2025<br>April 2025<br>May 2025 | |

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| 1.5 The SPED director or lead teacher will perform monthly consistency checks to ensure related service provider logs are completed with fidelity. Related service provider logs will be internally monitored for provision of services per the time/frequency specified on the students IEP. School will use checklist provided by LDOE to document reviews.<br><br>**LDOE staff will randomly review service provider logs on a bi-monthly basis (October 1, December 20, February 3, April 1 and June 1). LDOE staff will request copies of the service provider logs. School will submit copies of requested service provider logs to LDOE. LDOE staff will use checklist to review provider logs. An action plan will be sent by LDOE staff if any issues are found during the review with a required response to those actions within a week timeframe.** | November 2024 | Director of Special Education Ebony London | Monthly submission of the checklist used for each related services provider reviewed. | November 2024 December 2024 January 2025 February 2025 March 2025 April 2025 May 2025 | |
| 1.6 Provide compensatory time to students who's IEP folder did not include documentation verifying related services was provided. These students did not have evidence of service provider logs and/or had incomplete service provider logs in their folder. | November 2024 | Director of Special Education Ebony London | Copy of compensatory letter signed by parent documenting notification of services and whether or not the parent accepts or refuses the service.<br><br>Copy of amended IEP documenting compensatory services are being offered with time/frequency of services.<br><br>Copies of service provider logs which indicates: the service provided, date, time, | January 2025 | |

| ACTIVITIES & ACTION STEPS FOR COMPLIANCE | DATE ACTIVITY BEGINS | PERSONNEL RESPONSIBLE (NAME AND TITLE) | DOCUMENTATION TO BE SUBMITTED TO STATEWIDE MONITORING | DATE DOCUMENTATION DUE | LDOE PERSONNEL ONLY |
|---|---|---|---|---|---|
| | | | student attendance and number of minutes provided to the student (the service provider must document on the log the compensatory time given to student). | | |



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Knowledge is Power Program (KIPP): Morial



████████████████, **Chief Management Officer**

███████████, **Board President**

### Targeted Area of Monitoring

**Enrollment**

### Date of On-Site Monitoring

**June 13, 2024**

### On-Site Monitoring Team



████████, **LDOE**

████████████, **LDOE**

██████████████, **Independent Monitor**

# TABLE OF CONTENTS

I.    General Overview...................................…..………….………………………………………3

II.   School Staff Interview………..………………………………………………………………..3

III.  Strategies, Activities and Methods of Monitoring.....................................5

IV.   Summary of Findings .....................................................................5

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.  General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Knowledge is Power Program (KIPP): Morial is targeted for monitoring in the area of Related Services. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) follow-up SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.  School Staff Interview

On June 13, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Related Services. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of special education, director of clinical services, director of mental health, dean of student support and school leader.

Results of this interview are briefly described in this summary report. KIPP: Morial's staff were able to describe in general how the school determines what factors are considered if a student requires related services in order to provide a free, appropriate public education (FAPE). Staff indicated when the need for related services are identified, the evaluation coordinator ensures that appropriate related service providers are a part of the evaluation process and eligibility is determined according to *Bulletin 1508*. School staff outlined their general process for determining if a student requires related services and arranging for the provision of required services.

KIPP: Morial's staff discussed how related services are provided to students at school, including how they are scheduled into the academic day and how the school provides services in case of the provider's unavailability at any time.  Staff also reported that service providers received professional development at each campus and they are full-time employees. Some services providers are contracted which means, they service several campuses within the KIPP: New Orleans organization. Related services are provided to the student by utilizing non-instructional time in special settings. Typically, students receive services individually, in small group settings or depending on their specific goal area, services may occur in the general education classroom setting.  In the case of any vacancies within the organization, service providers are contracted. If any service provider is unavailable to provide services, they are logged and a compensatory plan is put into place once the position is filled.  Staff reported that a physical therapist position was vacant for the 2023-2024 school year and all efforts were exhausted to hire someone even part-time. The physical therapist position was advertised through the organization's talent search office as well as local university boards and a signing bonus offered since the position was difficult to fill. Candidates pursuing the position were looking for full-time positions only.

School staff explained the process by which the school secures related service providers upon enrollment of new students with specific needs. Upon a new student enrolling into the school, staff stated enters the students name in the special education reporting (SER) system to determine if students have related services and then adds them to the caseload tracker.  The special education leader contacts the service provider who will immediately add them to their schedule.

KIPP: Morial's staff provided appropriate responses on how information is available to IEP teams related to the impact of related services. Related service providers received access to a student's evaluation as well as a full record review to assist in the development of the IEP process. Professional development training is conducted to assist in the development of IEP and goal writing.

Lastly, school staff described steps taken to minimize the impact of students' removal from general education activities for the receipt of related services. Staff explained how the service providers to prevent the removal from general education activities and provide services during enrichment activities review students' schedules.

## III.   Strategies, Activities and Methods of Monitoring

The purpose for monitoring KIPP: Morial was to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.   Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at KIPP: Morial, there were **identified areas of systemic and student-specific non-compliance** under the IDEA, Part B program in the following area(s):

**§300.320(a)(1)(i)(2)(i)** - **Definition of Individual Education Program**
The IEP for a school-age student includes a statement of the child's present levels of academic achievement and functional performance, including how the student's disability affects involvement and progress in the general education curriculum.

**§300.320(a)(2)** - **Definition of Individualized Education Program**
A statement of measurable annual goals, including academic and functional goals designed to meet the child's needs that result from the child's disability to enable the child to be involved in and make progress in the general education curriculum; and meet each of the child's other educational needs that   result from the child's disability.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

**§300.320(a)(4) and (7) - Definition of an Individualized Education Program**
IEP includes data for beginning of services, modifications, and anticipated frequency, location and duration of services and modifications

**§300.320(a)(3)(i-ii) - Definition of an Individualized Education Program**
IEP must include a description of how the child's progress toward meeting the annual goals will be measured and when periodic reports on progress will be provided.

KIPP: Morial must immediately begin correcting areas of **systemic and student-specific non-compliance** as indicated on the Summary of Findings attachment. The LDOE preliminary results will become final 30 days after receipt. A corrective action plan (CAP) has been developed by the LDOE to address each area of identified non-compliance listed on this report and the results summary.  The plan addresses the activities the LEA should implement to correct all findings as rapidly as possible and in no case longer than one year from the date of this letter.  The CAP will be emailed to your special education contact person within twenty (20) days of receiving this report.  If you have any questions or concerns, please contact ███████████ ████████████████████████████████████

Attachments

**Note**: The student-specific findings of non-compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

Ms. ▮▮▮▮▮▮▮
Chief Executive Officer
ReNew Schools - Laurel Elementary School
820 Jackson Avenue
New Orleans, Louisiana 70130

Dear ▮▮▮▮▮▮:

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) which was conducted on June 10, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there was **<u>no identified areas of systemic or student-specific non-compliance</u>** in the area of Enrollment. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.

Docusign Envelope ID: F9124A5B-DD7C-4726-A291-1A855AE8F714



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ███████████
███████████

Sincerely,

██████████████████████████

Division of Statewide Monitoring

AR:ch

Enclosures

c: ██████████████, Board President
   ██████████████, Chief of Student Support Services



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### ReNew Schools - Laurel Elementary School



███████████, Chief Executive Officer

████████████████, Board Chair

### Targeted Area of Monitoring

**Enrollment**

### Date of On-Site Monitoring

**June 10, 2024**

### On-Site Monitoring Team



████████████, LDOE

████████████, LDOE

████████████ Independent Monitor

# TABLE OF CONTENTS

I.   General Overview...................................................................................................3

II.   School Staff Interview..........................................................................................3

III.   Strategies, Activities and Methods of Monitoring...........................................4

**IV.**   Summary of Findings .........................................................................................5

## I. General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency was required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, ReNew Schools - Laurel Elementary School is targeted for monitoring in the area of Enrollment. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of the year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document, which outlines any areas of non-compliance.

## II. School Staff Interview

On June 10, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Enrollment. A standard bank of questions, developed from Addendum A of the Consent Judgment was utilized to probe responses in the identified area of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: chief of student support services, director of special education compliance, special education coordinator, speech language pathologist, adapted physical education teacher, occupational therapist, director of related services, director of mental health and pupil appraisal.

Results of this interview process are briefly described in this summary report. ReNew Schools - Laurel Elementary School sufficiently described the Enrollment process which begins with the special education evaluation process led by a multidisciplinary team. This team assesses areas of concern or risk identified through preliminary screenings, with input from the student's teachers, parents and other school-related data. The Individualized Education Program (IEP) team reviews this data and makes decisions about the services during the IEP Team Meeting.

At ReNew Schools - Laurel Elementary, related services cases are assigned based on student needs and caseload of service providers. Each service provider receives a building

schedule to ensure efficient delivery of individual and small group services aligned with each child's IEP. If a service provider is unavailable, arrangements for makeup sessions are made for missed services at a later date. In case of an extended absence, an acceptable compensatory plan to make-up for missed services is developed by the Special Education Coordinator (SEC), the Director of Related Services and the parents. Throughout the 2023-2024 academic school year, Laurel Elementary reported no vacancies among related service providers. In the event of a vacancy, parents receive weekly notices until the vacancy is filled. Once the vacancy is filled, a final notice of compensatory letter is sent to parents detailing the total number of minutes owed to the student.

When a student enrolls at Laurel Elementary, the SEC runs the student's name and state ID number through the enhanced Special Education Reporting System (eSER) to determine if the student has an existing IEP. If the new student has an existing evaluation from outside of Louisiana, records are requested from the previous school to determine which services are warranted for the student. The student is then assigned the appropriate service provider(s). On average, the process takes approximately 1-2 weeks. The SEC ensured that any service minutes missed during that time are communicated to parents and a compensatory plan is offered, if necessary. At ReNew Schools – Laurel Elementary, the IEP receives evaluations, previous IEPs, progress-monitoring reports, and all essential documents to develop meaningful IEP goals. Service providers work closely with school personnel and parents to gain a comprehensive understanding of each student's strengths, weaknesses and individual needs within the school environment.

ReNew Schools – Laurel Elementary strictly adheres to a policy that ensures students are not removed from their general education setting for the provision of related services. This is particularly important in the areas where the student is receiving special education instructional support. Instead, students are pulled out during lunch, recess, or elective time.

## III.  Strategies, Activities and Methods of Monitoring

The purpose for monitoring ReNew Schools - Laurel Elementary School is to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest related services rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:
- Ten (10) student records;
- Student documentation: Individualized Evaluation Plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs;
- Child find guidelines (if applicable);
- Response to Intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV. Summary of Findings

After a comprehensive review of the special education programming and compliance requirements at ReNew Schools – Laurel Elementary School, there were no identified areas of systemic or student-specific non-compliance under the IDEA, Part B program and Section 504 of the Rehabilitation Act of 1973. ReNew Schools - Laurel Elementary School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ███ ███ via email at ██████████████████████████.

Attachments

**LOUISIANA DEPARTMENT OF EDUCATION**

## 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | ReNew Schools - Laurel Elementary School |
|---|---|
| DATE OF MONITORING | June 10, 2024 |
| SERVICES MONITORED | Enrollment |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| SY 2023-2024 SPLC MONITORING | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Enrollment** mandates reviewed. There were no systemic and/or student-specific IDEA violations noted. |



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

October 11, 2024

Ms. ▮▮▮▮▮▮▮▮
Chief Executive Officer
FirstLine Schools - Samuel J. Green Charter School
300 North Broad Street, Suite 207
New Orleans, Louisiana 70119

Dear ▮▮▮▮▮▮

The purpose of this correspondence is to provide your school with the preliminary results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) conducted on June 14, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to monitor certain charter schools. The LDOE's preliminary results will become final 30 days after receipt.

The follow-up monitoring visit revealed there were **no identified areas of systemic non-compliance** in the area(s) of **Enrollment**. Please note, that although there was no evidence of systemic non-compliance, the school must immediately begin correcting the student-specific findings of non-compliance documented in the enclosed results summary and turn in evidence of correction within thirty (30 days) of receiving this letter. A non-compliance finding under the terms of the SPLC consent decree is not necessarily the equivalent to a FAPE violation determination made by an administrative law judge or LDOE complaint investigator. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

Docusign Envelope ID: EB523DA4-2F34-49C6-A7AD-092AD29E2EE8



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit and a description of each finding of non-compliance identified during the on-site visit. The enclosed documents include the following:

- SPLC Monitoring Report
- SPLC Monitoring Results Summary (**student-specific findings**)

Please review the information enclosed with your school staff. If further actions are required, we will work with you to ensure the appropriate method of corrections are implemented.

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ▊▊▊▊▊▊
▊▊▊▊▊▊

Sincerely,

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

Division of Statewide Monitoring

AR:ch

Enclosures

c: ▊▊▊▊▊▊    Board President
              Director of Special Education



# Louisiana Department of Education

## Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### FirstLine Schools - Samuel J. Green Charter School

██████████, **Chief Executive Officer**

██████████, **Board Chair**

### Targeted Area of Monitoring

**Enrollment**

### Date of On-Site Monitoring

**June 14, 2024**

### On-Site Monitoring Team

██████████, **LDOE**

██████████, **LDOE**

██████████, **Independent Monitor**

# TABLE OF CONTENTS

**I.**    General Overview.....................................................................................................................3

**II.**    School Staff Interview.........................................................................................................3

**III.**   Strategies, Activities and Methods of Monitoring.............................................5

**IV.**   Summary of Findings .........................................................................................................5

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.  General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services, and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, FirstLine Schools - Samuel J. Green Charter School was targeted for monitoring in the area of Enrollment. This monitoring report provides a comprehensive review of all activities which occurred in fulfillment of the year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document which outlines any areas of non-compliance.

## II.  School Staff Interview

On June 14, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures related to Enrollment. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interest. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff members included the following: administrator, special education (SPED) administrator, general education teacher, SPED teacher and the director of SPED.

Results of this interview process indicated general compliance in the area of Enrollment.  At Samuel J. Green Charter School, before students are identified as having an exceptionality, teachers refer them to the Student Support team.  Screeners and a referral packet are completed.  Speech therapists and general education staff also conduct academic and universal screeners for all students.  Students receive related services identified in their evaluations.

The IEP team uses evaluation recommendations, the student's present levels of performance, and support needs to determine the number of minutes a student receives for each service.  If the student's needs are greater or related to more basic academic skills, the student will often receive the related service in a special class

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

setting.  The schedule for related services are based on the student's schedule and seeks to ensure the student is not pulled out of core academic classes.

Samuel J. Green's staff noted, if a related services provider is unavailable for a short period of time (1-2 days), the provider will make-up all services to students upon the provider's return.  If a provider is unavailable for longer periods of time, the school will seek out a substitute or work with families to create compensatory services plans. At Samuel J. Green, during the 2023-2024 school year, none of the service providers were unavailable for all or part of the school year.  If a vacancy were to occur, the school would open a position and attempt to contract with another organization and compensatory services would be provided.

All new students are checked in the enhanced special education reporting system (eSER) enrollment list.  Record requests and eSER jurisdiction requests are sent for any student found in eSER.  Once the records are received or jurisdiction is granted, all documents are read to determine services the student qualifies for, and the student is added to the related service roster for needed services.  As soon as the parent provides and/or the school receives access to review the student's records, the special education coordinator reaches out to all relevant related service providers with a copy of the individualized education program (IEP) and evaluation.  Typically, services will begin within one week of the student enrolling.

The student's evaluation outlines the student's functional needs and how the needs impact academic performance through related service evaluations and other assessment results, such as cognitive, adaptive and behavior scales.  This information, in addition to current performance data, are discussed annually at the IEP meeting to review all of the student's functional gaps and how those gaps impact the student's ability to access the curriculum.  Related service providers described how the specific skills they are working on link to academic performance.  The team will also develop support plans such as behavior plans, communication plans, and sensory plans that can support the student across settings.

As much as possible, related service providers seek to provide services in the general education class setting.  This allows the service provider to collaborate with the classroom teacher and helps the student apply their skills to academic performance.  If the IEP team determines that the student should receive a related service in a special class setting, service providers will pull students out of their differentiation block period, which is a time when all students are receiving support on their differentiated needs.  Related service providers also work on goals that are targeted to support students in accessing the general education curriculum.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## III.    Strategies, Activities and Methods of Monitoring

The purpose for monitoring Samuel J. Green Charter School **is** to ensure that students are receiving a free appropriate public education (FAPE). The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file. The method used to select files for monitoring included the selection of schools that had the lowest enrollment rate as it relates to students with disabilities who enroll and return to the school during the following school term. This selection method was approved in the consent agreement addendum.

The following items were reviewed during the on-site visit:

- Ten (10) student records;
- Student documentation: Individualized education plans (IEPs); behavior intervention plan (BIP) (if applicable); current evaluation/reevaluation; discipline reports (if applicable); functional behavior assessment (FBA) (if applicable); intervention data; manifestation determination review (MDR) (if applicable); parental notification letter; parental contact log; progress reports; progress monitoring data; report Cards; service provider logs;
- Child find guidelines (if applicable);
- Response to intervention (RTI) procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with five (5) school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.    Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of Samuel J. Green Charter School, there were **no identified areas of systemic non-compliance** under the IDEA, Part B program. While no findings of systemic non-compliance were observed, student-specific findings were observed as part of the student file review process and should be corrected by school personnel at Samuel J. Green Charter School within thirty (30) business days. The LDOE's preliminary results will become final thirty (30) days after receipt. Samuel J. Green Charter School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ███████████████████████ ██████████████████████████████████████████

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

Attachments

**Note**: The student-specific findings of non-compliance pages enclosed within this report contain confidential information and should be deleted from the report when copies are made for the general public.

**Louisiana Department of Education**
doe.louisiana.gov | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

**LOUISIANA DEPARTMENT OF EDUCATION**

## 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY

| LEA/CHARTER/ORGANIZATION | FirstLine Schools - Samuel J. Green Charter School |
|---|---|
| DATE OF MONITORING | June 14, 2024 |
| SERVICES MONITORED | Enrollment |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| SY 2023-2024 SPLC MONITORING | | | A review of ten (10) student records with supporting documentation and an interview was conducted for Samuel J. Green Charter School. There were two (2) out of ten (10) student records (20% of the total sample) reviewed that contained issues of noncompliance regarding the provision of **Enrollment**. Ten (10) of ten (10) student files (100% of the sample) reviewed indicated students received Enrollment to support the student's primary disability. Although no findings of systemic non-compliance in the area of Enrollment were observed during the on-site monitoring visit, there were student-specific IDEA concerns observed for one (1) student. These specific areas of IDEA non-compliance are addressed below. |



| STUDENT-SPECIFIC FINDINGS OF NON-COMPLIANCE |
|---|
| **Samuel J. Green Charter School** |
| The information contained on these pages is confidential and should be deleted from the report when copies are made for the general public. |

| PII Number | Issue Area |
|---|---|
| 3316894551 <br><br> ■■■■■■ | 1. The present level of academic achievement and functional performance (PLAAFP) statement for social/emotional does not include: <br> • a current measuring tool; and <br> • a baseline measure of achievement for the content area. <br><br> 2. The IEP goal does not include a measurable standard-based goal for social/emotional (e.g., timeframe, condition, quantifiable measurable terms, a criterion of performance, skill or targeted behavior). |

**Subject:** SPLC Technical Assistance Training - KIPP Morial/KIPP East

Dear ██████████ :

 A technical assistance training has been scheduled for **Tuesday, October 29, 2024 at 1:00 pm**. The meeting will focus on a review of your monitoring report, results summary and Corrective Action Plan. During the meeting, you will receive a copy of the Corrective Action Plan (CAP) you must implement to address the findings listed on your monitoring report. There will also be an in depth discussion of the CAP activities, deliverables and timelines. Additionally, resources will be provided to assist you with implementation of CAP activities. The Department looks forward to supporting you and your staff during this process. If you have questions, please feel free to contact me at ██████████ @la.gov .

██████████

Supervisor for IDEA Monitoring

Louisiana Department of Education

1201 North 3rd Street

Baton Rouge, LA 70802

Docusign Envelope ID: F9124A5B-0D7C-4726-A291-1A855AE8F714



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

**Certified Mail**
**Return Receipt Requested**

September 12, 2024

Mr. ███████████
Chief Executive Officer
Warren Easton Charter High School
3019 Canal Street
New Orleans, Louisiana 70119

Dear ████████ :

The purpose of this correspondence is to provide your school with results from the 2023-2024 Louisiana Department of Education (LDOE) initial monitoring of special education programs under the Individuals with Disabilities Education Act (IDEA) which was conducted on June 10, 2024. The LDOE is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the IDEA and the settlement agreement, the agency is required to conduct monitoring of certain charter schools.

The initial monitoring visit revealed there was **<u>no identified areas of systemic or student-specific non-compliance</u>** in the area of Discipline. It is recommended that the school continue to implement the improvements that were evident through this monitoring experience.

The LDOE monitoring staff compiled results of the school's monitoring activities and prepared information relative to this monitoring which includes a general summary of the visit. The IDEA monitoring report is enclosed.



Dr. Cade Brumley
STATE SUPERINTENDENT

Claiborne Building | 1201 N 3rd St. | Baton Rouge, LA 70802

The Department appreciates the cooperation and hospitality shown to the monitors during the most recent visit. Thank you for your dedication in servicing the students at your school. We look forward to working with you in the future. If you have any questions or concerns, feel free to contact ▮▮▮▮ via email at ▮▮▮▮ @la.gov.

Sincerely,

▮▮▮▮▮▮ ecutive Director
Division of Statewide Monitoring

AR:ch

Enclosures

c: ▮▮▮▮▮▮, Board President
▮▮▮▮▮▮, Special Education Coordinator

# Louisiana Department of Education

# Individuals with Disabilities Education Act

## Southern Poverty Law Center 2023-2024 Monitoring Report

### Warren Easton Charter High School

██████████████, **Chief Executive Officer**

████████████████, **Board President**

### Targeted Area of Monitoring

**Discipline**

### Date of On-Site Monitoring

**June 10, 2024**

### On-Site Monitoring Team

██████, **LDOE**

████████████, **LDOE**

██████████, **Independent Monitor**

Page | 1

# TABLE OF CONTENTS

I.      General Overview……………………………………………………………………………………………..3

II.     School Staff Interview………………………………………………………………………………….……3

III.    Strategies, Activities and Methods of Monitoring……………………………………………….4

IV.    Summary of Findings…………………………………………………………………………………………5

**Louisiana Department of Education**
doe.louisiana.gov  | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

## I.  General Overview

The Louisiana Department of Education (LDOE) is currently under a federal consent decree that resulted from a lawsuit brought by the Southern Poverty Law Center (SPLC). As part of the monitoring requirements under the Individuals with Disabilities Education Act (IDEA) and the settlement agreement, the agency is required to conduct monitoring of certain charter schools in the following areas: Enrollment Stability, Discipline, Related Services and Child Find. Specific criteria were used to determine which New Orleans charter schools would be subject to monitoring under these requirements. For the 2023-2024 school term, Warren Easton Charter High School is targeted for monitoring in the area of Discipline. This monitoring report provides a comprehensive review of all activities, which occurred in fulfillment of year eight (8) initial SPLC monitoring requirements and included a comprehensive Summary of Findings document that outlines any areas of non-compliance.

## II.  School Staff Interview

On June 10, 2024, LDOE monitoring staff and the court approved Independent Monitors (IMs) conducted a staff interview with your school. This monitoring activity was conducted to ascertain information from the school staff on practices and procedures concerning Discipline. A standard bank of questions, developed from Addendum A of the Consent Judgment, was utilized to probe responses in the identified area(s) of interests. A number of charter school staff participated during the interview process and provided valuable feedback. Those staff included the following: director of special education, principal, general education teacher and special education teacher.

Results of this interview are briefly described in this summary report. Warren Easton's staff was able to describe, in general, how the school determines what factors are considered for discipline in order to provide a free appropriate public education (FAPE).  Staff were very engaged in the interview process.  The team stated they have a clear conduct code that is expected of all students including students with disabilities. It is required for the students to behave appropriately and follow the rules at all times.  The school has a zero tolerance policy for criminal and violent acts along with drug offenses.  The school-wide behavior management programs in place at Warren Easton is positive behavior intervention and support (PBIS).  The school names their program the fighting eagles.  The PBIS program

**Louisiana Department of Education**
doe.louisiana.gov  | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

networks with local entities throughout the Greater New Orleans area and they provide students with incentives for exhibiting excellent behavior. The school staff stated that students receive incentives like free dress, helper for a day, food treats and much more. However, at the end of the school year, grand prizes are rewarded to students. Some examples of grand prizes could be local event tickets, televisions, play stations and so much more.

The school has not had any disciplinary issues recently. The school uses an internal data system that tracks and maintains all of the disciplinary actions of students in for both in school and out of school suspensions. The school is in collaboration with New Orleans Public School System for all major behavior incidents. The school usually conducts a manifestation determination review (MDR) early on after a second or third suspension and/or recommendation for expulsion. If the student is recommended for expulsion, an IEP meeting is held in which a change of placement is made. Orleans Parish works along with Warren Easton to ensure students receive their services on the eleventh (11th) day. A student may be placed at an alternative site for less than 5 days or more than 10 days until a decision is made by the behavior team, which includes the parent. Some examples of offenses that a student may be suspended or expelled for is 1) engaging in illegal or harmful practices or of conduct or habits injurious to his/her associates, 2) illegal drugs, 3) injury to self or others, 4) violating safety regulations, 5) instigating or participating in fights 6) possession, use, concealment, or transmittal of illegal drugs, alcohol, or weapons at school or school related activities, 7) theft, 8) bullying, 9) possession of firearms, guns and 10) retaliation.

Furthermore, the school described how the MDR process is conducted. The school takes a proactive step and completes MDRs and FBAs early on in the behavior process. During an IEP meeting, both the BIP and FBA are reviewed and revised if necessary. Warren Easton Charter High School has a wealth of knowledge around discipline and it is evident because the school does not have a high number of disciplinary issues.

## III.    Strategies, Activities and Methods of Monitoring

The purpose for monitoring Warren Easton Charter High school is to ensure that students are receiving FAPE. The LDOE conducted an on-site review of student records to determine how well the school complied with IDEA requirements. In order to accomplish this, a standard checklist was used to analyze and rate each student file.

The selection method was approved in the consent agreement addendum. This method used to select files for monitoring included a review of files for students with disabilities who received six (6) or more office discipline referrals or three (3) or more suspensions (in or out-of-school) in a school year.

Page | 4

<u>The following items were reviewed during the on-site visit</u>:

- Ten (10) student records;
- Student documentation: Individualized evaluation plans (IEPs), behavior intervention plan (BIP) (if applicable), current evaluation/reevaluation, discipline reports (if applicable); functional behavior assessment (FBA) (if applicable), intervention data, manifestation determination review (MDR) (if applicable), parental notification letter, parental contact log; progress reports, progress monitoring data, report cards and service provider logs'
- Child find guidelines (if applicable);
- Response to intervention procedures (if applicable);
- Special education policies and procedures guidelines and forms currently in use; and
- Interviews with school site personnel, including administrators, general educators, special educators and SPED director/coordinator.

## IV.    Summary of Findings

After a comprehensive review of the special education programming and compliance requirements of Warren Easton Charter High School, there were **<u>no identified areas of systemic non-compliance</u>** under the IDEA, Part B program. Warren Easton Charter High School is to be commended for the work they are doing to educate students with disabilities. If you have any questions or concerns, please contact ███████ via email at ██████████@la.gov or by telephone at (225)342-3391.

Attachments

**Louisiana Department of Education**
doe.louisiana.gov  | P.O. Box 94064 • Baton Rouge, LA • 70804-9064

LOUISIANA DEPARTMENT OF
EDUCATION

| 2023-2024 IDEA SPLC MONITORING RESULTS SUMMARY | |
|---|---|
| LEA/CHARTER/ORGANIZATION | Warren Easton Charter High School |
| DATE OF MONITORING | June 10, 2024 |
| SERVICES MONITORED | Discipline |

| Review Period | Regulation Reference # - IDEA | CITATIONS | DESCRIPTION OF FINDINGS |
|---|---|---|---|
| SY 2023-2024 SPLC MONITORING | | | Ten (10) of ten (10) student files reviewed (100% of the sample) were observed to reflect compliance for all IDEA **Discipline** mandates reviewed.  There were no systemic and/or student-specific IDEA violations noted. |