Docusign Envelope ID: CC526C89-2DC1-4188-A47D-738284D1F4F7



DR. CADE BRUMLEY
STATE SUPERINTENDENT

P.O. BOX 94064
BATON ROUGE, LA 70804-9064

LOUISIANA DEPARTMENT OF EDUCATION

November 10, 2025

SENT VIA E-MAIL

To:     Honorable Judge Jay C. Zainey
        United States District Court for the Eastern District of Louisiana
        Pam Starns, Career Law Clerk to Judge Jay C. Zainey

CC:     Lauren Winkler, Sophia Mire Hill, and Neil Ranu
        Southern Poverty Law Center

From:   Tony Ligi
        Louisiana Department of Education

        Wayne T. Stewart, Special Counsel
        Orleans Parish School Board

Dear Judge Zainey:

The purpose of this letter is to follow up on the most recent reports by the Independent Monitors – October 3, 2025 Final Status Report to the Parties, October 6, 2025 Draft Status Report regarding targeted initial monitoring activities for NOLA PS charter schools and October 6, 2025 Draft Status Report regarding targeted follow-up monitoring for NOLA PS charter schools. These reports, like the previous reports by the Independent Monitors, are the result of extensive and comprehensive monitoring by the Independent Monitors regarding the Consent Judgment obligations of the State Defendants and the Defendant-Intervenor. The State Defendants and the Defendant-Intervenor appreciate the dedication, professionalism, and collaboration of the Independent Monitors in conducting their monitoring and writing their reports.

As with previous reports by the Independent Monitors, the three most recent reports include findings and recommendations resulting from the monitoring of the Independent Monitors. The State Defendants and the Defendant-Intervenor have reviewed these three reports, and if the Court releases them from their Consent Judgment obligations, they are committed to carrying out the recommendations in each of the reports that specifically apply to State Defendants and the Defendant-Intervenor.  These recommendations are:



Docusign Envelope ID: CC526C89-2DC1-4188-A47D-738284D1F4F7

- LDOE and NOLA PS should continue to disseminate the model documents that were required by the Consent Judgment. These documents are: *Child Find Written Guidance* model template; *Special Education Program Descriptions* model template; *Procedural Safeguards Checklist – Disciplinary Removal of Students with Disabilities* template; model *Discipline Policy for Students and Disabilities*; *Undocumented Suspension Guidance* model template; *Parent FAQs: Special Education in Charter Schools* model template; *Enrollment Discrimination Policy Guidance* model template; *Disability Discrimination Complaint Procedures* model template. *See page 14 of October 3, 2025, Final Status Report to the Parties.*

- Annually, LDOE and NOLA PS should continue to send and solicit school leaders and principals to submit signed attestations for review of model documents, annual updates to all sections of *Special Education Program Descriptions* model template, website links to verify placement of required documents on charter school websites, updates to model positive behavior support and discipline policies, including Codes of Conduct and Student Handbooks. *See page 14 of October 3, 2025, Final Status Report to the Parties.*

- LDOE should continue to provide technical assistance and annual professional development to each Type 2 charter school in New Orleans regarding disciplinary procedures for students with disabilities and best practices to reduce suspensions for students with disabilities. *See pages 14-15 of October 3, 2025, Final Status Report to the Parties.*

- LDOE should continue to follow up on complaints related to enrollment practices of Type 2 charter schools. This follow-up should include providing the complainant in writing the contact information for the Office for Civil Rights and low-cost legal services providers, and where required under IDEA, initiate an investigation of the complainant. *See page 15 of October 3, 2025, Final Status Report to the Parties.*

- LDOE and NOLA PS should continue to collaborate to provide training for staff in all NOLA PS charter schools regarding IDEA regulations. *See page 30 of October 6, 2025 Draft Status Report regarding targeted initial monitoring activities for NOLA PS charter schools* and *page 18 of October 6. 2025 Draft Status Report regarding targeted follow-up monitoring for NOLA PS charter schools.*

Please let us know if you have any questions regarding our implementation of recommendations in the Independent Monitors' most recent reports.

Signed by:

Tony Ligi

Tony Ligi
Executive Counsel
Louisiana Department of Education

DocuSigned by:

WAYNE STEWART

Wayne F. Stewart, Special Counsel
Orleans Parish School Board